# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| Jason Williams ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 4:19-cv-00153 |
| AT&T Mobility, LLC ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jason Williams.

Date: 10/24/2019

/s/ Lucas D. Garber
*Attorney's signature*

Lucas D. Garber, 47756
*Printed name and bar number*
Shumaker Loop & Kendrick LLP
101 South Tryon Street, Suite 2200
Charlotte, North Carolina 28280

*Address*

lgarber@shumaker.com
*E-mail address*

(704) 375-0057
*Telephone number*

(704) 332-1197
*FAX number*