IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:19-CV-153-BO

| | | |
|---|---|---|
| JASON WILLIAMS, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| AT&T MOBILITY, LLC, | ) | |
| Defendant. | ) | |

 

At the direction of the Court, and for the continued efficient administration of justice, the above-captioned case is redesignated as a Western Division case. The Honorable Terrence W. Boyle, Chief United States District Judge, will remain the presiding judge. **All future documents shall reflect the new case number of 5:19-CV-475-BO.** No further filing shall be made in 4:19-CV-153-BO.

SO ORDERED. This 25th day of October, 2019.

/s/ Peter A. Moore, Jr.
Clerk of Court