IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-cv-00475-BO

| | |
|---|---|
| JASON WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **NOTICE OF SPECIAL APPEARANCE** |
| ) | |
| AT&T MOBILITY, LLC, ) | |
| ) | |
| Defendants ) | |

Please take notice that the undersigned Sarah A. Baugh hereby enters a notice of special appearance as counsel for Plaintiff Jason Williams in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, Terence S. Reynolds, of Shumaker, Loop & Kendrick LLP.

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the court.

/s/ Sarah A. Baugh
Sarah A. Baugh
PIERCE BAINBRIDGE BECK PRICE
& HECHT LLP
277 Park Avenue, 45th Floor
New York, NY 10172
Telephone: (212) 484-9866
Facsimile: (646) 968-4125
sbaugh@piercebainbridge.com
State Bar No. NY 5737434

*Attorney for Plaintiff Jason Williams*

/s/ Terence S. Reynolds
Terence S. Reynolds
SHUMAKER LOOP & KENDRICK LLP
101 South Tyron Street
Suite 2200
Charlotte, North Carolina 28280
Telephone: (704) 375-0057
Facsimile: (704) 332-1197
treynolds@shumaker.com
State Bar No. 49848

*Local Civil Rule 83.1(d) Counsel for Plaintiff Jason Williams*

# CERTIFICATE OF SERVICE

      I hereby certify that on this date, October 29, 2019, I caused the foregoing document to be filed and served on all counsel of record by operation of the CM/ECF system for the United States District Court for the Eastern District of North Carolina.


Dated: October 29, 2019

                                        /s/ Terence S. Reynolds
                                        Terence S. Reynolds
                                        SHUMAKER LOOP & KENDRICK LLP
                                        101 South Tyron Street
                                        Suite 2200
                                        Charlotte, North Carolina 28280
                                        Telephone: (704) 375-0057
                                        Facsimile: (704) 332-1197
                                        treynolds@shumaker.com
                                        State Bar No. 49848

                                        *Local Civil Rule 83.1(d) Counsel for Plaintiff Jason Williams*