# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| JASON WILLIAMS,<br><br>    Plaintiff,<br><br>vs.<br><br>AT&T MOBILITY, LLC,<br><br>    Defendant. | Case No. 5:19-cv-00475-BO<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

For good cause shown and with the consent of Plaintiff, the motion of Defendant AT&T Mobility, LLC ("Defendant") for an extension of time to respond to the Complaint is hereby **GRANTED**. The deadline for Defendant to respond to the Complaint is extended through and until December 20, 2019.

**IT IS SO ORDERED**.

_____