IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-cv-00475-BO

| | |
|---|---|
| JASON WILLIAMS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AT&T MOBILITY, LLC, ) <br> ) <br> Defendants ) <br> ) | **NOTICE OF SPECIAL APPEARANCE** |

Please take notice that the undersigned Dwayne D. Sam hereby enters a notice of special appearance as counsel for Plaintiff Jason Williams in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, Terence S. Reynolds, of Shumaker, Loop & Kendrick LLP.

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the court.

/s/ Dwayne D. Sam
Dwayne D. Sam
PIERCE BAINBRIDGE BECK PRICE
& HECHT LLP
601 Pennsylvania Avenue NW
South Tower, Suite 700
Washington, DC 20004
Telephone: (202) 318-9001
Facsimile: (202) 899-5666
dsam@piercebainbridge.com
State Bar No. D.C. 1029785

*Attorney for Plaintiff Jason Williams*

/s/ Terence S. Reynolds
Terence S. Reynolds
SHUMAKER LOOP & KENDRICK LLP
101 South Tyron Street
Suite 2200
Charlotte, North Carolina 28280
Telephone: (704) 375-0057
Facsimile: (704) 332-1197
treynolds@shumaker.com
State Bar No. 49848

*Local Civil Rule 83.1(d) Counsel for Plaintiff Jason Williams*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, November 19, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

KILPATRICK TOWNSEND & STOCKTON LLP
Joseph S. Dowdy
4208 Six Forks Road, Suite 1400
Raleigh, NC 27609
Tel: (919) 420-1718
Fax: (919) 510-6120
jdowdy@ kilpatricktownsend.com

*Counsel for Defendant AT&T Mobility, LLC*


Dated: November 19, 2019

/s/ Terence S. Reynolds
Terence S. Reynolds
SHUMAKER LOOP & KENDRICK LLP
101 South Tyron Street
Suite 2200
Charlotte, North Carolina 28280
Telephone: (704) 375-0057
Facsimile: (704) 332-1197
treynolds@shumaker.com
State Bar No. 49848

*Local Civil Rule 83.1(d) Counsel for Plaintiff Jason Williams*