IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Case No. 5:19-cv-00475-BO

JASON WILLIAMS )
Plaintiff(s), )
)
)
vs )
)
AT&T MOBILITY LLC, )
Defendant(s). )

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, or Fed.R.Crim.P. 12.4 and Local Criminal Rule 12.3,

AT&T MOBILITY LLC, who is Defendant,
(name of party)            (plaintiff/defendant/other:_____)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

    YES ○    NO ●

2. Does party have any parent corporations?

    YES ●    NO ○

If yes, identify all parent corporation, including grandparent and great-grandparent corporations:
AT&T Mobility LLC is owned by SBC Long Distance, LLC, SBC Tower Holdings LLC, BellSouth Mobile Data, Inc., and New Cingular Wire Services, Inc.

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

    YES ○    NO ●

If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal Rule 12.3)?

   YES ●     NO ○

If yes, identify entity and nature of interest:
AT&T Mobility LLC is a direct or indirect wholly-owned subsidiary of AT&T Inc. No publicly held corporation owns 10% or more of AT&T Inc.'s stock.

5. Is party a trade association?

   YES ○     NO ●

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors's committee:
N/A

Signature: /s/ Joseph S. Dowdy

Date: 12/20/2019

## CERTIFICATE OF SERVICE

I hereby certify that on date set out below, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

SHUMAKER LOOP & KENDRICK LLP
Terence S. Reynolds
treynolds@shumaker.com
Lucas D. Garber
lgarber@shumaker.com
101 South Tyron Street
Suite 2200
Charlotte, North Carolina 28280
Local Civil Rule 83.1(d) Counsel for
Plaintiff Jason Williams

PIERCE BAINBRIDGE BECK PRICE
& HECHT LLP
Christopher LaVigne
clavigne@piercebainbridge.com
Dwayne Sam
dsam@piercebainbridge.com
Sarah Baugh
sbaugh@piercebainbridge.com
Thomas Popejoy
tlpopejoy@piercebainbridge.com
277 Park Avenue, 45th Floor
New York, NY 10172
Counsel for Plaintiff Jason Williams

This the 20th day of December, 2019.

/s/ Joseph S. Dowdy.
Joseph S. Dowdy