IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JASON WILLIAMS,<br><br>　　Plaintiff,<br><br>vs.<br><br>AT&T MOBILITY LLC,<br><br>　　Defendant. | Case No. 5:19-cv-00475-BO<br><br>**DEFENDANT AT&T MOBILITY LLC'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(6), 12(b)(1) AND 9(b)** |

Defendant AT&T Mobility LLC ("AT&T") respectfully moves this Court to dismiss Plaintiff Jason Williams' Complaint (Dkt. 2) pursuant to Federal Rules of Civil Procedure 12(b)(6), 12(b)(1) and 9(b) for failure to state a claim upon which relief may be granted, failure to establish Article III standing, and failure to satisfy the particularity requirement for fraud-based claims. The grounds for this motion are set forth in the AT&T's contemporaneously filed Memorandum of Law in support of this Motion to Dismiss, which is referred to and fully incorporated herein by reference.

WHEREFORE, AT&T respectfully requests that this Court dismiss Plaintiff's Complaint, with prejudice, and grant AT&T such other and further relief as the Court deems just and proper.

1

Respectfully submitted this the 20th day of December, 2019.

                                                 KILPATRICK TOWNSEND & STOCKTON LLP

                                                 /s/ Joseph S. Dowdy
                                                 Joseph S. Dowdy (N.C. State Bar No. 31941)
                                                 4208 Six Forks Road, Suite 1400
                                                 Raleigh, NC 27609
                                                 Telephone: (919) 420-1718
                                                 Facsimile: (919) 510-6120
                                                 Email: jdowdy@kilpatricktownsend.com

                                                 *Counsel for Defendant AT&T Mobility LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on date set out below, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| SHUMAKER LOOP & KENDRICK LLP<br>Terence S. Reynolds<br>treynolds@shumaker.com<br>Lucas D. Garber<br>lgarber@shumaker.com<br>101 South Tyron Street<br>Suite 2200<br>Charlotte, North Carolina 28280<br>Local Civil Rule 83.1(d) Counsel for<br>Plaintiff Jason Williams | PIERCE BAINBRIDGE BECK PRICE<br>& HECHT LLP<br>Christopher LaVigne<br>clavigne@piercebainbridge.com<br>Dwayne Sam<br>dsam@piercebainbridge.com<br>Sarah Baugh<br>sbaugh@piercebainbridge.com<br>Thomas Popejoy<br>tlpopejoy@piercebainbridge.com<br>277 Park Avenue, 45th Floor<br>New York, NY 10172<br>Counsel for Plaintiff Jason Williams |

This the 20th day of December, 2019.

/s/ Joseph S. Dowdy.
Joseph S. Dowdy