IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| JASON WILLIAMS,<br><br>        Plaintiff,<br>v.<br><br>AT&T MOBILITY, LLC,<br><br>        Defendant. | Case No. 5:19-cv-00475-BO<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS** |

Plaintiff Jason Williams ("Plaintiff") pursuant to Federal Rule of Civil Procedure 6(b) and Local Civil Rule 6.1, hereby moves this Court to extend its deadline to respond to Defendant AT&T's ("Defendant") Motion to Dismiss [Dkt. 14] by thirty (30) days, or until February 3, 2020. In support of this motion, Plaintiff states the following:

1. Plaintiff filed his Complaint on October 24, 2019, and Defendant received the summons and Complaint on or about October 30, 2019.

2. Counsel for Plaintiff and Defendant conferred, and Plaintiff's counsel consented to a 30-day extension for Defendant to respond to the Complaint.

3. Defendant filed a Motion to Dismiss on December 20, 2019.

4. Plaintiff's time to respond to the Motion to Dismiss has not yet expired. The current deadline for Defendant to respond is until January 3, 2020.

5. Notwithstanding due diligence and good faith efforts, Plaintiff reasonably requires a thirty-day extension of time, or through and until February 3, 2020 to review and draft an appropriate response to the Motion to Dismiss.

6. The undersigned counsel conferred with counsel for Defendant, who consented to the extension requested herein.

7. A proposed order is submitted with this motion.

WHEREFORE, Plaintiff respectfully prays that this Court grant its motion and order that the deadline by which Plaintiff must file its response to the Motion to Dismiss be extended to February 3, 2020.

Respectfully submitted this the 31st day of December, 2019.

/s/ Christopher N. LaVigne
Christopher N. LaVigne
**PIERCE BAINBRIDGE BECK PRICE & HECHT LLP**
277 Park Avenue, 45th Floor
New York, NY 100172
Telephone: (212) 484-9866
Facsimile: (646) 968-4125
clavigne@piercebainbridge.com
State Bar No. NY 4811121

*Attorney for Plaintiff Jason Williams*

/s/ Terence S. Reynolds
**SHUMAKER LOOP & KENDRICK LLP**
101 South Tyron Street
Suite 2200
Charlotte, North Carolina 28280
Telephone: (704) 375-0057
Facsimile: (704) 332-1197
treynolds@shumaker.com
State Bar No. 49848

*Local Civil Rule 83.1(d) Counsel for Plaintiff Jason Williams*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, December 31, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

**KILPATRICK TOWNSEND & STOCKTON LLP**
Joseph S. Dowdy
4208 Six Forks Road, Suite 1400
Raleigh, NC 27609
Tel: (919) 420-1718
Fax: (919) 510-6120
jdowdy@ kilpatricktownsend.com

*Counsel for Defendant AT&T Mobility, LLC*

Dated: December 31, 2019

*/s/ Terence S. Reynolds*
Terence S. Reynolds
**SHUMAKER LOOP & KENDRICK LLP**
101 South Tyron Street
Suite 2200
Charlotte, North Carolina 28280
Telephone: (704) 375-0057
Facsimile: (704) 332-1197
treynolds@shumaker.com
State Bar No. 49848

*Local Civil Rule 83.1(d) Counsel for Plaintiff Jason Williams*