## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## EASTERN DIVISION

|  |  |
|---|---|
| JASON WILLIAMS,<br><br>          Plaintiff,<br><br>   v.<br><br>AT&T MOBILITY, LLC,<br><br>          Defendant. | Case No. 5:19-cv-00475-BO<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS** |

For good cause shown and with the consent of Defendant, the motion of Plaintiff Jason Williams ("Plaintiff") for an extension of time to respond to the Motion to Dismiss is hereby **GRANTED**.

The deadline for Plaintiff to respond to the Motion to Dismiss is extended through and until February 3, 2020.

**IT IS SO ORDERED.**

Dated: _____, 2019

_____
Honorable Terrence W. Boyle
United States District Judge