IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Case No. 5:19-cv-00475-BO

| | |
|---|---|
| JASON WILLIAMS,<br>        Plaintiff,<br>v.<br>AT&T MOBILITY, LLC,<br>        Defendant. | **MOTION TO WITHDRAW AS COUNSEL** |

Now comes Dwayne D. Sam, Esq., an attorney with the law firm of Pierce Bainbridge Beck Price & Hecht LLP, and hereby moves to withdraw as counsel for the plaintiff in this action. No scheduled hearing or trial will be delayed by the withdrawal of Mr. Sam.

After April 1, 2020, Mr. Sam will no longer be associated with Pierce Bainbridge Beck Price & Hecht LLP. Notwithstanding Mr. Sam's departure, Christopher LaVigne, Patrick A. Bradford and William Geraci of the law firm of Pierce Bainbridge Beck Price & Hecht LLP, will continue to represent the plaintiff in this action, and Terence S. Reynolds and Lucas D. Garber of the law firm of Shumaker Loop & Kendrick LLP, shall continue to serve as Local Civil Rule 83.1 Counsel for the plaintiff in this action.

Accordingly, Dwayne D. Sam respectfully requests that the Court grant his leave to withdraw as counsel and grant such other relief as the Court deems appropriate. Counsel for the defendant has consented to this motion.

[Signature Page Follows]

*/s/ Dwayne D. Sam*
Dwayne D. Sam
PIERCE BAINBRIDGE BECK
PRICE & HECHT LLP
601 Pennsylvania Avenue NW
South Tower, Suite 700
Washington, DC 20004
Telephone: (202) 843-8342
Facsimile: (202) 899-5666
dsam@piercebainbridge.com

*Attorney for Plaintiff Jason Williams*

*/s/ Terence S. Reynolds*
Terence S. Reynolds
**SHUMAKER LOOP & KENDRICK LLP**
101 South Tyron Street
Suite 2200
Charlotte, North Carolina 28280
Telephone: (704) 375-0057
Facsimile: (704) 332-1197
treynolds@shumaker.com
State Bar No. 49848

*Local Civil Rule 83.1(d) Counsel for Plaintiff Jason Williams*

# CERTIFICATE OF SERVICE

I hereby certify that on this date, April 1, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

**KILPATRICK TOWNSEND & STOCKTON LLP**
Joseph S. Dowdy
4208 Six Forks Road, Suite 1400
Raleigh, NC 27609
Tel: (919) 420-1718
Fax: (919) 510-6120
jdowdy@ kilpatricktownsend.com

*Counsel for Defendant AT&T Mobility, LLC*


Dated: April 1, 2020

                                             */s/ Terence S. Reynolds*
                                             Terence S. Reynolds
                                             **SHUMAKER LOOP & KENDRICK LLP**
                                             101 South Tyron Street
                                             Suite 2200
                                             Charlotte, North Carolina 28280
                                             Telephone: (704) 375-0057
                                             Facsimile: (704) 332-1197
                                             treynolds@shumaker.com
                                             State Bar No. 49848

                                             *Local Civil Rule 83.1(d) Counsel for Plaintiff*
                                             *Jason Williams*