# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# EASTERN DIVISION
### Case No. 5:19-cv-00475-BO

| | |
|---|---|
| JASON WILLIAMS,<br>　　　　Plaintiff,<br>　v.<br>AT&T MOBILITY, LLC,<br>　　　　Defendant. | **MOTION TO WITHDRAW AS COUNSEL** |

Now comes Thomas Popejoy, Esq., an attorney with the law firm of Pierce Bainbridge Beck Price & Hecht LLP, and hereby moves to withdraw as counsel for the plaintiff in this action. No scheduled hearing or trial will be delayed by the withdrawal of Mr. Popejoy.

After April 1, 2020, Mr. Popejoy will no longer be associated with Pierce Bainbridge Beck Price & Hecht LLP. Notwithstanding Mr. Popejoy's departure, Christopher LaVigne, Patrick A. Bradford, and William Geraci of the law firm of Pierce Bainbridge Beck Price & Hecht LLP, will continue to represent the plaintiff in this action, and Terence S. Reynolds and Lucas D. Garber of the law firm of Shumaker Loop & Kendrick LLP, shall continue to serve as Local Civil Rule 83.1 Counsel for the plaintiff in this action.

Accordingly, Thomas Popejoy respectfully requests that the Court grant his leave to withdraw as counsel and grant such other relief as the Court deems appropriate. Counsel for the defendant has consented to this motion.

[Signature Page Follows]

*/s/ Thomas Popejoy*
Thomas Popejoy
**PIERCE BAINBRIDGE BECK PRICE**
**& HECHT LLP**
277 Park Avenue, 45th Floor
New York, NY 100172
Telephone: (212) 484-9866
Facsimile: (646) 968-4125
tlpopejoy@piercebainbridge.com
State Bar No. NY 5444146

*Attorney for Plaintiff Jason Williams*

*/s/ Terence S. Reynolds*
Terence S. Reynolds
**SHUMAKER LOOP & KENDRICK LLP**
101 South Tyron Street
Suite 2200
Charlotte, North Carolina 28280
Telephone: (704) 375-0057
Facsimile: (704) 332-1197
treynolds@shumaker.com
State Bar No. 49848

*Local Civil Rule 83.1(d) Counsel for Plaintiff Jason Williams*

# CERTIFICATE OF SERVICE

I hereby certify that on this date, April 1, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

**KILPATRICK TOWNSEND & STOCKTON LLP**
Joseph S. Dowdy
4208 Six Forks Road, Suite 1400
Raleigh, NC 27609
Tel: (919) 420-1718
Fax: (919) 510-6120
jdowdy@ kilpatricktownsend.com

*Counsel for Defendant AT&T Mobility, LLC*


Dated: April 1, 2020

    */s/ Terence S. Reynolds*
    Terence S. Reynolds
    **SHUMAKER LOOP & KENDRICK LLP**
    101 South Tyron Street
    Suite 2200
    Charlotte, North Carolina 28280
    Telephone: (704) 375-0057
    Facsimile: (704) 332-1197
    treynolds@shumaker.com
    State Bar No. 49848

    *Local Civil Rule 83.1(d) Counsel for Plaintiff Jason Williams*