# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### EASTERN DIVISION
### Case No. 5:19-cv-00475-BO

JASON WILLIAMS,

           Plaintiff,

v.

AT&T MOBILITY, LLC,

           Defendant.

**ORDER**

This matter is before the Court on the Motion to Withdraw as Counsel filed by Thomas Popejoy, Esq. FOR GOOD CAUSE SHOWN, it is ordered that the Motion to Withdraw as Counsel filed by Thomas Popejoy, is hereby GRANTED, and that Thomas Popejoy is discharged from any further responsibility for the representation of the Plaintiff in this action.

Christopher LaVigne, Patrick A. Bradford and William Geraci of the law firm of Pierce Bainbridge Beck Price & Hecht LLP, will continue to represent the plaintiff in this action, and Terence S. Reynolds and Lucas D. Garber of the law firm of Shumaker Loop & Kendrick LLP, shall continue to serve as Local Civil Rule 83.1 Counsel for the plaintiff in this action.

SO ORDERED. This the _____ day of April, 2020.

_____