# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| JASON WILLIAMS,<br><br>    Plaintiff,<br><br>vs.<br><br>AT&T MOBILITY, LLC,<br><br>    Defendant. | Case No. 5:19-cv-00475-BO<br><br>**NOTICE OF APPEARANCE** |

NOTICE IS HEREBY GIVEN that Phillip A. Harris, Jr. of the firm Kilpatrick Townsend & Stockton LLP hereby appears as counsel for Defendant AT&T Mobility, LLC ("Defendant"), in the above-referenced proceeding.

Respectfully submitted this the 2nd day of April, 2020.

                KILPATRICK TOWNSEND & STOCKTON LLP

                /s/ Phillip A. Harris, Jr.
                Phillip A. Harris, Jr. (N.C. State Bar No. 39740)
                4208 Six Forks Road, Suite 1400
                Raleigh, NC 27609
                Telephone: (919) 420-1718
                Facsimile: (919) 510-6120
                Email:      pharris@kilpatricktownsend.com

                *Counsel for Defendant AT&T Mobility, LLC*

1

# CERTIFICATE OF SERVICE

I hereby certify that on date set out below, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| SHUMAKER LOOP & KENDRICK LLP<br>Terence S. Reynolds<br>treynolds@shumaker.com<br>Lucas D. Garber<br>lgarber@shumaker.com<br>101 South Tyron Street<br>Suite 2200<br>Charlotte, North Carolina 28280<br>*Local Civil Rule 83.1(d) Counsel for Plaintiff Jason Williams* | PIERCE BAINBRIDGE BECK PRICE & HECHT LLP<br>Christopher LaVigne<br>clavigne@piercebainbridge.com<br>Patrick Bradford<br>pbradford@piercebainbridge.com<br>William L. Geraci<br>wgeraci@piercebainbridge.com<br>277 Park Avenue, 45th Floor<br>New York, NY 10172<br>*Counsel for Plaintiff Jason Williams* |

This the 2nd day of April, 2020.

/s/ Phillip A. Harris, Jr.
Phillip A. Harris, Jr.