IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JASON WILLIAMS,<br><br>    Plaintiff,<br><br>vs.<br><br>AT&T MOBILITY, LLC,<br><br>    Defendant. | Case No. 5:19-cv-00475-BO<br><br>**MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE ANSWER TO COMPLAINT<br>(CONSENT MOTION)** |

Defendant AT&T Mobility, LLC ("Defendant"), pursuant to Federal Rule of Civil Procedure 6(b) and Local Civil Rule 6.1, hereby moves this Court to extend its deadline to respond to Plaintiff's Complaint [Dkt. 2] by seven days, or until April 15, 2020. In support of this motion, Defendant states the following:

1. Defendant filed a pre-answer motion to dismiss.

2. The Court's Order [Dkt 20] denying Defendant's Motion was entered March 25, 2020.

3. Pursuant to Fed. R. Civ. P. 12(a)(4)(A), Defendant's answer is due April 8, 2020.

4. Notwithstanding good faith efforts and due diligence Defendants and their counsel need a short extension of time to prepare and file their answer in part due to prevailing circumstances in this District.

5. The undersigned counsel conferred with counsel for Plaintiff, who consented to the extension requested herein.

6. Good cause exists for this extension, and the extension will not delay

1

adjudication of the case.

      7.    A proposed order is submitted with this motion.

WHEREFORE, Defendant respectfully prays that this Court grant its motion and order that the deadline by which Defendant must file its answer to the Complaint be extended to April 15, 2020.

Respectfully submitted this the 2nd day of April, 2020.

                            KILPATRICK TOWNSEND & STOCKTON LLP

                            /s/ Jos. Dowdy
                            Joseph S. Dowdy (N.C. State Bar No. 31941)
                            Phillip A. Harris, Jr. (N.C. State Bar No. 39740)
                            4208 Six Forks Road, Suite 1400
                            Raleigh, NC 27609
                            Telephone: (919) 420-1718
                            Facsimile: (919) 510-6120
                            Email:    jdowdy@kilpatricktownsend.com
                                                  pharris@kilpatricktownsend.com

                            *Counsel for Defendant AT&T Mobility, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on date set out below, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

SHUMAKER LOOP & KENDRICK LLP
Terence S. Reynolds
treynolds@shumaker.com
Lucas D. Garber
lgarber@shumaker.com
101 South Tyron Street
Suite 2200
Charlotte, North Carolina 28280

*Local Civil Rule 83.1(d) Counsel for Plaintiff Jason Williams*

PIERCE BAINBRIDGE BECK PRICE & HECHT LLP
Christopher LaVigne
clavigne@piercebainbridge.com
Patrick Bradford
pbradford@piercebainbridge.com
William L. Geraci
wgeraci@piercebainbridge.com
277 Park Avenue, 45th Floor
New York, NY 10172

*Counsel for Plaintiff Jason Williams*

This the 2nd day of April, 2020.

/s/ Jos. Dowdy
Joseph S. Dowdy