IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Case No. 5:19-cv-00475-BO

JASON WILLIAMS,

    Plaintiff,

v.

AT&T MOBILITY, LLC,

    Defendant.

**ORDER**

This matter is before the Court on the Motion to Withdraw as Counsel filed by Sarah A. Baugh, Esq. FOR GOOD CAUSE SHOWN, it is ordered that the Motion to Withdraw as Counsel filed by Sarah A. Baugh, is hereby GRANTED, and that Sarah A. Baugh is discharged from any further responsibility for the representation of the Plaintiff in this action.

Christopher LaVigne, Patrick A. Bradford and William Geraci of the law firm of Pierce Bainbridge Beck Price & Hecht LLP, will continue to represent the plaintiff in this action, and Terence S. Reynolds and Lucas D. Garber of the law firm of Shumaker Loop & Kendrick LLP, shall continue to serve as Local Civil Rule 83.1 Counsel for the plaintiff in this action.

SO ORDERED. This the 3 day of April, 2020.

*Terrence Boyle*
TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE