IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JASON WILLIAMS,<br><br>    Plaintiff,<br><br>vs.<br><br>AT&T MOBILITY LLC,<br><br>    Defendant. | Case No. 5:19-cv-00475-BO<br><br>**NOTICE OF SPECIAL APPEARANCE** |

NOTICE IS HEREBY GIVEN that, pursuant to Local Civil Rule 83.1(e), Michael Breslin of the firm Kilpatrick Townsend & Stockton LLP hereby enters a notice of special appearance as counsel for Defendant AT&T Mobility LLC ("Defendant"), in the above-referenced proceeding, in association with local counsel, Joseph S. Dowdy, of Kilpatrick Townsend & Stockton LLP.

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the Court.

Respectfully submitted this the 22nd day of April, 2020.

                                        /s/ Michael Breslin
                                        Michael Breslin
                                        **KILPATRICK TOWNSEND & STOCKTON LLP**
                                        1100 Peachtree St. NE, Suite 2800
                                        Atlanta, GA 30309-4530
                                        Telephone: (404) 815-6500
                                        Facsimile: (404) 815-6555
                                        Email:       mbreslin@kilpatricktownsend.com
                                        (GA State Bar No. 142551)

                                        *Counsel for Defendant AT&T Mobility LLC*

1

/s/ Joseph S. Dowdy
Joseph S. Dowdy (N.C. State Bar No. 31941)
**KILPATRICK TOWNSEND & STOCKTON LLP**
4208 Six Forks Road, Suite 1400
Raleigh, NC 27609
Telephone: (919) 420-1718
Facsimile: (919) 510-6120
Email: jdowdy@kilpatricktownsend.com

*Local Civil Rule 83.1(d) Counsel for Defendant AT&T Mobility LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on date set out below, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| SHUMAKER LOOP & KENDRICK LLP<br>Terence S. Reynolds<br>treynolds@shumaker.com<br>Lucas D. Garber<br>lgarber@shumaker.com<br>101 South Tyron Street<br>Suite 2200<br>Charlotte, North Carolina 28280<br><br>*Local Civil Rule 83.1(d) Counsel for Plaintiff Jason Williams* | PIERCE BAINBRIDGE BECK PRICE & HECHT LLP<br>Christopher LaVigne<br>clavigne@piercebainbridge.com<br>William L. Geraci<br>wgeraci@piercebainbridge.com<br>277 Park Avenue, 45th Floor<br>New York, NY 10172<br><br>*Counsel for Plaintiff Jason Williams* |

This the 22nd day of April, 2020.

/s/ Joseph S. Dowdy
Joseph S. Dowdy