# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| JASON WILLIAMS, <br><br> Plaintiff, <br><br> vs. <br><br> AT&T MOBILITY LLC, <br><br> Defendant. | Case No. 5:19-cv-00475-BO <br><br> **JOINT MOTION FOR ENTRY OF RULE 502(d) ORDER** |

Plaintiff Jason Williams and Defendant AT&T Mobility LLC, ("the Parties") jointly and through their respective undersigned counsel, hereby respectfully request that the Court enter the proposed Order Governing Disclosure of Documents Pursuant to Federal Rule of Evidence 502(d) submitted with this Motion (the "Proposed Rule 502(d) Order").

In support of this Motion, the Parties show the Court that:

1. The Parties agreed at the Rule 26(f) Discovery Planning Conference that the inadvertent production of privileged information should not waive or otherwise compromise any applicable privilege or preclude the party from asserting privilege claims after production;

2. The Parties thereafter agreed to the terms of the Proposed Rule 502(d) Order; and

3. Entry of the Proposed Rule 502(d) Order is likely to assist with discovery in this matter.

WHEREFORE, the Parties request that the Court consider and enter the Proposed Rule 502(d) Order and grant such other and further related relief as it deems appropriate.

1

Respectfully submitted this 12th day of May, 2020.

For Plaintiff:

/s/ Terence S. Reynolds
Terence S. Reynolds
Lucas D. Garber
SHUMAKER LOOP & KENDRICK LLP
101 South Tryon Street
Suite 2200
Charlotte, NC 28280
Email: treynolds@shumaker.com
      lgarber@shumaker.com

Christopher LaVigne
WITHERS BERGMAN LLP
430 Park Avenue, 10th Floor
New York, New York  10022-3505
Email: christopher.lavigne@withersworldwide.com

*Counsel for Plaintiff Jason Williams*

For Defendant:

/s/ Joseph S. Dowdy
Joseph S. Dowdy (N.C. State Bar No. 31941)
Phillip A. Harris, Jr. (N.C. State Bar No. 39740)
KILPATRICK TOWNSEND & STOCKTON LLP
4208 Six Forks Road, Suite 1400
Raleigh, NC 27609
Telephone: (919) 420-1700
Facsimile: (919) 510-6120
Email: jdowdy@kilpatricktownsend.com
      pharris@kilpatricktownsend.com

Michael Breslin
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree St. NE, Suite 2800
Atlanta, GA 30309
Telephone: (404) 815-6500
Facsimile (404) 815-6555
Email: mbreslin@kilpatricktownsend.com

*Counsel for Defendant AT&T Mobility LLC*

2

# **CERTIFICATE OF SERVICE**

I hereby certify that on date set out below, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

SHUMAKER LOOP & KENDRICK LLP
Terence S. Reynolds
treynolds@shumaker.com
Lucas D. Garber
lgarber@shumaker.com
101 South Tyron Street
Suite 2200
Charlotte, North Carolina 28280

*Counsel for Plaintiff Jason Williams*

WITHERS BERGMAN LLP
Christopher LaVigne
christopher.lavigne@withersworldwide.com
430 Park Avenue, 10th Floor
New York, New York 10022-3505

*Counsel for Plaintiff Jason Williams*

This the 12th day of May, 2020.

/s/ Joseph Dowdy
Joseph S. Dowdy