IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

-----------------------------------------------------------------------X
JASON WILLIAMS,

            Plaintiff,

-against-

AT&T MOBILITY, LLC,

            Defendant.
-----------------------------------------------------------------------X

Index No. 5:19-cv-00475-BO

**NOTICE OF SPECIAL APPEARANCE**

    Please take notice that the undersigned Joseph E. Gallo hereby enters a notice of special appearance as counsel for Plaintiff Jason Williams in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, Terence S. Reynolds, of Shumaker, Loop & Kendrick LLP.

    I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the court.

    /s/ Joseph E. Gallo
    _____
    Joseph E. Gallo
    WITHERS BERGMAN LLP
    430 Park Avenue, 10th Floor
    New York, NY 10022
    Telephone: (212) 848-9856
    Facsimile: (212) 848-9888
    Email: Joseph.Gallo@withersworldwide.com
    State Bar No.: NY 5037155

    *Attorney for Plaintiff Jason Williams*

/s/ Terence S. Reynolds
―――――――――――――――――――
Terence S. Reynolds
SHUMAKER LOOP & KENDRICK LLP
101 South Tyron Street, Suite 2200
Charlotte, North Carolina 28280
Telephone: (704) 375-0057
Facsimile: (704) 332-1197
Email: treynolds@shumaker.com
State Bar No. 49848

*Local Civil Rule 83.1(d) Counsel for Plaintiff Jason Williams*

# **CERTIFICATE OF SERVICE**

I hereby certify that on this date, June 5, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

KILPATRICK TOWNSEND & STOCKTON LLP
Joseph S. Dowdy
4208 Six Forks Road, Suite 1400
Raleigh, NC 27609
Tel: (919) 420-1718
Fax: (919) 510-6120
Email: jdowdy@ kilpatricktownsend.com

*Counsel for Defendant AT&T Mobility, LLC*


Dated: June 5, 2020

/s/ Terence S. Reynolds
Terence S. Reynolds
SHUMAKER LOOP & KENDRICK LLP
101 South Tyron Street, Suite 2200
Charlotte, North Carolina 28280
Telephone: (704) 375-0057
Facsimile: (704) 332-1197
Email: treynolds@shumaker.com
State Bar No. 49848

*Local Civil Rule 83.1(d) Counsel for Plaintiff Jason Williams*