# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| JASON WILLIAMS,<br><br>　　Plaintiff,<br><br>vs.<br><br>AT&T MOBILITY LLC,<br><br>　　Defendant. | Case No. 5:19-cv-00475-BO<br><br>**JOINT NOTICE OF DESIGNATION OF MEDIATOR** |

Plaintiff Jason Williams and Defendant AT&T Mobility LLC, ("the Parties") jointly and through their respective undersigned counsel, hereby respectfully give notice of their designation of the mediator for the above-captioned matter. The parties have selected, from the Court's approved list of mediators, the following mediator:

> Rene Stemple Trehy (Ellis)
> Beason & Trehy Conflict Resolution, LLC
> 2741 University Drive
> Post Office Box 52270
> Durham, NC, 27717
> Tel: (866) 517-0145
> Fax: (888)788-2153
> www.beasontrehy.com

The parties will contact Mrs. Trehy to notify her of this appointment and to schedule a mediation with her consistent with the Scheduling Order entered by the Court.

1

Respectfully submitted this 5th day of June, 2020.

For Plaintiff:

        */s/ Terence S. Reynolds*
        Terence S. Reynolds
        Lucas D. Garber
        SHUMAKER LOOP & KENDRICK LLP
        101 South Tryon Street
        Suite 2200
        Charlotte, NC 28280
        Email: treynolds@shumaker.com
               lgarber@shumaker.com

        Christopher LaVigne
        WITHERS BERGMAN LLP
        430 Park Avenue, 10th Floor
        New York, New York 10022-3505
        Email: christopher.lavigne@withersworldwide.com

        *Counsel for Plaintiff Jason Williams*

For Defendant:

        */s/ Joseph S. Dowdy*
        Joseph S. Dowdy (N.C. State Bar No. 31941)
        Phillip A. Harris, Jr. (N.C. State Bar No. 39740)
        KILPATRICK TOWNSEND & STOCKTON LLP
        4208 Six Forks Road, Suite 1400
        Raleigh, NC 27609
        Telephone: (919) 420-1700
        Facsimile: (919) 510-6120
        Email: jdowdy@kilpatricktownsend.com
               pharris@kilpatricktownsend.com

        Michael Breslin
        KILPATRICK TOWNSEND & STOCKTON LLP
        1100 Peachtree St. NE, Suite 2800
        Atlanta, GA 30309
        Telephone: (404) 815-6500
        Facsimile (404) 815-6555
        Email: mbreslin@kilpatricktownsend.com

        *Counsel for Defendant AT&T Mobility LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on date set out below, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

SHUMAKER LOOP & KENDRICK LLP
Terence S. Reynolds
treynolds@shumaker.com
Lucas D. Garber
lgarber@shumaker.com
101 South Tyron Street
Suite 2200
Charlotte, North Carolina 28280

*Counsel for Plaintiff Jason Williams*

WITHERS BERGMAN LLP
Christopher LaVigne
christopher.lavigne@withersworldwide.com
430 Park Avenue, 10th Floor
New York, New York 10022-3505

*Counsel for Plaintiff Jason Williams*

This the 5th day of June, 2020.

/s/ Joseph Dowdy
Joseph S. Dowdy