# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| JASON WILLIAMS,<br><br>    Plaintiff,<br><br>vs.<br><br>AT&T MOBILITY LLC,<br><br>    Defendant. | Case No. 5:19-cv-00475-BO<br><br>**JOINT MOTION FOR ENTRY OF CONSENT PROTECTIVE ORDER** |

Plaintiff Jason Williams and Defendant AT&T Mobility LLC, ("the Parties") jointly and through their respective undersigned counsel, hereby respectfully request that the Court, pursuant to Fed. R. Civ. P. 26(c) enter the proposed Joint Stipulated Protective Order submitted with this Motion (the "Proposed Order").

In support of this Motion, the Parties show the Court that:

1. The information exchanged in this case will likely include commercially-sensitive and/or competitive information as well as other confidential information related to the Parties' business operations and/or personal information;

2. The Parties agreed at the Rule 26(f) Discovery Planning Conference to draft a joint protective order to govern the discovery of potentially confidential information;

3. The Parties agree to the terms of the Proposed Order; and

4. Entry of the Proposed Order is likely to assist with discovery in this matter.

WHEREFORE, the Parties request that the Court consider and enter the Proposed Protective Order and grant such other and further related relief as it deems appropriate.

1

Respectfully submitted this 8th day of June, 2020.

For Plaintiff:

*/s/ Terence S. Reynolds*
Terence S. Reynolds
Lucas D. Garber
SHUMAKER LOOP & KENDRICK LLP
101 South Tryon Street
Suite 2200
Charlotte, NC 28280
Email: treynolds@shumaker.com
      lgarber@shumaker.com

Christopher LaVigne
WITHERS BERGMAN LLP
430 Park Avenue, 10th Floor
New York, New York 10022-3505
Email: christopher.lavigne@withersworldwide.com

*Counsel for Plaintiff Jason Williams*

For Defendant:

*/s/ Joseph S. Dowdy*
Joseph S. Dowdy (N.C. State Bar No. 31941)
Phillip A. Harris, Jr. (N.C. State Bar No. 39740)
KILPATRICK TOWNSEND & STOCKTON LLP
4208 Six Forks Road, Suite 1400
Raleigh, NC 27609
Telephone: (919) 420-1700
Facsimile: (919) 510-6120
Email: jdowdy@kilpatricktownsend.com
      pharris@kilpatricktownsend.com

Michael Breslin
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree St. NE, Suite 2800
Atlanta, GA 30309
Telephone: (404) 815-6500
Facsimile (404) 815-6555
Email: mbreslin@kilpatricktownsend.com

*Counsel for Defendant AT&T Mobility LLC*

# **CERTIFICATE OF SERVICE**

I hereby certify that on date set out below, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

SHUMAKER LOOP & KENDRICK LLP
Terence S. Reynolds
treynolds@shumaker.com
Lucas D. Garber
lgarber@shumaker.com
101 South Tyron Street
Suite 2200
Charlotte, North Carolina 28280

*Counsel for Plaintiff Jason Williams*

WITHERS BERGMAN LLP
Christopher LaVigne
christopher.lavigne@withersworldwide.com
430 Park Avenue, 10th Floor
New York, New York 10022-3505

*Counsel for Plaintiff Jason Williams*

This the 8th day of June, 2020.

/s/ Joseph Dowdy
Joseph S. Dowdy