IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Case No. 5:19-cv-00475-BO

| | |
|---|---|
| JASON WILLIAMS,<br>   Plaintiff,<br>v.<br>AT&T MOBILITY, LLC,<br>   Defendant. | **MOTION TO WITHDRAW AS COUNSEL** |

Now comes William Geraci, Esq., an attorney with the law firm of Pierce Bainbridge Beck Price & Hecht LLP, and hereby moves to withdraw as counsel for the plaintiff in this action. No scheduled hearing or trial will be delayed by the withdrawal of Mr. Geraci.

The Plaintiff has terminated his engagement with Pierce Bainbridge Beck Price & Hecht LLP. Christopher LaVigne and Joseph E. Gallo, of the law firm of Withers Bergman LLP, will continue to represent the plaintiff in this action, and Terence S. Reynolds and Lucas D. Garber of the law firm of Shumaker Loop & Kendrick LLP, shall continue to serve as Local Civil Rule 83.1 Counsel for the plaintiff in this action.

Accordingly, William Geraci respectfully requests that the Court grant his leave to withdraw as counsel and grant such other relief as the Court deems appropriate.

[Signature Page Follows]

/s/ William Geraci
William Geraci
**PIERCE BAINBRIDGE
BECK PRICE & HECHT LLP**
277 Park Avenue, 45th Floor
New York, NY 100172
Telephone: (212) 484-9866
Facsimile: (646) 968-4125
wgeraci@piercebainbridge.com
State Bar No. NY 4397600

*Attorney for Plaintiff Jason Williams*

/s/ Terence S. Reynolds
Terence S. Reynolds
**SHUMAKER LOOP & KENDRICK LLP**
101 South Tyron Street
Suite 2200
Charlotte, North Carolina 28280
Telephone: (704) 375-0057
Facsimile: (704) 332-1197
treynolds@shumaker.com
State Bar No. 49848

*Local Civil Rule 83.1(d) Counsel for Plaintiff Jason Williams*

# CERTIFICATE OF SERVICE

I hereby certify that on this date, August 14, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

**KILPATRICK TOWNSEND & STOCKTON LLP**
Joseph S. Dowdy
Phillip A. Harris, Jr.
4208 Six Forks Road, Suite 1400
Raleigh, NC 27609
Tel: (919) 420-1718
Fax: (919) 510-6120
jdowdy@kilpatricktownsend.com
pharris@kilpatricktownsend.com

Michael J. Breslin
1100 Peachtree Street, NE, Suite 2800
Atlanta, GA 30309
Tel: (404) 815-6500
Fax: (404) 541-4749
mbreslin@kilpatricktownsend.com

*Counsel for Defendant AT&T Mobility, LLC*


Dated: August 14, 2020

                                                 */s/ Terence S. Reynolds*
Terence S. Reynolds
**SHUMAKER LOOP & KENDRICK LLP**
101 South Tyron Street
Suite 2200
Charlotte, North Carolina 28280
Telephone: (704) 375-0057
Facsimile: (704) 332-1197
treynolds@shumaker.com
State Bar No. 49848

*Local Civil Rule 83.1(d) Counsel for Plaintiff Jason Williams*