IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Case No. 5:19-cv-00475-BO

JASON WILLIAMS,

    Plaintiff,

v.

AT&T MOBILITY, LLC,

    Defendant.

**ORDER**

This matter is before the Court on the Motion to Withdraw as Counsel filed by William Geraci, Esq. FOR GOOD CAUSE SHOWN, it is ordered that the Motion to Withdraw as Counsel filed by William Geraci, is hereby GRANTED, and that William Geraci is discharged from any further responsibility for the representation of the Plaintiff in this action.

Christopher LaVigne and Joseph E. Gallo, of the law firm of Withers Bergman LLP, will continue to represent the plaintiff in this action, and Terence S. Reynolds and Lucas D. Garber of the law firm of Shumaker Loop & Kendrick LLP, shall continue to serve as Local Civil Rule 83.1 Counsel for the plaintiff in this action.

SO ORDERED. This the __20__ day of __August__, 2020.

_Terrence Boyle_
TERRENCE W. BOYLE
CHIEF U.S. DISTRICT JUDGE