# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## EASTERN District of North Carolina

Case Number: 4:19-CV-00153

Plaintiff:
**JASON WILLIAMS**

vs.

Defendant:
**AT&T MOBILITY, LLC**


BBW2020007716

Received by Steve Palmer on the 4th day of September, 2020 at 11:00 am to be served on **PRIME COMMUNICATIONS, L.PL, 12550 REED RD, STE. 100, SUGAR LAND, TX 77478**.

I, Steve Palmer, do hereby affirm that on the **4th day of September, 2020 at 11:54 am, I:**

Delivered to the within named corporation by hand delivering a true copy of the **SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION, SCHEDULE A, EXHIBIT 1,** with the date of service endorsed thereon by me to **Lesley Wickham** as **Accounting Specialist** of the within named corporation **PRIME COMMUNICATIONS, L.PL** at **12550 REED RD, STE. 100, SUGAR LAND, TX 77478**, in compliance with State Statutes.

"My name is STEVE PALMER (First, Last), my date of birth is 11/29/62, and my address is 3143 WATERS VW DR SUGARLAND TX 77478 (Street, City, State, Zip Code), and FT BEND (County). I declare under penalty of perjury that the foregoing is true and correct. Executed in FT BEND (County), State of TX, on the 4th Day of SEPTEMBER 20 20, STEVE PALMER (First, Last name) declarant."

Steve Palmer
PSC-12407 Exp 12/31/2021

Our Job Serial Number: BBW-2020007716

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1t

Case 5:19-cv-00475-BO   Document 50   Filed 09/23/20   Page 1 of 1