# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

JASON WILLIAMS,

    Plaintiff,

vs.

AT&T MOBILITY, LLC,

    Defendant.

Case No. 5:19-cv-00475-BO

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF SCHEDULING ORDER DATES**

For good cause shown and with the consent of the Parties to this action, the joint motion for an extension of certain deadlines set forth in the Court's May 15, 2020 Scheduling Order [Dkt. 42] is hereby **GRANTED**.

The Scheduling Order [Dkt. 42] is hereby amended to reflect the following deadlines:

1. March 15, 2021 – Plaintiff's deadline to amend pleadings or join additional parties.
2. March 30, 2021 – Plaintiff's expert disclosures due.
3. April 15, 2021 – Defendant's deadline to amend pleadings or join additional parties.
4. April 30, 2021 – Defendant's expert disclosures due.
5. May 17, 2021 – Rebuttal expert disclosures due.

6. June 18, 2021 –

    a. All discovery shall be initiated in time to be completed by this date; and

    b. Deadline to mediate pursuant to the Court's June 12, 2020 Order Appointing Mediator [Dkt. 46].

7. Aug. 16, 2021 – Deadline to file any dispositive motions.

Aside from the above modifications, the May 15, 2020 Scheduling Order [Dkt. 42] shall remain in effect.

**IT IS SO ORDERED**.

_____