# EXHIBIT L

| | |
|---|---|
| **From:** | Dan Haley |
| **To:** | "HILL, RAY A" |
| **Cc:** | Amy Milberger; Cameron Clark; Alan Fagergren |
| **Subject:** | RE: Cory Pein - FL Brandon Bloomingdale - |
| **Date:** | Wednesday, September 18, 2019 5:50:17 PM |
| **Attachments:** | Stephen Defiore - Sim card case - FL Brandon Bloomingdale.pdf |

Ray,

Attached is our case summary on Stephen Defiore. Thru video footage and account research, I found that only Stephen Defiore was involved in unauthorized sim card changes. Defiore took full responsibility for all sim card changes that we were made aware of by At&t. When I spoke with Defiore during the investigation, he did state there may have been instances where another employee was logged into Opus while he was making unauthorized sim card changes. He also stated that no other employees were aware of his actions.

It was communicated to us that sales associate Cory Pein and Victoria Maher were named in this investigation by At&t. Pein and Maher were not found to be involved with any unauthorized sim card changes during the investigation. Pein also remained employed during and after this investigation with no periods of a leave of absence or resignation.

For this reason, Pein's AttUID - , should remain active.

**DAN HALEY**
Senior Loss Prevention Manager | Prime Communications
Phone: (970) 376-7336 | dhaley@primecomms.com



**From:** Dan Haley
**Sent:** Friday, August 30, 2019 4:20 PM
**To:** 'HILL, RAY A' <rh7889@att.com>
**Cc:** Amy Milberger <amilberger@primecomms.com>; Cameron Clark <cclark@primecomms.com>; Alan Fagergren <afagergren@primecomms.com>
**Subject:** RE: Cory Pein - FL Brandon Bloomingdale -

Ray,

From Wednesday's conversation, Cory Pein did not leave the company at any point since his hire date of 10/2017.

You had mentioned this was related to the sim swap case with Stephen Defiore. The only AttUID that I recall being named during the investigation was Victoria Maher .

**DAN HALEY**
Senior Loss Prevention Manager | Prime Communications
Phone: (970) 376-7336 | dhaley@primecomms.com



**From:** Dan Haley
**Sent:** Friday, August 23, 2019 10:42 AM