IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

---------------------------------------------------------X
JASON WILLIAMS,

                Plaintiff,

        vs.

AT&T MOBILITY, LLC,

                Defendant.
---------------------------------------------------------X

Case No.: 5:19-cv-00475-BO

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DEFENDANT AT&T MOBILITY, LLC TO PRODUCE DOCUMENTS

**UPON** consideration of Plaintiff Jason Williams' February 12, 2021, Motion to Compel Defendant AT&T Mobility, LLC To Produce Documents (the "Motion to Compel"); the accompanying Memorandum of Law; the Declaration of Christopher N. LaVigne, dated February 12, 2021, and the exhibits thereto; and Defendant's opposition to the Motion to Compel; and due cause having been presented, it is hereby

**ORDERED** that Plaintiff's Motion to Compel discovery under Federal Rules of Civil Procedure 26 and 34 and the Local Rules of the Eastern District of North Carolina 26.1 and 34.1 is **GRANTED** and that the Defendant must produce all documents, including specifically email communications, responsive to Request Nos. 1, 2, 3, 7, and 8 of Plaintiff's First Set of Requests for Production of Documents within 14 days of the date of this Order; and it is hereby

FURTHER ORDERED that pursuant to Federal Rule of Civil Procedure 37(a)(5) Defendant shall pay Plaintiff's reasonable expenses incurred in making the Motion to Compel, including attorney's fees in the amount of $25,086.00.

**IT IS SO ORDERED.**

Dated: _____ \_\_, 2021

                                        By: _____
                                               Hon. _____