# EXHIBIT B

 

KILPATRICK TOWNSEND & STOCKTON LLP
www.kilpatricktownsend.com

1801 Century Park East, Suite 2300
Los Angeles, CA 90067
t 310-248-3830 f 310-860-0363

Adam P. Wiley
direct dial 310 777 3733
direct fax 310 388 5804
AWiley@kilpatricktownsend.com

October 8, 2020

Terence S. Reynolds  treynolds@shumaker.com
Lucas D. Garber  lgarber@shumaker.com
Shumaker Loop & Kendrick LLP
101 South Tyron Street, Suite 2200
Charlotte, NC 28280

Christopher LaVigne  christopher.lavigne@withersworldwide.com
Joe Gallo  joseph.gallo@withersworldwide.com
Withers Bergman LLP
430 Park Ave., 10th Floor
New York, NY 10022

Re: *WILLIAMS V. AT&T MOBILITY, LLC*; CASE NUMBER: 5:19-CV-00475-BO

Dear Counsel:

Defendant AT&T has prepared a supplemental "Volume 2" document production in response to Plaintiff's requests for production of documents. A link to the production is included with this correspondence. The documents are labeled "ATT-WIL-01601- ATT-WIL-02112," and the password for the zip file is p4%sjpAC.

Note that some of the documents are subject to confidentiality protection under the protective order governing confidentiality in this case.

Please do not hesitate to contact us with questions.

Thank you,

Adam P. Wiley

Enclosures

cc: Michael J. Breslin
Joseph S. Dowdy
Phillip A. Harris, Jr.

ANCHORAGE ATLANTA AUGUSTA BEIJING CHARLOTTE DALLAS DENVER HOUSTON LOS ANGELES NEW YORK RALEIGH SAN DIEGO
SAN FRANCISCO SEATTLE SHANGHAI SILICON VALLEY STOCKHOLM TOKYO WALNUT CREEK WASHINGTON WINSTON-SALEM

Case 5:19-cv-00475-BO  Document 60-3  Filed 02/26/21  Page 2 of 2