# EXHIBIT D



KILPATRICK TOWNSEND & STOCKTON LLP
www.kilpatricktownsend.com

Suite 1400, 4208 Six Forks Road
Raleigh, NC 27609
t 919 420 1700  f 919 420 1800

Joseph S. Dowdy, Partner
direct dial 919 420 1718
direct fax 919 510 6120
JDowdy@kilpatricktownsend.com

December 17, 2020

Terence S. Reynolds         treynolds@shumaker.com
Lucas D. Garber             lgarber@shumaker.com
Shumaker Loop & Kendrick LLP
101 South Tyron Street, Suite 2200
Charlotte, NC 28280

Christopher LaVigne         christopher.lavigne@withersworldwide.com
Joe Gallo                   joseph.gallo@withersworldwide.com
Withers Bergman LLP
430 Park Ave., 10th Floor
New York, NY 10022

Re: *WILLIAMS V. AT&T MOBILITY, LLC*; CASE NUMBER: 5:19-CV-00475-BO

Dear Counsel:

Please find with this correspondence a link to Defendant's production, with documents labeled "ATT-WIL-02322 – ATT-WIL-02933." The password for the zip file will be sent via email separately.

Please note that some of the documents are subject to confidentiality protection under the protective order governing confidentiality in this case.

Please do not hesitate to contact us with questions.

Warm regards,

*Joseph S. Dowdy*

Joseph S. Dowdy

Enclosures

cc: Michael Breslin, Esq.
    Adam Wiley, Esq.

ANCHORAGE  ATLANTA  AUGUSTA  BEIJING  CHARLOTTE  DALLAS  DENVER  HOUSTON  LOS ANGELES  NEW YORK  RALEIGH  SAN DIEGO
SAN FRANCISCO  SEATTLE  SHANGHAI  SILICON VALLEY  STOCKHOLM  TOKYO  WALNUT CREEK  WASHINGTON  WINSTON-SALEM