IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JASON WILLIAMS,<br><br>　　　Plaintiff,<br><br>vs.<br><br>AT&T MOBILITY LLC,<br><br>　　　Defendant. | Case No. 5:19-cv-00475-BO<br><br>**NOTICE OF SPECIAL APPEARANCE** |

NOTICE IS HEREBY GIVEN that, pursuant to Local Civil Rule 83.1(e), Adam P. Wiley of the firm Kilpatrick Townsend & Stockton LLP hereby enters a notice of special appearance as counsel for Defendant AT&T Mobility LLC ("Defendant"), in the above-referenced proceeding, in association with local counsel, Joseph S. Dowdy, of Kilpatrick Townsend & Stockton LLP.

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the Court.

Respectfully submitted this the 15th day of March, 2021.

　　　　　　　　　　　　　　　　/s/ Adam P. Wiley
　　　　　　　　　　　　　　　　Adam P. Wiley
　　　　　　　　　　　　　　　　**KILPATRICK TOWNSEND & STOCKTON LLP**
　　　　　　　　　　　　　　　　Two Embarcadero Center, Suite 1900
　　　　　　　　　　　　　　　　San Francisco, CA 94111
　　　　　　　　　　　　　　　　Telephone: (415) 273-4336
　　　　　　　　　　　　　　　　Facsimile: (415) 576-0300
　　　　　　　　　　　　　　　　Email:　　awiley@kilpatricktownsend.com
　　　　　　　　　　　　　　　　(CA State Bar No. 298686)

　　　　　　　　　　　　　　　　*Counsel for Defendant AT&T Mobility LLC*

/s/ Joseph S. Dowdy
Joseph S. Dowdy (N.C. State Bar No. 31941)
**KILPATRICK TOWNSEND & STOCKTON LLP**
4208 Six Forks Road, Suite 1400
Raleigh, NC 27609
Telephone: (919) 420-1718
Facsimile: (919) 510-6120
Email: jdowdy@kilpatricktownsend.com

*Local Civil Rule 83.1(d) Counsel for Defendant
AT&T Mobility LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on date set out below, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| SHUMAKER LOOP & KENDRICK LLP<br>Terence S. Reynolds<br>treynolds@shumaker.com<br>Lucas D. Garber<br>lgarber@shumaker.com<br>101 South Tyron Street<br>Suite 2200<br>Charlotte, North Carolina 28280<br><br>*Local Civil Rule 83.1(d) Counsel for Plaintiff Jason Williams* | PIERCE BAINBRIDGE BECK PRICE & HECHT LLP<br>Christopher LaVigne<br>clavigne@piercebainbridge.com<br>Dwayne Sam<br>dsam@piercebainbridge.com<br>Sarah Baugh<br>sbaugh@piercebainbridge.com<br>Thomas Popejoy<br>tlpopejoy@piercebainbridge.com<br>277 Park Avenue, 45th Floor<br>New York, NY 10172<br><br>*Counsel for Plaintiff Jason Williams* |

This the 15th day of March, 2021.

/s/ Adam P. Wiley
Adam P. Willey