---------------------------------------------------------X
JASON WILLIAMS,

                Plaintiff,

   vs.

AT&T MOBILITY, LLC,

                Defendant.
---------------------------------------------------------X

Case No.: 5:19-cv-00475-BO

# DECLARATION OF CHRISTOPHER N. LAVIGNE
## IN SUPPORT OF PLAINTIFF JASON WILLIAMS' OPPOSITION TO DEFENDANT AT&T MOBILITY LLC'S MOTION TO COMPEL TO PRODUCE DOCUMENTS AND RESPOND TO INTERROGATORIES

I, Christopher N. LaVigne, hereby declare under penalty of perjury that the following is true and correct and state as follows:

1. I am an attorney admitted to practice law in the State of New York. I am a partner at the law firm of Withers Bergman LLP, counsel for Plaintiff Jason Williams in the above-entitled action. I was admitted via *Notice of Special Appearance* in this matter on November 8, 2019 (Doc. No. 11).

2. Attached hereto as Exhibit A is a copy of a series of meet and confer email communications between the parties' counsel, for the period October 29, 2020 thru December 22, 2020.

3. Attached hereto as Exhibit B is a copy of a series of meet and confer email communications between the parties' counsel, for the period October 29, 2020 thru January 28, 2021.

4. Attached hereto as Exhibit C is a copy of a series of email communications among the parties' counsel and representatives of Slush Pool, for the period February 23, 2021 thru March 2, 2021.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 29, 2021
New York, New York

By: _____
Christopher N. LaVigne