IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-cv-00475-BO

**Jason Williams**,

   Plaintiff,

v.                **Order**

**AT&T Mobility, LLC**,

   Defendant.

   The court held a hearing to resolve issues from Plaintiff Jason Williams's motion to compel documents from Defendant AT&T Mobility (D.E. 56) on March 16, 2021. Following the hearing, the court grants the motion in part and orders as follows:

- AT&T must search the PMKs' emails using the following search terms:
    - The search terms proposed by AT&T in the email at Docket Entry 58-9 at 21;
    - The search terms AT&T agreed to run in the email at Docket Entry 58-9 at 2; and
    - 10 additional search terms selected by Williams from the list of proposed terms in the January 22, 2021 email found at Docket Entry 58-9 at 5–6. Williams must notify AT&T of his chosen terms within 2 days of the court entering this order.
- AT&T shall produce documents all non-privileged responsive documents generated from searches no later than 30 days from the date Williams provides his additional search terms.
- After production of the records, the parties must meet and confer on whether additional search terms are necessary and proportional.

- If, after meeting and conferring, the parties are unable to resolve disputes over the searches required above or the propriety of further searches, they should contact Judge Numbers's case manager to arrange for a hearing.
- The parties shall bear their own costs.

Dated: April 1, 2021

_____
Robert T. Numbers, II
United States Magistrate Judge