# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| JASON WILLIAMS,<br><br>    Plaintiff,<br><br>vs.<br><br>AT&T MOBILITY, LLC,<br><br>    Defendant. | Case No. 5:19-cv-00475-BO<br><br>**ORDER GRANTING JOINT MOTION FOR SECOND MODIFICATION OF SCHEDULING ORDER** |

For good cause shown and with the consent of the Parties to this action, the joint motion for a second modification of certain deadlines set forth in the Court's May 15, 2020 Scheduling Order [Dkt. 42], and modified pursuant to the Court's November 11, 2020 order granting the Parties' first extension [Dkt. 55], is hereby **GRANTED**.

The Scheduling Order [Dkt. 42] is hereby amended to reflect the following deadlines:

1. June 15, 2021 – Plaintiff's deadline to amend pleadings or join additional parties.

2. June 30, 2021 – Plaintiff's expert disclosures due.

3. July 15, 2021 – Defendant's deadline to amend pleadings or join additional parties.

4. July 30, 2021 – Defendant's expert disclosures due.

5. August 17, 2021 – Rebuttal expert disclosures due.

6. June 18, 2021 – Deadline to mediate pursuant to the Court's June 12, 2020 Order Appointing Mediator [Dkt. 46].

7. September 17, 2021 – All discovery shall be initiated in time to be completed by this date.

8. November 1, 2021 – Deadline to file any dispositive motion.

9. November 22, 2021 – Deadline to file any opposition to any dispositive motion.

10. December 13, 2021 – Deadline to file any reply in support of a dispositive motion.

Aside from the above modifications, the May 15, 2020 Scheduling Order [Dkt. 42] shall remain in effect.

**IT IS SO ORDERED**.

Dated: May 6, 2021

_____
Robert T. Numbers, II
United States Magistrate Judge