# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| JASON WILLIAMS,<br><br>    Plaintiff,<br><br>vs.<br><br>AT&T MOBILITY LLC,<br><br>    Defendant. | Case No. 5:19-cv-00475-BO<br><br>**JOINT MOTION TO**<br>**SET MEDIATION DATE** |

COME NOW Plaintiff, Jason Williams, and Defendant, AT&T Mobility LLC (the "Parties"), jointly and through the undersigned counsel, and hereby move the Court to set September 30, 2021, as the mediation date and respectfully show the Court the following:

In their initial proposed scheduling order, the Parties selected June 18, 2021 as the mediation date, well before the close of discovery in this case. The Parties have discussed informal resolution and scheduling of the mediation and agree that mediation will be more productive after additional discovery. The Parties have conferred amongst themselves and the mediator, and all are available to mediate on September 30, 2021, with Rene Stemple Trehy (Ellis) as mediator.

WHEREFORE, the Parties ask that the Court enter the submitted proposed order setting the mediation for September 30, 2021.

Respectfully submitted this 15th day of June, 2021.

- 1 -

JOINT MOTION TO SET MEDIATION DATE

Case 5:19-cv-00475-BO    Document 73    Filed 06/15/21    Page 1 of 3

For Plaintiff:

/s/ *Christopher LaVigne*
Christopher LaVigne
Joseph Gallo
WITHERS BERGMAN LLP
430 Park Avenue, 10th Floor
New York, New York 10022-3505
Email: christopher.lavigne@withersworldwide.com
　　　　joseph.gallo@withersworldwide.com

*Counsel for Plaintiff Jason Williams*

Terence S. Reynolds
Lucas D. Garber
SHUMAKER LOOP & KENDRICK LLP
101 South Tryon Street
Suite 2200
Charlotte, NC 28280
Email: treynolds@shumaker.com
　　　　lgarber@shumaker.com

*Local Civil Rule 83.1(d) Counsel for Plaintiff Jason Williams*

For Defendant:

/s/ *Joseph S. Dowdy*
Joseph S. Dowdy (N.C. State Bar No. 31941)
Phillip A. Harris, Jr. (N.C. State Bar No. 39740)
KILPATRICK TOWNSEND & STOCKTON LLP
4208 Six Forks Road, Suite 1400
Raleigh, NC 27609
Telephone: (919) 420-1700
Facsimile: (919) 510-6120
Email: jdowdy@kilpatricktownsend.com
　　　　pharris@kilpatricktownsend.com

Michael Breslin
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree St. NE, Suite 2800
Atlanta, GA 30309
Telephone: (404) 815-6500
Facsimile (404) 815-6555
Email: mbreslin@kilpatricktownsend.com

*Counsel for Defendant AT&T Mobility LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on date set out below, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

SHUMAKER LOOP & KENDRICK LLP
Terence S. Reynolds
treynolds@shumaker.com
Lucas D. Garber
lgarber@shumaker.com
101 South Tyron Street
Suite 2200
Charlotte, North Carolina 28280

*Counsel for Plaintiff Jason Williams*

WITHERS BERGMAN LLP
Christopher LaVigne
christopher.lavigne@withersworldwide.com
430 Park Avenue, 10th Floor
New York, New York 10022-3505

*Counsel for Plaintiff Jason Williams*

This the 15th day of June, 2021.

/s/ Joseph Dowdy
Joseph S. Dowdy