IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JASON WILLIAMS,<br><br>    Plaintiff,<br><br>vs.<br><br>AT&T MOBILITY, LLC,<br><br>    Defendant. | Case No. 5:19-cv-00475-BO<br><br>**AGREED ORDER SETTING MEDIATION DATE** |

For good cause shown and with the consent of the Parties to this action, the joint motion to set mediation date is hereby GRANTED.

Mediation in this matter is scheduled for September 30, 2021 with mediator Rene Stemple Trehy (Ellis).

**IT IS SO ORDERED**.

This 15th day of June, 2021.

_____
Robert T Numbers II

**AGREED**:

_____
Christopher LaVigne
Joseph Gallo
WITHERS BERGMAN LLP
430 Park Avenue, 10th Floor
New York, New York 10022-3505
(212) 848-9800
christopher.lavigne@withersworldwide.com
joseph.gallo@withersworldwide.com

Terence S. Reynolds
Lucas D. Garber
SHUMAKER LOOP & KENDRICK LLP
101 South Tryon Street, Suite 2200
Charlotte, North Carolina 28280
treynolds@shumaker.com
lgarber@shumaker.com

*Counsel for Plaintiff Jason Williams*

_____
Joseph S. Dowdy (NC State Bar No. 31941)
Phillip A. Harris, Jr. (NC State Bar No. 39740)
KILPATRICK TOWNSEND & STOCKTON LLP
4208 Six Forks Road, Suite 1400
Raleigh, North Carolina 27609
(919) 420-1718
jdowdy@kilpatricktownsend.com
pharris@kilpatricktownsend.com

Michael Breslin
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree St. NE, Suite 2800
Atlanta, Georgia 30309
(404) 815-6500
mbreslin@kilpatricktownsend.com

*Counsel for Defendant AT&T Mobility LLC*