# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| JASON WILLIAMS,<br><br>    Plaintiff,<br><br>vs.<br><br>AT&T MOBILITY, LLC,<br><br>    Defendant. | Case No. 5:19-cv-00475-BO<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

Pursuant to Local Civil Rules 5.2(e) and 83.1 of the Eastern District of North Carolina, Phillip A. Harris, Jr. of the law firm of Kilpatrick Townsend & Stockton LLP hereby respectfully seeks leave of Court to withdraw as counsel for Defendant AT&T Mobility, LLC ("AT&T"). In support of this Motion, the movant shows unto the Court the following:

1. Mr. Harris will be leaving the firm of Kilpatrick Townsend & Stockton LLP effective August 13, 2021, and any representation of AT&T's interests in the above-captioned case will remain managed by the firm of Kilpatrick Townsend & Stockton LLP.

2. Joseph S. Dowdy, Michael Breslin, and Adam P. Wiley, attorneys in the firm of Kilpatrick Townsend & Stockton LLP, have already entered their appearances on behalf of AT&T such that there will be no gap in the representation of AT&T.

WHEREFORE, Phillip A. Harris, Jr. respectfully requests that this Court issue an Order allowing him to withdraw from this matter.

1

Respectfully submitted this 27th day of July, 2021.

/s/ Phillip A. Harris, Jr.
KILPATRICK TOWNSEND & STOCKTON LLP
Phillip A. Harris, Jr. (N.C. State Bar No. 39740)
4208 Six Forks Road, Suite 1400
Raleigh, NC 27609
Telephone: (919) 420-1700
Facsimile: (919) 510-6100
Email: pharris@kilpatricktownsend.com

*Counsel for Defendant AT&T Mobility LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on date set out below, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

SHUMAKER LOOP & KENDRICK LLP
Terence S. Reynolds
treynolds@shumaker.com
Lucas D. Garber
lgarber@shumaker.com
101 South Tyron Street
Suite 2200
Charlotte, North Carolina 28280

*Local Civil Rule 83.1(d) Counsel for Plaintiff Jason Williams*

WITHERS BERGMAN LLP
Christopher LaVigne
christopher.lavigne@withersworldwide.com
430 Park Avenue, 10th Floor
New York, New York 10022-3505

*Counsel for Plaintiff Jason Williams*

This the 27th day of July, 2021.

/s/ Phillip A. Harris, Jr.
Phillip A. Harris, Jr.