IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JASON WILLIAMS,

    Plaintiff,

vs.

AT&T MOBILITY, LLC,

    Defendant.

Case No. 5:19-cv-00475-BO

**ORDER**

This matter is before the Court on the Motion to Withdraw as Counsel filed by Phillip A. Harris, Jr. FOR GOOD CAUSE SHOWN, it is ordered that the Motion to Withdraw as Counsel is hereby GRANTED, and that Phillip A. Harris, Jr. is discharged from any further responsibility for the representation of Defendant AT&T Mobility, LLC in this action.

Joseph S. Dowdy, Michael Breslin, and Adam P. Wiley of the law firm Kilpatrick Townsend & Stockton LLP shall continue to represent Defendant in this action.

SO ORDERED. This the _____ day of _____, 2021.

                                                                                 _____
                                                                                 TERRENCE W. BOYLE
                                                                                 CHIEF U.S. DISTRICT JUDGE