IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JASON WILLIAMS,

    Plaintiff,

vs.

AT&T MOBILITY LLC,

    Defendant.

Case No. 5:19-cv-00475-BO

## ORDER GRANTING AT&T MOBILITY LLC'S
## MOTION FOR LEAVE TO FILE AMENDED ANSWER & AFFIRMATIVE DEFENSES

Currently before the Court is Defendant AT&T Mobility LLC's Motion for Leave to File Amended Answer & Affirmative Defenses [Dkt 75] (the "Motion"). Upon review of the Motion, the Court, in exercise of its discretion and pursuant to Federal Rule of Civil Procedure 15 and Local Rule 15.1, hereby **GRANTS** the Motion. It is hereby

**ORDERED** that Defendant AT&T Mobility LLC's First Amended Answer & Affirmative Defenses [Dkt 75-1] shall be deemed filed upon entry of this Order.

**IT IS SO ORDERED.**

Dated: 28 July, 2021

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE