# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| JASON WILLIAMS <br> *Plaintiff* <br> v. <br> AT&T MOBILITY LLC <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No. 5:19-CV-00475-BO |

### SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Anexio Managed Services, LLC
c/o Registered Agent Paracorp Incorporated
176 Mine Lake Ct. #100, Raleigh, NC 27615

*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters: See Exhibit A attached. The deposition will be taken before a duly certified court reporter or other officer authorized to administer oaths and record testimony pursuant to FRCP.

| Place: Kilpatrick Townsend & Stockton LLP <br> 4208 Six Forks Road, Suite 1400 <br> Raleigh, NC 27609 | Date and Time: <br> 08/11/2021 10:00 am |
|---|---|

The deposition will be recorded by this method: Stenographic and videographic means.

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material: See Exhibit B attached.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 07/14/2021

*CLERK OF COURT*

_____     OR     _____
*Signature of Clerk or Deputy Clerk*              *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* AT&T Mobility LLC
_____, who issues or requests this subpoena, are:
Joseph S. Dowdy, Kilpatrick Townsend & Stockton LLP, 4208 Six Forks Road, Suite 1400, Raleigh, NC 27609;
jdowdy@kilpatricktownsend.com; (919) 420-1700

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Civil Action No. 5:19-CV-00475-BO

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Anexio Managed Services, LLC on *(date)* 7/14/2021.

☒ I served the subpoena by delivering a copy to the named individual as follows: Registered Agent Paracorp Incorporated, 176 Mine Lake Ct, Suite 100, Raleigh, NC 27615 on *(date)* 7/14/2021; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 7-14-2021

*Server's signature*

Shelton Nicholson - Process Server
*Printed name and title*

1101 Haynes St, Suite 002, Raleigh, NC 27604
*Server's address*

Additional information regarding attempted service, etc.: