# UNITED STATES DISTRICT COURT
for the
## EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JASON WILLIAMS §§§§ | |
| Plaintiff(s), § | |
| v. § | Civil Action No. <u>5:19-CV-00475-BO</u> |
| § | |
| AT&T MOBILITY LLC §§ | |
| Defendant(s). § | |

## RETURN OF SERVICE

Came to my hand on **Monday, August 9, 2021 at 2:20 PM**,
Executed at: **155 OFFICE PLAZA DRIVE, 1ST FLOOR, TALLAHASSEE, FL 32301**
within the county of **LEON** at **10:50 AM, on Tuesday, August 10, 2021**,
by delivering to the within named:

### ANEXIO, INC

By delivering to its **Registered Agent, PARACORP INCORPORATED**
By personally delivering to its **Authorized Agent, MARY DUNCAN**
a true copy of this

#### SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION WITH EXHIBIT A AND EXHIBIT B attached

And tendered a **Witness Fee of $56.00**, having first endorsed thereon the date of the delivery.

**BEFORE ME**, the undersigned authority, on this day personally appeared **TERRY BARFIELD** who after being duly sworn on oath states: "My name is **TERRY BARFIELD**. I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Florida. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude.

By: _____
**TERRY BARFIELD – Process Server**

Subscribed and Sworn to by TERRY BARFIELD, Before Me, the undersigned authority, on this ___11___ day of August, 2021.

_____
Notary Public in and for the State of Florida

ROBYN BUDA
Commission # HH 094004
Expires March 1, 2025
Bonded Thru Budget Notary Services