# EXHIBIT E

| **From:** | Jason Long <JLong@anexio.com> |
|---|---|
| **Sent:** | Thursday, August 26, 2021 9:30 AM |
| **To:** | Breslin, Mike |
| **Subject:** | RE: VM re: subpoenas |

**CAUTION: External Email**


Mike:

I will send to Tony now.

Thank you,

Jason C. Long
Sr. Account Executive
**ANEXIO** | Desktop to Data Center

Direct: 571.418.5296 | Mobile: 703.861.5411

This email and any files transmitted with it are confidential and solely for the use of the intended recipient. If you have received this email in error please delete this email immediately and notify the sender.

---

**From:** Breslin, Mike <mbreslin@kilpatricktownsend.com>
**Sent:** Thursday, August 26, 2021 10:23 AM
**To:** Jason Long <JLong@anexio.com>
**Subject:** RE: VM re: subpoenas

Jason –

Good morning. Mr. Pompliano and I have been trading voicemails. Could you be so kind as to forward him this email so he can email me directly with his availability so we can schedule a time to talk?

Many thanks,
-Mike

**Michael Breslin**
**Kilpatrick Townsend & Stockton LLP**
Suite 2800 | 1100 Peachtree Street NE | Atlanta, GA 30309-4528
office 404 685 6752 | fax 404 541 4749
mbreslin@kilpatricktownsend.com | My Profile | VCard

**From:** Breslin, Mike
**Sent:** Thursday, August 19, 2021 1:31 PM
**To:** 'Jason Long' <JLong@anexio.com>
**Subject:** RE: VM re: subpoenas

Thanks, Jason. I gave him a ring and it went straight to VM so I left a message. He can reach me on my cell 770-855-2418 if you want to forward this to him. Appreciate your help here.

Best,
-Mike

**Michael Breslin**
**Kilpatrick Townsend & Stockton LLP**
Suite 2800 | 1100 Peachtree Street NE | Atlanta, GA 30309-4528
office 404 685 6752 | fax 404 541 4749
mbreslin@kilpatricktownsend.com | My Profile | VCard

**From:** Jason Long <JLong@anexio.com>
**Sent:** Thursday, August 19, 2021 9:46 AM
**To:** Breslin, Mike <mbreslin@kilpatricktownsend.com>
**Subject:** RE: VM re: subpoenas

Mike:

Tony said he LVM for you on your office phone.

Thank you,

Jason C. Long
Sr. Account Executive
**ANEXIO** | Desktop to Data Center

Direct: 571.418.5296 | Mobile: 703.861.5411

This email and any files transmitted with it are confidential and solely for the use of the intended recipient. If you have received this email in error please delete this email immediately and notify the sender.

**From:** Breslin, Mike <mbreslin@kilpatricktownsend.com>
**Sent:** Wednesday, August 18, 2021 1:40 PM
**To:** Jason Long <JLong@anexio.com>
**Subject:** RE: VM re: subpoenas

Jason,

I haven't heard from Mr. Pompliano. I would like to work with Anexio to minimize any inconvenience in complying with the subpoenas, but if we don't get a sufficient response we'll have no choice but to ask the Court to step in and hold Anexio in contempt for non-compliance. I'd really prefer to not have to do that, so could you please ask the appropriate person to contact me as soon as possible?

Best,
-Mike

**Michael Breslin**
**Kilpatrick Townsend & Stockton LLP**
Suite 2800 | 1100 Peachtree Street NE | Atlanta, GA  30309-4528
office 404 685 6752 | fax 404 541 4749
mbreslin@kilpatricktownsend.com | My Profile | VCard

**From:** Jason Long <JLong@anexio.com>
**Sent:** Tuesday, August 10, 2021 11:23 AM
**To:** Breslin, Mike <mbreslin@kilpatricktownsend.com>
**Subject:** Re: VM re: subpoenas

Hi Mike:

I wanted to let you know that I received your email and VM. I have forwarded both on to Tony Pompliano and he will comply and follow up with you.

Thank you,

Jason C. Long
Sr. Account Executive
**ANEXIO** | Desktop to Data Center

Direct: 571.418.5296 | Mobile: 703.861.5411

This email and any files transmitted with it are confidential and solely for the use of the intended recipient.  If you have received this email in error please delete this email immediately and notify the sender.

> On Aug 9, 2021, at 2:51 PM, Breslin, Mike <mbreslin@kilpatricktownsend.com> wrote:
>
> Mr. Long,
>
> I left you a voicemail about subpoenas that were served last month on Anexio Data Centers, LLC and Anexio Managed Services, LLC.  The responses to the subpoenas are due in two days and there is a Rule 30(b)(6) deposition of Anexio scheduled this Wednesday Aug. 9, but we have not yet heard from anyone at Anexio, so I am trying to reach the right person to coordinate.  Could you please call me or have the appropriate person call me at my office number below?
>
> Many thanks,
> -Mike
>
> <image001.png>
>
> **Michael Breslin**
> **Kilpatrick Townsend & Stockton LLP**
> Suite 2800 | 1100 Peachtree Street NE | Atlanta, GA  30309-4528

office 404 685 6752 | fax 404 541 4749
mbreslin@kilpatricktownsend.com | My Profile | VCard

---

Confidentiality Notice:
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact us immediately by return e-mail or at 404 815 6500, and destroy the original transmission and its attachments without reading or saving in any manner.

---

***DISCLAIMER*** Per Treasury Department Circular 230: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

4