IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JASON WILLIAMS,<br><br>    Plaintiff,<br><br>vs.<br><br>AT&T MOBILITY LLC,<br><br>    Defendant. | Case No. 5:19-cv-00475-BO |

**ORDER GRANTING AT&T MOBILITY LLC'S MOTION
FOR ORDER OF CONTEMPT AND TO ENFORCE
SUBPOENAS ON NON-PARTY ANEXIO ENTITIES**

Currently before the Court is Defendant AT&T Mobility LLC's Motion to for an Order of Civil Contempt and to Enforce Subpoenas on Non-Party Anexio Entities ("Motion"). Upon review of the Motion, the Court, in exercise of its discretion, hereby **ORDERS** that:

    1.    Non-parties Anexio Data Centers, LLC, Anexio Managed Services, LLC, and Anexio, Inc. ("Anexio Entities") are found to be in civil contempt for failure to comply with or otherwise respond to properly-served subpoenas for a deposition *duces tecum* in this matter. Notice is hereby given to the Anexio Entities that they may be subject to further civil contempt sanctions for failure to comply with this Order;

    2.    The Anexio Entities shall comply with the subpoenas by:

        a.    Within seven (7) days of entry of this Order, designating in writing to AT&T's counsel a representative or representatives to testify regarding the examination topics set forth in Exhibit A to the subpoena, and identifying the topic(s) that each designee will be prepared to cover;

1

  b.  Ensuring each designee is able to testify as to information known or reasonably available to the Anexio Entities within his or her designated topic(s);

  c.  Making the designees available for deposition at a date to be scheduled with AT&T, but in no event later than thirty (30) days after entry of this Order; and

  d.  Producing to AT&T's counsel the documents in their possession, custody, or control that are described in Exhibit B to the subpoenas at least five (5) business days prior to the scheduled deposition;

  3.  Pursuant to Fed. R. Civ. P. 37(b)(2)(C), the Anexio Entities, jointly and severally, shall reimburse AT&T for its reasonable attorneys' fees and costs incurred in bringing the Motion. AT&T shall submit a statement of such costs and fees to the Court.

**IT IS SO ORDERED.**

Dated: _____ \_\_, 2021

            By: _____
               Hon.