IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JASON WILLIAMS,<br><br>    Plaintiff,<br><br>vs.<br><br>AT&T MOBILITY LLC,<br><br>    Defendant. | Case No. 5:19-cv-00475-BO<br><br>**ORDER REGARDING DISCOVERY AND CASE SCHEDULE** |

For good cause shown and with the consent of the Parties to this action, the Joint Motion to Enter Agreed Order Regarding Discovery and Case Schedule is hereby **GRANTED**.

1. The Court orders an 80-day, limited extension of the deadline to complete discovery in this action, or through and until December 6, 2021 ("limited discovery period"), on the terms set out in this Order.

2. Within thirty (30) days of this order, Plaintiff shall make diligent and reasonable efforts to complete the following:

    a. Have his counsel independently review the jwilliams@prtitech.com email account for the period January 1, 2018 through December 31, 2019 and produce to AT&T all documents responsive to AT&T's discovery requests;

    b. Produce complete transaction history logs, security setting logs, and account access logs with IP addresses for any Slush Pool account or Gemini account that Plaintiff maintained or utilized in connection with

his cryptocurrency mining operation at any time during January 1, 2018 to December 31, 2019, or certify to AT&T in writing that he is unable to produce such documents;

c. Produce records of each expense incurred in running the cryptocurrency mining operation, including payments to Anexio, or certify to AT&T in writing that he is unable to produce such documents;

d. Produce the documents substantiating the tax return figures identified in Request No. 2 of AT&T's Third Requests for Production, or certify to AT&T in writing that he is unable to produce such documents; and

e. Supplement his responses to AT&T's Second Interrogatories Nos. 1-2 and 4-6 by providing the specific items of information requested therein or certifying in writing that he cannot provide the information.

If additional time for compliance is needed regarding items (a) through (e), above, Plaintiff may have up to fifty (50) days after entry of this Order to fully comply with these items.

3. Within seven (7) days of this Order, Plaintiff shall disclose to AT&T in writing the identity of any cryptocurrency mining pool or mining service account he utilized in connection with his cryptocurrency mining operation, including but not limited to any Slush Pool account created in February 2019, by listing the name of the service, the account and/or user name, and associated email address for each such account, and for each account identify the time period he maintained the account.

4. AT&T shall have until the end of the extended limited discovery period to complete the taking of depositions it notices in this case, and Mr. Williams shall cooperate in scheduling and appearing for such depositions to occur in that time period. AT&T may serve additional written discovery, but AT&T will meet and confer with Mr. Williams before issuing any new written discovery requests and any such discovery shall be served so that Mr. Williams' responses are due on or before the end of the extended limited discovery period.

5. Within sixty (60) days of entry of this Order, Mr. Williams shall complete depositions he intends to conduct, and AT&T shall cooperate in scheduling and appearing for such depositions during that period. Mr. Williams shall not serve any new written discovery requests on AT&T during the limited discovery period without first conferring with AT&T. If the Parties cannot reach agreement regarding new written discovery requests sought by Mr. Williams, they shall promptly request a conference with the Court. Mr. Williams does not waive any rights regarding his already-issued discovery requests, including those rights arising under the Federal Rules of Civil Procedure and the Local Rules of the Eastern District of North Carolina.

6. The deadlines for dispositive motion briefing under the Scheduling Order [Doc. 72] are hereby vacated. At least once every thirty (30) days after entry of this Order, the Parties shall jointly request a status conference to report on their progress and to discuss any remaining discovery issues and a schedule for the

remainder of the case. Prior to the close of the limited discovery period, the Parties shall submit a schedule dispositive motions submission and briefing.

7. Except as expressly addressed or modified in this Order, the deadlines and requirements of this Court's Scheduling Order [Doc. 72] remain in full force and effect.

**IT IS SO ORDERED.**

Dated: September 17, 2021

TERRENCE W. BOYLE
United States District Judge