IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

-----------------------------------------------------------------------X

JASON WILLIAMS,

        Plaintiff,

-against-

AT&T MOBILITY, LLC,

        Defendant.

-----------------------------------------------------------------------X

Index No. 5:19-cv-00475-BO

**NOTICE OF SPECIAL
APPEARANCE**

Please take notice that the undersigned Martin J. Auerbach hereby enters a notice of

special appearance as counsel for Plaintiff Jason Williams in the above-captioned matter, in

association with Local Civil Rule 83.1(d) counsel, Terence S. Reynolds, of Shumaker, Loop &

Kendrick LLP.

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review

prior to filing the document with the court.

Dated: October 14, 2021

Martin J. Auerbach
WITHERS BERGMAN LLP
430 Park Avenue, 10th Floor
New York, NY 10022
Telephone: (212) 848-9811
Facsimile: (212) 824-4201
Email:Martin.Auerbach@withersworldwide.com
State Bar No.: NY 1228584

*Attorney for Plaintiff Jason Williams*

*/s/ Terence S. Reynolds*

Terence S. Reynolds
SHUMAKER LOOP & KENDRICK LLP
101 South Tyron Street, Suite 2200
Charlotte, North Carolina 28280
Telephone: (704) 375-0057
Facsimile: (704) 332-1197
Email: treynolds@shumaker.com
State Bar No.: 49848

*Local Civil Rule 83.1(d) Counsel*
*for Plaintiff Jason Williams*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this date, October 14, 2021, I electronically filed the foregoing

document with the Clerk of Court using the CM/ECF system which will send notification of such

filing to the following:


KILPATRICK TOWNSEND & STOCKTON LLP
Joseph S. Dowdy
4208 Six Forks Road, Suite 1400
Raleigh, NC 27609
Tel: (919) 420-1718
Fax: (919) 510-6120
Email: jdowdy@kilpatricktownsend.com
*Counsel for Defendant AT&T Mobility, LLC*


KILPATRICK TOWNSEND & STOCKTON LLP
Michael J. Breslin
1100 Peachtree St., NE, Suite 2800
Atlanta, GA 30309
404-815-6500
Fax: 404-541-4749
Email: mbreslin@kilpatricktownsend.com
*Counsel for Defendant AT&T Mobility, LLC*

KILPATRICK TOWNSEND & STOCKTON LLP
Adam P. Wiley
Two Embarcadero Center, Suite 1900
San Francisco, CA 94111
415-273-4336
Fax: 415-576-0300
Email: awiley@kilpatricktownsend.com
*Counsel for Defendant AT&T Mobility, LLC*


KILPATRICK TOWNSEND & STOCKTON LLP
Phillip A. Harris, Jr.
4208 Six Forks Rd., Suite 1400
Raleigh, NC 27609
919-420-1733
Fax: 919-510-6149
Email: pharris@kilpatricktownsend.com
*Counsel for Defendant AT&T Mobility, LLC*

Dated: October 14, 2021

/s/ Terence S. Reynolds

Terence S. Reynolds
SHUMAKER LOOP & KENDRICK LLP
101 South Tyron Street, Suite 2200
Charlotte, North Carolina 28280
Telephone: (704) 375-0057
Facsimile: (704) 332-1197
Email: treynolds@shumaker.com
State Bar No.: 49848

*Local Civil Rule 83.1(d) Counsel for
Plaintiff Jason Williams*