

430 Park Avenue, 10th Floor, New York, New York 10022-3505
t: +1 212 848 9800
f: +1 212 848 9888
www.withersworldwide.com

October 18, 2021

**By ECF**

Honorable Magistrate Judge Robert T. Numbers, II
United States Courthouse
310 New Bern Avenue
Raleigh, NC 27601

   **Re: Williams v. AT&T Mobility, LLC**
     **Case No. 5:19-cv-00475-BO**

Dear Judge Numbers:

  The parties write jointly to provide the Court with a status update regarding their discovery efforts. The parties are working to fulfill their respective discovery obligations pursuant to the Court's September 17, 2021 Order (Document No. 87), including the scheduling of depositions and the collection and review of documents for potential production. Per the Court's Order, the parties will make themselves available for a status conference at the Court's convenience. However, if the Court would prefer, the parties are prepared the continue with their discovery efforts without a conference at this time. In any event, the parties will provide the Court with a further joint update every 30 days, pursuant to the Court's Order.

  Thank you for your Honor's attention to this matter.

Respectfully,

_____
Christopher N. LaVigne
WITHERS BERGMAN LLP
*Counsel for Plaintiff Jason Williams*

*/s/ Michael J. Breslin*
_____
Michael J. Breslin
KILPATRICK TOWNSEND & STOCKTON LLP
*Counsel for Defendant AT&T Mobility, LLC*

direct: +1 212 848 9882
fax: +1 212 824 4282
e-mail: christopher.lavigne@withersworldwide.com
admitted in New York
NY28603/0001-US-10000200/1

Withersworldwide
London Cambridge Geneva Milan Padua Sydney
Hong Kong Singapore Tokyo British Virgin Islands
New York Greenwich New Haven San Francisco
Los Angeles Rancho Santa Fe San Diego

Case 5:19-cv-00475-BO Document 91 Filed 10/18/21 Page 1 of 1