IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JASON WILLIAMS,<br><br>    Plaintiff,<br><br>vs.<br><br>AT&T MOBILITY LLC,<br><br>    Defendant. | Case No. 5:19-cv-00475-BO |

**AT&T MOBILITY LLC'S ITEMIZED STATEMENT OF FEES AND COSTS**

Defendant AT&T Mobility LLC ("AT&T"), by and through the undersigned counsel, pursuant to Fed. R. Civ. P. 37(a)(5) and this Court's order (Doc. 88), respectfully submits this Itemized Statement of Fees and Costs related to its motion for order of contempt and to enforce subpoenas against non-parties Anexio Data Centers, LLC, Anexio Managed Services, LLC, and Anexio, Inc. (collectively, "Anexio Entities") (the "Motion"). The Court granted the Motion on October 12, 2021 and directed AT&T to file a statement of fees and costs incurred in bringing the Motion.

In accordance with the Court's instructions, AT&T respectfully submits the requested itemized invoices, which are attached as Exhibit A to the Declaration of Michael J. Breslin, which is submitted with this Statement. These invoices detail work performed by 2 attorneys, Michael J. Breslin and Adam P. Wiley,[1] and one paralegal, Brooke L. Floyd. [Breslin Decl., Ex. A]. Mr. Breslin performed 19.8 hours

---

[1] Mr. Dowdy, AT&T's Local Civil Rule 83.1(d) counsel reviewed all submissions related to the Motion but did not charge his time to AT&T and is not seeking reimbursement for his time.

- 1 -

of work related to the Motion at a rate of $506.25 per hour; Mr. Wiley performed 11.8 hours of work related to the Motion at a rate of $296.25 per hour; and Ms. Floyd performed 6.2 hours of work related to the Motion at a rate of $243.75 per hour. AT&T incurred $357.50 in costs related to its Motion. In total, AT&T incurred $15,388.25 in combined attorneys' fees and costs related to the Motion. [Breslin Decl., Ex. A].

Respectfully submitted this 19th day of October, 2021.

/s/ Joseph S. Dowdy
Joseph S. Dowdy (N.C. State Bar No. 31941)
KILPATRICK TOWNSEND & STOCKTON LLP
4208 Six Forks Road, Suite 1400
Raleigh, NC 27609
Telephone: (919) 420-1700
Facsimile: (919) 510-6120
Email: jdowdy@kilpatricktownsend.com

Michael Breslin
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree St. NE, Suite 2800
Atlanta, GA 30309
Telephone: (404) 815-6500
Facsimile (404) 815-6555
Email: mbreslin@kilpatricktownsend.com

*Counsel for Defendant AT&T Mobility LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on date set out below, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| SHUMAKER LOOP & KENDRICK LLP<br>Terence S. Reynolds<br>treynolds@shumaker.com<br>Lucas D. Garber<br>lgarber@shumaker.com<br>101 South Tyron Street<br>Suite 2200<br>Charlotte, North Carolina 28280<br><br>*Counsel for Plaintiff Jason Williams* | WITHERS BERGMAN LLP<br>Joseph Gallo<br>Joseph.gallo@withersworldwide.com<br>Christopher LaVigne<br>christopher.lavigne@withersworldwide.com<br>430 Park Avenue, 10th Floor<br>New York, New York 10022-3505<br><br>*Counsel for Plaintiff Jason Williams* |

This the 19th day of October, 2021.

/s/ Joseph Dowdy
Joseph S. Dowdy