## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

JASON WILLIAMS,

     Plaintiff,

vs.

AT&T MOBILITY LLC,

     Defendant.

Case No. 5:19-cv-00475-BO

## DECLARATION OF MICHAEL J. BRESLIN

I, MICHAEL J. BRESLIN, hereby declare:

1.     My name is Michael J. Breslin. I am over the age of 21 and competent to provide the testimony set forth in this Declaration. I have knowledge of the facts stated in this Declaration, based on, among other things, my personal knowledge acquired by serving as counsel for Defendant AT&T Mobility LLC ("AT&T") in this proceeding, my discussions with the other attorneys and paralegal who work on this case, and my review of the records generated by Kilpatrick Townsend & Stockton LLP, including the billing records that I reviewed and approved throughout the course of this proceeding.

2.     I make this Declaration in support of AT&T's Statement of Itemized Fees and Costs in connection with the Court's Order on AT&T's Motion for Order of Contempt and to Enforce Subpoenas on Non-Party Anexio Entities entered on October 12, 2021 (Docs. 85 and 88).

- 1 -

3.      Attached hereto as **Exhibit A** are true and correct copies of the invoices and other records evidencing the fees and costs AT&T incurred in connection with AT&T's Motion, which total $15,388.25.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 19th day of October, 2021.


_____
Michael J. Breslin

- 2 -