# EXHIBIT A



Please Remit Payments Only To:
DEPT #34542, P.O. Box
San Francisco, California 94139
(866) 244-4934

Payments Only: accountsreceivable@kilpatricktownsend.com
Billing Inquiries: financialservices-billingrequests@kilpatricktownsend.com
Fed I.D.

September 24, 2021

AT&T INC.
208 S. AKARD ST., 3134
DALLAS, TX 75202-4206

Client:
Matter:
Invoice #:  12545140
Int. Matter:

RE: ADV. JASON WILLIAMS
Client Reference:

**For Professional Services Through August 31, 2021:**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 08/18/2021 | MJB | Legal research regarding grounds for seeking order of contempt against Anexio for failure to comply with subpoena. | 2.00 | 1,012.50 |
| 08/19/2021 | MJB | Correspondence with Anexio regarding subpoenas; work with A. Wiley to develop strategy for contempt motion related to same. | 0.70 | 354.38 |
| 08/20/2021 | MJB | Prepare evidence and outlines for potential motion for contempt against non-party Anexio. | 1.00 | 506.25 |
| 08/20/2021 | AW | Develop strategy for potential motion to hold Anexio in contempt. | 0.20 | 59.25 |
| 08/25/2021 | MJB | Correspondence with Anexio regarding subpoena compliance. | 0.20 | 101.25 |
| | | **Total Fees** | | **$2,033.63** |

*Amounts are calculated per entry, rounding discrepancies may occur in summaries or totals as a result of prearranged discounts.*

*Due and Payable upon receipt. 1% interest per month charged on balances after 30 days.*

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.



Please Remit Payments Only To:
DEPT #34542, P.O. Box ▮
San Francisco, California  94139
(866) 244-4934
Payments Only: accountsreceivable@kilpatricktownsend.com
Billing Inquiries: financialservices-billingrequests@kilpatricktownsend.com
Fed I.D. ▮

October 18, 2021

AT&T INC.
208 S. AKARD ST., 3134
DALLAS, TX 75202-4206

Client: 
Matter:
Invoice #: 1159127
Int. Matter:

RE:  ADV. JASON WILLIAMS
Client Reference: ▮

**For Professional Services Through September 30, 2021:**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 09/01/2021 | BLF | Discuss strategy with Mr. Breslin regarding subpoenas to Anexio entities, scheduling deposition and pursuing order for contempt. | 0.20 | 48.75 |
| 09/03/2021 | AW | Draft memorandum of points and authorities in support of motion to enforce subpoena re Anexio entities. | 3.60 | 1,066.50 |
| 09/03/2021 | AW | Draft Declaration of Michael Breslin in support of motion to enforce subpoena re Anexio entities. | 0.80 | 237.00 |
| 09/03/2021 | AW | Draft notice of motion to enforce subpoena re Anexio entities. | 0.40 | 118.50 |
| 09/03/2021 | AW | Review and analyze case file, including prior meet and confer correspondence with Plaintiff's counsel, subpoenas issued to Anexio entities, and correspondence with Anexio regarding same in preparation for drafting motion to enforce subpoena re Anexio entities. | 0.80 | 237.00 |
| 09/03/2021 | AW | Review and analyze federal rules of procedure and related case law, including local rules, regarding issue of enforcement of subpoena to Anexio entities in preparation for drafting motion to enforce subpoena re Anexio entities. | 0.90 | 266.63 |

*Amounts are calculated per entry, rounding discrepancies may occur in summaries or totals as a result of prearranged discounts.*

*Due and Payable upon receipt.  1% interest per month charged on balances after 30 days.*

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 09/08/2021 | MJB | Revise motion for contempt against Anexio and supporting declaration. | 2.30 | 1,164.37 |
| 09/09/2021 | BLF | Prepare summary of subpoenas prepared and served or attempted to be served on various third party entities, including information regarding proof of service. | 0.60 | 146.25 |
| 09/09/2021 | MJB | Draft motion for contempt and to enforce subpoena, and supporting declaration. | 3.80 | 1,923.75 |
| 09/10/2021 | MJB | Draft motion to compel Anexio's compliance with subpoenas. | 1.00 | 506.25 |
| 09/13/2021 | AW | Review and analyze North Carolina federal district court and fourth circuit case law regarding award of attorney's fees for non-compliance with subpoena. | 1.90 | 562.88 |
| 09/13/2021 | AW | Draft proposed order granting AT&T's motion for civil contempt and enforcement of Anexio subpoenas. | 0.50 | 148.12 |
| 09/13/2021 | AW | Draft further revisions to memorandum of points and authorities in support of AT&T's motion for civil contempt and enforcement of Anexio subpoenas. | 1.30 | 385.12 |
| 09/13/2021 | AW | Draft further revisions to Declaration of Michael Breslin in support of AT&T's motion for civil contempt and enforcement of Anexio subpoenas. | 0.70 | 207.38 |
| 09/13/2021 | AW | Draft further revisions to AT&T's motion for civil contempt and enforcement of Anexio subpoenas. | 0.30 | 88.87 |
| 09/13/2021 | MJB | Draft motion to compel Anexio subpoenas and supporting declaration. | 2.50 | 1,265.62 |
| 09/14/2021 | AW | Draft further revisions to Breslin declaration exhibits. | 0.40 | 118.50 |
| 09/14/2021 | MJB | Draft motion to compel compliance with Anexio subpoenas. | 3.4 | 1,721.25 |
| 09/15/2021 | BLF | Review communications and draft documents related to Anexio subpoenas and seeking contempt order. | 0.80 | 195.00 |
| 09/15/2021 | MJB | Draft motion to compel Anexio subpoenas, supporting declaration, and proposed order (0.8); legal research regarding procedure and grounds for relief sought in same (1.4). | 2.20 | 1,113.75 |
| 09/16/2021 | BLF | Work on proofreading, editing and preparation of exhibits for draft motion to enforce Anexio subpoenas, memorandum in support, declaration of Mr. Breslin and proposed order. | 3.00 | 731.25 |
| 09/16/2021 | BLF | Arrange for multiple methods of service of contempt motion documents on Anexio, including coordination with NC and FL process servers and service via email with tracking feature. | 0.70 | 170.63 |
| 09/16/2021 | MJB | Review and finalize motion papers and exhibit to motion to compel subpoena responses and coordinate filing of same. | 0.30 | 151.88 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 09/21/2021 | BLF | Telephone conference with process servers regarding obtaining affidavits regarding service of motion for contempt and related filings. | 0.30 | 73.12 |
| 10/01/2021 | BLF | Review notice from court regarding motion submitted for review. | 0.10 | 24.38 |
| 10/12/2021 | BLF | Review and discuss actions required in order on motion to compel and for contempt regarding Anexio entities. | 0.50 | 121.87 |
| 10/12/2021 | MJB | Review and analyze order on motion to compel compliance with Anexio subpoenas (0.2); address tasks listed in Court's order (0.2). | 0.40 | 202.50 |

**Total Fees** **$12,997.12**



**LEGAL WHEELS**

P. O. Box 1144
Raleigh, NC 27602
(919) 836-2210

# Invoice

Date: 9/20/2021
Invoice #: 51721

**Bill To:**

Brooke Floyd
Kilpatrick Townsend & Stockton LLP
2001 Ross Avenue
Suite 4400
Dallas, TX 75201

**Ship To:**

| LW Job # | Requestor | Client/Matter | Terms |
|---|---|---|---|
| 8749, 8823 | B Floyd | 1159127 | Due on receipt |

| Serviced | Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 9/17/2021 | Service | Anexio Data Centers | 1 | 65.00 | 65.00 |
| | Addl. Ser... | Anexio Managed Services | 1 | 30.00 | 30.00 |

| | |
|---|---|
| **Total** | $190.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $190.00 |

Payment received after 30 days of receipt of invoice is subject to a monthly finance charge of 1.5%. Thank you for your business! Payments by credit card are subject to a 3% processing fee



# ORIGINAL INVOICE

**Special Delivery Service, Inc.**
5470 L.B.J. Freeway, Suite 100
Dallas, TX 75240
(214) 866-3200 ~ Fax (214) 866-3201

**Bill to:** KILPATRICK TOWNSEND
ACCOUNTS PAYABLE
2001 ROSS AVE, STE 4400
DALLAS, TX 75201

| Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|
| 649387 | 09/18/21 | $ 529.59 |
| Account Number | This invoice is due and payable upon receipt. | Amount Enclosed |
| 2149227100 | | |

▼ Detach At Perforation And Return This Top Portion With Your Payment ▼

| Tracking # Caller Reference | Delivery Information | Time Date | Total Amount |
|---|---|---|---|
| 260-0095 B FLOYD 1159127 | PROCESS SERVING: ANEXIO, INC   HAS BEEN SUCCESSFULLY SERVED. AT: 155 OFFICE PLAZA DRIVE, 1ST FLOOR TALLAHASSEE, FL 32301 NATIONWIDE RUSH SERVING = $ 199.50 • PRINT DOCUMENTS (126 Pages) = $ 63.00 | MARY DUNCAN 10:30 AM 09/17/21 | $ 262.50 |

APPROVED FOR PYMNT
BY _Dusty S Hutche_
DATE _9/29/2021_
G/L _____
C/M# _____

| Page | Invoice Number | Invoice Amount | Account Balance | Check Number | Date Paid | Amount Paid |
|---|---|---|---|---|---|---|
| 1 | 649387 | 529.59 | 5,504.53 | | | |

Questions on this invoice? Contact Billing@SpecialDelivery.com - You can now pay invoices online.
Go to SpecialDelivery.com and click Make a Payment.   Thank you!   We Appreciate Your Business.

Special Delivery Service, Inc. ~ 5470 LBJ Freeway, Suite 100 ~ Dallas, TX 75240 ~ (214) 866-3200 ~ Federal ID No. 75-2811091