

```
USPS TRACKING #

9590 9402 4340 8190 1132 28
```

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Clerk, US District Court
PO Box 25670
Raleigh, NC 27611

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Anexio, Inc.
Registered Agent, Paracorp Incorporated
155 Office Plaza Drive, 1st Floor
Tallahassee, FL 32301

9590 9402 4340 8190 1132 28

2. Article Number (Transfer from service label)

7017 1450 0001 6527 2011

S Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

RALEIGH NC 275

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery 11/8

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

RECEIVED
NOV 1 2 2021
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

3. Service Type
☒ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt