IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CV-00475-BO

**Jason Williams**,

        Plaintiff,

v.

**AT&T Mobility, LLC**,

        Defendant.

**Order**

    Defendant AT&T Mobility has submitted a statement of the fees and costs it seeks to recover from non-parties Anexio Data Centers, LLC, Anexio Managed Services, LLC, and Anexio, Inc. (collectively Anexio Entities) for their failure to comply with validly issued subpoenas. The certificate of service does not indicate that it was served on the Anexio Entities.

    Therefore, the court orders that no later than December 10, 2021, AT&T must serve a copy of the statement and a copy of this order on the Anexio Entities in a manner consistent with Rule 45 of the Federal Rules of Civil Procedure. AT&T shall file a document with the court reflecting the manner of service promptly after completing service. The Anexio Entities will then have until January 14, 2022, to submit objections to AT&T's statement of fees and costs. The court will then determine the appropriate amount of fees and costs to award AT&T.

Dated: December 3, 2021

*Robert T. Numbers II*

Robert T. Numbers, II
United States Magistrate Judge