IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JASON WILLIAMS,<br><br>    Plaintiff,<br><br>vs.<br><br>AT&T MOBILITY LLC,<br><br>    Defendant. | Case No. 5:19-cv-00475-BO<br><br>**NOTICE OF SPECIAL APPEARANCE** |

NOTICE IS HEREBY GIVEN that, pursuant to Local Civil Rule 83.1(e), Nancy L. Stagg of the firm Kilpatrick Townsend & Stockton LLP hereby enters a notice of special appearance as counsel for Defendant AT&T Mobility LLC ("Defendant"), in the above-referenced proceeding, in association with local counsel, Joseph S. Dowdy, of Kilpatrick Townsend & Stockton LLP.

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the Court.

Respectfully submitted this the 6th day of December, 2021.

                              /s/ Nancy L. Stagg
                              Nancy L. Stagg
                              **KILPATRICK TOWNSEND & STOCKTON LLP**
                              12255 El Camino Real, Suite 250
                              San Diego, CA 92130
                              Phone: (858) 350-6156
                              Fax: (858) 350-6111
                              Email: nstagg@kilpatricktownsend.com
                              (CA State Bar No. 157034)

                              *Counsel for Defendant AT&T Mobility LLC*

1

/s/ Joseph S. Dowdy
Joseph S. Dowdy (N.C. State Bar No. 31941)
**KILPATRICK TOWNSEND & STOCKTON LLP**
4208 Six Forks Road, Suite 1400
Raleigh, NC 27609
Telephone: (919) 420-1718
Facsimile: (919) 510-6120
Email: jdowdy@kilpatricktownsend.com

*Local Civil Rule 83.1(d) Counsel for Defendant AT&T Mobility LLC*

2

## CERTIFICATE OF SERVICE

I hereby certify that on date set out below, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

SHUMAKER LOOP & KENDRICK LLP
Terence S. Reynolds
treynolds@shumaker.com
Lucas D. Garber
lgarber@shumaker.com
101 South Tyron Street
Suite 2200
Charlotte, North Carolina 28280

*Local Civil Rule 83.1(d) Counsel for Plaintiff Jason Williams*

WITHERS BERGMAN LLP
Joseph Gallo
Joseph.gallo@withersworldwide.com
Christopher LaVigne
Christopher.lavigne@withersworldwide.com
Martin J. Auerbach
Martin.auerbach@withersworldwide.com
430 Park Avenue, 10th Floor
New York, New York 10022-3505

*Counsel for Plaintiff Jason Williams*

This the 6th day of December, 2021.

/s/ Nancy L. Stagg
Nancy L. Stagg