IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JASON WILLIAMS,<br><br>    Plaintiff,<br><br>vs.<br><br>AT&T MOBILITY LLC,<br><br>    Defendant. | Case No. 5:19-cv-00475-BO<br><br>**CERTIFICATE OF SERVICE** |

Pursuant to this Court's Order dated December 3, 2021 [Doc. 96], the undersigned attorney hereby certifies that Defendant AT&T Mobility LLC's Itemized Statement of Fees and Costs [Doc. 92] and the December 3, 2021 Order [Doc. 96] were served on non-parties Anexio Data Centers, LLC, Anexio Managed Services, LLC and Anexio, Inc. (collectively, the "Anexio Entities") via Federal Express on December 7, 2021. Proof of delivery of the referenced documents on the Anexio Entities is attached hereto as Exhibit 1.

The documents were contemporaneously served upon Anexio via email to Jason Long (jlong@anexio.com), Tony Pompliano (tony@anexio.com) and info@anexio.com.

Respectfully submitted this the 10th day of December, 2021.

                                        /s/ Michael J. Breslin
                                        Michael J. Breslin (GA State Bar No. 142551)
                                        KILPATRICK TOWNSEND & STOCKTON LLP
                                        1100 Peachtree St. NE, Suite 2800
                                        Atlanta, GA 30309
                                        Telephone: (404) 815-6500
                                        Facsimile: (404) 815-6555
                                        Email:   mbreslin@kilpatricktownsend.com

1

Nancy L. Stagg (CA State Bar No. 157034)
KILPATRICK TOWNSEND & STOCKTON LLP
12255 El Camino Real, Suite 250
San Diego, CA  92130
Phone:  (858) 350-6156
Fax:  (858) 350-6111
Email:  nstagg@kilpatricktownsend.com

*Counsel for Defendant AT&T Mobility LLC*

Joseph S. Dowdy (N.C. State Bar No. 31941)
KILPATRICK TOWNSEND & STOCKTON LLP
4208 Six Forks Road, Suite 1400
Raleigh, NC 27609
Telephone: (919) 420-1700
Facsimile: (919) 510-6120
Email:    jdowdy@kilpatricktownsend.com

*Local Civil Rule 83.1(d) Counsel for Defendant AT&T Mobility LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on date set out below, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| SHUMAKER LOOP & KENDRICK LLP<br>Terence S. Reynolds<br>treynolds@shumaker.com<br>Lucas D. Garber<br>lgarber@shumaker.com<br>101 South Tyron Street<br>Suite 2200<br>Charlotte, North Carolina 28280<br><br>*Local 83.1(d) Counsel for Plaintiff Jason Williams* | WITHERS BERGMAN LLP<br>Joseph Gallo<br>Joseph.gallo@withersworldwide.com<br>Christopher LaVigne<br>christopher.lavigne@withersworldwide.com<br>Martin J. Auerbach<br>Martin.auerbach@withersworldwide.com<br>430 Park Avenue, 10th Floor<br>New York, New York 10022-3505<br><br>*Counsel for Plaintiff Jason Williams* |

This the 10th day of December, 2021.

/s/ Michael Breslin
Michael J. Breslin