# EXHIBIT 1



December 10, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 287134969315

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | K.ENNIS | Delivery Location: | 176 MINE LAKE CT |
| Service type: | FedEx Standard Overnight | | |
| Special Handling: | Deliver Weekday; Adult Signature Required | | RALEIGH, NC, 27615 |
| | | Delivery date: | Dec 7, 2021 10:55 |

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 287134969315 | Ship Date: | Dec 6, 2021 |
| | | Weight: | 0.5 LB/0.23 KG |

**Recipient:**
Anexio Data Centers, LLC, c/o Reg Agent Paracorp Incorporated
176 MINE LAKE CT
Suite 100
RALEIGH, NC, US, 27615

**Shipper:**
Brooke Floyd, Kilpatrick Townsend & Stockton LLP
2001 Ross Ave Suite 4400
Dallas, TX, US, 75201

Reference         0ATT19.1159127-11697





December 10, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 287134900140

### Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | K.ENNIS | Delivery Location: | 176 MINE LAKE CT |
| Service type: | FedEx Standard Overnight | | |
| Special Handling: | Deliver Weekday; Adult Signature Required | | RALEIGH, NC, 27615 |
| | | Delivery date: | Dec 7, 2021 10:55 |

### Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 287134900140 | Ship Date: | Dec 6, 2021 |
| | | Weight: | 0.5 LB/0.23 KG |

Recipient:
Anexio Managed Services, LLC, c/o Reg Agent Paracorp Incorporated
176 MINE LAKE CT
Suite 100
RALEIGH, NC, US, 27615

Shipper:
Brooke Floyd, Kilpatrick Townsend & Stockton LLP
2001 Ross Ave Suite 4400
Dallas, TX, US, 75201

Reference                0ATT19.1159127-11697





December 10, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 287134691786

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | M.DUNCAN | Delivery Location: | 155 OFFICE PLZ |
| Service type: | FedEx Standard Overnight | | |
| Special Handling: | Deliver Weekday; Adult Signature Required | | TALLAHASSEE, FL, 32301 |
| | | Delivery date: | Dec 7, 2021 09:57 |

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 287134691786 | Ship Date: | Dec 6, 2021 |
| | | Weight: | 0.5 LB/0.23 KG |

Recipient:
Anexio, Inc., c/o Reg Agent Paracorp Incorporated
155 OFFICE PLZ
1st Floor
TALLAHASSEE, FL, US, 32301

Shipper:
Brooke Floyd, Kilpatrick Townsend & Stockton LLP
2001 Ross Ave Suite 4400
Dallas, TX, US, 75201

Reference           0ATT19.1159127-11697

Signature Proof of Delivery is not currently available for this Tracking Number. Availability of signature images may take up to 5 days after delivery date. Please try later, or contact Customer Service at 1.800.Go.FedEx(R) 800.463.3339.