IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CV-00475-BO

**Jason Williams**,

    Plaintiff,

v.

**AT&T Mobility, LLC**,

    Defendant.

**Order**

The court will hold a status conference on the parties' status report (D.E. 98) on Monday, December 20, 2021 at 2:00 p.m.

The case manager will provide the videoconference information to the parties.

Dated: December 13, 2021.

*Robert T. Numbers II*

ROBERT T. NUMBERS, II
UNITED STATES MAGISTRATE JUDGE