**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**

| | |
|---|---|
| JASON WILLIAMS, | |
| Plaintiff, | Case No. 5:19-cv-00475-BO |
| vs. | |
| AT&T MOBILITY LLC, | |
| Defendant. | |

### AT&T'S MOTION FOR ORDER OF CIVIL CONTEMPT AGAINST NON-PARTIES ANEXIO DATA CENTERS, LLC AND ANEXIO MANAGED SERVICES, LLC

Defendant AT&T Mobility LLC ("AT&T") respectfully moves the Court to hold non-parties Anexio Data Centers, LLC and Anexio Managed Services, LLC (collectively, "Anexio") in civil contempt for violating this Court's October 12, 2021 Order [Doc. 88] commanding Anexio to comply with AT&T's valid and properly-served subpoenas for a Rule 30(b)(6) deposition *duces tecum* of the Anexio entities.

This motion is supported by AT&T's memorandum of law submitted herewith, which AT&T incorporates by reference into this motion, and the Declaration of Michael J. Breslin and exhibits thereto, also submitted herewith.

For the reasons set forth in those supporting materials, AT&T respectfully prays that the Court enter an order:

1. Holding the Anexio entities in civil contempt;

2. Commanding the Anexio entities to:

   a. Immediately produce to AT&T all documents identified in Exhibit B to the subpoenas;

   b. Immediately designate in writing to AT&T the individuals who will provide deposition testimony on the Anexio entities' behalf regarding

each of the topics for examination listed in Exhibit A to the subpoenas;

c. Pay an appropriate coercive daily fine until the above requirements are fully satisfied;

d. Make their designees available for deposition within ten days after completing their production of documents; and

e. Pay AT&T's reasonable attorneys' fees and costs incurred in bringing this motion; and

3. Granting such other and further relief as the Court deems just and appropriate.

Respectfully submitted this 15th day of December, 2021.

/s/ Joseph S. Dowdy
Joseph S. Dowdy (N.C. State Bar No. 31941)
KILPATRICK TOWNSEND & STOCKTON LLP
4208 Six Forks Road, Suite 1400
Raleigh, NC 27609
Telephone: (919) 420-1700
Facsimile: (919) 510-6120
Email: jdowdy@kilpatricktownsend.com

Michael Breslin
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree St. NE, Suite 2800
Atlanta, GA 30309
Telephone: (404) 815-6500
Facsimile (404) 815-6555
Email: mbreslin@kilpatricktownsend.com

Nancy L. Stagg (CA State Bar No. 157034)
KILPATRICK TOWNSEND & STOCKTON LLP
12255 El Camino Real, Suite 250
San Diego, CA 92130
Telephone: (858) 350-6156
Facsimile: (858) 350-6111
Email: nstagg@kilpatricktownsend.com

*Counsel for Defendant AT&T Mobility LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on date set out below, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

SHUMAKER LOOP & KENDRICK LLP
Terence S. Reynolds
treynolds@shumaker.com
Lucas D. Garber
lgarber@shumaker.com
101 South Tyron Street
Suite 2200
Charlotte, North Carolina 28280
*Counsel for Plaintiff Jason Williams*

WITHERS BERGMAN LLP
Joseph Gallo
Joseph.gallo@withersworldwide.com
Christopher LaVigne
christopher.lavigne@withersworldwide.com
Martin J. Auerbach
Martin.auerbach@withersworldwide.com
430 Park Avenue, 10th Floor
New York, New York 10022-3505
*Counsel for Plaintiff Jason Williams*

I further certify that I have emailed a copy of the foregoing to Anexio representatives Jason Long (jlong@anexio.com) and Tony Pompliano (tony@anexio.com), and to Anexio's "contact us" email (info@anexio.com); and have served the foregoing on Paracorp Incorporated, 176 Mine Lake Ct. #100, Raleigh, NC 27615, the registered agent for Anexio Data Centers, LLC and Anexio Managed Services, LLC, via Federal Express overnight delivery.

This the 15th day of December, 2021.

/s/ Joseph Dowdy
Joseph S. Dowdy