# EXHIBIT B

| | |
|---|---|
| From: | Tony Pompliano <Tony@anexio.com> |
| Sent: | Monday, November 8, 2021 3:57 PM |
| To: | Breslin, Mike |
| Cc: | Jason Long |
| Subject: | Williams v AT&T Mobility |
| | |
| Follow Up Flag: | Follow up |
| Flag Status: | Completed |

**CAUTION: External Email**

Dear Sir,

I am in receipt of a court order to identify and make available a designee from ANEXIO with knowledge of certain topics.

Since the time from ANEXIO was doing business with Mr. Williams ANEXIO has divested virtually all of its assets and significantly downsize its workforce.  Today there are three people who are employed by ANEXIO.  Mr. Jason Long is designated as our contact and although he has limited first hand knowledge he is very experienced in our business and the person who has the access to the most information available.

Mr. Long is copied on this email.

**Tony Pompliano**
President & Chief Executive Officer
**ANEXIO** | Desktop to Data Center
5 W Hargett Street, Raleigh, NC 27601
Mobile: 919.607.2055| LinkedIn



**Corporate Video**
https://www.youtube.com/watch?v=fyCVvYjg8n4

Use my Virtual Assistant to schedule time with me:  https://SchedulingMeetingwithTony.as.me/

Confidentiality Notice: The information contained in this message is privileged and confidential. It is intended only for the use of the individual(s) named above. If the recipient of this message is not the intended recipient, you are hereby notified that any reading, use, dissemination, distribution or copying of this transmission is strictly prohibited.