IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JASON WILLIAMS,

    Plaintiff,

vs.

AT&T MOBILITY LLC,

    Defendant.

Case No. 5:19-cv-00475-BO

**ORDER GRANTING AT&T MOBILITY LLC'S MOTION FOR ORDER OF CIVIL CONTEMPT AGAINST NON-PARTIES ANEXIO DATA CENTERS, LLC AND ANEXIO MANAGED SERVICES, LLC**

Currently before the Court is Defendant AT&T Mobility LLC's Motion for an Order of Civil Contempt Against Non-Parties Anexio Data Centers, LLC and Anexio Managed Services, LLC ("Motion"). The Court grants the Motion and, in exercise of its discretion, hereby **ORDERS** that:

1. Non-parties Anexio Data Centers, LLC and Anexio Managed Services, LLC (together, "Anexio") are found to be in civil contempt for violating without adequate excuse this Court's October 12, 2021 Order [Doc. 88] commanding Anexio to comply with AT&T's properly-served subpoenas for a deposition *duces tecum* in this matter.

2. Anexio is commanded to:

    a. Immediately produce to AT&T all documents requested in Exhibit B to the subpoenas;

    b. Immediately designate in writing to AT&T the individuals who will provide deposition testimony on Anexio's behalf regarding each of the topics for examination listed in Exhibit A to the subpoenas;

c. Pay a coercive daily fine of $_____, beginning the day after Anexio receives a copy of this order and continuing until the above document production and witness designation requirements are fully satisfied; and

d. Make their designees available for deposition within ten (10) days after completing their production of documents to AT&T;

3. Pursuant to Fed. R. Civ. P. 37(a)(5)(A), Anexio Data Centers, LLC and Anexio Managed Services, LLC, jointly and severally, shall reimburse AT&T for its reasonable attorneys' fees and costs incurred in bringing the Motion. AT&T shall submit a statement of such costs and fees to the Court;

4. AT&T shall serve a copy of this Order via email to Jason Long (jlong@anexio.com), Tony Pompliano (tony@anexio.com), and Anexio's "contact us" email (info@anexio.com); and via Federal Express overnight delivery to Paracorp Incorporated, 176 Mine Lake Ct. #100, Raleigh, NC 27615, the registered agent for Anexio Data Centers, LLC and Anexio Managed Services, LLC.

**IT IS SO ORDERED.**

Dated: _____, __, 2021.

By: _____
     Hon.