IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CV-00475-BO

**Jason Williams**,

    Plaintiff,

v.

**AT&T Mobility, LLC**,

    Defendant.

**Order**

After holding a status conference with the parties, the court modifies the scheduling order as follows:

1. All discovery shall be initiated in time to be completed by February 28, 2022.

2. All motions except those relating to the admissibility of evidence at trial must be filed on or before March 30, 2022.

All other deadlines are unchanged.

Dated: December 20, 2021

_____
Robert T. Numbers, II
United States Magistrate Judge