IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JASON WILLIAMS,<br><br>    Plaintiff,<br><br>vs.<br><br>AT&T MOBILITY LLC,<br><br>    Defendant. | Case No. 5:19-cv-00475-BO |

### AT&T'S NOTICE REGARDING NON-COMPLIANCE WITH ORDER AND REQUEST FOR HEARING ON MOTION FOR ORDER OF CIVIL CONTEMPT AGAINST NON-PARTIES ANEXIO DATA CENTERS, LLC AND ANEXIO MANAGED SERVICES, LLC

Defendant AT&T Mobility LLC ("AT&T") respectfully notifies the Court that, relative to its Motion for Order of Civil Contempt Against Non-Parties Anexio Data Centers, LLC and Anexio Managed Services, LLC (the "Motion") [Doc. 102], after multiple attempts to receive information and a deposition date from non-parties Anexio Data Centers, LLC and Anexio Managed Services, LLC (collectively, "Anexio"), its subpoenas, remain unsatisfied, and Anexio continues to be in violation of this Court's October 12, 2021 Order [Doc. 88]. See correspondence attached hereto as Exhibit "A".

WHEREFORE, AT&T respectfully requests a hearing on its Motion.

Respectfully submitted this 21st day of January, 2022.

                        /s/ Joseph S. Dowdy
                        Joseph S. Dowdy (N.C. State Bar No. 31941)
                        KILPATRICK TOWNSEND & STOCKTON LLP
                        4208 Six Forks Road, Suite 1400
                        Raleigh, NC 27609
                        Telephone: (919) 420-1700
                        Facsimile: (919) 510-6120
                        Email: jdowdy@kilpatricktownsend.com

                        Michael Breslin
                        KILPATRICK TOWNSEND & STOCKTON LLP
                        1100 Peachtree St. NE, Suite 2800
                        Atlanta, GA 30309

Telephone: (404) 815-6500
Facsimile (404) 815-6555
Email: mbreslin@kilpatricktownsend.com

Nancy L. Stagg (CA State Bar No. 157034)
KILPATRICK TOWNSEND & STOCKTON LLP
12255 El Camino Real, Suite 250
San Diego, CA 92130
Telephone: (858) 350-6156
Facsimile: (858) 350-6111
Email: nstagg@kilpatricktownsend.com

*Counsel for Defendant AT&T Mobility LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on date set out below, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| SHUMAKER LOOP & KENDRICK LLP<br>Terence S. Reynolds<br>treynolds@shumaker.com<br>Lucas D. Garber<br>lgarber@shumaker.com<br>101 South Tyron Street<br>Suite 2200<br>Charlotte, North Carolina 28280<br><br>*Counsel for Plaintiff Jason Williams* | WITHERS BERGMAN LLP<br>Joseph Gallo<br>Joseph.gallo@withersworldwide.com<br>Christopher LaVigne<br>christopher.lavigne@withersworldwide.com<br>Martin J. Auerbach<br>Martin.auerbach@withersworldwide.com<br>430 Park Avenue, 10th Floor<br>New York, New York 10022-3505<br><br>*Counsel for Plaintiff Jason Williams* |

I further certify that I have emailed a copy of the foregoing to Anexio representatives Jason Long (jlong@anexio.com) and Tony Pompliano (tony@anexio.com), and to Anexio's "contact us" email (info@anexio.com); and have served the foregoing on Anexio Data Centers, LLC at 106 Birkhaven Dr., Cary, NC 27518, and on Anexio Managed Services, LLC, via its registered agent: Paracorp Incorporated, 176 Mine Lake Ct. #100, Raleigh, NC 27615, via Federal Express overnight delivery.

This the 21st day of January, 2022.

/s/ Joseph Dowdy
Joseph S. Dowdy