# EXHIBIT A

| | |
|---|---|
| **From:** | Jason Long <JLong@anexio.com> |
| **Sent:** | Tuesday, December 21, 2021 1:48 PM |
| **To:** | Floyd, Brooke; Breslin, Mike |
| **Cc:** | Tony Pompliano; ANEXIO Information; Stagg, Nancy; Dowdy, Joe |
| **Subject:** | RE: Williams v. AT&T - Subpoenas Issued to Anexio |

**CAUTION: External Email**

Thank you.

Jason C. Long
Sr. Account Executive
**ANEXIO** | Desktop to Data Center
44480 Hastings Drive, Ashburn, VA 20147
Direct: 571.418.5296 | Mobile: 703.861.5411

This email and any files transmitted with it are confidential and solely for the use of the intended recipient. If you have received this email in error please delete this email immediately and notify the sender.

---

**From:** Floyd, Brooke <bfloyd@kilpatricktownsend.com>
**Sent:** Tuesday, December 21, 2021 2:26 PM
**To:** Jason Long <JLong@anexio.com>; Breslin, Mike <mbreslin@kilpatricktownsend.com>
**Cc:** Tony Pompliano <Tony@anexio.com>; ANEXIO Information <Info@Anexio.com>; Stagg, Nancy <NStagg@kilpatricktownsend.com>; Dowdy, Joe <JDowdy@kilpatricktownsend.com>
**Subject:** RE: Williams v. AT&T - Subpoenas Issued to Anexio

Jason – below is a link to the shared folder. If you haven't already, Kiteworks should prompt you to create a password to access the folder. If you have any trouble logging in with your email/password, please let me know.

https://kiteworks.kilpatricktownsend.com/w/f-fb5e454c-685f-49a2-9435-39f7e8b5ddaa


**Brooke L. Floyd**
Paralegal
**Kilpatrick Townsend & Stockton LLP**
2001 Ross Avenue | Suite 4400 | Dallas, TX 75201
office 214 922 7158 | cell 817 312 8291 | fax 214 922 7101
bfloyd@kilpatricktownsend.com | www.kilpatricktownsend.com | VCard

---

**From:** Jason Long <JLong@anexio.com>
**Sent:** Tuesday, December 21, 2021 1:19 PM
**To:** Breslin, Mike <mbreslin@kilpatricktownsend.com>
**Cc:** Tony Pompliano <Tony@anexio.com>; ANEXIO Information <Info@Anexio.com>; Stagg, Nancy <NStagg@kilpatricktownsend.com>; Dowdy, Joe <JDowdy@kilpatricktownsend.com>; Floyd, Brooke <bfloyd@kilpatricktownsend.com>
**Subject:** Re: Williams v. AT&T - Subpoenas Issued to Anexio

Mike:

I have tried twice to upload documents. Can you resend me link and I will upload what I have today once I receive new link/file upload email?

Thank you,

Jason C. Long
Sr. Account Executive
**ANEXIO** | Desktop to Data Center

Direct: 571.418.5296 | Mobile: 703.861.5411

This email and any files transmitted with it are confidential and solely for the use of the intended recipient. If you have received this email in error please delete this email immediately and notify the sender.

> On Dec 20, 2021, at 3:12 PM, Breslin, Mike <mbreslin@kilpatricktownsend.com> wrote:
>
> Mr. Pompliano –
>
> On Dec. 15, we emailed you a copy of AT&T's motion for contempt sanctions against Anexio. That same day, you wrote me back stating Anexio believed it had produced the documents requested in AT&T's subpoenas, and I responded stating we have not received anything and providing a screenshot showing that the Kiteworks shared folder we created for Anexio to upload its production is still empty.
>
> On Dec. 17 you advised that Anexio believes it has collected the responsive documents and thought it had already successfully uploaded them, and that Mr. Jason Long will attempt to upload them again and follow up with me directly.
>
> As of today, we have not received any documents or further communication from Mr. Long. AT&T's motion for contempt sanctions is still pending before the court. It is vitally important that we receive Anexio's documents as soon as possible. If you have them available to upload, please do so by COB tomorrow to the Kiteworks folder we created and to which we gave Mr. Long upload access. If you are having difficulty using the Kiteworks fileshare, please let us know so we can provided assistance or, alternatively, upload them to another system of your preference and kindly provide instructions on how we can download them.
>
> Last, we understand that Anexio refused to accept delivery of a FedEx package we sent containing the recently-filed motion papers in this case (image attached). If that refusal was in error, please let me know.
>
> If I can provide any other assistance on these matters, please do not hesitate to contact me.
>
> Best regards,
> -Mike

**Michael Breslin**
**Kilpatrick Townsend & Stockton LLP**
Suite 2800 | 1100 Peachtree Street NE | Atlanta, GA  30309-4528
office 404 685 6752 | fax 404 541 4749
mbreslin@kilpatricktownsend.com | My Profile | VCard

Confidentiality Notice:
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact us immediately by return e-mail or at 404 815 6500, and destroy the original transmission and its attachments without reading or saving in any manner.

***DISCLAIMER*** Per Treasury Department Circular 230: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

| | |
|---|---|
| **From:** | Breslin, Mike |
| **Sent:** | Tuesday, January 4, 2022 11:28 AM |
| **To:** | Tony Pompliano |
| **Cc:** | Floyd, Brooke; Stagg, Nancy; Dowdy, Joe |
| **Subject:** | RE: Williams v. AT&T - Subpoenas Issued to Anexio |
| **Attachments:** | RE: Williams v. AT&T - Subpoenas Issued to Anexio |

Thank you, Tony.  Jason was provided the link again to the upload site on 12/21/21 (attached), which will prompt him to create his own password.  So there's no need for him to request a new password.  Brooke – who sent him the attached email – also offered to help him with any technical issues.  To my knowledge, no one has reached out to her for any assistance.

I appreciate the update.  Please keep me advised on the status and do make sure to reach out to Brooke (cc'd) if you or Jason need assistance with the upload process.

Best,
-Mike

**Michael Breslin**
**Kilpatrick Townsend & Stockton LLP**
Suite 2800 | 1100 Peachtree Street NE | Atlanta, GA  30309-4528
office 404 685 6752 | fax 404 541 4749
mbreslin@kilpatricktownsend.com | My Profile | VCard

**From:** Tony Pompliano <Tony@anexio.com>
**Sent:** Tuesday, January 4, 2022 12:21 PM
**To:** Breslin, Mike <mbreslin@kilpatricktownsend.com>
**Subject:** Fwd: Williams v. AT&T - Subpoenas Issued to Anexio


**CAUTION: External Email**


I am following up with Jason on what needs to be rectified

**Tony Pompliano**
President & Chief Executive Officer
**ANEXIO** | Desktop to Data Center
5 W Hargett Street, Raleigh, NC 27601
Mobile: 919.607.2055| LinkedIn



**Corporate Video**
https://www.youtube.com/watch?v=fyCVvYjg8n4

Use my Virtual Assistant to schedule time with me:  https://SchedulingMeetingwithTony.as.me/

Confidentiality Notice: The information contained in this message is privileged and confidential. It is intended only for the use of the individual(s) named above. If the recipient of this message is not the intended recipient, you are hereby notified that any reading, use, dissemination, distribution or copying of this transmission is strictly prohibited.

Begin forwarded message:

> **From:** Jason Long <JLong@anexio.com>
> **Date:** January 4, 2022 at 12:19:36 PM EST
> **To:** Tony Pompliano <Tony@anexio.com>
> **Subject: Re: Williams v. AT&T - Subpoenas Issued to Anexio**
>
> Email was down so could not get PW for account. I have requested another PW and nothing still.  Also with access restrict getting to files is not possible right now.  I did not have enough space to download files to laptop. I have to pull directly from folders in S drive to upload. At least that was my plan because there are so many.
>
> Thank you,
>
> Jason C. Long
> Sr. Account Executive
> **ANEXIO** | Desktop to Data Center
>
> Direct: 571.418.5296 | Mobile: 703.861.5411
>
> This email and any files transmitted with it are confidential and solely for the use of the intended recipient.  If you have received this email in error please delete this email immediately and notify the sender.
>
>> On Jan 3, 2022, at 3:57 PM, Tony Pompliano <tony@anexio.com> wrote:
>>
>>  What is the status? Last time we communicated you were going to try to upload the documents one additional time. Please let me know so I can respond to Mike thank you
>>
>> **Tony Pompliano**
>> President & Chief Executive Officer
>> **ANEXIO** | Desktop to Data Center
>> 5 W Hargett Street, Raleigh, NC 27601
>> Mobile: 919.607.2055| LinkedIn
>>
>> 
>>
>> **Corporate Video**
>> https://www.youtube.com/watch?v=fyCVvYjg8n4

Use my Virtual Assistant to schedule time with me: https://SchedulingMeetingwithTony.as.me/

Confidentiality Notice: The information contained in this message is privileged and confidential. It is intended only for the use of the individual(s) named above. If the recipient of this message is not the intended recipient, you are hereby notified that any reading, use, dissemination, distribution or copying of this transmission is strictly prohibited.

Begin forwarded message:

> **From:** "Breslin, Mike" <mbreslin@kilpatricktownsend.com>
> **Date:** January 3, 2022 at 1:36:06 PM EST
> **To:** Tony Pompliano <Tony@anexio.com>, Jason Long <JLong@anexio.com>
> **Cc:** ANEXIO Information <Info@anexio.com>, "Stagg, Nancy" <NStagg@kilpatricktownsend.com>, "Dowdy, Joe" <JDowdy@kilpatricktownsend.com>, "Floyd, Brooke" <bfloyd@kilpatricktownsend.com>
> **Subject: RE: Williams v. AT&T - Subpoenas Issued to Anexio**
>
> Mr. Pompliano & Mr. Long –
>
> I hope you both had a nice holiday and Happy New Year.  I am following up on the below.  I have not received a response to my last emails.  Could you please advise of the status?
>
> If you are still having difficulty uploading the documents to the SecureShare folder we provided, we would be happy to send a courier to retrieve a ZIP disk or thumb drive with the documents, if that would be easier.
>
> Please let me know and, in all events, I would appreciate an update on the document production.
>
> Best regards,
> -Mike
>
> **Michael Breslin**
> **Kilpatrick Townsend & Stockton LLP**
> Suite 2800 | 1100 Peachtree Street NE | Atlanta, GA  30309-4528
> office 404 685 6752 | fax 404 541 4749
> mbreslin@kilpatricktownsend.com | My Profile | VCard
>
> **From:** Breslin, Mike <mbreslin@kilpatricktownsend.com>
> **Sent:** Thursday, December 30, 2021 4:06 PM
> **To:** Tony Pompliano <Tony@anexio.com>
> **Cc:** Jason Long <JLong@anexio.com>; ANEXIO Information <Info@anexio.com>; Stagg, Nancy <NStagg@kilpatricktownsend.com>; Dowdy, Joe <JDowdy@kilpatricktownsend.com>; Floyd, Brooke

<bfloyd@kilpatricktownsend.com>
**Subject:** Re: Williams v. AT&T - Subpoenas Issued to Anexio

Mr. Pompliano —

I am following up on my email below. Could you please advise us of the status? If the documents have been collected, are you still having trouble uploading them?   Please let us know what the issues are here so we can assist any way we are able. It is vital that we get this completed to avoid further action by the court.

Please provide an update at your earliest convenience.

Thank you,

Michael J. Breslin


> On Dec 20, 2021, at 3:11 PM, Breslin, Mike <mbreslin@kilpatricktownsend.com> wrote:
>
> Mr. Pompliano –
>
> On Dec. 15, we emailed you a copy of AT&T's motion for contempt sanctions against Anexio.  That same day, you wrote me back stating Anexio believed it had produced the documents requested in AT&T's subpoenas, and I responded stating we have not received anything and providing a screenshot showing that the Kiteworks shared folder we created for Anexio to upload its production is still empty.
>
> On Dec. 17 you advised that Anexio believes it has collected the responsive documents and thought it had already successfully uploaded them, and that Mr. Jason Long will attempt to upload them again and follow up with me directly.
>
> As of today, we have not received any documents or further communication from Mr. Long.  AT&T's motion for contempt sanctions is still pending before the court. It is vitally important that we receive Anexio's documents as soon as possible.  If you have them available to upload, please do so by COB tomorrow to the Kiteworks folder we created and to which we gave Mr. Long upload access. If you are having difficulty using the Kiteworks fileshare, please let us know so we can provided assistance or, alternatively, upload them to another system of your preference and kindly provide instructions on how we can download them.

4

Last, we understand that Anexio refused to accept delivery of a FedEx package we sent containing the recently-filed motion papers in this case (image attached). If that refusal was in error, please let me know.

If I can provide any other assistance on these matters, please do not hesitate to contact me.

Best regards,
-Mike

**Michael Breslin**
**Kilpatrick Townsend & Stockton LLP**
Suite 2800 | 1100 Peachtree Street NE | Atlanta, GA  30309-4528
office 404 685 6752 | fax 404 541 4749
mbreslin@kilpatricktownsend.com | My Profile | VCard

---

***DISCLAIMER*** Per Treasury Department Circular 230: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

| From: | Breslin, Mike |
|---|---|
| Sent: | Tuesday, January 11, 2022 1:05 PM |
| To: | Jason Long |
| Cc: | Floyd, Brooke; Tony Pompliano; Stagg, Nancy; Dowdy, Joe |
| Subject: | RE: Anexio upload |

Jason –

Thank you for the update. Anexio is in violation of a court order. While we appreciate the representation that it has experienced network problems over the last week, the violations have been ongoing for a long time now. Unless we receive the documents the Court ordered Anexio to produce by noon Eastern time on Friday, we feel we must alert the Court and determine how it wants to proceed. We ask that you do all you can to avoid the necessity of any further action.

In the meantime, please let me or Brooke know if we can be of further assistance.

Best,
-Mike

**Michael Breslin**
**Kilpatrick Townsend & Stockton LLP**
Suite 2800 | 1100 Peachtree Street NE | Atlanta, GA  30309-4528
office 404 685 6752 | fax 404 541 4749
mbreslin@kilpatricktownsend.com | My Profile | VCard

**From:** Jason Long <JLong@anexio.com>
**Sent:** Tuesday, January 11, 2022 8:45 AM
**To:** Breslin, Mike <mbreslin@kilpatricktownsend.com>
**Cc:** Floyd, Brooke <bfloyd@kilpatricktownsend.com>; Tony Pompliano <Tony@anexio.com>; Stagg, Nancy <NStagg@kilpatricktownsend.com>; Dowdy, Joe <JDowdy@kilpatricktownsend.com>
**Subject:** Re: Anexio upload


**CAUTION: External Email**


Mike:

The files are in a former employees/finance location which I was able to access prior to systems going offline. I do not have access to them currently and this was as the same time we talked. This information should be on this formers employees laptop. I can give the UN and PW information to access these files. However, without VPN capability I cannot access the files.

Thank you,

Jason C. Long
Sr. Account Executive
**ANEXIO** | Desktop to Data Center

Direct: 571.418.5296 | Mobile: 703.861.5411

This email and any files transmitted with it are confidential and solely for the use of the intended recipient. If you have received this email in error please delete this email immediately and notify the sender.

On Jan 10, 2022, at 5:18 PM, Breslin, Mike <mbreslin@kilpatricktownsend.com> wrote:

Jason –

Can you please provide an update?

As of today, our office has not received any of the documents that the District Court ordered Anexio to produce by November 8, 2021 at the latest. As we've previously communicated to you, AT&T's motion for contempt sanctions against Anexio (attached) is pending, and requests that the Court impose, among other items, a fine against Anexio for each day that Anexio is not in compliance with the Court's order, as well as the recovery of AT&T's attorneys' fees and costs incurred in seeking compliance with the subpoena.

We have provided all assistance Anexio has requested to facilitate its compliance with the Court's order. We urge Anexio to prioritize doing so in order to avoid additional fines, fees and costs. If we can be of further assistance to those efforts, please do not hesitate to let us know.

Best regards,
-Mike

Michael Breslin
Kilpatrick Townsend & Stockton LLP
Suite 2800 | 1100 Peachtree Street NE | Atlanta, GA 30309-4528
office 404 685 6752 | fax 404 541 4749
mbreslin@kilpatricktownsend.com<mailto:mbreslin@kilpatricktownsend.com> | My Profile<http://www.kilpatricktownsend.com/en/People/B/BreslinMichaelJ> | VCard<http://www.kilpatricktownsend.com/vcard/MichaelJ.Breslin.vcf>
From: Breslin, Mike
Sent: Friday, January 7, 2022 11:57 AM
To: 'Jason Long' <JLong@anexio.com>
Cc: Floyd, Brooke <bfloyd@kilpatricktownsend.com>
Subject: RE: Anexio upload

Jason –

Thanks for the update. I thought you'd already collected the documents on your computer's local drive – is that not correct?

-Mike

Michael Breslin
Kilpatrick Townsend & Stockton LLP
Suite 2800 | 1100 Peachtree Street NE | Atlanta, GA 30309-4528
office 404 685 6752 | fax 404 541 4749

mbreslin@kilpatricktownsend.com<mailto:mbreslin@kilpatricktownsend.com> | My Profile<http://www.kilpatricktownsend.com/en/People/B/BreslinMichaelJ> | VCard<http://www.kilpatricktownsend.com/vcard/MichaelJ.Breslin.vcf>
From: Jason Long <JLong@anexio.com<mailto:JLong@anexio.com>>
Sent: Friday, January 7, 2022 10:33 AM
To: Breslin, Mike <mbreslin@kilpatricktownsend.com<mailto:mbreslin@kilpatricktownsend.com>>
Cc: Floyd, Brooke <bfloyd@kilpatricktownsend.com<mailto:bfloyd@kilpatricktownsend.com>>
Subject: Re: Anexio upload

Mike:

Because of the site wide outage I am having difficulties accessing the files. I am trying all options and will update you when I make progress.

Thank you,

Jason C. Long

Sr. Account Executive

ANEXIO<http://www.anexio.com/> | Desktop to Data Center

44480 Hastings Drive, Ashburn, VA 20147<x-apple-data-detectors://6/0>

Direct: 571.418.5296<tel:571.418.5296> | Mobile: 703.861.5411<tel:703.861.5411>

This email and any files transmitted with it are confidential and solely for the use of the intended recipient.  If you have received this email in error please delete this email immediately and notify the sender.

On Jan 6, 2022, at 12:21 PM, Breslin, Mike <mbreslin@kilpatricktownsend.com<mailto:mbreslin@kilpatricktownsend.com>> wrote:

Jason –

We haven't seen any activity in the dropbox folder yet.  Can you confirm you're able to access it and that you're planning to upload what you've collected today?

Thanks,
-Mike

Michael Breslin
Kilpatrick Townsend & Stockton LLP
Suite 2800 | 1100 Peachtree Street NE | Atlanta, GA  30309-4528

office 404 685 6752 | fax 404 541 4749

mbreslin@kilpatricktownsend.com<mailto:mbreslin@kilpatricktownsend.com> | My Profile<http://www.kilpatricktownsend.com/en/People/B/BreslinMichaelJ> | VCard<http://www.kilpatricktownsend.com/vcard/MichaelJ.Breslin.vcf>

From: Jason Long <JLong@anexio.com<mailto:JLong@anexio.com>>
Sent: Wednesday, January 5, 2022 4:51 PM
To: Breslin, Mike <mbreslin@kilpatricktownsend.com<mailto:mbreslin@kilpatricktownsend.com>>
Cc: Floyd, Brooke <bfloyd@kilpatricktownsend.com<mailto:bfloyd@kilpatricktownsend.com>>
Subject: Re: Anexio upload


Received.

Jason C. Long

Sr. Account Executive

ANEXIO<http://www.anexio.com/> | Desktop to Data Center

44480 Hastings Drive, Ashburn, VA 20147<x-apple-data-detectors://6/0>

Direct: 571.418.5296<tel:571.418.5296> | Mobile: 703.861.5411<tel:703.861.5411>


This email and any files transmitted with it are confidential and solely for the use of the intended recipient. If you have received this email in error please delete this email immediately and notify the sender.


On Jan 5, 2022, at 4:46 PM, Breslin, Mike <mbreslin@kilpatricktownsend.com<mailto:mbreslin@kilpatricktownsend.com>> wrote:

Jason,

Thanks for getting on the phone with us this afternoon and letting us help you with the upload. Brooke has already sent you the link to the alternate dropbox folder to use. Would you please confirm you received that? Once we hear back from you, we'll keep an eye out for the several megabytes of files you said you've collected and will be uploading.

Again, if you run into any problems, please reach out to us.

Thanks,
-Mike

<image001.png>

4
Case 5:19-cv-00475-BO    Document 106-1    Filed 01/21/22    Page 13 of 14

Michael Breslin
Kilpatrick Townsend & Stockton LLP
Suite 2800 | 1100 Peachtree Street NE | Atlanta, GA  30309-4528
office 404 685 6752 | fax 404 541 4749
mbreslin@kilpatricktownsend.com<mailto:mbreslin@kilpatricktownsend.com> | My Profile<http://www.kilpatricktownsend.com/en/People/B/BreslinMichaelJ> | VCard<http://www.kilpatricktownsend.com/vcard/MichaelJ.Breslin.vcf>

_____

***DISCLAIMER*** Per Treasury Department Circular 230: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

_____

Confidentiality Notice:
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact us immediately by return e-mail or at 404 815 6500, and destroy the original transmission and its attachments without reading or saving in any manner.