IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JASON WILLIAMS,<br><br>　　　Plaintiff,<br><br>vs.<br><br>AT&T MOBILITY LLC,<br><br>　　　Defendant. | Case No. 5:19-cv-00475-BO<br><br>**CERTIFICATE OF SERVICE** |

Pursuant to this Court's Text Order entered on January 27, 2022 (the "January 27 Order"), the undersigned attorney hereby certifies that Defendant AT&T Mobility LLC ("AT&T") served non-parties Anexio Data Centers, LLC and Anexio Managed Services, LLC (collectively, "Anexio") with a copy of the January 27 Order along with correspondence notifying Anexio of the February 16, 2022 hearing and again requesting Anexio's compliance with this Court's October 12, 2021 Order [Doc. 88] and with AT&T's subpoenas to Anexio. The manner in which Anexio was served is as follows:

　　　1.　　Service on Anexio Data Centers, LLC, c/o Tony Pompliano, 106 Birkhaven Dr., Cary, NC 27518, via Federal Express; delivered on January 31, 2022;

　　　2.　　Service on Anexio Managed Services, LLC, c/o Registered Agent Paracorp Incorporated, 176 Mine Lake Ct., #100, Raleigh, NC 27615, via Federal Express; delivered on January 31, 2022;

　　　3.　　Service on Jason Long, Anexio's Senior Account Manager, via email to: jlong@anexio.com;

1

4. Service on Tony Pompliano, Anexio's CEO, via email to: tony@anexio.com; and

5. Service via email to: info@anexio.com.

Documents evidencing proof of service on Anexio in the manner indicated above are attached hereto as Exhibit 1.

Respectfully submitted this the 1st day of February, 2022.

/s/ Nancy L. Stagg
Nancy L. Stagg (CA State Bar No. 157034)
KILPATRICK TOWNSEND & STOCKTON LLP
12255 El Camino Real, Suite 250
San Diego, CA 92130
Phone: (858) 350-6156
Fax: (858) 350-6111
Email: nstagg@kilpatricktownsend.com

Michael J. Breslin (GA State Bar No. 142551)
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree St. NE, Suite 2800
Atlanta, GA 30309
Telephone: (404) 815-6500
Facsimile: (404) 815-6555
Email: mbreslin@kilpatricktownsend.com

*Counsel for Defendant AT&T Mobility LLC*

Joseph S. Dowdy (N.C. State Bar No. 31941)
KILPATRICK TOWNSEND & STOCKTON LLP
4208 Six Forks Road, Suite 1400
Raleigh, NC 27609
Telephone: (919) 420-1700
Facsimile: (919) 510-6120
Email: jdowdy@kilpatricktownsend.com

*Local Civil Rule 83.1(d) Counsel for Defendant AT&T Mobility LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on date set out below, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| SHUMAKER LOOP & KENDRICK LLP<br>Terence S. Reynolds<br>treynolds@shumaker.com<br>Lucas D. Garber<br>lgarber@shumaker.com<br>101 South Tyron Street<br>Suite 2200<br>Charlotte, North Carolina 28280<br><br>*Local 83.1(d) Counsel for Plaintiff Jason Williams* | WITHERS BERGMAN LLP<br>Joseph Gallo<br>Joseph.gallo@withersworldwide.com<br>Christopher LaVigne<br>christopher.lavigne@withersworldwide.com<br>Martin J. Auerbach<br>Martin.auerbach@withersworldwide.com<br>430 Park Avenue, 10th Floor<br>New York, New York 10022-3505<br><br>*Counsel for Plaintiff Jason Williams* |

This the 1st day of February, 2022.

                                              /s/ Nancy Stagg
                                              Nancy L. Stagg