# EXHIBIT 1



**FedEx Tracking**

289254111267

Anexio Data Centers, LLC

EDIT NICKNAME


ON TIME

# Delivered
## Monday, January 31, 2022 at 10:55 am



**DELIVERED**
Signature not required

**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

| **FROM** | **TO** |
|---|---|
| Raleigh, NC US | CARY, NC US |

**MANAGE DELIVERY**

## Travel History

**TIME ZONE**
Local Scan Time

**Monday, January 31, 2022**

| 10:55 AM | CARY, NC | Delivered<br>Package delivered to recipient address - release authorized |
| 8:13 AM | RALEIGH, NC | On FedEx vehicle for delivery |
| 7:33 AM | RALEIGH, NC | Shipment arriving On-Time |
| 7:15 AM | RALEIGH, NC | At local FedEx facility |

**Saturday, January 29, 2022**

| 11:04 AM | RALEIGH, NC | At local FedEx facility |

| 2/1/22, 11:50 AM | | Detailed Tracking |
|---|---|---|
| 10:24 AM | RALEIGH, NC | At local FedEx facility<br>Package not due for delivery |

**Friday, January 28, 2022**

| | | |
|---|---|---|
| 9:28 PM | RALEIGH, NC | At destination sort facility |
| 9:00 PM | RALEIGH, NC | Left FedEx origin facility |
| 6:21 PM | RALEIGH, NC | Picked up |
| 3:09 PM | | Shipment information sent to FedEx |

Expand History

## Shipment Facts

| **TRACKING NUMBER**<br>289254111267 | **SERVICE**<br>FedEx Priority Overnight | **WEIGHT**<br>0.5 lbs / 0.23 kgs |
|---|---|---|
| **DELIVERED TO**<br>Residence | **TOTAL PIECES**<br>1 | **TOTAL SHIPMENT WEIGHT**<br>0.5 lbs / 0.23 kgs |
| **TERMS**<br>Shipper | **SHIPPER REFERENCE**<br>0ATT19.1159127-11357 | **PACKAGING**<br>FedEx Envelope |
| **SPECIAL HANDLING SECTION**<br>Deliver Weekday, Residential Delivery | **SHIP DATE**<br>1/28/22 | **SHIPMENT-FACTS.COD-DETAIL**<br>$0.00 |
| **STANDARD TRANSIT**<br>1/31/22 before 12:00 pm | **ACTUAL DELIVERY**<br>1/31/22 at 10:55 am | |



FedEx Tracking

289254158107

Anexio Managed Services, LLC

**EDIT NICKNAME**

**ON TIME**

# Delivered
## Monday, January 31, 2022 at 9:44 am

**DELIVERED**
Signed for by: E.KIM

**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

Adult signature required

| FROM | TO |
|---|---|
| Raleigh, NC US | RALEIGH, NC US |

**MANAGE DELIVERY**

## Travel History

**TIME ZONE**
Local Scan Time

**Monday, January 31, 2022**

| 9:44 AM | RALEIGH, NC | Delivered |
| 8:01 AM | RALEIGH, NC | On FedEx vehicle for delivery |
| 7:34 AM | RALEIGH, NC | Shipment arriving On-Time |
| 7:15 AM | RALEIGH, NC | At local FedEx facility |

**Saturday, January 29, 2022**

| 11:04 AM | RALEIGH, NC | At local FedEx facility |

Case 5:19-cv-00475-BO   Document 107-1   Filed 02/01/22   Page 4 of 12

| 2/1/22, 11:51 AM | | Detailed Tracking |
| --- | --- | --- |
| 10:24 AM | RALEIGH, NC | At local FedEx facility<br>Package not due for delivery |
| **Friday, January 28, 2022** | | |
| 9:28 PM | RALEIGH, NC | At destination sort facility |
| 9:00 PM | RALEIGH, NC | Left FedEx origin facility |
| 6:21 PM | RALEIGH, NC | Picked up |
| 3:10 PM | | Shipment information sent to FedEx |

Expand History

## Shipment Facts

| **TRACKING NUMBER**<br>289254158107 | **SERVICE**<br>FedEx Priority Overnight | **WEIGHT**<br>0.5 lbs / 0.23 kgs |
| --- | --- | --- |
| **DELIVERED TO**<br>Receptionist/Front Desk | **TOTAL PIECES**<br>1 | **TOTAL SHIPMENT WEIGHT**<br>0.5 lbs / 0.23 kgs |
| **TERMS**<br>Shipper | **SHIPPER REFERENCE**<br>0ATT19.1159127-11357 | **PACKAGING**<br>FedEx Envelope |
| **SPECIAL HANDLING SECTION**<br>Deliver Weekday, Adult Signature Required | **SHIP DATE**<br>1/28/22 | **SHIPMENT-FACTS.COD-DETAIL**<br>$0.00 |
| **SIGNATURE SERVICES**<br>Adult signature required | **STANDARD TRANSIT**<br>1/31/22 before 10:30 am | **ACTUAL DELIVERY**<br>1/31/22 at 9:44 am |

Case 5:19-cv-00475-BO    Document 107-1    Filed 02/01/22    Page 5 of 12

https://www.fedex.com/fedextrack/?trknbr=289254158107&trkqual=2459608000~289254158107~FX    2/2

| | |
|---|---|
| **From:** | Floyd, Brooke |
| **Sent:** | Friday, January 28, 2022 5:22 PM |
| **To:** | Tony Pompliano; Jason Long; ANEXIO Information |
| **Cc:** | Dowdy, Joe; Stagg, Nancy; Breslin, Mike |
| **Subject:** | Williams v. AT&T |
| **Attachments:** | 2022-01-28 Letter to Anexio re Hrg on Mtn for Contempt Order.PDF |

Good afternoon. Please see attached correspondence from Mr. Dowdy.



**Brooke L. Floyd**
Paralegal
**Kilpatrick Townsend & Stockton LLP**
2001 Ross Avenue | Suite 4400 | Dallas, TX  75201
office 214 922 7158 | cell 817 312 8291 | fax 214 922 7101
bfloyd@kilpatricktownsend.com | My Profile | vCard



**KILPATRICK TOWNSEND & STOCKTON LLP**
www.kilpatricktownsend.com

Suite 1400, 4208 Six Forks Road
Raleigh, NC 27609
t 919 420 1700  f 919 420 1800

Joseph S. Dowdy, Partner
direct dial 919 420 1718
direct fax 919 510 6120
JDowdy@kilpatricktownsend.com

January 28, 2022

Anexio Data Centers, LLC*Via Federal Express – Overnight Delivery*
c/o Tony Pompliano, CEO
106 Birkhaven Dr.
Cary, NC 27518

Anexio Managed Services, LLC*Via Federal Express – Overnight Delivery*
c/o Registered Agent Paracorp Incorporated
176 Mine Lake Ct., #100
Raleigh, NC 27615

*Via email to:*
Jason Long (jlong@anexio.com)
Tony Pompliano (tony@anexio.com)
Anexio (info@anexio.com)

Re:WILLIAMS V. AT&T MOBILITY, LLC; CASE NUMBER: 5:19-CV-00475-BO

Dear Messers. Long and Pompliano:

As you know, the court in the above-referenced matter issued an order on October 12, 2021, ordering the Anexio entities to comply with the subpoenas my client AT&T Mobility, LLC served, requiring Anexio to produce the documents described in the subpoena and to provide dates for Anexio representatives to be deposed regarding the topics included in the subpoenas. To date we have not received any of the information requested and ordered by the court.

Enclosed with this correspondence is an order setting AT&T's motion for order of civil contempt for hearing on February 16, 2022. A copy of this motion was previously sent to you.

We ask again that you comply with the court's order and provide the information and documents requested in AT&T's subpoena, in order to avoid being found in contempt and paying attorneys' fees and costs as required by law.

ANCHORAGE  ATLANTA  AUGUSTA  BEIJING  CHARLOTTE  DALLAS  DENVER  HOUSTON  LOS ANGELES  NEW YORK  RALEIGH  SAN DIEGO
SAN FRANCISCO  SEATTLE  SHANGHAI  SILICON VALLEY  STOCKHOLM  TOKYO  WALNUT CREEK  WASHINGTON  WINSTON-SALEM

Case 5:19-cv-00475-BO     Document 107-1     Filed 02/01/22     Page 7 of 12

      Please do not hesitate to contact us with questions.

                Warm regards,

                Joseph S. Dowdy

Enclosures

cc:    Michael Breslin
       Nancy Stagg

| | |
|---|---|
| **From:** | Notice_NCED@nced.uscourts.gov |
| **Sent:** | Thursday, January 27, 2022 8:21 AM |
| **To:** | Notice_NCED@nced.uscourts.gov |
| **Subject:** | Activity in Case 5:19-cv-00475-BO Williams v. AT&T Mobility, LLC Text Order |
| | |
| **FilingDate:** | 1/27/2022 3:25:00 AM |
| **FilingFolder:** | \ADV. JASON WILLIAMS - 1159127\Pleadings (1159127)\ECF Notices |
| **FilingDocumentID:** | !nrtdms:0:!session:DMSUS:!database:TOWNSEND:!document:75644207,1: |

**CAUTION: External Email**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

EASTERN DISTRICT OF NORTH CAROLINA

## Notice of Electronic Filing

The following transaction was entered on 1/27/2022 at 8:20 AM EST and filed on 1/27/2022

**Case Name:** Williams v. AT&T Mobility, LLC
**Case Number:** 5:19-cv-00475-BO
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**TEXT ORDER - A hearing on the motion for order of civil contempt will be held before the undersigned on Wednesday February 16, 2022 at 10:00 a.m. at the United States Courthouse at 310 New Bern Avenue, Raleigh, NC. Defendant shall provide notice of this hearing to representatives of Anexio, Anexio Data Centers, and Anexio Managed Services via the addresses and methods listed in defendants motion at [DE 106] and file proof of the same within five (5) days of the date of entry of this order. Signed by District Judge Terrence W. Boyle on 1/27/2022. (Stouch, L.)**


**5:19-cv-00475-BO Notice has been electronically mailed to:**

Joseph Samuel Dowdy     JDowdy@kilpatricktownsend.com, bfloyd@kilpatricktownsend.com, joseph.s.dowdy@gmail.com, mbrady@kilpatricktownsend.com, solinger@kilpatricktownsend.com

Terence S. Reynolds     treynolds@shumaker.com, arussell@shumaker.com, epeeples@shumaker.com, lgrifffin@shumaker.com, terence.reynolds@gmail.com

Lucas David Garber     lgarber@shumaker.com, arussell@shumaker.com, lgriffin@shumaker.com

Christopher N. LaVigne     christopher.lavigne@withersworldwide.com, Joseph.Gallo@withersworldwide.com, Lalindra.Sanichar@withersworldwide.com

Michael J. Breslin     mbreslin@kilpatricktownsend.com

Joseph E. Gallo     joseph.gallo@withersworldwide.com

Adam P. Wiley     awiley@kilpatricktownsend.com

Martin J Auerbach     martin.auerbach@withersworldwide.com

Nancy L. Stagg     nstagg@kilpatricktownsend.com, mchapman@kilpatricktownsend.com

**5:19-cv-00475-BO Notice has been delivered by other means to:**

| From: | Notice_NCED@nced.uscourts.gov |
|---|---|
| Sent: | Thursday, January 27, 2022 9:55 AM |
| To: | Notice_NCED@nced.uscourts.gov |
| Subject: | Activity in Case 5:19-cv-00475-BO Williams v. AT&T Mobility, LLC Set/Reset Motion and M&R Hearings |

**CAUTION: External Email**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

U.S. District Court

EASTERN DISTRICT OF NORTH CAROLINA

## Notice of Electronic Filing

The following transaction was entered on 1/27/2022 at 9:54 AM EST and filed on 1/27/2022
**Case Name:** Williams v. AT&T Mobility, LLC
**Case Number:** [5:19-cv-00475-BO](#)
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Set Hearing as to [102] MOTION for Order of Civil Contempt Against Non-Parties Anexio Data Centers, LLC and Anexio Managed Services, LLC . Motion Hearing set for 2/16/2022 at 10:00 AM in Raleigh - 7th Floor - Courtroom 2 before District Judge Terrence W. Boyle. (Stouch, L.)**


**5:19-cv-00475-BO Notice has been electronically mailed to:**

Joseph Samuel Dowdy     JDowdy@kilpatricktownsend.com, bfloyd@kilpatricktownsend.com, joseph.s.dowdy@gmail.com, mbrady@kilpatricktownsend.com, solinger@kilpatricktownsend.com

Terence S. Reynolds     treynolds@shumaker.com, arussell@shumaker.com, epeeples@shumaker.com, lgrifffin@shumaker.com, terence.reynolds@gmail.com

Lucas David Garber    lgarber@shumaker.com, arussell@shumaker.com, lgriffin@shumaker.com

Christopher N. LaVigne    christopher.lavigne@withersworldwide.com, Joseph.Gallo@withersworldwide.com, Lalindra.Sanichar@withersworldwide.com

Michael J. Breslin    mbreslin@kilpatricktownsend.com

Joseph E. Gallo    joseph.gallo@withersworldwide.com

Adam P. Wiley    awiley@kilpatricktownsend.com

Martin J Auerbach    martin.auerbach@withersworldwide.com

Nancy L. Stagg    nstagg@kilpatricktownsend.com, mchapman@kilpatricktownsend.com

**5:19-cv-00475-BO Notice has been delivered by other means to:**