# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| JASON WILLIAMS,<br><br>    Plaintiff,<br><br>vs.<br><br>AT&T MOBILITY LLC,<br><br>    Defendant. | Case No. 5:19-cv-00475-BO<br><br>**CERTIFICATE OF SERVICE** |

Pursuant to this Court's Text Order entered on February 9, 2022 (the "Order"), the undersigned attorney hereby certifies that Defendant AT&T Mobility LLC ("AT&T") served non-parties Anexio Data Centers, LLC and Anexio Managed Services, LLC (collectively, "Anexio") with a copy of the Order along with correspondence notifying Anexio that the hearing on AT&T's motion for order of civil contempt has been rescheduled to February 17, 2022. The manner in which Anexio was served is as follows:

1. Service via email on February 9, 2022, to:

    a. Jason Long, Anexio's Senior Account Manager: jlong@anexio.com;
    b. Tony Pompliano, Anexio's CEO: tony@anexio.com; and
    c. Anexio: info@anexio.com.

2. Service on Anexio Data Centers, LLC, c/o Tony Pompliano, 106 Birkhaven Dr., Cary, NC 27518, via Federal Express, on February 10, 2022; and

3. Service on Anexio Managed Services, LLC, c/o Registered Agent Paracorp Incorporated, 176 Mine Lake Ct., #100, Raleigh, NC 27615, via Federal Express, on February 10, 2022.

1

Documents evidencing proof of service on Anexio in the manner indicated above are attached hereto as Exhibit 1.

Respectfully submitted this the 10th day of February, 2022.

/s/ Nancy L. Stagg
Nancy L. Stagg (CA State Bar No. 157034)
KILPATRICK TOWNSEND & STOCKTON LLP
12255 El Camino Real, Suite 250
San Diego, CA 92130
Phone: (858) 350-6156
Fax: (858) 350-6111
Email: nstagg@kilpatricktownsend.com

Michael J. Breslin (GA State Bar No. 142551)
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree St. NE, Suite 2800
Atlanta, GA 30309
Telephone: (404) 815-6500
Facsimile: (404) 815-6555
Email: mbreslin@kilpatricktownsend.com

*Counsel for Defendant AT&T Mobility LLC*

Joseph S. Dowdy (N.C. State Bar No. 31941)
KILPATRICK TOWNSEND & STOCKTON LLP
4208 Six Forks Road, Suite 1400
Raleigh, NC 27609
Telephone: (919) 420-1700
Facsimile: (919) 510-6120
Email: jdowdy@kilpatricktownsend.com

*Local Civil Rule 83.1(d) Counsel for Defendant AT&T Mobility LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on date set out below, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| SHUMAKER LOOP & KENDRICK LLP<br>Terence S. Reynolds<br>treynolds@shumaker.com<br>Lucas D. Garber<br>lgarber@shumaker.com<br>101 South Tyron Street<br>Suite 2200<br>Charlotte, North Carolina 28280<br>*Local 83.1(d) Counsel for Plaintiff Jason Williams* | WITHERS BERGMAN LLP<br>Joseph Gallo<br>Joseph.gallo@withersworldwide.com<br>Christopher LaVigne<br>christopher.lavigne@withersworldwide.com<br>Martin J. Auerbach<br>Martin.auerbach@withersworldwide.com<br>430 Park Avenue, 10th Floor<br>New York, New York 10022-3505<br>*Counsel for Plaintiff Jason Williams* |

This the 10th day of February, 2022.

/s/ Nancy Stagg
Nancy L. Stagg