# EXHIBIT 1

| From: | Floyd, Brooke |
|---|---|
| Sent: | Wednesday, February 9, 2022 7:35 PM |
| To: | Tony Pompliano; Jason Long; ANEXIO Information |
| Cc: | Dowdy, Joe; Stagg, Nancy; Breslin, Mike |
| Subject: | RE: Williams v. AT&T |
| Attachments: | 2022-02-09 Ltr to Anexio re Reset Hearing on Mtn for Order of Contempt.PDF |

Please see attached correspondence from Mr. Dowdy.

**Brooke L. Floyd**
Paralegal
**Kilpatrick Townsend & Stockton LLP**
2001 Ross Avenue | Suite 4400 | Dallas, TX  75201
office 214 922 7158 | cell 817 312 8291 | fax 214 922 7101
bfloyd@kilpatricktownsend.com | My Profile | VCard

---

**From:** Floyd, Brooke <bfloyd@kilpatricktownsend.com>
**Sent:** Friday, January 28, 2022 5:22 PM
**To:** Tony Pompliano <Tony@anexio.com>; Jason Long <JLong@anexio.com>; ANEXIO Information <Info@Anexio.com>
**Cc:** Dowdy, Joe <JDowdy@kilpatricktownsend.com>; Stagg, Nancy <NStagg@kilpatricktownsend.com>; Breslin, Mike <mbreslin@kilpatricktownsend.com>
**Subject:** Williams v. AT&T

Good afternoon.  Please see attached correspondence from Mr. Dowdy.



**Brooke L. Floyd**
Paralegal
**Kilpatrick Townsend & Stockton LLP**
2001 Ross Avenue | Suite 4400 | Dallas, TX  75201
office 214 922 7158 | cell 817 312 8291 | fax 214 922 7101
bfloyd@kilpatricktownsend.com | My Profile | vCard



KILPATRICK TOWNSEND & STOCKTON LLP
www.kilpatricktownsend.com

Suite 1400, 4208 Six Forks Road
Raleigh, NC 27609
t 919 420 1700  f 919 420 1800

Joseph S. Dowdy, Partner
direct dial 919 420 1718
direct fax 919 510 6120
JDowdy@kilpatricktownsend.com

February 9, 2022

Anexio Data Centers, LLC　　　　　　　　*Via Federal Express – Overnight Delivery*
c/o Tony Pompliano, CEO
106 Birkhaven Dr.
Cary, NC 27518

Anexio Managed Services, LLC　　　　　　*Via Federal Express – Overnight Delivery*
c/o Registered Agent Paracorp Incorporated
176 Mine Lake Ct., #100
Raleigh, NC 27615

*Via email to:*
Jason Long (jlong@anexio.com)
Tony Pompliano (tony@anexio.com)
Anexio (info@anexio.com)

　　　　　　Re:　　*WILLIAMS V. AT&T MOBILITY, LLC*; CASE NUMBER: 5:19-CV-00475-BO

Dear Messers. Long and Pompliano:

　　Attached is a notice from the court stating that the hearing scheduled on AT&T's Motion for Order of Civil Contempt Against Non-Parties Anexio Data Centers, LLC and Anexio Managed Services, LLC, has been reset to February 17, 2022 at 3:00 pm. The hearing is being held before Judge Terrence W. Boyle, and will take place in Courtroom 2 on the 7th floor of the United States District Courthouse in Raleigh, NC.

　　Please do not hesitate to contact us with questions.

　　　　　　　　　　　　　　　　　　Warm regards,

　　　　　　　　　　　　　　　　　　*Joseph S. Dowdy*

　　　　　　　　　　　　　　　　　　Joseph S. Dowdy

　　Enclosure

cc:　　Michael Breslin
　　　　Nancy Stagg

ANCHORAGE  ATLANTA  AUGUSTA  BEIJING  CHARLOTTE  DALLAS  DENVER  HOUSTON  LOS ANGELES  NEW YORK  RALEIGH  SAN DIEGO
SAN FRANCISCO  SEATTLE  SHANGHAI  SILICON VALLEY  STOCKHOLM  TOKYO  WALNUT CREEK  WASHINGTON  WINSTON-SALEM

| From: | Notice_NCED@nced.uscourts.gov |
|---|---|
| Sent: | Wednesday, February 9, 2022 4:12 PM |
| To: | Notice_NCED@nced.uscourts.gov |
| Subject: | Activity in Case 5:19-cv-00475-BO Williams v. AT&T Mobility, LLC Set/Reset Motion and M&R Hearings |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

**EASTERN DISTRICT OF NORTH CAROLINA**

## Notice of Electronic Filing

The following transaction was entered on 2/9/2022 at 5:11 PM EST and filed on 2/9/2022
**Case Name:**    Williams v. AT&T Mobility, LLC
**Case Number:**    5:19-cv-00475-BO
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*Reset Hearing as to [102] MOTION for Order of Civil Contempt Against Non-Parties Anexio Data Centers, LLC and Anexio Managed Services, LLC . Motion Hearing set for 2/17/2022 at 03:00 PM in Raleigh - 7th Floor - Courtroom 2 before District Judge Terrence W. Boyle. (Stouch, L.)**


**5:19-cv-00475-BO Notice has been electronically mailed to:**

Joseph Samuel Dowdy     JDowdy@kilpatricktownsend.com, bfloyd@kilpatricktownsend.com, joseph.s.dowdy@gmail.com, mbrady@kilpatricktownsend.com, solinger@kilpatricktownsend.com

Terence S. Reynolds     treynolds@shumaker.com, epeeples@shumaker.com, evanderschaaf@shumaker.com, terence.reynolds@gmail.com

Lucas David Garber     lgarber@shumaker.com, arussell@shumaker.com, lgriffin@shumaker.com

Christopher N. LaVigne     christopher.lavigne@withersworldwide.com, Joseph.Gallo@withersworldwide.com, Lalindra.Sanichar@withersworldwide.com

Michael J. Breslin     mbreslin@kilpatricktownsend.com

1

Case 5:19-cv-00475-BO     Document 109-1     Filed 02/10/22     Page 4 of 9

Joseph E. Gallo     joseph.gallo@withersworldwide.com

Adam P. Wiley     awiley@kilpatricktownsend.com

Martin J Auerbach     martin.auerbach@withersworldwide.com

Nancy L. Stagg     nstagg@kilpatricktownsend.com, mchapman@kilpatricktownsend.com

**5:19-cv-00475-BO Notice has been delivered by other means to:**



# Hi. Your package was delivered Thu, 02/10/2022 at 3:11pm.



Delivered to 106 BIRKHAVEN DR, CARY, NC 27518

**OBTAIN PROOF OF DELIVERY**

## Personal Message

PSShip eMail Notification

| | |
|---|---|
| **TRACKING NUMBER** | 289670306981 |
| **FROM** | Kilpatrick Townsend & Stockton LLP |
| | 2001 Ross Ave Suite 4400 |
| | Dallas, TX, US, 75201 |

| | |
|---|---|
| **TO** | Anexio Data Centers, LLC |
| | Tony Pompliano |
| | 106 BIRKHAVEN DR |
| | CARY, NC, US, 27518 |
| **REFERENCE** | 0ATT19.1159127-11697 |
| **SHIPPER REFERENCE** | 0ATT19.1159127-11697 |
| **SHIP DATE** | Wed 2/09/2022 07:00 PM |
| **DELIVERED TO** | Residence |
| **PACKAGING TYPE** | FedEx Envelope |
| **ORIGIN** | Dallas, TX, US, 75201 |
| **DESTINATION** | CARY, NC, US, 27518 |
| **SPECIAL HANDLING** | Deliver Weekday |
| | Residential Delivery |
| **NUMBER OF PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 0.50 LB |
| **SERVICE TYPE** | FedEx Standard Overnight |



# Hi. Your package was delivered Thu, 02/10/2022 at 10:45am.



Delivered to 176 MINE LAKE CT, RALEIGH, NC 27615
Received by C.CLARISSA

**OBTAIN PROOF OF DELIVERY**

## Personal Message

PSShip eMail Notification

**TRACKING NUMBER**   289670263713

| | |
|---|---|
| **FROM** | Kilpatrick Townsend & Stockton LLP |
| | 2001 Ross Ave Suite 4400 |
| | Dallas, TX, US, 75201 |
| **TO** | c/o Reg Agent Paracorp Incorporated |
| | Anexio Managed Services, LLC |
| | 176 MINE LAKE CT |
| | RALEIGH, NC, US, 27615 |
| **REFERENCE** | 0ATT19.1159127-11697 |
| **SHIPPER REFERENCE** | 0ATT19.1159127-11697 |
| **SHIP DATE** | Wed 2/09/2022 07:00 PM |
| **DELIVERED TO** | Receptionist/Front Desk |
| **PACKAGING TYPE** | FedEx Envelope |
| **ORIGIN** | Dallas, TX, US, 75201 |
| **DESTINATION** | RALEIGH, NC, US, 27615 |
| **SPECIAL HANDLING** | Deliver Weekday |
| | ASR |
| **NUMBER OF PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 0.50 LB |
| **SERVICE TYPE** | FedEx Standard Overnight |