IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CV-475-BO

JASON WILLIAMS,
        Plaintiff,

v.                                   O R D E R

AT&T MOBILITY LLC,
        Defendant.

The Court has reviewed AT&T Mobility's status report [DE 112] which demonstrates both that the Anexio entities (Anexio) have been served with the Court's order of civil contempt and that as of the filing of the status report Anexio had failed to respond to AT&T Mobility.

AT&T Mobility shall file a second status report on March 14, 2022, or following its receipt of a response to the order of contempt by Anexio, whichever is earlier. Should Anexio continue in its non-responsiveness, the Court will hold a hearing on the matter during its March 15, 2022, term at Raleigh, with a specific date and time to be set by separate notice.

SO ORDERED, this __3__ day of March, 2022.

_Terrence Boyle_
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE