IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JASON WILLIAMS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AT&T MOBILITY LLC,<br><br>　　　　Defendant. | Case No. 5:19-cv-00475-BO<br><br>**STATUS REPORT** |

AT&T Mobility LLC ("AT&T"), through the undersigned counsel, and pursuant to this Court's March 3, 2022, Order [Dkt 113], respectfully files this status report regarding the Order of Civil Contempt concerning non-parties Anexio Data Centers, LLC and Anexio Managed Services, LLC (collectively, "Anexio"). AT&T specifically informs the Court of the following:

1. On March 3, 3033, this Court directed AT&T to file a second status report concerning Anexio's response, if any, to the Court's October 12, 2021 Order of Civil Contempt [Dkt 88].

2. AT&T served the March 3, 2022, Order on Anexio. See proof of service attached hereto as Exhibit A. For unknown reasons, Anexio's registered agent refused delivery of the March 3, 2022, Order on March 7, 2022, according to Federal Express.

3. Anexio has not responded to either the Order of Civil Contempt or the March 3, 2022, Order.

Respectfully submitted this the 14th day of March, 2022.

/s/ Nancy L. Stagg
Nancy L. Stagg (CA State Bar No. 157034)
KILPATRICK TOWNSEND & STOCKTON LLP
12255 El Camino Real, Suite 250
San Diego, CA 92130
Phone: (858) 350-6156
Fax: (858) 350-6111
Email: nstagg@kilpatricktownsend.com

Michael J. Breslin (GA State Bar No. 142551)
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree St. NE, Suite 2800
Atlanta, GA 30309
Telephone: (404) 815-6500
Facsimile: (404) 815-6555
Email: mbreslin@kilpatricktownsend.com

Joseph S. Dowdy (N.C. State Bar No. 31941)
KILPATRICK TOWNSEND & STOCKTON LLP
4208 Six Forks Road, Suite 1400
Raleigh, NC 27609
Telephone: (919) 420-1700
Facsimile: (919) 510-6120
Email: jdowdy@kilpatricktownsend.com

*Counsel for Defendant AT&T Mobility LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on date set out below, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| SHUMAKER LOOP & KENDRICK LLP<br>Terence S. Reynolds<br>treynolds@shumaker.com<br>Lucas D. Garber<br>lgarber@shumaker.com<br>101 South Tyron Street<br>Suite 2200<br>Charlotte, North Carolina 28280<br><br>*Local 83.1(d) Counsel for Plaintiff Jason Williams* | WITHERS BERGMAN LLP<br>Joseph Gallo<br>Joseph.gallo@withersworldwide.com<br>Christopher LaVigne<br>christopher.lavigne@withersworldwide.com<br>Martin J. Auerbach<br>Martin.auerbach@withersworldwide.com<br>430 Park Avenue, 10th Floor<br>New York, New York 10022-3505<br><br>*Counsel for Plaintiff Jason Williams* |

This the 14th day of March, 2022.

/s/ Nancy Stagg
Nancy L. Stagg