# EXHIBIT A

| From: | Floyd, Brooke |
|---|---|
| Sent: | Friday, March 4, 2022 11:17 AM |
| To: | 'Tony Pompliano'; 'Jason Long'; 'ANEXIO Information' |
| Cc: | Dowdy, Joe; Stagg, Nancy; Breslin, Mike; Olinger, Sue |
| Subject: | RE: Williams v AT&T - Order of Civil Contempt |
| Attachments: | 2022-03-04 Letter to Anexio re Order.pdf; 2022-03-03 (Dkt 113) Order.PDF; 2022-03-01 (Dkt 112) Status Report.PDF |

Good afternoon – please see attached letter from Mr. Dowdy and referenced attachments.

**Brooke L. Floyd**
Paralegal
**Kilpatrick Townsend & Stockton LLP**
2001 Ross Avenue | Suite 4400 | Dallas, TX 75201
office 214 922 7158 | cell 817 312 8291 | fax 214 922 7101
bfloyd@kilpatricktownsend.com | www.kilpatricktownsend.com | VCard

**From:** Floyd, Brooke
**Sent:** Friday, February 18, 2022 4:07 PM
**To:** Tony Pompliano <Tony@anexio.com>; Jason Long <JLong@anexio.com>; ANEXIO Information <Info@Anexio.com>
**Cc:** Dowdy, Joe <JDowdy@kilpatricktownsend.com>; Stagg, Nancy <NStagg@kilpatricktownsend.com>; Breslin, Mike <mbreslin@kilpatricktownsend.com>; Olinger, Sue <solinger@kilpatricktownsend.com>
**Subject:** Williams v AT&T - Order of Civil Contempt

Good afternoon – please see attached letter from Mr. Dowdy.



**Brooke L. Floyd**
Paralegal
**Kilpatrick Townsend & Stockton LLP**
2001 Ross Avenue | Suite 4400 | Dallas, TX 75201
office 214 922 7158 | cell 817 312 8291 | fax 214 922 7101
bfloyd@kilpatricktownsend.com | My Profile | vCard



KILPATRICK TOWNSEND & STOCKTON LLP
www.kilpatricktownsend.com

Suite 1400, 4208 Six Forks Road
Raleigh, NC 27609
t 919 420 1700  f 919 420 1800

Joseph S. Dowdy, Partner
direct dial 919 420 1718
direct fax 919 510 6120
JDowdy@kilpatricktownsend.com

March 4, 2022

Anexio Data Centers, LLC
c/o Tony Pompliano, CEO  *Via Federal Express – Overnight Delivery*
106 Birkhaven Dr.
Cary, NC 27518

Anexio Managed Services, LLC  *Via Federal Express – Overnight Delivery*
c/o Registered Agent Paracorp Incorporated
176 Mine Lake Ct., #100
Raleigh, NC 27615

*Via email to:*
Jason Long (jlong@anexio.com)
Tony Pompliano (tony@anexio.com)
Anexio (info@anexio.com)

Re: WILLIAMS V. AT&T MOBILITY, LLC; CASE NUMBER: 5:19-CV-00475-BO
Order of Civil Contempt against Anexio entities

Dear Messers. Long and Pompliano:

Enclosed is an order entered by the Court yesterday requesting an update by March 14, 2022 regarding the status of Anexio's compliance with the subpoenas and the recently filed order of civil contempt. The order finding Anexio Data Centers, LLC and Anexio Managed Services, LLC in civil contempt was previously sent to you last week via Federal Express, hand delivery and email. I've also enclosed the status report referenced in the current order for your reference.

As indicated in the enclosed order, if no response is received from you by March 14, 2022, a hearing will be held on March 15, 2022.

Please do not hesitate to contact us with questions.

Warm regards,

*Joseph S. Dowdy*

Joseph S. Dowdy

Enclosures

cc: Michael Breslin
    Nancy Stagg

ANCHORAGE  ATLANTA  AUGUSTA  BEIJING  CHARLOTTE  DALLAS  DENVER  HOUSTON  LOS ANGELES  NEW YORK  RALEIGH  SAN DIEGO
SAN FRANCISCO  SEATTLE  SHANGHAI  SILICON VALLEY  STOCKHOLM  TOKYO  WALNUT CREEK  WASHINGTON  WINSTON-SALEM

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CV-475-BO

| | |
|---|---|
| JASON WILLIAMS, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| AT&T MOBILITY LLC, ) | |
| Defendant. ) | |

The Court has reviewed AT&T Mobility's status report [DE 112] which demonstrates both that the Anexio entities (Anexio) have been served with the Court's order of civil contempt and that as of the filing of the status report Anexio had failed to respond to AT&T Mobility.

AT&T Mobility shall file a second status report on March 14, 2022, or following its receipt of a response to the order of contempt by Anexio, whichever is earlier. Should Anexio continue in its non-responsiveness, the Court will hold a hearing on the matter during its March 15, 2022, term at Raleigh, with a specific date and time to be set by separate notice.

SO ORDERED, this __3__ day of March, 2022.

*Terrence Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

| From: | TrackingUpdates@fedex.com |
|---|---|
| Sent: | Monday, March 7, 2022 10:10 AM |
| To: | Dowdy, Joe |
| Subject: | FedEx Shipment 270508381031: Your package is delayed. |

**CAUTION: External Email**



# Hi. Your package is delayed. It is scheduled to arrive on Mon, 03/07/2022 before 10:30am.



**SCHEDULED DELIVERY**

Mon, 03/07/2022
before 10:30am

Initially expected: Monday 03/07/2022

# DELAY
# RALEIGH, NC

| | |
|---|---|
| **TRACKING NUMBER** | 270508381031 |
| **FROM** | Kilpatrick Townsend & Stockton LLP<br>4208 Six Forks Road Suite 1400<br>Raleigh, NC, US, 27609 |
| **TO** | c/o Reg Agent Paracorp Incorporated<br>Anexio Data Centers, LLC<br>176 MINE LAKE CT<br>RALEIGH, NC, US, 27615 |
| **REFERENCE** | 0ATT19.1159127-11357 |
| **SHIPPER REFERENCE** | 0ATT19.1159127-11357 |
| **SHIP DATE** | Fri 3/04/2022 06:23 PM |
| **DELIVERY LOCATION** | RALEIGH, NC |
| **PACKAGING TYPE** | FedEx Envelope |
| **ORIGIN** | Raleigh, NC, US, 27609 |
| **DESTINATION** | RALEIGH, NC, US, 27615 |
| **SPECIAL HANDLING** | Deliver Weekday<br>NSR |
| **STANDARD TRANSIT** | Mon, 03/07/2022 by 10:30am |
| **NUMBER OF PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 0.50 LB |
| **SERVICE TYPE** | FedEx Priority Overnight |



| FedEx® Tracking | ⋮ |

270508381031  ☆

**ADD NICKNAME**

⚠ Sign up for Status Updates to get updated as we have more information.

**DELAYED**

ⓘ No scheduled delivery date available at this time.

## Updated delivery:
## Pending
Initially expected: Monday, 3/7/2022

●━━━━━●━━━━━❗━━━━━○

**IN TRANSIT**
**RALEIGH, NC**

**GET STATUS UPDATES**

**FROM**                                                     **TO**
Raleigh, NC US                                          RALEIGH, NC US

**MANAGE DELIVERY**  ⌄

## Travel History

| TIME ZONE |
| Local Scan Time |                                                                        ⌄

**Monday, March 14, 2022**

| 10:16 AM | RALEIGH, NC | In transit |

**Saturday, March 12, 2022**

| 5:09 PM | RALEIGH, NC | At local FedEx facility |

**Friday, March 11, 2022**

| | | |
|---|---|---|
| 8:14 PM | RALEIGH, NC | At local FedEx facility |

**Thursday, March 10, 2022**

| | | |
|---|---|---|
| 7:25 PM | RALEIGH, NC | At local FedEx facility |

**Wednesday, March 9, 2022**

| | | |
|---|---|---|
| 8:24 PM | RALEIGH, NC | At local FedEx facility |

**Tuesday, March 8, 2022**

| | | |
|---|---|---|
| 8:13 PM | RALEIGH, NC | At local FedEx facility |

**Monday, March 7, 2022**

| | | |
|---|---|---|
| 3:26 PM | RALEIGH, NC | At local FedEx facility |
| 10:00 AM | RALEIGH, NC | Delay<br>Shipment Refused by recipient. |
| 8:05 AM | RALEIGH, NC | On FedEx vehicle for delivery |
| 7:42 AM | RALEIGH, NC | Shipment arriving On-Time |
| 7:25 AM | RALEIGH, NC | At local FedEx facility |

**Friday, March 4, 2022**

| | | |
|---|---|---|
| 9:34 PM | RALEIGH, NC | At local FedEx facility |
| 6:38 PM | RALEIGH, NC | Shipment arriving On-Time |
| 6:23 PM | RALEIGH, NC | Picked up |
| 2:17 PM | | Shipment information sent to FedEx |

Expand History ⌄

## Shipment Facts

| **TRACKING NUMBER**<br>270508381031 | **SERVICE**<br>FedEx Priority Overnight | **WEIGHT**<br>0.5 lbs / 0.23 kgs |
|---|---|---|
| **TOTAL PIECES**<br>1 | **TOTAL SHIPMENT WEIGHT**<br>0.5 lbs / 0.23 kgs | **TERMS**<br>Shipper |
| **SHIPPER REFERENCE**<br>0ATT19.1159127-11357 | **PACKAGING**<br>FedEx Envelope | **SPECIAL HANDLING SECTION**<br>Deliver Weekday, No Signature Required |
| **SHIP DATE**<br>3/4/22 ? | **SHIPMENT-FACTS.COD-DETAIL**<br>$0.00 | **STANDARD TRANSIT**<br>3/7/22 before 10:30 am ? |
| **UPDATED DELIVERY** | | |

Case 5:19-cv-00475-BO    Document 114-1    Filed 03/14/22    Page 8 of 10
https://www.fedex.com/fedextrack/?trknbr=270508381031&trkqual=2459643000~270508381031~FX

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Monday, March 7, 2022 12:03 PM |
| **To:** | Floyd, Brooke |
| **Subject:** | FedEx Shipment 270508266006: Your package has been delivered |

**CAUTION: External Email**



# Hi. Your package was delivered Mon, 03/07/2022 at 11:57am.



Delivered to 106 BIRKHAVEN DR, CARY, NC 27518

**OBTAIN PROOF OF DELIVERY**

## Personal Message

PSShip eMail Notification

| | |
|---|---|
| **TRACKING NUMBER** | 270508266006 |
| **FROM** | Kilpatrick Townsend & Stockton LLP<br>4208 Six Forks Road Suite 1400<br>Raleigh, NC, US, 27609 |
| **TO** | c/o Tony Pompliano<br>Anexio Data Centers, LLC<br>106 BIRKHAVEN DR<br>CARY, NC, US, 27518 |
| **REFERENCE** | 0ATT19.1159127-11357 |
| **SHIPPER REFERENCE** | 0ATT19.1159127-11357 |
| **SHIP DATE** | Fri 3/04/2022 06:23 PM |
| **DELIVERED TO** | Residence |
| **PACKAGING TYPE** | FedEx Envelope |
| **ORIGIN** | Raleigh, NC, US, 27609 |
| **DESTINATION** | CARY, NC, US, 27518 |
| **SPECIAL HANDLING** | Deliver Weekday<br>Residential Delivery<br>NSR |
| **NUMBER OF PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 0.50 LB |
| **SERVICE TYPE** | FedEx Priority Overnight |