# EXHIBIT 1

# AFFIDAVIT OF DELIVERY

U.S. District Court
EASTERN DISTRICT OF NORTH CAROLINA

Case Name: Williams v. AT&T Mobility, LLC
Case Number: 5:19-cv-00475-BO

I, Samuel M. Downs III, a Private Process Server and Legal Courier, do hereby certify that on March 16th, 2022, at 3:35p.m., I personally delivered the **order**, **status report**, and **docket text order** in an envelope, addressed to Anexio Data Services, LLC c/o Tony Pompliano, CEO; to his residence located at 106 Birkhaven Dr., Cary, NC 27518. There was no one home at the time of delivery, so I placed the envelope in the mailbox.

I further certify that I am over the age of 21, not an attorney or a party to this action, and that I am not related by blood or marriage to a party in this action or to the person upon whom delivery is made.

Samuel Murrow Downs III
(919) 836-2210

Sworn to and subscribed before me

this 17th day of March 2022.

Notary Public

Samuel M. Downs II
Notary Public Printed Name

My commission expires: 08/06/2024

SAMUEL M. DOWNS II
NOTARY PUBLIC
WAKE COUNTY, N.C.
My Commission Expires 08/06/2024

# AFFIDAVIT OF DELIVERY

U.S. District Court
EASTERN DISTRICT OF NORTH CAROLINA

Case Name: Williams v. AT&T Mobility, LLC
Case Number: 5:19-cv-00475-BO

    I, Samuel M. Downs III, a Private Process Server and Legal Courier, do hereby certify that on March 16th, 2022, at 2:56p.m., I personally delivered the **order**, **status report**, and **docket text order** in an envelope addressed to Anexio Managed Services, LLC c/o Registered Agent Paracorp Incorporated; to their office located at 176 Mine Lake Court #100, Raleigh, NC 27615.

    I further certify that I am over the age of 21, not an attorney or a party to this action, and that I am not related by blood or marriage to a party in this action or to the person upon whom delivery is made.

Samuel Murrow Downs III
(919) 836-2210

Sworn to and subscribed before me

this 17th day of March 2022.

Notary Public

Samuel M. Downs II
Notary Public Printed Name

My commission expires: 08/06/2024

SAMUEL M. DOWNS II
NOTARY PUBLIC
WAKE COUNTY, N.C.
My Commission Expires 08/06/2024

**Floyd, Brooke**

| | |
|---|---|
| **From:** | Tony Pompliano <Tony@anexio.com> |
| **To:** | Floyd, Brooke |
| **Sent:** | Wednesday, March 16, 2022 5:15 PM |
| **Subject:** | Read: Williams v AT&T - CONTEMPT HEARING TOMORROW |

Your message

　To:
　Subject: Williams v AT&T - CONTEMPT HEARING TOMORROW
　Sent: Wednesday, March 16, 2022 6:15:18 PM (UTC-05:00) Eastern Time (US & Canada)

　was read on Wednesday, March 16, 2022 6:15:10 PM (UTC-05:00) Eastern Time (US & Canada).

## Floyd, Brooke

| | |
|---|---|
| **From:** | Floyd, Brooke |
| **Sent:** | Wednesday, March 16, 2022 2:06 PM |
| **To:** | 'Tony Pompliano'; 'Jason Long'; 'ANEXIO Information' |
| **Cc:** | Dowdy, Joe; Stagg, Nancy; Breslin, Mike; Olinger, Sue |
| **Subject:** | Williams v AT&T - CONTEMPT HEARING TOMORROW |
| **Attachments:** | 2022-03-16 Letter to Anexio with 3-15-22 Order.pdf |

**Importance:** High

Good afternoon – please see attached correspondence with an order entered by the court in this matter directing all parties to appear tomorrow, March 17, 2022, at 3:00 pm before Judge Boyle.

Please contact us to discuss this issue.



**KILPATRICK TOWNSEND**
ATTORNEYS AT LAW

**Brooke L. Floyd**
Paralegal
**Kilpatrick Townsend & Stockton LLP**
2001 Ross Avenue | Suite 4400 | Dallas, TX 75201
office 214 922 7158 | cell 817 312 8291 | fax 214 922 7101
bfloyd@kilpatricktownsend.com | www.kilpatricktownsend.com | vCard



KILPATRICK TOWNSEND & STOCKTON LLP
www.kilpatricktownsend.com

Suite 1400, 4208 Six Forks Road
Raleigh, NC 27609
t 919 420 1700  f 919 420 1800

Joseph S. Dowdy, Partner
direct dial 919 420 1718
direct fax 919 510 6120
JDowdy@kilpatricktownsend.com

March 16, 2022

Anexio Data Centers, LLC                     ***Via Hand Delivery***
c/o Tony Pompliano, CEO
106 Birkhaven Dr.
Cary, NC 27518

Anexio Managed Services, LLC                 ***Via Hand Delivery***
c/o Registered Agent Paracorp Incorporated
176 Mine Lake Ct., #100
Raleigh, NC 27615

***Via email to:***
Jason Long (jlong@anexio.com)
Tony Pompliano (tony@anexio.com)
Anexio (info@anexio.com)

    Re:  *WILLIAMS V. AT&T MOBILITY, LLC*; CASE NUMBER: 5:19-CV-00475-BO
        Order of Civil Contempt against Anexio entities

Dear Messers. Long and Pompliano:

    Enclosed is an order entered by the Court yesterday scheduling a hearing on Anexio's continued failure to comply with the Court's October 12, 2021 order of civil contempt. The hearing will be held tomorrow, March 17, 2022, at 3:00 pm at the United States Courthouse at 310 New Bern Ave., Raleigh, North Carolina. I have also enclosed a copy of the status report referenced in the current order for your reference.

    The hearing on March 17 is very serious, and I urge you strongly to contact me so that we can discuss the matter. At a minimum, I would urge you to attend the hearing and explain yourself to the Court, I believe the court is deeply concerned with the lack of a response in this matter.

    Please do not hesitate to contact us with questions.

        Warm regards,

        *Joseph S. Dowdy*

        Joseph S. Dowdy

Enclosures
cc:  Michael Breslin
   Nancy Stagg

| From: | Notice_NCED@nced.uscourts.gov |
|---|---|
| Sent: | Tuesday, March 15, 2022 4:39 PM |
| To: | Notice_NCED@nced.uscourts.gov |
| Subject: | Activity in Case 5:19-cv-00475-BO Williams v. AT&T Mobility, LLC Set/Reset Hearings |

**CAUTION: External Email**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. District Court

## EASTERN DISTRICT OF NORTH CAROLINA

### Notice of Electronic Filing

The following transaction was entered on 3/15/2022 at 4:39 PM EDT and filed on 3/15/2022

| | |
|---|---|
| **Case Name:** | Williams v. AT&T Mobility, LLC |
| **Case Number:** | 5:19-cv-00475-BO |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*\* Set Hearing: Contempt Hearing set for 3/17/2022 at 03:00 PM in Raleigh - 7th Floor - Courtroom 2 before District Judge Terrence W. Boyle. (Stouch, L.)**

**5:19-cv-00475-BO Notice has been electronically mailed to:**

Joseph Samuel Dowdy      JDowdy@kilpatricktownsend.com, bfloyd@kilpatricktownsend.com, joseph.s.dowdy@gmail.com, mbrady@kilpatricktownsend.com, solinger@kilpatricktownsend.com

Terence S. Reynolds      treynolds@shumaker.com, epeeples@shumaker.com, evanderschaaf@shumaker.com, terence.reynolds@gmail.com

Lucas David Garber      lgarber@shumaker.com, arussell@shumaker.com, lgriffin@shumaker.com

Christopher N. LaVigne    christopher.lavigne@withersworldwide.com, Joseph.Gallo@withersworldwide.com, Lalindra.Sanichar@withersworldwide.com

Michael J. Breslin    mbreslin@kilpatricktownsend.com

Joseph E. Gallo    joseph.gallo@withersworldwide.com

Adam P. Wiley    awiley@kilpatricktownsend.com

Martin J Auerbach    martin.auerbach@withersworldwide.com

Nancy L. Stagg    nstagg@kilpatricktownsend.com, mchapman@kilpatricktownsend.com

**5:19-cv-00475-BO Notice has been delivered by other means to:**

| From: | Notice_NCED@nced.uscourts.gov |
|---|---|
| Sent: | Tuesday, March 15, 2022 4:38 PM |
| To: | Notice_NCED@nced.uscourts.gov |
| Subject: | Activity in Case 5:19-cv-00475-BO Williams v. AT&T Mobility, LLC Order |

**CAUTION: External Email**

<span style="color:red">**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**</span>
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### EASTERN DISTRICT OF NORTH CAROLINA

## Notice of Electronic Filing

The following transaction was entered on 3/15/2022 at 4:37 PM EDT and filed on 3/15/2022
**Case Name:** Williams v. AT&T Mobility, LLC
**Case Number:** 5:19-cv-00475-BO
**Filer:**
**Document Number:** No document attached

**Docket Text:**
<span style="color:blue">**ORDER - In light of the March 14, 2022, status update and this Court's order entered March 3, 2022, a hearing on the continued failure to comply with the Courts 12 October 2021 order or its order of civil contempt by Anexio will be held before the undersigned on March 17, 2022 at 3:00PM at the United States Courthouse at 310 New Bern Avenue, Raleigh, North Carolina. AT&T is DIRECTED to serve the Anexio entities with a copy of this text order by email and hand delivery via the same addresses as provided in [DE 106] and [DE 114]. Entered by District Judge Terrence W. Boyle on 3/15/2022. (Stouch, L.)**</span>

**5:19-cv-00475-BO Notice has been electronically mailed to:**

Joseph Samuel Dowdy    JDowdy@kilpatricktownsend.com, bfloyd@kilpatricktownsend.com, joseph.s.dowdy@gmail.com, mbrady@kilpatricktownsend.com, solinger@kilpatricktownsend.com

Terence S. Reynolds      treynolds@shumaker.com, epeeples@shumaker.com, evanderschaaf@shumaker.com, terence.reynolds@gmail.com

Lucas David Garber      lgarber@shumaker.com, arussell@shumaker.com, lgriffin@shumaker.com

Christopher N. LaVigne      christopher.lavigne@withersworldwide.com, Joseph.Gallo@withersworldwide.com, Lalindra.Sanichar@withersworldwide.com

Michael J. Breslin      mbreslin@kilpatricktownsend.com

Joseph E. Gallo      joseph.gallo@withersworldwide.com

Adam P. Wiley      awiley@kilpatricktownsend.com

Martin J Auerbach      martin.auerbach@withersworldwide.com

Nancy L. Stagg      nstagg@kilpatricktownsend.com, mchapman@kilpatricktownsend.com

**5:19-cv-00475-BO Notice has been delivered by other means to:**

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

JASON WILLIAMS,

      Plaintiff,

vs.

AT&T MOBILITY LLC,

      Defendant.

Case No. 5:19-cv-00475-BO

**STATUS REPORT**

AT&T Mobility LLC ("AT&T"), through the undersigned counsel, and pursuant to this Court's March 3, 2022, Order [Dkt 113], respectfully files this status report regarding the Order of Civil Contempt concerning non-parties Anexio Data Centers, LLC and Anexio Managed Services, LLC (collectively, "Anexio"). AT&T specifically informs the Court of the following:

1.      On March 3, 3033, this Court directed AT&T to file a second status report concerning Anexio's response, if any, to the Court's October 12, 2021 Order of Civil Contempt [Dkt 88].

2.      AT&T served the March 3, 2022, Order on Anexio. See proof of service attached hereto as Exhibit A. For unknown reasons, Anexio's registered agent refused delivery of the March 3, 2022, Order on March 7, 2022, according to Federal Express.

3.      Anexio has not responded to either the Order of Civil Contempt or the March 3, 2022, Order.

Respectfully submitted this the 14th day of March, 2022.

/s/  Nancy L. Stagg
Nancy L. Stagg (CA State Bar No. 157034)
KILPATRICK TOWNSEND & STOCKTON LLP
12255 El Camino Real, Suite 250
San Diego, CA  92130
Phone:  (858) 350-6156
Fax:  (858) 350-6111
Email:  nstagg@kilpatricktownsend.com

Michael J. Breslin (GA State Bar No. 142551)
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree St. NE, Suite 2800
Atlanta, GA 30309
Telephone: (404) 815-6500
Facsimile: (404) 815-6555
Email:      mbreslin@kilpatricktownsend.com

Joseph S. Dowdy (N.C. State Bar No. 31941)
KILPATRICK TOWNSEND & STOCKTON LLP
4208 Six Forks Road, Suite 1400
Raleigh, NC 27609
Telephone: (919) 420-1700
Facsimile: (919) 510-6120
Email:    jdowdy@kilpatricktownsend.com

*Counsel for Defendant AT&T Mobility LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on date set out below, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

SHUMAKER LOOP & KENDRICK LLP
Terence S. Reynolds
treynolds@shumaker.com
Lucas D. Garber
lgarber@shumaker.com
101 South Tyron Street
Suite 2200
Charlotte, North Carolina 28280

*Local 83.1(d) Counsel for Plaintiff Jason Williams*

WITHERS BERGMAN LLP
Joseph Gallo
Joseph.gallo@withersworldwide.com
Christopher LaVigne
christopher.lavigne@withersworldwide.com
Martin J. Auerbach
Martin.auerbach@withersworldwide.com
430 Park Avenue, 10th Floor
New York, New York 10022-3505

*Counsel for Plaintiff Jason Williams*

This the 14th day of March, 2022.

/s/ Nancy Stagg
Nancy L. Stagg

# EXHIBIT A

| **From:** | Floyd, Brooke |
|---|---|
| **Sent:** | Friday, March 4, 2022 11:17 AM |
| **To:** | 'Tony Pompliano'; 'Jason Long'; 'ANEXIO Information' |
| **Cc:** | Dowdy, Joe; Stagg, Nancy; Breslin, Mike; Olinger, Sue |
| **Subject:** | RE: Williams v AT&T - Order of Civil Contempt |
| **Attachments:** | 2022-03-04 Letter to Anexio re Order.pdf; 2022-03-03 (Dkt 113) Order.PDF; 2022-03-01 (Dkt 112) Status Report.PDF |

Good afternoon – please see attached letter from Mr. Dowdy and referenced attachments.

**Brooke L. Floyd**
Paralegal
**Kilpatrick Townsend & Stockton LLP**
2001 Ross Avenue | Suite 4400 | Dallas, TX  75201
office 214 922 7158 | cell 817 312 8291 | fax 214 922 7101
bfloyd@kilpatricktownsend.com | www.kilpatricktownsend.com | VCard

---

**From:** Floyd, Brooke
**Sent:** Friday, February 18, 2022 4:07 PM
**To:** Tony Pompliano <Tony@anexio.com>; Jason Long <JLong@anexio.com>; ANEXIO Information <Info@Anexio.com>
**Cc:** Dowdy, Joe <JDowdy@kilpatricktownsend.com>; Stagg, Nancy <NStagg@kilpatricktownsend.com>; Breslin, Mike <mbreslin@kilpatricktownsend.com>; Olinger, Sue <solinger@kilpatricktownsend.com>
**Subject:** Williams v AT&T - Order of Civil Contempt

Good afternoon – please see attached letter from Mr. Dowdy.



**Brooke L. Floyd**
Paralegal
**Kilpatrick Townsend & Stockton LLP**
2001 Ross Avenue | Suite 4400 | Dallas, TX  75201
office 214 922 7158 | cell 817 312 8291 | fax 214 922 7101
bfloyd@kilpatricktownsend.com | My Profile | vCard



Suite 1400, 4208 Six Forks Road
Raleigh, NC 27609
t 919 420 1700  f 919 420 1800

Joseph S. Dowdy, Partner
direct dial 919 420 1718
direct fax 919 510 6120
JDowdy@kilpatricktownsend.com

March 4, 2022

Anexio Data Centers, LLC
c/o Tony Pompliano, CEO           *Via Federal Express – Overnight Delivery*
106 Birkhaven Dr.
Cary, NC 27518

Anexio Managed Services, LLC      *Via Federal Express – Overnight Delivery*
c/o Registered Agent Paracorp Incorporated
176 Mine Lake Ct., #100
Raleigh, NC 27615

*Via email to:*
Jason Long (jlong@anexio.com)
Tony Pompliano (tony@anexio.com)
Anexio (info@anexio.com)

        Re:    *WILLIAMS V. AT&T MOBILITY, LLC*; CASE NUMBER: 5:19-cv-00475-BO
                 Order of Civil Contempt against Anexio entities

Dear Messers. Long and Pompliano:

        Enclosed is an order entered by the Court yesterday requesting an update by March 14, 2022 regarding the status of Anexio's compliance with the subpoenas and the recently filed order of civil contempt.  The order finding Anexio Data Centers, LLC and Anexio Managed Services, LLC in civil contempt was previously sent to you last week via Federal Express, hand delivery and email.  I've also enclosed the status report referenced in the current order for your reference.

        As indicated in the enclosed order, if no response is received from you by March 14, 2022, a hearing will be held on March 15, 2022.

        Please do not hesitate to contact us with questions.

                 Warm regards,

                 Joseph S. Dowdy

Enclosures

cc:    Michael Breslin
       Nancy Stagg

ANCHORAGE ATLANTA AUGUSTA BEIJING CHARLOTTE DALLAS DENVER HOUSTON LOS ANGELES NEW YORK RALEIGH SAN DIEGO
SAN FRANCISCO SEATTLE SILICON VALLEY STOCKHOLM TOKYO WALNUT CREEK WASHINGTON WINSTON-SALEM

Case 5:19-cv-00475-BO   Document 134-1   Filed 03/14/22   Page 16 of 23

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CV-475-BO

JASON WILLIAMS,                          )
                     Plaintiff,          )
                                         )
v.                                       )                    O R D E R
                                         )
AT&T MOBILITY LLC,                       )
                     Defendant.          )


The Court has reviewed AT&T Mobility's status report [DE 112] which demonstrates both

that the Anexio entities (Anexio) have been served with the Court's order of civil contempt and

that as of the filing of the status report Anexio had failed to respond to AT&T Mobility.

AT&T Mobility shall file a second status report on March 14, 2022, or following its receipt

of a response to the order of contempt by Anexio, whichever is earlier. Should Anexio continue in

its non-responsiveness, the Court will hold a hearing on the matter during its March 15, 2022, term

at Raleigh, with a specific date and time to be set by separate notice.


SO ORDERED, this _3_ day of March, 2022.


_Terrence Boyle_
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Monday, March 7, 2022 10:10 AM |
| **To:** | Dowdy, Joe |
| **Subject:** | FedEx Shipment 270508381031: Your package is delayed. |

**\*\*CAUTION: External Email\*\***



# Hi. Your package is delayed. It is scheduled to arrive on Mon, 03/07/2022 before 10:30am.

---

( **DELAYED** )

**SCHEDULED DELIVERY**

Mon, 03/07/2022
before 10:30am

Initially expected: Monday 03/07/2022



# DELAY
# RALEIGH, NC

| | |
|---|---|
| **TRACKING NUMBER** | 270508381031 |
| **FROM** | Kilpatrick Townsend & Stockton LLP |
| | 4208 Six Forks Road Suite 1400 |
| | Raleigh, NC, US, 27609 |
| **TO** | c/o Reg Agent Paracorp Incorporated |
| | Anexio Data Centers, LLC |
| | 176 MINE LAKE CT |
| | RALEIGH, NC, US, 27615 |
| **REFERENCE** | 0ATT19.1159127-11357 |
| **SHIPPER REFERENCE** | 0ATT19.1159127-11357 |
| **SHIP DATE** | Fri 3/04/2022 06:23 PM |
| **DELIVERY LOCATION** | RALEIGH, NC |
| **PACKAGING TYPE** | FedEx Envelope |
| **ORIGIN** | Raleigh, NC, US, 27609 |
| **DESTINATION** | RALEIGH, NC, US, 27615 |
| **SPECIAL HANDLING** | Deliver Weekday |
| | NSR |
| **STANDARD TRANSIT** | Mon, 03/07/2022 by 10:30am |
| **NUMBER OF PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 0.50 LB |
| **SERVICE TYPE** | FedEx Priority Overnight |



https://www.fedex.com/fedextrack/?trknbr=270508381031&trkqual=2459643000~270508381031~FX

| 8:14 PM | RALEIGH, NC | At local FedEx facility |

**Thursday, March 10, 2022**

| 7:25 PM | RALEIGH, NC | At local FedEx facility |

**Wednesday, March 9, 2022**

| 8:24 PM | RALEIGH, NC | At local FedEx facility |

**Tuesday, March 8, 2022**

| 8:13 PM | RALEIGH, NC | At local FedEx facility |

**Monday, March 7, 2022**

| 3:26 PM | RALEIGH, NC | At local FedEx facility |
| 10:00 AM | RALEIGH, NC | Delay<br>Shipment Refused by recipient. |
| 8:05 AM | RALEIGH, NC | On FedEx vehicle for delivery |
| 7:42 AM | RALEIGH, NC | Shipment arriving On-Time |
| 7:25 AM | RALEIGH, NC | At local FedEx facility |

**Friday, March 4, 2022**

| 9:34 PM | RALEIGH, NC | At local FedEx facility |
| 6:38 PM | RALEIGH, NC | Shipment arriving On-Time |
| 6:23 PM | RALEIGH, NC | Picked up |
| 2:17 PM |  | Shipment information sent to FedEx |

Expand History ⌄

## Shipment Facts

| TRACKING NUMBER | SERVICE | WEIGHT |
|---|---|---|
| 270508381031 | FedEx Priority Overnight | 0.5 lbs / 0.23 kgs |

| TOTAL PIECES | TOTAL SHIPMENT WEIGHT | TERMS |
|---|---|---|
| 1 | 0.5 lbs / 0.23 kgs | Shipper |

| SHIPPER REFERENCE | PACKAGING | SPECIAL HANDLING SECTION |
|---|---|---|
| 0ATT19.1159127-11357 | FedEx Envelope | Deliver Weekday, No Signature Required |

| SHIP DATE | SHIPMENT-FACTS.COD-DETAIL | STANDARD TRANSIT |
|---|---|---|
| 3/4/22 ⑦ | $0.00 | 3/7/22 before 10:30 am ⑦ |

**UPDATED DELIVERY**

Case 5:19-cv-00475-BO  Document 115-1   Filed 03/14/22   Page 21 of 23

| **From:** | TrackingUpdates@fedex.com |
|---|---|
| **Sent:** | Monday, March 7, 2022 12:03 PM |
| **To:** | Floyd, Brooke |
| **Subject:** | FedEx Shipment 270508266006: Your package has been delivered |

**\*\*CAUTION: External Email\*\***



# Hi. Your package was delivered Mon, 03/07/2022 at 11:57am.



Delivered to 106 BIRKHAVEN DR, CARY, NC 27518

**OBTAIN PROOF OF DELIVERY**

---

## Personal Message

PSShip eMail Notification

---

| | |
|---|---|
| **TRACKING NUMBER** | 270508266006 |
| **FROM** | Kilpatrick Townsend & Stockton LLP |
| | 4208 Six Forks Road Suite 1400 |
| | Raleigh, NC, US, 27609 |
| **TO** | c/o Tony Pompliano |
| | Anexio Data Centers, LLC |
| | 106 BIRKHAVEN DR |
| | CARY, NC, US, 27518 |
| **REFERENCE** | 0ATT19.1159127-11357 |
| **SHIPPER REFERENCE** | 0ATT19.1159127-11357 |
| **SHIP DATE** | Fri 3/04/2022 06:23 PM |
| **DELIVERED TO** | Residence |
| **PACKAGING TYPE** | FedEx Envelope |
| **ORIGIN** | Raleigh, NC, US, 27609 |
| **DESTINATION** | CARY, NC, US, 27518 |
| **SPECIAL HANDLING** | Deliver Weekday |
| | Residential Delivery |
| | NSR |
| **NUMBER OF PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 0.50 LB |
| **SERVICE TYPE** | FedEx Priority Overnight |