# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

JASON WILLIAMS,

    Plaintiff,

vs.

AT&T MOBILITY LLC,

    Defendant.

Case No. 5:19-cv-00475-BO

**AT&T'S MOTION *IN LIMINE* 2 TO EXCLUDE ANY EVIDENCE OF EMOTIONAL DISTRESS OF PLAINTIFF JASON WILLIAMS OR HIS FAMILY
(MOTION *IN LIMINE* NO. 2)**

Defendant AT&T Mobility LLC ("AT&T") respectfully moves this Court pursuant to Fed. R. Evid. 402 and 403, the laws and precedent of the State of North Carolina, and Local Rules 7.1 and 7.2 for an *In Limine* Order excluding any argument or evidence proffered by Plaintiff Jason Williams ("Mr. Williams") excluding any argument or evidence proffered by Mr. Williams (including both percipient and expert testimony) whether in response to AT&T's Motion for Summary Judgment or Partial Summary Judgment in the alternative, or at trial, if any:

- referring or relating to Mr. Williams' own emotional distress; and
- referring or relating to Mr. Williams' family members' emotional distress.

This Motion is based on this Motion, AT&T's Memorandum of Law in Support of this Motion *In Limine*, as well as the Separate Statement of Undisputed Material Facts, the Declaration of Joseph S. Dowdy in Support of AT&T's Motion for Summary Judgment or Partial Summary Judgment in the Alternative and the Appendix of Exhibits thereto, filed concurrently with this Motion, as well as any reply that may be filed to any response or opposition filed to this Motion, and the complete files and records of this Action as the Court may consider.

1

AT&T therefore respectfully asks the Court to grant its Motion *In Limine* and enter an Order prohibiting Mr. Williams, his attorneys and any witnesses from offering any argument or evidence:

- referring or relating to Mr. Williams' own emotional distress; and

- referring or relating to Mr. Williams' family members' emotional distress.

Respectfully submitted this 30th day of March 2022.

/s/ Joseph S. Dowdy
Joseph S. Dowdy (N.C. State Bar No. 31941)
KILPATRICK TOWNSEND & STOCKTON LLP
4208 Six Forks Road, Suite 1400
Raleigh, NC 27609
Telephone: (919) 420-1700
Facsimile: (919) 510-6120
Email: jdowdy@kilpatricktownsend.com

Michael Breslin (GA State Bar No. 142551)
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree St. NE, Suite 2800
Atlanta, GA 30309
Telephone: (404) 815-6500
Facsimile (404) 815-6555
Email: mbreslin@kilpatricktownsend.com

Nancy L. Stagg (CA State Bar No. 157034)
KILPATRICK TOWNSEND & STOCKTON LLP
12255 El Camino Real, Suite 250
San Diego, CA 92130
Telephone: (858) 350-6156
Facsimile: (858) 350-6111
Email: nstagg@kilpatricktownsend.com

*Counsel for Defendant AT&T Mobility LLC*

# **CERTIFICATE OF SERVICE**

I hereby certify that on date set out below, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| SHUMAKER LOOP & KENDRICK LLP<br>Terence S. Reynolds<br>treynolds@shumaker.com<br>Lucas D. Garber<br>lgarber@shumaker.com<br>101 South Tyron Street<br>Suite 2200<br>Charlotte, North Carolina 28280<br><br>*Counsel for Jason Williams* | WITHERS BERGMAN LLP<br>Joseph Gallo<br>Joseph.gallo@withersworldwide.com<br>Christopher LaVigne<br>christopher.lavigne@withersworldwide.com<br>Martin J. Auerbach<br>Martin.auerbach@withersworldwide.com<br>430 Park Avenue, 10th Floor<br>New York, New York 10022-3505<br><br>*Counsel for Jason Williams* |

This the 30th day of March, 2022.

                                                 /s/ Joseph Dowdy
                                               Joseph S. Dowdy

75871843V.1

3

Case 5:19-cv-00475-BO    Document 123    Filed 03/30/22    Page 3 of 3