# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

JASON WILLIAMS,

    Plaintiff,

vs.

AT&T MOBILITY, LLC,

    Defendant.

Case No. 5:19-cv-00475-BO

**[PROPOSED] ORDER GRANTING AT&T's MOTION TO FILE UNDER SEAL MATERIALS FILED IN SUPPORT OF AT&T'S MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT IN THE ALTERNATIVE**

This matter is before the Court on Defendant AT&T Mobility, LLC's Motion to File Under Seal Certain Materials Filed in Support of Motion for Summary Judgment ("Motion") [Dkt. 127.]

The Motion was filed on March 30, 2022, thereby giving the public notice that AT&T seeks to deny access to public records. No member of the public has raised any objection to the filing of the materials that are the subject of the Motion under seal.

The Court has reviewed the Motion, the memorandum in support of the Motion [Dkt. 128], and the documents that AT&T seeks leave to file under seal [Dkt. 119, 120, 125-5, 125-6]. AT&T requests that the Court enter an Order granting AT&T's motion to seal portions of the deposition testimony of its two corporate designees, Valerie Scheder and Ray Hill, the transcripts of which are attached as Exhibits 4 and 5 of the Appendix to AT&T's Motion for Summary Judgment or Partial Summary Judgment and accompanying motions in limine [Dkt 125-5, 125-6]; portions of AT&T's Memorandum in Support of its Motion for Summary Judgment or Partial Summary Judgment [Dkt. 119]; and portions of AT&T's Separate Statement of Undisputed Materials Facts in Support of its Motion for Summary Judgment or Partial Summary Judgment [Dkt. 120].

The Court finds that AT&T has demonstrated that the documents it wishes to seal contain AT&T's information that may constitute trade secrets and highly sensitive business information that, if disclosed to the public, could compromise the security of AT&T's wireless network. The Court concludes that the protection of this information is a higher interest that outweighs the public's First Amendment right of access to materials submitted in connection with a motion for summary judgment. A publicly available redacted version will be made available to the public.

The Court therefore **GRANTS** AT&T's Motion to Seal and directs the Clerk to maintain the documents filed on the docket at CM-ECF Dkt. 119, 120, 125-5, and 125-6 under seal.

**IT IS SO ORDERED**.

_____
U.S. District Court Judge