IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No.: 5:19-cv-00475-BO

JASON WILLIAMS,

    Plaintiff,

v.

AT&T MOBILITY LLC,

    Defendant.

**NOTICE OF FILING**
**(of proposed order)**

AT&T Mobility LLC, through the undersigned counsel, respectfully submits its proposed order on contempt sanctions following the March 17, 2022 hearing held by the Honorable Terrence Boyle. (Dkt. 117.) AT&T's proposed order is submitted as an attachment to this notice.

Respectfully submitted this 1st day of April, 2022.

    /s/ Joseph S. Dowdy
    Joseph S. Dowdy (N.C. State Bar No. 31941)
    KILPATRICK TOWNSEND & STOCKTON LLP
    4208 Six Forks Road, Suite 1400
    Raleigh, NC 27609
    Telephone: (919) 420-1700
    Facsimile: (919) 510-6120
    Email: jdowdy@kilpatricktownsend.com

    *Counsel for Defendant AT&T Mobility LLC*

KILPATRICK TOWNSEND 75892285 2

Case 5:19-cv-00475-BO    Document 129    Filed 04/01/22    Page 1 of 2

# CERTIFICATE OF SERVICE

I hereby certify that on date set out below, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| SHUMAKER LOOP & KENDRICK LLP<br>Terence S. Reynolds<br>treynolds@shumaker.com<br>Lucas D. Garber<br>lgarber@shumaker.com<br>101 South Tyron Street<br>Suite 2200<br>Charlotte, North Carolina 28280<br>*Counsel for Jason Williams* | WITHERS BERGMAN LLP<br>Joseph Gallo<br>Joseph.gallo@withersworldwide.com<br>Christopher LaVigne<br>christopher.lavigne@withersworldwide.com<br>Martin J. Auerbach<br>Martin.auerbach@withersworldwide.com<br>430 Park Avenue, 10th Floor<br>New York, New York 10022-3505<br>*Counsel for Jason Williams* |

This 1st day of April, 2022.

/s/ Joseph Dowdy
Joseph S. Dowdy