UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JASON WILLIAMS, | ) |
|               Plaintiff, | ) |
| v. | ) **JUDGMENT ON CIVIL CONTEMPT AGAINST NON-PARTY** |
| AT&T MOBILITY, LLC, | ) 5:19-CV-475-BO |
|               Defendant. | ) |

**Decision by Court.**
This matter is before the Court following a hearing to address the failure of third parties Anexio Data Centers, LLC and Anexio Managed Services, LLC (collectively the "Anexio Companies") to comply with this Court's Orders compelling compliance with a subpoena, holding the Anexio Companies in contempt, and setting a coercive daily fine for failure to comply with this Court's prior Orders in this above-captioned civil action. (Dkt. Nos. 88, 111.)

**IT IS ORDERED, ADJUDGED AND DECREED**:
1. The Anexio Companies remain in contempt of this Court and as of date of the entry of this Order, have not purged themselves of contempt.

2. The Anexio Companies are jointly and severally responsible for and shall pay the coercive daily fine amount of $1,000.00 for the period running from February 23, 2022, to March 17, 2022, for contempt sanctions of $23,000.00 plus attorney's fees and costs taxed to the Anexio Companies in the Court's February 9, 2022 Order in the amount of $4,007.50, for a total amount of $27,007.50.

3. Judgment is entered against the Anexio Companies for the amount of $27,007.50.

4. The Anexio Companies must provide the information compelled by the Court and pay the fine assessed herein to purge themselves of contempt.

**This judgment filed and entered on April 5, 2022, and served on:**
Christopher LaVigne (via CM/ECF Notice of Electronic Filing)
Joseph Gallo (via CM/ECF Notice of Electronic Filing)
Lucas Garber (via CM/ECF Notice of Electronic Filing)
Martin Auerbach (via CM/ECF Notice of Electronic Filing)
Terence Reynolds (via CM/ECF Notice of Electronic Filing)
Joseph Dowdy (via CM/ECF Notice of Electronic Filing)

Michael Breslin (via CM/ECF Notice of Electronic Filing)
Adam Wiley (via CM/ECF Notice of Electronic Filing)
Nancy Stagg (via CM/ECF Notice of Electronic Filing)

April 5, 2022

PETER A, MOORE, JR., CLERK

/s/Lindsay Stouch
By: Deputy Clerk