IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

-------------------------------------------------------------------- X
JASON WILLIAMS,

                Plaintiff,

     -against-

AT&T MOBILITY LLC,

                Defendant.
-------------------------------------------------------------------- X

Case No. 5:19-cv-00475-BO

**STIPULATION EXTENDING TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the respective parties, that the time for Plaintiff Jason Williams to oppose Defendant AT&T Mobility, LLC's Motion for Summary Judgment or For Partial Summary Judgment (Dkt. No. 118), Motion in Limine (No. 1) to Exclude Evidence of Plaintiff's Alleged Crypto-Mining Damages (Dkt. No. 121) and Motion in Limine (No. 2) to Exclude Evidence of Emotional Distress of Plaintiff or Family (Dkt. No. 123), hereby is extended up to and including May 2, 2022; and Defendant's time to reply to Plaintiff's opposition to each motion, hereby is extended up to and including June 3, 2022; and it is further

STIPULATED, AGREED AND CONSENTED that facsimile, pdf, and/or electronic signatures to this stipulation may be treated and deemed as original signatures.

Dated: April 14, 2022                              Respectfully Submitted,

WITHERS BERGMAN LLP               KILPATRICK TOWNSEND & STOCKTON LLP

By: _____     By:   /s/ *Nancy L. Stagg*_____
    Christopher N. LaVigne                          Nancy L. Stagg (with consent)
    Joseph Gallo                                      12255 El Camino Real, Suite 250
    430 Park Avenue, 10th Floor              San Diego, CA 92130
    New York, NY 10022-3505               T: (858) 350-6156
    T: (212) 848-9800                             nstagg@kilpatricktownsend.com
    christopher.lavigne@withersworldwide.com
    joseph.gallo@withersworldwide.com      *Counsel for Defendant AT&T Mobility LLC*

    *Counsel for Plaintiff Jason Williams*

SO ORDERED:

_____
Hon. Terrence W. Boyle