IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

---

| | |
|---|---|
| JASON WILLIAMS, | Case No. 5:19-cv-00475-BO |
| Plaintiff, | **[PROPOSED] ORDER GRANTING PARTIES' JOINT MOTION FOR EXTENSION OF TIME TO RESPOND/REPLY TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND MOTIONS IN LIMINE NO. 1 AND NO. 2** |
| -against- | |
| AT&T MOBILITY LLC, | |
| Defendant. | |

---

For good cause shown and with consent, Parties' joint motion for an extension of time to respond/reply to Motion for Summary Judgment or For Partial Summary Judgment [Dkt. 118], Motion in Limine (No. 1) to Exclude Evidence of Plaintiff's Alleged Crypto-Mining Damages [Dkt. 121], and Motion in Limine (No. 2) to Exclude Evidence of Emotional Distress of Plaintiff or Family [Dkt. No. 123] (together, the "Motions") is hereby **GRANTED**.

The deadline for Plaintiff Jason Williams to respond to the Motions is extended through and until May 2, 2022. The deadline for Defendant AT&T Mobility LLC to reply to Plaintiff's response to each motion is extended through and until June 3, 2022.

**IT IS SO ORDERED.**

Dated: _____, 2022

_____
Honorable Terrence W. Boyle
United States District Judge