**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**

--------------------------------------------------------- X

JASON WILLIAMS,                                         :
                                                        :
                              Plaintiff,                :
                                                        :            Case No.: 5:19-cv-00475-BO
              vs.                                       :
                                                        :
AT&T MOBILITY LLC,                                      :
                                                        :
                              Defendant.                :
--------------------------------------------------------- X

### PLAINTIFF'S NOTICE OF MOTION
### TO COMPEL DEFENDANT AT&T MOBILITY LLC TO PRODUCE DOCUMENTS

Plaintiff Jason Williams, by and through his undersigned counsel, respectfully moves this

Court for an Order to compel Defendant AT&T Mobility LLC ("AT&T" or "Defendant") to

produce the documents listed in its February 15, 2022 Amended Privilege Log, pursuant to

Federal Rules of Civil Procedure 26, 34 and 37 and the Local Rules of the Eastern District of

North Carolina 7.1, 26.1 and 34.1.

In further support of this Motion, Plaintiff submits the accompanying memorandum of

Law, the Declaration of Plaintiff Jason Williams, executed on April 28, 2022, the Declaration of

Christopher N. LaVigne, executed on April 28, 2022, and the exhibits annexed thereto.

WHEREFORE, Plaintiff respectfully requests this Court to enter an order requiring

Defendant AT&T Mobility LLC to produce the documents listed in its February 15, 2022

Amended Privilege Log.

Dated: April 28, 2022                    Respectfully Submitted,


                                         **WITHERS BERGMAN LLP**


By: _____
                                         Christopher N. LaVigne, Esq.
                                         Joseph Gallo, Esq.
                                         430 Park Avenue
                                         New York, New York 10022
                                         Telephone: (212) 848-9800
                                         Facsimile: (212) 848-9888
                                         Christopher.LaVigne@withersworldwide.com
                                         Joseph.Gallo@withersworldwide.com

                                         *Attorneys for Plaintiff Jason Williams*


                                         Terence S. Reynolds
                                         **SHUMAKER LOOP & KENDRICK LLP**
                                         101 South Tyron Street, Suite 2200
                                         Charlotte, North Carolina 28280, North Carolina
                                         Telephone: (704) 375-0057
                                         Facsimile: (704) 332-1197
                                         treynolds@shumaker.com
                                         State Bar No. 49848

                                         *Local Civil Rule 83.1(d) Counsel for*
                                         *Plaintiff Jason Williams*

2