IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

------------------------------------------------------------X
JASON WILLIAMS,

               Plaintiff,

     vs.

AT&T MOBILITY LLC,

               Defendant.
------------------------------------------------------------X

Case No.: 5:19-cv-00475-BO

## DECLARATION OF PLAINTIFF JASON WILLIAMS IN SUPPORT OF MOTION TO COMPEL DEFENDANT AT&T MOBILITY LLC TO PRODUCE DOCUMENTS

I, Jason Williams, hereby declare under penalty of perjury that the following is true and correct and state as follows:

1. I am the plaintiff in the above-entitled action.

2. My understanding is that Defendant AT&T Mobility LLC ("AT&T") has made the claim that when I visited an AT&T store in Raleigh, on or about December 5, 2019, in connection with the SIM swaps on my account, that I told employees at the store that I intended to sue AT&T in connection with those SIM swaps.

3. I do not remember the names of the employees I spoke to at the AT&T store on or about December 5, 2019.

4. I do not remember whether or not I told employees at the store that I intended to sue AT&T in connection with those SIM swaps on or about December 5, 2019. It is possible that I did so, but I have no recollection either way.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 28, 2022
                New York, New York

By: _____
                      Jason Williams

2
Case 5:19-cv-00475-BO  Document 136  Filed 04/28/22  Page 2 of 2