# EXHIBIT D

**Subject:** FW: Williams v AT&T

**From:** Breslin, Mike <mbreslin@kilpatricktownsend.com>
**Sent:** Monday, November 8, 2021 5:35 PM
**To:** Gallo, Joseph <Joseph.Gallo@withersworldwide.com>; LaVigne, Christopher <Christopher.LaVigne@withersworldwide.com>
**Cc:** Dowdy, Joe <JDowdy@kilpatricktownsend.com>
**Subject:** RE: Williams v AT&T

Joe –

Thanks for your message. I'm happy to work with you on scheduling but Ms. Scheder is out on vacation most of next week so I'm not sure there is any room there. Below is the list of AT&T's designations for the five topics. Let me know if you want to discuss and if you want to proceed with Ms. Scheder on Thursday.

Thanks,
-Mike

**Designations**
**Topic 1: AT&T's knowledge Concerning [Mr. Williams'] Claims –** Subject to the limitations and objections set forth in AT&T's objections served on Oct. 12, 2021, **Ray Hill**

**Topic 2: AT&T knowledge Concerning Mr. Williams' account and account notes – Ray Hill**

**Topic 3: AT&T's knowledge concerning SIM swapping of AT&T customers –** Subject to the limitations and objections set forth in AT&T's objections served on Oct. 12, 2021, **Valerie Scheder**

**Topic 4: AT&T's knowledge concerning its obligations under the 2015 Consent Decree and related FCC enforcement action.**
- We have objected to this and will not be producing a witness to testify about the Consent Decree or FCC action. However, per our meet and confer conversations about this topic, we understand you are primarily interested in testimony regarding the actions AT&T has taken following the consent decree to protect customer accounts and prevent unauthorized SIM swaps. AT&T agrees to provide a witness to testify on those subjects and designates **Valerie Scheder** to do so.

**Topic 5: AT&T's business relationships with Prime, Alorica, Teleperformance, and Concentrix.**
- Per our meet and confer discussions about this topic, we understand you are primarily interested in testimony regarding what AT&T does to communicate and enforce its policies throughout these vendor/partner channels, and AT&T designates **Ray Hill** to do so.

**Michael Breslin**
**Kilpatrick Townsend & Stockton LLP**
Suite 2800 | 1100 Peachtree Street NE | Atlanta, GA  30309-4528
office 404 685 6752 | fax 404 541 4749
mbreslin@kilpatricktownsend.com | My Profile | VCard

**From:** Gallo, Joseph <Joseph.Gallo@withersworldwide.com>
**Sent:** Monday, November 8, 2021 12:21 PM

**To:** Breslin, Mike <mbreslin@kilpatricktownsend.com>; LaVigne, Christopher <Christopher.LaVigne@withersworldwide.com>
**Cc:** Dowdy, Joe <JDowdy@kilpatricktownsend.com>
**Subject:** RE: Williams v AT&T

Mike:

We have not heard from you regarding which witness will be testifying to which topics. That has made preparation for the witnesses more difficult. What do you think about rescheduling Ms. Scheder's deposition to next week, and doing both her and Mr. Hill in the same week (the week beginning Monday November 15)? Assuming you and Ms. Scheder have availability that week, that schedule seems more workable at this point. Please let us know if you are amendable to this proposal, thanks.

Joe

**Joseph Gallo**
Senior Associate
Litigation
t +1 212 848 9856
withersworldwide.com | my profile

Secretary: Lana Moon  t +1 212 848 9821

Withers Bergman LLP
430 Park Avenue, 10th Floor, New York, New York 10022-3505



---

**From:** Breslin, Mike <mbreslin@kilpatricktownsend.com>
**Sent:** Monday, November 1, 2021 11:50 AM
**To:** Gallo, Joseph <Joseph.Gallo@withersworldwide.com>; LaVigne, Christopher <Christopher.LaVigne@withersworldwide.com>
**Cc:** Dowdy, Joe <JDowdy@kilpatricktownsend.com>
**Subject:** RE: Williams v AT&T

Thanks. No, Ray Hill will be a 30(b)(6) as well. I'm planning to send you a list of which topics each is designated for, and we should discuss how best to handle Ray's fact witness vs. 30(b)(6) portions.

Best,
-Mike

**Michael Breslin**
**Kilpatrick Townsend & Stockton LLP**
Suite 2800 | 1100 Peachtree Street NE | Atlanta, GA  30309-4528
office 404 685 6752 | fax 404 541 4749
mbreslin@kilpatricktownsend.com | My Profile | VCard

**From:** Gallo, Joseph <Joseph.Gallo@withersworldwide.com>
**Sent:** Monday, November 1, 2021 11:37 AM
**To:** Breslin, Mike <mbreslin@kilpatricktownsend.com>; LaVigne, Christopher <Christopher.LaVigne@withersworldwide.com>
**Cc:** Dowdy, Joe <JDowdy@kilpatricktownsend.com>
**Subject:** RE: Williams v AT&T

Mike:

November 11 works for Ms. Scheder, and November 17 works for Mr. Hill.  At this point, is Ms. Scheder AT&T's only 30b(b)(6) witness?

Joe

**Joseph Gallo**
Senior Associate
Litigation
t +1 212 848 9856
withersworldwide.com | my profile

Secretary: Lana Moon  t +1 212 848 9821

Withers Bergman LLP
430 Park Avenue, 10th Floor, New York, New York 10022-3505



**From:** Breslin, Mike <mbreslin@kilpatricktownsend.com>
**Sent:** Monday, November 1, 2021 11:35 AM
**To:** Gallo, Joseph <Joseph.Gallo@withersworldwide.com>; LaVigne, Christopher <Christopher.LaVigne@withersworldwide.com>
**Cc:** Dowdy, Joe <JDowdy@kilpatricktownsend.com>
**Subject:** RE: Williams v AT&T

Chris / Joe -

Good morning. Can you let me know if any of the below dates for Valerie will work, and same for the Nov. 15 / 17 dates we provided for Ray Hill?

Thanks,
-Mike

Michael Breslin
Kilpatrick Townsend & Stockton LLP
Suite 2800 | 1100 Peachtree Street NE | Atlanta, GA 30309-4528
office 404 685 6752 | fax 404 541 4749
mbreslin@kilpatricktownsend.com | www.kilpatricktownsend.com


-----Original Message-----
From: Breslin, Mike <mbreslin@kilpatricktownsend.com>
Sent: Wednesday, October 27, 2021 11:16 AM
To: Joseph Gallo <Joseph.Gallo@withersworldwide.com>; Christopher LaVigne <Christopher.LaVigne@withersworldwide.com>
Subject: Williams v AT&T

Gents -
Valerie Scheder is a 30b6 witness we'll be producing. She is available Nov 8, 9 or 11.
Thanks,
-Mike

Michael J. Breslin

_____

Confidentiality Notice:
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact us immediately by return e-mail or at 404 815 6500, and destroy the original transmission and its attachments without reading or saving in any manner.

_____

***DISCLAIMER*** Per Treasury Department Circular 230: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Withers Bergman LLP - 430 Park Avenue, 10th Floor, New York, NY 10022-3505 T: +1 212 848 9800 F: +1 212 848 9888

Withersworldwide
London | Cambridge | Geneva | Milan | Padua
Hong Kong | Singapore | Tokyo | British Virgin Islands
New York | Boston | Greenwich | New Haven | Texas
San Francisco | Los Angeles | Rancho Santa Fe | San Diego

This email (and any attachments) is confidential and may also be legally privileged. If you are not the intended recipient please immediately notify the sender then delete it from your system. You should not copy it or use it for any purpose nor disclose its contents to any other person.