# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JASON WILLIAMS,

    Plaintiff,

**CERTIFIED COPY**

vs.                                Case No. 5:19-cv-00475-BO

AT&T MOBILITY, LLC,

    Defendant.
_____/


CONFIDENTIAL
DEPOSITION OF RAY HILL
30(b)(6)


November 17, 2021

Page 1 - 301      9:02 a.m. - 6:48 p.m. EST


REMOTELY REPORTED VIA VIDEO CONFERENCING




REPORTED BY:
Tamara L. Houston
CA CSR No. 7244, RPR, CCRR No. 140
FILE NO. 21-105383



THE SULLIVAN GROUP OF COURT REPORTERS
SULLIVANCOURTREPORTERS.COM
PHONE 855.525.3860 | 323.938.8750

|          |    |                                                          |
|----------|----|----------------------------------------------------------|
|          | 1  | Q.   Who else was present during that                    |
|          | 2  | conversation --                                          |
|          | 3  | A.   No one.                                             |
|          | 4  | Q.   -- other than you, Ms. Okcu, and                    |
| 09:32:20 | 5  | Mr. Breslin?                                             |
|          | 6  | A.   No one.                                             |
|          | 7  | Q.   Did you review any documents in preparation         |
|          | 8  | for today's deposition?                                  |
|          | 9  | A.   There was a printout of the account notes.          |
| 09:32:48 | 10 | Q.   Did you review anything other than the              |
|          | 11 | printout of the account notes?                           |
|          | 12 | A.   There was a policy.                                 |
|          | 13 | Q.   Do you remember what the policy was?                |
|          | 14 | A.   I think there was a -- it was called "SIM           |
| 09:33:12 | 15 | Knowledge" -- "SIM Knowledge Center."                    |
|          | 16 | Q.   Okay. So other than Mr. Williams's account          |
|          | 17 | notes, the SIM knowledge center policy, did you          |
|          | 18 | review any other documents in preparation for today?     |
|          | 19 | A.   There was two other policies around                 |
| 09:33:37 | 20 | authentication, one that was call center and one that    |
|          | 21 | was retail.                                              |
|          | 22 | Q.   So a call center authentication policy and          |
|          | 23 | a retail center authentication policy?                   |
|          | 24 | A.   Yes.                                                |
| 09:34:01 | 25 | Q.   Anything else other than -- any other               |

```
              1   BY MR. LAVIGNE:
              2       Q.   Had you seen Mr. Williams's account notes
              3   prior to preparing for your deposition today?
              4       A.   Not that I recall.
09:39:13      5       Q.   All right.  Mr. Hill, I'm going to --
              6   and -- well, one -- one other question.
              7            Were those account notes provided to you by
              8   AT&T?
              9       A.   Yes.
09:39:28     10       Q.   Were they provided to you by AT&T's
             11   attorneys, Ms. Okcu or Mr. Breslin?
             12       A.   Yes.
             13       Q.   I'll ask you a little bit about background
             14   briefly.
09:39:45     15            Starting with your education, would you
             16   tell me where you attended -- what college or
             17   university you attended.
             18       A.   Wright State University and University of
             19   Phoenix.
09:40:05     20       Q.   Rice State?
             21       A.   W-R-I-G-H-T, Wright State.
             22       Q.   And the University of Phoenix.
             23            And let's start with the first one, Wright
             24   State.  When did you -- what were the dates of your
09:40:19     25   attendance?
```

```
                 1   he did not authorize the SIM swap from the day
                 2   before, that caller from November 6th.
                 3       Q.   All right.  Do you know if anybody checked
                 4   to determine whether the customer was telling the
14:31:23         5   truth that he didn't authorize the SIM swap the day
                 6   before?
                 7       A.   Based on the account note that we're seeing
                 8   here, we can see that the global fraud rep is saying
                 9   that there's no usage on the SIM and so they
14:31:39        10   suspended the service and deemed it hijack crime.
                11   And that was their determination.
                12       Q.   Do you have any information about the SIM
                13   swaps at issue in this case that come from anything
                14   other than these account notes?
14:32:16        15       A.   No.
                16       Q.   Who does?
                17       A.   What do you mean?
                18       Q.   Who -- who would have information about the
                19   SIM swaps at issue in this case that comes from
14:32:34        20   something other than these account notes?
                21           MR. BRESLIN:  Form.  Calls for speculation.
                22           You can answer, Ray.
                23           THE WITNESS:  I'm -- I'm just kind of,
                24   like, misunderstanding, I think.  Are you asking,
14:32:49        25   like, is there other data on a database?  Or are you
```

|  |  |
|---|---|
|  | 1  asking -- I'm just not understanding what -- what |
|  | 2  you're asking. |
|  | 3  BY MR. LAVIGNE: |
|  | 4  Q.  I'm asking who -- who investigated this -- |
| 14:32:59 | 5  these account hijacks or account takeovers or |
|  | 6  unauthorized SIM swaps on Mr. Williams's account? |
|  | 7  Because you just said that you didn't -- you don't |
|  | 8  know anything about it other than reading these |
|  | 9  notes. |
| 14:33:14 | 10  A.  I understand that. |
|  | 11  Q.  Yeah. |
|  | 12  A.  Yeah, so -- so the asset protection |
|  | 13  investigator, if -- if they wanted -- I don't recall |
|  | 14  which -- which case, which investigator, but |
| 14:33:30 | 15  holistically, when we had that review between Niki |
|  | 16  and Rob Arno, they gave us a review -- |
|  | 17  MR. BRESLIN:  Let's not -- let's not talk |
|  | 18  about what -- what was said there, but I think -- I |
|  | 19  think it's -- it's clear what he's getting at. |
| 14:33:43 | 20  BY MR. LAVIGNE: |
|  | 21  Q.  Yeah.  So I think your answer is you |
|  | 22  don't -- correct me if I'm wrong, but what I'm |
|  | 23  hearing is you don't necessarily know but possibly |
|  | 24  Robert Arno? |
| 14:33:56 | 25  A.  Robert Arno or -- or another AP |

171

```
 1  investigator.
 2      Q.  Understood.
 3          These account notes refer to -- on
 4  November 6th at 11:25:29, they refer to case number
 5  2018-11-06/4362.
 6          What does that refer to?
 7      A.  That looks like an intake number.  The --
 8  the dash between the -- after the 06 -- I shouldn't
 9  say "dash."  The backslash after the 06, I -- I
10  cannot tell if that's something from the global
11  fraud's case management or if that's something that
12  they referred for an intake with asset protection.
13  So I don't know which of the two it is.
14      Q.  In your understanding, how -- how are
15  fraud -- well, just to back up even more elementary
16  step.
17          It appears, based on what you just said and
18  based on these account notes, that the account notes
19  we're reviewing on the screen right now, which are on
20  November 6, 2018, at 11:25:29, and 11:19:00, they're
21  based on a phone call received from Jason Williams;
22  is that right?
23      A.  Yes.  That's a phone call from somebody
24  saying they are Jason Williams.
25      Q.  So if Jason Williams, a customer, calls in
```