# EXHIBIT F

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

---------------------------------------------------------X
JASON WILLIAMS,

              Plaintiff,

vs.

AT&T MOBILITY LLC,

              Defendant.
---------------------------------------------------------X

Case No. 5:19-cv-00475-BO

**NOTICE OF REMOTE DEPOSITION OF ROBERT ARNO**

**PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff Jason Williams will take the testimony upon oral examination of Robert Arno, an Asset Management Investigator for Defendant AT&T Mobility LLC, via remote electronic means, commencing on Friday, December 10, 2021, at 9:00 a.m. The examination will be conducted through a web-based platform. Sullivan Group of Court Reporters provided the following video-conference details to access the deposition:

    Join Zoom Meeting:

https://us02web.zoom.us/j/82082408654?pwd=QWRXK01WbnE4eUMzT282bkxaRmxwQT09

    Meeting ID: 820 8240 8654

    Passcode: 640927

    The deposition will be conducted consistent with the Federal Rules of Civil Procedure. It will be taken before a Certified Shorthand Reporter authorized to administer oaths, and will be continued from day to day until completed, with weekends and legal holidays excepted.

    **PLEASE TAKE FURTHER NOTICE** that the deposition may also be videotaped, audiotaped, and/or stenographically recorded through the instant visual display of testimony. Petitioner expressly reserves the right to introduce and use the stenographic transcript and/or

videotape of the deponent's deposition, or portions thereof, at the trial and other proceedings related to this matter.

Dated: New York, New York
November 24, 2021

WITHERS BERGMAN LLP

By: /s/ Christopher LaVigne

Christopher LaVigne
Joseph Gallo
430 Park Avenue
New York, New York 10022
(212) 848-9800
Christopher.LaVigne@withersworldwide.com
Joseph.Gallo@withersworldwide.com

*Attorneys for Plaintiff Jason Williams*

TO: Joseph S. Dowdy (N.C. State Bar No. 31941)
Phillip A. Harris, Jr. (N.C. State Bar No. 39740)
Kilpatrick Townsend & Stockton LLP
4208 Six Forks Road, Suite 1400
Raleigh, NC 27609
Telephone: (919) 420-1700
Facsimile: (919) 510-6120
jdowdy@kilpatricktownsend.com
pharris@kilpatricktownsend.com

Michael Breslin
1100 Peachtree St. NE, Suite 2800
Atlanta, GA 30309
Telephone: (404) 815-6500
Facsimile (404) 815-6555
mbreslin@kilpatricktownsend.com

*Counsel for Defendant AT&T Mobility LLC*