# EXHIBIT J

# AT&T Mobility LLC Privilege Log

*Jason Williams v. AT&T Mobility LLC*
Case No. 5:19-cv-00475-BO

Amended February 15, 2022

| Priv. Doc. No. | Date Created | Author(s) | Document/File Name | Description/Recipients | Privilege(s) |
|---|---|---|---|---|---|
| ATT PRIV_ 001-ATT PRIV_009 | 12/05/2018 | Curtis McGruder (Asset Protection Investigator) | CCPIM_10132021Download.pdf | Privacy Incident (AT&T electronic document to be prepared and submitted when a privacy incident is suspected)<br><br>Ann A. Beck, Senior Legal Counsel, AT&T<br><br>Cynthia Hennessy, Senior Legal Counsel, AT&T<br><br>Nena M Romano, Director, Compliance, AT&T<br><br>Also reviewed by:<br><br>Rob Arno, AT&T Asset Protection Investigator (in connection with preparation of AT&T_Priv_020-ATT_Priv_030) | Attorney/Client Privilege<br><br>Attorney Work Product |
| ATT PRIV_010-ATT PRIV_19 | 12/05/2018 | Original author: Naiisha Gray (Asset | 2018-12-05-024013 AP Event.pdf | Asset Protection Event<br><br>(Document detailing Asset Protection's investigation and findings) | Attorney/Client Privilege<br><br>Attorney Work Product |

1

**AT&T Mobility LLC Privilege Log**

*Jason Williams v. AT&T Mobility LLC*
Case No. 5:19-cv-00475-BO

Amended February 15, 2022

| | | | | | |
|---|---|---|---|---|---|
| | | Protection Secretary)<br><br>Additional entries or details added by Asset Protection team members:<br><br>Demetrius Thomas, Investigator<br><br>Colleen Sturm, Analyst<br><br>Rob Arno, Investigator<br><br>Jeffrey Wenhart, Investigator<br><br>William Jones, Investigator<br><br>Curtis McGruder, Investigator | | Ann A. Beck, Senior Legal Counsel, AT&T<br><br>Cynthia Hennessy, Senior Legal Counsel, AT&T<br><br>Nena M Romano, Director, Compliance, AT&T<br><br>Also reviewed by:<br><br>Rob Arno, AT&T Asset Protection Investigator (in connection with preparation of AT&T_Priv_020-ATT_Priv_030) | |

**AT&T Mobility LLC Privilege Log**

*Jason Williams v. AT&T Mobility LLC*
Case No. 5:19-cv-00475-BO

Amended February 15, 2022

| | | | | | |
|---|---|---|---|---|---|
| | | Matthew McGruder, Investigator<br><br>Louis Carpenter, Director | | | |
| ATT PRIV_20-ATT PRIV_30 | 11/21/2019 | Rob Arno (Asset Protection Investigator) | 2019-11-21 – Jason Williams – AP Executive Summary | Investigation of unauthorized SIM changes alleged by Plaintiff, undertaken at direction of AT&T litigation counsel.<br><br>Niki Okcu, Senior Legal Counsel, AT&T<br><br>Michael Breslin, Attorney, Kilpatrick Townsend & Stockton LLP<br><br>Nancy Stagg, Attorney, Kilpatrick Townsend & Stockton | Attorney/Client Privilege<br><br>Attorney Work Product |

3