# EXHIBIT O

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA

WESTERN DIVISION

JASON WILLIAMS,

    Plaintiff,

vs.                   Case No. 5:19-cv-00475-BO

AT&T MOBILITY, LLC,

    Defendant.
_____/

ORIGINAL

**\*\*HIGHLY CONFIDENTIAL\*\***
DEPOSITION OF ROBERT ARNO
30(b)(6)

February 28, 2022

Page 1 - 224       12:03 p.m. to 4:27 p.m. EST

REMOTELY REPORTED VIA VIDEO CONFERENCING

REPORTED BY:
Tamara L. Houston
CA CSR No. 7244, RPR, CCRR No. 140
FILE NO. 22-108895

THE SULLIVAN GROUP OF COURT REPORTERS
SULLIVANCOURTREPORTERS.COM
PHONE 855.525.3860 | 323.938.8750

14:27:22

1 unit. I don't feel comfortable answering that
2 question, to be honest.
3 BY MR. GALLO:
4     Q.   Okay. Did you testify that they report
5 privacy incidents?
6     A.   That's my understanding, yes.
7     Q.   But when you say that, you're not sure who
8 they report to?
9     A.   Who they report them -- who they report the
10 privacy incidents to?
11     Q.   Yes, that's what I meant. I'm sorry.
12     A.   Yeah, that -- that business unit, I'm
13 not -- I don't work in that business unit. I
14 couldn't answer that 100 percent accurately.
15     Q.   Okay. I think you also testified about
16 letters that go out sometimes as -- you know, after
17 or subsequent to these privacy incidents being
18 generated.
19     Do you know to whom those letters are sent?
20     A.   When they are sent?
21     Q.   To whom.
22     A.   The customer -- customer that was affected.
23     Q.   Okay. Have you ever created or been
24 involved in the creation of a privacy incident
25 document?

|       |    |                                                                  |
|-------|----|------------------------------------------------------------------|
|       | 1  |     A.   Yes.                 |
|       | 2  |     Q.   Okay. How often do you think you've done |
|       | 3  | that, let's say, since 2018?                                     |
|       | 4  |     A.   Personally, I've done maybe ten. |
| 14:28:33 | 5 |     Q.   Okay. Have you ever -- have any of those |

```
 1         A.   Yes.
 2         Q.   Okay.  How often do you think you've done
 3   that, let's say, since 2018?
 4         A.   Personally, I've done maybe ten.
 5         Q.   Okay.  Have you ever -- have any of those
 6   been in connection with an unauthorized SIM swap
 7   claim?
 8         A.   Yes.
 9         Q.   Have you ever created a privacy incident
10   report document at the direction of an attorney?
11         A.   No.
12         Q.   Okay.  Why do you create -- why have you
13   created the privacy incident reports you've created,
14   then, if not at the direction of an attorney?
15         A.   It's part of our obligation to report
16   privacy incidents to that group so they can determine
17   if, in fact, a privacy incident occurred.
18         Q.   So do you personally make the decision
19   about whether or not you're going to create a privacy
20   incident and send it to the privacy group?
21         A.   There are certain parameters that will
22   indicate if we need to report it, and at that point,
23   they make a judgment call if it is reportable.
24         Q.   What are those parameters?
25         A.   I don't have that in front of me.
```

Timestamps:
14:28:33 (line 5)
14:28:49 (line 10)
14:29:08 (line 15)
14:29:26 (line 20)
14:29:46 (line 25)

```
14:30:04    1        Q.   Do you recall any of the parameters that
            2   you think about?
            3        A.   If certain data elements was released to
            4   somebody besides the customer, that would be a
            5   potential privacy incident.
            6        Q.   Would you say that you generate your -- you
            7   generate the privacy -- you've generated the privacy
            8   incidents you have generated in the ordinary course
            9   of your business?
14:30:18   10        A.   Yes.  Part of my normal course of business.
           11        Q.   Do you know who Ann Beck is?
           12        A.   Name sounds familiar.  She's listed as an
           13   attorney here, so...
           14        Q.   You don't have any -- aside from what's
14:30:45   15   listed here, you don't have -- do you have any
           16   independent knowledge of who she is?
           17        A.   No.
           18        Q.   Okay.  Same question for Cynthia Hennessy.
           19   Do you have any independent knowledge of who she is?
14:30:57   20        A.   She used to be the attorney that was part
           21   of the SSSR -- SSRT team.
           22        Q.   Okay.  Do you know when she was part of the
           23   SSRT team?
           24        A.   She was part of it at the inception until
14:31:11   25   about a year ago.
```