# EXHIBIT P

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA

WESTERN DIVISION

JASON WILLIAMS,

     Plaintiff,

ORIGINAL

vs.                Case No. 5:19-cv-00475-BO

AT&T MOBILITY, LLC,

     Defendant.

_____/


**HIGHLY CONFIDENTIAL**
DEPOSITION OF ROBERT ARNO
30(b)(6)


February 28, 2022

Page 1 - 224     12:03 p.m. to 4:27 p.m. EST


REMOTELY REPORTED VIA VIDEO CONFERENCING


REPORTED BY:
Tamara L. Houston
CA CSR No. 7244, RPR, CCRR No. 140
FILE NO. 22-108895



THE SULLIVAN GROUP
OF COURT REPORTERS
SULLIVANCOURTREPORTERS.COM
PHONE 855.525.3860 | 323.938.8750

```
 1   is an asset protection number, appears to be?

 2        A.   Correct.

 3        Q.   Okay.  What is an asset protection number?

 4        A.   That's like a case that would be assigned

 5   to me or one of my peers.

 6        Q.   Okay.  Is that number specifically -- or

 7   typically assigned to a particular customer,

 8   particular event, a particular account?  How does it

 9   work?

10        A.   That depends on circumstances.

11        Q.   Okay.

12        A.   It's not absolute.

13        Q.   Is it sometimes associated with a

14   particular customer?

15        A.   Sometimes.

16        Q.   Is it possible for a particular customer or

17   a particular account to have multiple asset

18   protection numbers associated with it?

19        A.   Yes.

20        Q.   And then -- again on the next column, the

21   first -- the first words there are "Asset Protection

22   Event."

23             Do you know what that means?  Do you know

24   what an asset protection event is?

25        A.   I would classify that as an asset
```

14:35:32  5
14:35:52  10
14:36:03  15
14:36:14  20
14:36:32  25

103

1    protection case.  I wouldn't claim it as an event,

2    but without seeing the document, I can't really

3    answer.

4         Q.   Okay.  What is an asset protection case?

14:36:52    5         A.   For instance, if someone stole a company

6    vehicle today, that would be an asset protection

7    case.

8         Q.   Well, that's -- well, okay.  That could --

9    that could be, but what -- what makes it an event?

14:37:07    10   Just somebody stealing a vehicle doesn't make it a

11   case, right?  I mean, what -- what -- when does it

12   become a case?

13        A.   Either when somebody like myself creates

14   the case or somebody in the asset protection case

14:37:22    15   intake team creates a case.

16        Q.   Okay.  Is there any sort of list or

17   database or -- or drive or something where you can

18   see all of the asset protection cases associated with

19   a particular account?

14:37:52    20        A.   A specific account?  I -- I wouldn't say

21   "yes" to that.

22        Q.   Okay.  If you were trying to ascertain if a

23   particular account had been the subject of more than

24   one asset protection case, is there any way for you

14:38:09    25   to figure that out?