# EXHIBIT Q

```
            IN THE UNITED STATES DISTRICT COURT

            EASTERN DISTRICT OF NORTH CAROLINA

                      WESTERN DIVISION

              Case No. 5:19-cv-00475-BO
- - - - - - - - - - - - - - - -X
JASON WILLIAMS,                 :

         Plaintiff,             :

v.                              :

AT&T MOBILITY, LLC,             :

         Defendant.             :
- - - - - - - - - - - - - - - -X

    CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

          Videoconference Video Deposition of

                  JASON A. WILLIAMS

                 (Taken by Defendant)

             Charlotte, North Carolina

                  February 23, 2022




Reported by:    Andrea Nobrega

                Court Reporter

                Notary Public
```

```
 1     A.    Yes.
 2     Q.    And what was the purpose of having
 3  the burner phone from Verizon?
 4     A.    Just to have a second phone at
 5  that point.
 6     Q.    Did you consider terminating your
 7  AT&T service at that point in time?
 8     A.    I don't recall.
 9     Q.    On December 5, 2018, the last --
10  well, yeah, the last entry on JW 0040,
11  December 5, 2018, SIM swap, and then under
12  the notes it says after telling AT&T to
13  not issue a SIM card unless someone shows
14  up in the Raleigh North Hills store with
15  two passports, British and U.S., they
16  issued a new SIM card.
17           AT&T called the local PD on me.
18  We discussed the situation.  They stated.
19  That's all that's on that page.  We'll get
20  to the second page in a minute.
21           Let's talk about what happened.
22  It says they issued a new SIM card the end
23  of that first sentence.  Did you suffer a
24  SIM swap on that date?
25     A.    Yes.
```

1  MR. LAVIGNE: Objection. AT&T's
2  records are best evidence.
3  THE WITNESS: Yes. The answer is
4  yes, I was SIM swapped on December 5, 2018
5  again.
6  BY MS. STAGG:
7  Q. And what were the circumstances of
8  that, do you recall, meaning where were
9  you, what occurred?
10  A. Yeah, I don't know what December
11  5th was. It feels like a weekend, maybe a
12  Sunday. I can't recall exactly, but I
13  know it was nighttime when I went into the
14  AT&T store, and I was emphatic about the
15  persistent direct and specific information
16  we put in the computer about not to issue
17  new SIM cards unless I was in that Raleigh
18  North Hills store with two forms of ID, a
19  U.S. and British passport.
20  They continued to reissue SIM
21  cards and swap me. And I think the
22  specificity and intensity of the
23  discussion we were having, there was two
24  employees or so in the store, and next
25  thing I new two Raleigh police officers

1  showed up and asked me to step outside.
2     Q.   Okay.  And why do you think AT&T
3  called the Raleigh Police Department?
4     A.   I'm sure when someone is saying
5  that they are a victim of crimes and there
6  is potential kidnapping and harm, it was
7  probably scary for them as it is for me,
8  and maybe they were trying to help me.
9         Maybe they were trying to protect
10 themselves.  It's a frightening thing to
11 hear someone say the things that I was
12 saying.  Imagine living it.
13    Q.   Okay.  Do you recall who those
14 employees were that were at the store?
15    A.   No, but they were employees on
16 December 5, 2018.  So you can probably go
17 and get the records and find out who they
18 were.
19    Q.   Had you ever met them before?
20    A.   I don't recall who they are or
21 their names or anything about them.  They
22 are not friends or associates of mine in
23 any way, so I can't recall who they are.
24    Q.   Okay.  In your prior
25 communications at AT&T stores, did you --

```
 1   let me ask it this way.
 2          You had previously been to the
 3   Raleigh North Hills store, is that
 4   correct, before December 5th?
 5      A.   Yes, many times.
 6      Q.   And did you know any of the
 7   employees that worked there?
 8      A.   No.
 9      Q.   Did you know the manager?
10      A.   No.
11      Q.   If I asked you today to tell me
12   the name of any of person at AT&T who you
13   spoke to who worked at the Raleigh North
14   Hills store, could you tell me that?
15      A.   I may have gotten a name in some
16   of this and placed it in my report to you,
17   but I don't recall it at this time.
18      Q.   Okay.  Did you know any of those
19   people from any other part of your life?
20          MR. LAVIGNE:  Objection, asked and
21   answered.
22          THE WITNESS:  No.
23          BY MS. STAGG:
24      Q.   Okay.  If we go on to the next
25   page, JW 0041 of Exhibit No. 2, it says
```

1  they stated I should carry a gun.  It
2  seems like AT&T finally taking this
3  seriously.  This has cost me so much time
4  and money.
5            What did you mean by those
6  statements?
7     A.   AT&T called the police on me.  So
8  they must have been scared of what I was
9  saying.  So that seemed like they were
10 taking something seriously, if not my
11 complaints, and the police officers that
12 met with me, we talked outside and they
13 asked me, man, this is serious, you should
14 probably carry a gun.
15           And again, you know -- yeah,
16 that's what happened.
17    Q.   Did you already have a gun from
18 when the FBI told you to be concerned
19 about SWAT attacks?
20    A.   I don't recall -- yes.
21    Q.   Yes, you had acquired guns prior
22 to this date on December 5, 2018?
23    A.   Yes.
24    Q.   You say it seems like AT&T finally
25 taking this seriously.  What did you mean

 1   by that?
 2       A.   They called the police on me.
 3       Q.   Okay.  Because of threats you were
 4   making to them?
 5       A.   No, I have never --
 6            MR. LAVIGNE:  Objection,
 7   argumentative.
 8            MS. STAGG:  Okay.  Do you have any
 9   understanding --
10            THE WITNESS:  -- never in my life
11   has anyone called the police on me for any
12   communicated threats that I have ever made
13   against anyone, never in my life.
14            And at the store I was reasonable.
15   I was only showing them text messages and
16   information that -- or speaking to them in
17   a way that was saying, look, my life is in
18   danger because of the activity that's
19   going on in this store.
20            And I'm sure that maybe struck a
21   nerve with them, and they said, hey, we
22   don't know what's going on with this guy.
23   Let's call the police and let them sort it
24   out.
25            BY MS. STAGG:

 1   Q.   Okay.
 2   A.   That's only my interpretation of
 3   this.
 4   Q.   Okay.  Well, do you believe they
 5   called the police on you to have you
 6   arrested?
 7   A.   I don't know.
 8        MR. LAVIGNE:  Objection, asked and
 9   answered, calls for speculation.
10        THE WITNESS:  I don't know why
11   they called the police.  Yeah, you have to
12   ask them.  You could find out the names of
13   those employees because the date is there
14   that this happened, and you will have
15   record of who they are and you can ask
16   them.
17        BY MS. STAGG:
18   Q.   Now, I noticed while we were
19   talking, you just picked up your phone and
20   looked at it.  It looked like you were
21   sending a text or something.
22   A.   No.  It's the air conditioner.
23   It's the air conditioner.  It's just very
24   cold.
25   Q.   Got it, okay.  Just double