IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

-----------------------------------------------------X
JASON WILLIAMS,

           Plaintiff,

    vs.

AT&T MOBILITY LLC,

           Defendant.
-----------------------------------------------------X

Case No.: 5:19-cv-00475-BO

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DEFENDANT AT&T MOBILITY LLC TO PRODUCE DOCUMENTS

**UPON** consideration of Plaintiff Jason Williams' April 28, 2022, Motion to Compel Defendant AT&T Mobility LLC To Produce Documents (the "Motion to Compel"); the accompanying Memorandum of Law; the Declaration of Plaintiff Jason Williams, dated April 28, 2022; the Declaration of Christopher N. LaVigne, dated April 28, 2022, and the exhibits thereto; and Defendant's opposition to the Motion to Compel; and due cause having been presented, it is hereby

**ORDERED** that Plaintiff's Motion to Compel discovery under Federal Rules of Civil Procedure 26, 34 and 37 and the Local Rules of the Eastern District of North Carolina 7.1, 26.1 and 34 is **GRANTED** and that the Defendant must produce the documents listed in its February 15, 2022 Amended Privilege Log within ___ days of the date of this Order.

**IT IS SO ORDERED.**

Dated: _____ __, 2022

                                                 By: _____
                                                    Honorable Terrence W. Boyle
                                                    United States District Judge