IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

---------------------------------------------------------X
JASON WILLIAMS,

               Plaintiff,

     vs.

AT&T MOBILITY LLC,

               Defendant.
---------------------------------------------------------X

Case No.: 5:19-cv-00475-BO

## DECLARATION OF CHRISTOPHER N. LAVIGNE IN SUPPORT OF PLAINTIFF JASON WILLIAMS' OPPOSITON TO AT&T'S MOTION FOR SUMMARY JUDGMENT AND MOTIONS IN LIMINE

I, Christopher N. LaVigne, hereby declare under penalty of perjury that the following is true and correct and state as follows:

1. I am an attorney admitted to practice law in the State of New York. I am a partner at the law firm of Withers Bergman LLP, counsel for Plaintiff Jason Williams ("Plaintiff") in the above-entitled action. I was admitted via *Notice of Special Appearance* in this matter on November 8, 2019 (Doc. No. 11).

2. I submit this declaration in support of Plaintiff's opposition to Defendant AT&T Mobility's ("AT&T's") Motion for Summary Judgment or Partial Summary Judgment in the Alternative and AT&T's Motions in Limine 1 and 2, filed concurrently with AT&T's summary judgment motion (all three motions collectively referred to hereafter as "Motions").

3. Attached to the Appendix of Exhibits filed in opposition to AT&T's Motions are true and correct copies of the following documents:

| Exhibit No. | Description |
|---|---|
| 1 | Copy of AT&T's account notes associated with Mr. Williams' phone number, produced by AT&T (ATT-WIL-00624-690) |
| 2 | Copy of a "2018 Hack Tracker" document, produced by Mr. Williams (JW_0040-41) |
| 3 | Excerpts of Deposition of Jason Williams, taken on February 23, 2022 |
| 4 | Excerpts of Deposition of AT&T employee and 30(b)(6) witness Ray Hill, taken on November 17, 2021 |
| 5 | Plaintiff's Second Supplemental Response and Objections to Defendant's First Set of Interrogatories, dated April 20, 2021 |
| 6 | Excerpts of Deposition of AT&T employee Robert Arno, taken on February 28, 2022 |
| 7 | Defendant's Expert Report of Richard A. Sanders, dated August 2, 2021 |
| 8 | Copy of article entitled "Identity Thieves Hijack Cellphone Accounts to Go After Virtual Currency," dated August 21, 2017, produced by Mr. Williams (JW_3334-37) |
| 9 | Copy of article entitled "How Criminals Recruit Telecom Employees to Help Them Hijack SIM Cards," dated August 3, 2018, produced by Mr. Williams (JW_3321-26) |
| 10 | Copy of article entitled "AT&T Contractors and a Verizon Employee Charged With Helping SIM Swapping Criminal Ring," dated May 13, 2019, produced by Mr. Williams (JW_3327-30) |
| 11 | Defendant's Initial Disclosures Pursuant to Fed. R. Civ. Proc. 26 (a)(1), dated May 18, 2020 |
| 12 | Email communications between and among employees of AT&T and employees of Prime Communications, an AT&T authorized retailer, produced by Prime Communications (PRIME000001-04) |
| 13 | Copy of letter from counsel for Mr. Williams, Christopher LaVigne, to counsel for AT&T, Michael Breslin regarding crypto accounts, dated September 24, 2021 |
| 14 | Plaintiff's First Supplemental Responses and Objections to Defendant's Second Set of Interrogatories, dated November 12, 2021 |
| 15 | Copy of text messages received by Mr. Williams regarding a threat made to him, produced by Mr. Williams (JW_0034-35) |
| 16 | Copy of text messages received by Mr. Williams regarding a threat made to him, produced by Mr. Williams (JW_0036) |
| 17 | Copy of Application for Tax Paid Transfer and Registration of Firearm, produced by Mr. Williams (JW_3294-98) |
| 18 | Copy of text messages from Mr. Williams' regarding impersonation efforts, produced by Mr. Williams (JW_0037-38) |
| 19 | Plaintiff's Responses and Objections to Defendant's First Set of Interrogatories, dated July 6, 2020 |
| 20 | Copy of email chain between Google and Mr. Williams' counsel, Joseph Gallo, regarding Mr. Williams' inability to access his personal email account |
| 21 | PART 1: AT&T Wireless Customer Agreement in effect March 2018–Nov. 2018, produced by AT&T (ATT-WIL-05974-6016) |

| | |
|---|---|
| | PART 2: AT&T Wireless Customer Agreement in effect Nov. 2018–Feb. 2019, produced by AT&T (ATT-WIL-01498-1537) |
| 22 | Excerpt of AT&T's Wireless Customer Agreement, including section 10.3.2 (ATT-WIL-01536) |
| 23 | Excerpt of AT&T's Wireless Customer Agreement, including section 4.1 (ATT-WIL-05993-94) |
| 24 | Copy of transcript of podcast interview in which Mr. Williams describes the effects of the SIM swaps to the interviewer, produced by AT&T (ATT-WIL-02317-02320) |
| 25 | Copy of May 14, 2019 letter from AT&T's employee Tami Shurtz, AT&T Senior Manager – Office of the President, addressed to Mr. Williams, regarding unauthorized CPNI access (ATT-WIL-06117) |
| 26 | Copy of July 3, 2019 letter from AT&T's employee Nena Romano, Director, Compliance – AT&T Communications, addressed to Mr. Williams, regarding unauthorized CPNI access (ATT-WIL-06117) |
| 27 | Copy of September 23, 2021 AT&T "Cyber Aware" blog post entitled "Better Protect Your Online Accounts with 'Two-Factor Authentication'", produced by Mr. Williams (JW_3331-33) |
| 28 | Copy of an internal AT&T SIM swap security document entitled "Unauthorized SIM Swaps" (ATT-WIL-03915-17) |
| 29 | Copy of the Court's March 25, 2020 Order denying Defendant's Motion to Dismiss (Doc No. 20) |
| 30 | Copy of Defendant AT&T's Memorandum of Law in Support of its Motion to Dismiss Pursuant to Rule 12 (b)(6), 12 (b)(1) and 9(b), dated December 20, 2019 (Doc No. 15) |
| 31 | Copy of Coinbase account statement regarding email address associated with Mr. Williams' hacked account, produced by Coinbase |

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 3, 2022
        New York, New York

By: _____
       Christopher N. LaVigne