| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See "Instructions for Service of Process by U.S. Marshal" |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Jason Williams | 5:19-cv-475-BO |
| DEFENDANT | TYPE OF PROCESS |
| AT&T Mobility, LLC | Order and Judgment |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | Anexio Managed Services, LLC c/o Registered Agent Paracorp Incorporated |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| | 176 Mine Lake Ct., # 100 Raleigh, NC 27615 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Joseph Samuel Dowdy
Kilpatrick Townsend & Stockton LLP
4208 Six Forks Rd., Suite 1400
Raleigh, NC 27609

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
Serve by personal service..

RECEIVED APR 07 2022 U.S. Marshals Service, EDNC

Signature of Attorney other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT

Lindsay Stouch

TELEPHONE NUMBER: 919-645-1700    DATE: 4/5/2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 56 | District to Serve No. 56 | Signature of Authorized USMS Deputy or Clerk | Date 4/22/2022 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date 5/6/2022 | Time | ☐ am ☐ pm |
|---|---|---|---|
| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy | | |

Costs shown on attached USMS Cost Sheet >>

REMARKS
Delivered 5/2/2022
CERTIFIED MAIL 7014 3490 0001 7455 0779 ✓
SEE PS FORM 3811 OR USPS TRACKING

FILED
MAY 09 2022
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK



Form USM-285
Rev. 03/21

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. 5:19-CV-475<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery<br>[name]    5/2/22 |

1. Article Addressed to:

Anexio Managed Services
c/o: Registered Agent Paracorp Inc.
176 Mine Lake Ct., #100
Raleigh, NC 27615

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

9590 9402 6751 1074 9040 17

3. Service Type
☑ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...red Mail
☐ ...red Mail Restricted Delivery ($500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)

7014 3490 0000 7455 0779

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

```
                USPS TRACKING #                                      First-Class Mail
                                                                     Postage & Fees Paid
                                                                     USPS
                                                                     Permit No. G-10

        9590 9402 6751 1074 9040 17

United States          • Sender: Please print your name, address, and ZIP+4® in this box•
Postal Service

    RECEIVED          United States Marshals Service
     MAY 05 2022      310 New Bern Avenue, Suite 100
                      Raleigh, North Carolina 27601
  U.S. Marshals Service, EDNC
```