IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-cv-00475-BO

| | |
|---|---|
| **JASON WILLIAMS,** | |
| **Plaintiff,** | **NOTICE OF UNAVAILABILITY** |
| v. | **(TERENCE S. REYNOLDS)** |
| **AT&T MOBILITY, LLC,** | |
| **Defendant.** | |

**PLEASE TAKE NOTICE** that the undersigned counsel for Defendant Gregory Haynes, M.D. will be unavailable for all purposes on the following dates:

**January 17, 2023 through January 23, 2023; and**

**August 7, 2023 through August 15, 2023.**

Undersigned counsel will be out of town on the above dates, and respectfully requests that no trial, hearing, deposition, or other proceeding be set, noticed, or otherwise scheduled in the above-styled matter on any of the foregoing dates.

Respectfully submitted, this 25th day of July, 2022.

/s/ Terence S. Reynolds
Terence S. Reynolds, NC Bar No. 49848
SHUMAKER, LOOP & KENDRICK, LLP
101 South Tryon Street, Suite 2200
Charlotte, NC  28280
704.375.0057
treynolds@shumaker.com
*Local Civil Rule 83.1(d) Counsel*
*for Plaintiff Jason Williams*

# CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was electronically filed using the CM/ECF System, and was automatically served through such CM/ECF System upon each of the following:

Joseph Gallo, Esq.
Christopher LaVigne, Esq.
Martin J. Auerbach, Esq.
430 Park Avenue, 10th Floor
New York, NY 10022

*Counsel for Plaintiff Jason Williams*

Joseph S. Dowdy, Esq.
Kilpatrick Townsend & Stockton, LLP
4208 Six Forks Road, Suite 1400
Raleigh, NC 27609

Michael Breslin, Esq.
Kilpatrick Townsend & Stockton, LLP
1100 Peachtree Street NE, Suite 2800
Atlanta, GA 30309

Nancy L. Stagg, Esq. (CA State bar No. 157034)
Kilpatrick Townsend & Stockton, LLP
12255 El Camino Real, Suite 250
San Diego, CA 92130

*Counsel for Defendant AT&T Mobility, LLC*

This the 25th day of July, 2022.

>  /s/ Terence S. Reynolds
>  Terence S. Reynolds
>  *Local Civil Rule 83.1(d) Counsel*
>  *for Plaintiff Jason Williams*