# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
## No. 5:19-cv-00475-BO

| | |
|---|---|
| JASON WILLIAMS,<br><br>      **Plaintiff,**<br><br>v.<br><br>AT&T MOBILITY, LLC,<br><br>      **Defendant.** | **AMENDED NOTICE OF UNAVAILABILITY**<br>**(TERENCE S. REYNOLDS)** |

**PLEASE TAKE NOTICE** that the undersigned counsel for Plaintiff Jason Williams will be unavailable for all purposes on the following dates:

**January 17, 2023 through January 23, 2023; and**

**August 7, 2023 through August 15, 2023.**

Undersigned counsel will be out of town on the above dates, and respectfully requests that no trial, hearing, deposition, or other proceeding be set, noticed, or otherwise scheduled in the above-styled matter on any of the foregoing dates.

Respectfully submitted, this 25th day of July, 2022.

            */s/ Terence S. Reynolds*
            Terence S. Reynolds, NC Bar No. 49848
            SHUMAKER, LOOP & KENDRICK, LLP
            101 South Tryon Street, Suite 2200
            Charlotte, NC  28280
            704.375.0057
            treynolds@shumaker.com
            *Local Civil Rule 83.1(d) Counsel*
            *for Plaintiff Jason Williams*

# CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was electronically filed using the CM/ECF System, and was automatically served through such CM/ECF System upon each of the following:

Joseph Gallo, Esq.
Christopher LaVigne, Esq.
Martin J. Auerbach, Esq.
430 Park Avenue, 10th Floor
New York, NY 10022

*Counsel for Plaintiff Jason Williams*

Joseph S. Dowdy, Esq.
Kilpatrick Townsend & Stockton, LLP
4208 Six Forks Road, Suite 1400
Raleigh, NC 27609

Michael Breslin, Esq.
Kilpatrick Townsend & Stockton, LLP
1100 Peachtree Street NE, Suite 2800
Atlanta, GA 30309

Nancy L. Stagg, Esq. (CA State bar No. 157034)
Kilpatrick Townsend & Stockton, LLP
12255 El Camino Real, Suite 250
San Diego, CA 92130

*Counsel for Defendant AT&T Mobility, LLC*

This the 25th day of July, 2022.

                                             */s/ Terence S. Reynolds*
                                             Terence S. Reynolds
                                             *Local Civil Rule 83.1(d) Counsel*
                                             *for Plaintiff Jason Williams*