# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
United States Marshals Service

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Jason Williams | 5:19-cv-475-BO |
| DEFENDANT | TYPE OF PROCESS |
| AT&T Mobility, LLC | Order and Judgment |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Anexio Data Centers, LLC c/o Tony Pompliano
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
106 Birkhaven Dr., Cary, NC 27518

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Joseph Samuel Dowdy
Kilpatrick Townsend & Stockton LLP
4208 Six Forks Rd., Suite 1400
Raleigh, NC 27609

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 2
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
Serve by personal service.

RECEIVED APR 07 2022 U.S. Marshals Service, EDNC

Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT
*Lindsey Storch*
TELEPHONE NUMBER: 919-645-1700
DATE: 4/5/2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 510
District to Serve No. 510
Signature of Authorized USMS Deputy or Clerk: *A Malone*
Date: 4/22/2022

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Date: 7/15/2022  Time: 1500 pm

Address (complete only different than shown above)
Signature of U.S. Marshal or Deputy

Costs shown on *attached USMS Cost Sheet* >>

**REMARKS**

CERTIFIED MAIL 7014 3490 0002 7455 0762 ✓
SEE PS FORM 3811 OR USPS TRACKING

FILED
JUL 25 2022
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY __mus__ DEP CLK



Form USM-285
Rev. 03/21