IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| **JASON WILLIAMS,** | Case No. 5:19-cv-00475-BO |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| **AT&T MOBILITY, LLC,** | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** that Christopher T. Hood of the firm Shumaker Loop & Kendrick, LLP hereby appears as counsel for Plaintiff Jason Williams ("Plaintiff"), in the above-referenced proceeding.

Respectfully submitted, this 29th day of September, 2022.

/s/ Christopher T. Hood
Christopher T. Hood
SHUMAKER, LOOP & KENDRICK, LLP
101 South Tryon Street, Suite 2200
Charlotte, North Carolina 28280
Telephone: (704) 375-0057
Facsimile: (704)332-1197
Email: chood@shumaker.com
State Bar No. 41320

*Local Civil Rule 83.1(d) Counsel
for Plaintiff Jason Williams*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

KILPATRICK TOWNSEND & STOCKTON LLP
Joseph S. Dowdy
Phillip A. Harris, Jr.
4208 Six Forks Road, Suite 1400
Raleigh, NC 27609
Tel: (919) 420-1718
Fax: (919) 510-6120
Email: jdowdy@kilpatricktownsend.com
Email: pharris@kilpatricktownsend.com
*Counsel for Defendant AT&T Mobility, LLC*

KILPATRICK TOWNSEND & STOCKTON LLP
Adam P. Wiley
Two Embarcadero Center, Suite 1900
San Francisco, CA 94111
Tel: (415) 273-4336
Fax: (415) 576-0300
Email: awiley@kilpatricktownsend.com
*Counsel for Defendant AT&T Mobility, LLC*

KILPATRICK TOWNSEND & STOCKTON LLP
Michael J. Breslin
1100 Peachtree St., NE, Suite 2800
Atlanta, GA 30309
Tel: (404) 815-6500
Fax: (404) 541-4749
Email: mbreslin@kilpatricktownsend.com
*Counsel for Defendant AT&T Mobility, LLC*

KILPATRICK TOWNSEND & STOCKTON LLP
Nancy L. Stagg
12255 El Camino Real, Suite 250
San Diego, CA 92130
Tel: (858) 350-6156
Fax: (858) 408-3931
Email: nstagg@kilpatricktownsend.com
*Counsel for Defendant AT&T Mobility, LLC*

This the 29th day of September, 2022.

    */s/ Christopher T. Hood*
    Christopher T. Hood
    *Local Civil Rule 83.1(d) Counsel*
    *for Plaintiff Jason Williams*