# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| JASON WILLIAMS,<br><br>    Plaintiff,<br><br>vs.<br><br>AT&T MOBILITY, LLC,<br><br>    Defendant. | Case No. 5:19-cv-00475-BO<br><br>**NOTICE OF APPEARANCE** |

Pursuant to Local Civil Rule 5.2 of the United States District Court for the Eastern District of North Carolina, S. Mark Henkle, Esq., of the law firm of Kilpatrick Townsend & Stockton LLP hereby respectfully gives notice of his appearance as counsel for Defendant AT&T Mobility, LLC.

Respectfully submitted this 18th day of October, 2022.

/s/ S. Mark Henkle.
KILPATRICK TOWNSEND & STOCKTON LLP
S. Mark Henkle
N.C. State Bar No. 49265
1001 West 4th Street
Winston-Salem, NC 27101
Telephone: (336) 607-7300
Direct Tel: (336) 747-7531
Facsimile: (336) 607-7500
Email: mhenkle@kilpatricktownsend.com
*Counsel for Defendant*

1

KILPATRICK TOWNSEND 76632462 1

Case 5:19-cv-00475-BO   Document 157   Filed 10/18/22   Page 1 of 2

## CERTIFICATE OF SERVICE

I hereby certify that on date set out below, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

SHUMAKER LOOP & KENDRICK LLP
Terence S. Reynolds
treynolds@shumaker.com
Lucas D. Garber
lgarber@shumaker.com
Chirstopher Hood
chood @shumaker.com
101 South Tyron Street
Suite 2200
Charlotte, North Carolina 28280

*Local Civil Rule 83.1(d) Counsel for Plaintiff Jason Williams*

KILPATRICK TOWNSEND & STOCKTON, LLP
Joseph Dowdy
4208 Six Forks Road, Suite 1400
Raleigh, NC 27609
jdowdy@kilpatricktownsend.com
Michael Breslin
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
mbreslin@kilpatricktownsend.com
Nancy Stagg
12255 El Camino Real, Suite 250
San Diego, CA 92130
nstagg@kilptricktownsend.com
Adam Wiley
Two Embarcadero Center, Suite 1900
San Francisco, CA 94111
awiley@kilpatricktownsend.com

*Counsel for Defendant AT&T Mobility, LLC*

WITHERS BERGMAN LLP
Christopher LaVigne
christopher.lavigne@withersworldwide.com
Martin J. Auerbach
Martin.auerbach@withersworldwide.com
Joseph Gallo
Joseph.gallo@withersworldwide.com
430 Park Avenue, 10th Floor
New York, New York 10022-3505

*Counsel for Plaintiff Jason Williams*

This the 18th day of October, 2022.

/s/ S. Mark Henkle
S. Mark Henkle