IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:19-cv-00475-BO

| | |
|---|---|
| JASON WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>AT&T MOBILITY, LLC,<br><br>Defendant. | **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Dhamian A. Blue of BLUE LLP, 205 Fayetteville Street, Suite 300, Raleigh, North Carolina, 27601, now appears on behalf of Plaintiff Jason Williams in the above-referenced matter.

Date:   January 31, 2023

Respectfully submitted,

*/s/ Dhamian A. Blue*
Dhamian A. Blue
BLUE LLP
205 Fayetteville St., Suite 300
Raleigh, North Carolina 27601
dab@bluellp.com
Tel: 919-833-1931
Fax: 919-833-8009
N.C. State Bar No. 31405

*Local Civil Rule 83.1(d) Counsel for
Plaintiff Jason Williams*

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2023, I served the foregoing *Notice of Appearance* on all counsel of record via CM/ECF.

/s/ *Dhamian A. Blue*
Dhamian A. Blue