IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:19-cv-00475-BO

| | |
|---|---|
| JASON WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>AT&T MOBILITY, LLC,<br><br>Defendant. | MOTION TO WITHDRAW AS COUNSEL |

**NOW COME** Terence S. Reynolds, Lucas D. Garber and Christopher T. Hood, attorneys with the law firm of Shumaker, Loop & Kendrick, LLP, and hereby move to withdraw as counsel for the Plaintiff in this action. No scheduled hearing or trial will be delayed by the withdrawal of the moving counsel.

The Plaintiff has terminated his engagement with Shumaker, Loop & Kendrick, LLP. Christopher N. LaVigne and Joseph E. Gallo, of the law firm of Withers Bergman LLP, will continue to represent the Plaintiff in this action, and Dhamian Blue, of the law firm of Blue, LLP, shall continue to serve as Local Civil Rule 83.1(d) Counsel for the Plaintiff in this action.

Accordingly, Terence S. Reynolds, Lucas D. Garber and Christopher T. Hood respectfully request that the Court grant their leave to withdraw as counsel.

*(Signature Page Follows)*

Respectfully submitted, this 1st day of February, 2023.

/s/ Terence S. Reynolds
Terence S. Reynolds, NC Bar No: 49848
Lucas D. Garber, NC Bar No: 47756
Christopher T. Hood, NC Bar No: 41320
SHUMAKER, LOOP & KENDRICK, LLP
101 South Tryon Street, Suite 2200
Charlotte, NC  28280
Telephone: (704) 375-0057
Facsimile: (704)332-1197
treynolds@shumaker.com
lgarber@shumaker.com
chood@shumaker.com
*Local Civil Rule 83.1(d) Counsel*
*for Plaintiff Jason Williams*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing *Motion to Withdraw as Counsel* was electronically filed with the Clerk of Court and served upon all counsel of record using the CM/ECF system.

Respectfully submitted, this 1st day of February, 2023.

/s/ Terence S. Reynolds
Terence S. Reynolds, NC Bar No: 49848
