IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:19-cv-00475-BO

JASON WILLIAMS,

   Plaintiff,

v.

AT&T MOBILITY, LLC,

   Defendant.

ORDER

This matter is before the Court on the Motions to Withdraw as Counsel filed by Terence S. Reynolds, Lucas D. Garber and Christopher T. Hood of the law firm Shumaker, Loop & Kendrick, LLP. FOR GOOD CAUSE SHOWN, it is ordered that the Motions to Withdraw as Counsel, filed by Terence S. Reynolds, Lucas D. Garber, and Christopher T. Hood are hereby GRANTED, and that Terence S. Reynolds, Lucas D. Garber, and Christopher T. Hood are discharged from any further responsibility for the representation of the Plaintiff in this action.

Christopher N. LaVigne and Joseph E. Gallo, of the law firm Withers Bergman, LLP, will continue to represent the Plaintiff in this action, together with Dhamian Blue, of the law firm Blue, LLP, continuing to serve as Local Civil Rule 83.1(d) Counsel for the Plaintiff in this action.

SO ORDERED. This the ____ day of February, 2023.

*[signature]*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

18309645v1