**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**

---------------------------------------------------------X
JASON WILLIAMS,

                Plaintiff,

    v.

AT&T MOBILITY LLC,

                Defendant.

---------------------------------------------------------X

Case No. 5:19-cv-00475-BO

**PLAINTIFF'S PROPOSED VERDICT FORM**

**Local Rule 51.1**

## COUNT I

<u>Violation of § 222 of the Federal Communications Act</u>

1. Do you find by a preponderance of the evidence that AT&T used, disclosed, and/or permitted access to Mr. Williams' Customer Proprietary Network Information ("CPNI") without Mr. Williams' notice, consent, and/or authorization?

    Yes _____     No _____

*If your answer to Question No. 1 is "no," do not answer the remaining questions for Count I. If your answer to Question No. 1 is "yes," proceed to Question No. 2.*

2. Do you find by a preponderance of evidence that Plaintiff suffered damages as a proximate cause of AT&T's acts?

    Yes _____     No _____

*If your answer to Question No. 2 is "no," do not answer the remaining questions for Count I and proceed to Count II. If your answer to Question No. 2 is "yes," proceed to Question No. 3.*

3. What amount of damages has Mr. Williams sustained as a result of AT&T's acts or omissions?

   $_____.

## **COUNT II**

Violation of North Carolina's Unfair and Deceptive Trade Practices Act, N.C. Gen Sta. Ann. § 75-1.1

1. Do you find by a preponderance of the evidence that defendant AT&T engaged in unfair and/or deceptive acts or practices regarding the security of Mr. Williams' personal information and data, including CPNI?

   Yes _____     No _____

2. Intentionally misled its customers regarding its security and data protection practices in order to attract customers?

   Yes _____     No _____

*If you answered "Yes" to either Questions 1 or 2, proceed to Question 3.*

*If you answered "No" to both Questions 1 and 2, do not answer the remaining questions for Count II and proceed to Count III.*

3. As to the acts in Question 1 to which you answered "yes," do you find by a preponderance of the evidence that AT&T's conduct proximately caused Mr. Williams' injury(ies)?

   Yes _____     No _____

*If your answer to Question No. 3 is "no," do not answer the remaining questions for Count II and proceed to Count III. If your answer to Question No. 3 is "yes," proceed to Question No. 4.*

2

4. What amount of damages has Mr. Williams sustained as a result of AT&T's acts in Question 1 to which you answered "Yes"?

    $_____.

## COUNT III

Negligence

1. Do you find by a preponderance of the evidence that defendant AT&T breached its duty to exercise reasonable care owed to the plaintiff?

    Yes _____     No _____

*If your answer to Question No. 1 is "no," do not answer the remaining questions for Count III and proceed to Count IV. If your answer to Question No. 1 is "yes," proceed to Question No. 2.*

2. Did AT&T's breach of its duties proximately cause Mr. Williams' injuries?

    Yes _____     No _____

*If your answer to Question No. 2 is "no," do not answer the remaining questions for Count III and proceed to Count IV. If your answer to Question No. 2 is "yes," proceed to Question No. 3.*

3. What amount of damages is Mr. Williams entitled to recover from defendant AT&T as a result of AT&T's negligence?

    $ _____.

## COUNT IV

Negligent Supervision

1. Do you find by a preponderance of the evidence that defendant AT&T breached its duty to supervise its agents and employees?

    Yes _____     No _____

*If your answer to Question No. 1 is "no," do not answer the remaining questions for Count IV and proceed to Count V. If your answer to Question No. 1 is "yes," proceed to Question No. 2.*

    2.  Did AT&T's negligent supervision proximately cause Mr. Williams' injuries?

    Yes \_\_\_\_\_                No \_\_\_\_\_

*If your answer to Question No. 2 is "no," do not answer the remaining questions for Count IV and proceed to Count V. If your answer to Question No. 2 is "yes," proceed to Question No. 3.*

    3.  What amount of damages is Mr. Williams entitled to recover from defendant AT&T as a result of AT&T's negligent supervision?

    $ _____ .

## **COUNT V**

<u>Violation of NC Anti-Hacking Statute</u>

    1.  Did AT&T violate North Carolina's Computer Trespass / Anti-Hacking Statute?

    Yes \_\_\_\_\_                No \_\_\_\_\_

*If your answer to Question No. 1 is "no," do not answer the remaining questions for Count V. If your answer to Question No. 1 is "yes," proceed to Question No. 2.*

    2.  In what amount has Mr. Williams been damaged as a result of AT&T's conduct?

    $ _____ .

*Once you have completed answering the questions in Counts I-V above, please sign and date this verdict form and notify the bailiff.*

Dated: _____

PRESIDING JUROR: