IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CV-00475-BO

**Jason Williams**,

        Plaintiff,

v.

**AT&T Mobility, LLC**,

        Defendant.

**Order**

Last month, the court issued an order setting a pretrial conference on February 14, 2023, and requiring the parties to jointly prepare a proposed pretrial order in compliance with Local Civil Rule 16.1. *See* Order Setting Pretrial Conference, D.E. 159. The parties submitted their proposed pretrial order on February 7, 2023. *See* Proposed Order, D.E. 166. The court has reviewed the proposed pretrial order and finds that it does not comply with Local Rule 16.1 and the order setting the pretrial conference in the following ways:

- The parties have not identified what factual and legal issues, if any, the parties stipulate are involved in this case. Factual and legal issues are those issues which the court or the jury will need to resolve during the trial.

- Plaintiff's contentions identify no factual issues—only factual contentions.

- Defendant's contentions are not separated into factual contentions, factual issues, and legal issues.

- The parties' designations of pleadings and discovery materials do not provide citations indicating where the listed materials may be found, despite these materials being available in the record.

- The parties' witness lists do not contain proposed witnesses' addresses.

Prior to the final pretrial conference, counsel shall meet and confer to discuss and address these issues. Counsel must email a revised proposed pretrial order to Documents_USMJ_Numbers@nced.uscourts.gov no later than 3:00 p.m. on Monday, February 13, 2023.

Dated: February 9, 2023

_____
Robert T. Numbers, II
United States Magistrate Judge