# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

---------------------------------------------------------X
:
JASON WILLIAMS, :
: Case No. 5:19-cv-00475-BO
Plaintiff, :
: **JOINT STIPULATION OF DISMISSAL**
v. : **WITH PREJUDICE**
:
AT&T MOBILITY LLC, :
:
Defendant. :
---------------------------------------------------------X

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between Plaintiff Jason Williams ("Williams") and Defendant AT&T Mobility LLC ("AT&T"), through their undersigned counsel, as follows:

1. All claims asserted in this action should be and hereby are dismissed with prejudice.

2. Each party will bear its own costs and expenses, including any and all attorneys' fees.

1.

Dated: February 13, 2023

Respectfully submitted,

| **Counsel for Plaintiff:** | **Counsel for Defendant:** |
|---|---|
| */s/* Christopher LaVigne | */s/* Joseph S. Dowdy |
| Christopher LaVigne | Joseph S. Dowdy (N.C. State Bar No. 31941) |
| Joseph Gallo | KILPATRICK TOWNSEND & STOCKTON LLP |
| WITHERS BERGMAN LLP | 4208 Six Forks Road, Suite 1400 |
| 430 Park Avenue | Raleigh, NC 27609 |
| New York, New York 10022 | Telephone: (919) 420-1700 |
| Telephone: (212) 848-9800 | Facsimile: (919) 510-6120 |
| Facsimile: (212) 848-9888 | Email: jdowdy@kilpatricktownsend.com |
| Christopher.LaVigne@withersworldwide.com | |
| Joseph.Gallo@withersworldwide.com | Nancy L. Stagg (CA State Bar No. 157034) |
| | KILPATRICK TOWNSEND & STOCKTON LLP |
| */s/* Dhamian Blue | 12255 El Camino Real, Suite 250 |
| Dhamian Blue | San Diego, CA 92130 |
| 205 Fayetteville Street, Suite 300 | Telephone: (858) 350-6156 |
| Raleigh, North Carolina 27601 | Facsimile: (858) 350-6111 |
| Phone: (919) 833-1931 | Email: nstagg@kilpatricktownsend.com |
| Fax: (919) 833-8009 | |
| dab@bluellp.com | S. Mark Henkle, |
| State Bar No. 31405 | KILPATRICK TOWNSEND & STOCKTON LLP |
| Local Civil Rule 83.1(d) Counsel for Plaintiff | 1001 West Fourth Street |
| | Winston-Salem, North Carolina 27101 |
| | Telephone: (336) 747-7531 |
| | Facsimile (336) 793-4876 |
| | Email: mhenkle@kilpatricktownsend.com |