IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JASON WILLIAMS,

    Plaintiff,

vs.

AT&T MOBILITY LLC,

    Defendant.

Case No. 5:19-cv-00475-BO

**ORDER GRANTING AT&T'S UNOPPOSED MOTION TO SEAL CERTAIN EXHIBITS INADVERTENTLY PUBLICLY FILED**

THIS CAUSE coming before the Court upon consideration of the unopposed Motion of Defendant AT&T Mobility LLC ("AT&T"), to seal exhibits inadvertently filed in ECF 143, submitted by Plaintiff in opposition to AT&T's Motion for Summary Judgment or Partial Summary Judgment in the Alternative and AT&T's Motions In Limine. AT&T asserts that documents it seeks to have filed under seal contain Confidential Information under the Protective Order entered in this action. AT&T asserts that information contained in the documents it seeks to have placed under seal are AT&T's internal documents that discuss AT&T's efforts to prevent unauthorized SIM swap activity, including AT&T's technology, security practices, policies and procedures and the release of such information would harm AT&T's competitive standing, and threaten the security of AT&T's wireless network. These considerations warrant sealing. Accordingly, the Court GRANTS AT&T's unopposed Motion.

The Clerk of the Court is instructed to seal Exhibits 1, 4 and 28 in ECF 143. Counsel for AT&T shall provide the Clerk with redacted versions of the Exhibits for the public file within 5 business days of entry of this Order.

IT IS SO ORDERED.

This \_\_\_\_ day of November, 2023.

_____
Honorable Terrence W. Boyle
United States District Court Judge