IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JASON WILLIAMS,

    Plaintiff,

vs.

AT&T MOBILITY LLC,

    Defendant.

Case No. 5:19-cv-00475-BO

**ORDER GRANTING AT&T'S UNOPPOSED MOTION TO SEAL CERTAIN EXHIBITS INADVERTENTLY PUBLICLY FILED**

THIS CAUSE coming before the Court upon consideration of the unopposed Motion of Defendant AT&T Mobility LLC ("AT&T"), to seal exhibits inadvertently filed in ECF 143, submitted by Plaintiff in opposition to AT&T's Motion for Summary Judgment or Partial Summary Judgment in the Alternative and AT&T's Motions In Limine. AT&T asserts that documents it seeks to have filed under seal contain Confidential Information under the Protective Order entered in this action. AT&T asserts that information contained in the documents it seeks to have placed under seal are AT&T's internal documents that discuss AT&T's efforts to prevent unauthorized SIM swap activity, including AT&T's technology, security practices, policies and procedures and the release of such information would harm AT&T's competitive standing, and threaten the security of AT&T's wireless network. These considerations warrant sealing. Accordingly, the Court GRANTS AT&T's unopposed Motion.

Because ECF 143 has been filed as a single document, in violation of Section V.E. of the Policy Manual, the Clerk of Court is unable to seal only the requested exhibits. Accordingly, the Clerk of the Court is instructed to seal ECF 143 in its entirety. Plaintiff shall re-file ECF 143, with attachments entered as separate documents in accordance with the Policy Manual within ten (10) days of the date of entry of this order. Exhibits 1, 4, and 28 shall be represented with a placeholder referencing the sealed version at ECF 143. Counsel for AT&T shall file redacted versions of Exhibits 1, 4, and 28 for the public file within 5 business days of of plaintiff's re-filing of ECF 143.

IT IS SO ORDERED. This *16* day of November, 2023.

*Terrence Boyle*
Honorable Terrence W. Boyle
United States District Court Judge