IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

---

JASON WILLIAMS,

        Plaintiff,

vs.

AT&T MOBILITY LLC,

        Defendant.

---

Case No. 5:19-cv-00475-BO

**PLAINTIFF JASON WILLIAMS' APPENDIX OF EXHIBITS
IN SUPPORT OF ITS OPPOSITION TO AT&T'S MOTION FOR SUMMARY JUDGMENT
OR FOR PARTIAL SUMMARY JUDGMENT IN THE ALTERNATIVE ON PLAINTIFF'S
COMPLAINT**

Plaintiff Jason Williams ("Williams") submits this Appendix of Exhibits pursuant to Local Civil Rule 56.1, in Support of his Opposition to Defendant AT&T Mobility LLC's ("AT&T's") Motion for Summary Judgment or for Partial Summary Judgment in the Alternative on Plaintiff's Complaint:

| Exhibit No. | Description |
|---|---|
| 1 | Copy of AT&T's account notes associated with Mr. Williams' phone number, produced by AT&T (ATT-WIL-00624-690) |
| 2 | Copy of a "2018 Hack Tracker" document, produced by Mr. Williams (JW_0040-41) |
| 3 | Excerpts of Deposition of Jason Williams, taken on February 23, 2022 |
| 4 | Excerpts of Deposition of AT&T employee and 30(b)(6) witness Ray Hill, taken on November 17, 2021 |
| 5 | Plaintiff's Second Supplemental Response and Objections to Defendant's First Set of Interrogatories, dated April 20, 2021 |
| 6 | Excerpts of Deposition of AT&T employee Robert Arno, taken on February 28, 2022 |
| 7 | Defendant's Expert Report of Richard A. Sanders, dated August 2, 2021 |
| 8 | Copy of article entitled "Identity Thieves Hijack Cellphone Accounts to Go After Virtual Currency," dated August 21, 2017, produced by Mr. Williams (JW_3334-37) |

| 9 | Copy of article entitled "How Criminals Recruit Telecom Employees to Help Them Hijack SIM Cards," dated August 3, 2018, produced by Mr. Williams (JW_3321-26) |
|---|---|
| 10 | Copy of article entitled "AT&T Contractors and a Verizon Employee Charged With Helping SIM Swapping Criminal Ring," dated May 13, 2019, produced by Mr. Williams (JW_3327-30) |
| 11 | Defendant's Initial Disclosures Pursuant to Fed. R. Civ. Proc. 26 (a)(1), dated May 18, 2020 |
| 12 | Email communications between and among employees of AT&T and employees of Prime Communications, an AT&T authorized retailer, produced by Prime Communications (PRIME000001-04) |
| 13 | Copy of letter from counsel for Mr. Williams, Christopher LaVigne, to counsel for AT&T, Michael Breslin regarding crypto accounts, dated September 24, 2021 |
| 14 | Plaintiff's First Supplemental Responses and Objections to Defendant's Second Set of Interrogatories, dated November 12, 2021 |
| 15 | Copy of text messages received by Mr. Williams regarding a threat made to him, produced by Mr. Williams (JW_0034-35) |
| 16 | Copy of text messages received by Mr. Williams regarding a threat made to him, produced by Mr. Williams (JW_0036) |
| 17 | Copy of Application for Tax Paid Transfer and Registration of Firearm, produced by Mr. Williams (JW_3294-98) |
| 18 | Copy of text messages from Mr. Williams' regarding impersonation efforts, produced by Mr. Williams (JW_0037-38) |
| 19 | Plaintiff's Responses and Objections to Defendant's First Set of Interrogatories, dated July 6, 2020 |
| 20 | Copy of email chain between Google and Mr. Williams' counsel, Joseph Gallo, regarding Mr. Williams' inability to access his personal email account |
| 21 | PART 1: AT&T Wireless Customer Agreement in effect March 2018–Nov. 2018, produced by AT&T (ATT-WIL-05974-6016)<br>PART 2: AT&T Wireless Customer Agreement in effect Nov. 2018–Feb. 2019, produced by AT&T (ATT-WIL-01498-1537) |
| 22 | Excerpt of AT&T's Wireless Customer Agreement, including section 10.3.2 (ATT-WIL-01536) |
| 23 | Excerpt of AT&T's Wireless Customer Agreement, including section 4.1 (ATT-WIL-05993-94) |
| 24 | Copy of transcript of podcast interview in which Mr. Williams describes the effects of the SIM swaps to the interviewer, produced by AT&T (ATT-WIL-02317-02320) |
| 25 | Copy of May 14, 2019 letter from AT&T's employee Tami Shurtz, AT&T Senior Manager – Office of the President, addressed to Mr. Williams, regarding unauthorized CPNI access (ATT-WIL-06117) |
| 26 | Copy of July 3, 2019 letter from AT&T's employee Nena Romano, Director, Compliance – AT&T Communications, addressed to Mr. Williams, regarding unauthorized CPNI access (ATT-WIL-06117) |
| 27 | Copy of September 23, 2021 AT&T "Cyber Aware" blog post entitled "Better Protect Your Online Accounts with 'Two-Factor Authentication'", produced by Mr. Williams (JW_3331-33) |

| 28 | Copy of an internal AT&T SIM swap security document entitled "Unauthorized SIM Swaps" (ATT-WIL-03915-17) |
| --- | --- |
| 29 | Copy of the Court's March 25, 2020 Order denying Defendant's Motion to Dismiss (Doc No. 20) |
| 30 | Copy of Defendant AT&T's Memorandum of Law in Support of its Motion to Dismiss Pursuant to Rule 12 (b)(6), 12 (b)(1) and 9(b), dated December 20, 2019 (Doc No. 15) |
| 31 | Copy of Coinbase account statement regarding email address associated with Mr. Williams' hacked account, produced by Coinbase |

Respectfully submitted on this 2nd day of May, 2022.

By: _____
Christopher LaVigne
Joseph Gallo
430 Park Avenue
New York, New York 10022
Telephone: (212) 848-9800
Facsimile: (212) 848-9888
Christopher.LaVigne@withersworldwide.com
Joseph.Gallo@withersworldwide.com

*Attorneys for Plaintiff Jason Williams*

Terence S. Reynolds
Lucas Garber
**SHUMAKER LOOP & KENDRICK LLP**
101 South Tyron Street, Suite 2200
Charlotte, North Carolina 28280
Telephone: (704) 375-0057
Facsimile: (704) 332-1197
treynolds@shumaker.com
State Bar No. 49848

*Local Civil Rule 83.1(d) Counsel for Plaintiff Jason Williams*

## CERTIFICATE OF SERVICE

I hereby certify that on date set out below, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Nancy L. Stagg
KILPATRICK TOWNSEND & STOCKTON LLP
12255 El Camino Real, Suite 250
San Diego, CA 92130
Telephone: (858) 350-6156
Facsimile: (858) 350-6111
Email: nstagg@kilpatricktownsend.com

Joseph S. Dowdy
KILPATRICK TOWNSEND & STOCKTON LLP
4208 Six Forks Road, Suite 1400
Raleigh, NC 27609
Telephone: (919) 420-1700
Facsimile: (919) 510-6120
Email: jdowdy@kilpatricktownsend.com

Michael Breslin
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree St. NE, Suite 2800
Atlanta, GA 30309
Telephone: (404) 815-6500
Facsimile (404) 815-6555
Email: mbreslin@kilpatricktownsend.com

*Counsel for Defendant AT&T Mobility, LLC*

This the 2nd day of May, 2022

/s/ Christopher LaVigne
Christopher LaVigne