# EXHIBIT 2

## 2018 Hack Tracker        Event

**Date**                    **Notes**

**September 26 2017**       First contact from John Maser Special Agent Charlotte Division - US Department of Justice FBI.
                            Asked me about wire transfers and my purchases of computer gear. I explained my experiment
                            at PRTI and the fact I owned the project End to End - I wasn't renting Hash or leasing power.

**November 5/6th 2018**     Sim Swap            Hacker pulled off attack while I was in Jamaica - changed my personal email and 2 step verification. Added new
                                                recovery phone number and email blocking me out of the phone. Changed my Coinbase password and the BTC address
                                                in my SlushPool account. They transferred like .23BTC to their BTC wallet (I sent that to you as well as the password
                                                They took over the mine in essence. I paid 2880 USD for 500 S9 13.5Th/s miners. I also had 70k invested in the tier
                                                3 data center mine. I over a five day period I was able to recover the mine and pay a third party to reconfigure the rigs.
                                                The mining activity in November is listed below

| Date | | Amount |
|---|---|---|
| 11/1/2018 | | 0.23418775 |
| 11/2/2018 | | 0.2296668 |
| 11/3/2018 | | 0.22829561 |
| 11/4/2018 | | 0.22179075 |
| 11/5/2018 | | 0.22077312 |
| 11/6/2018 hacked | | 0 |
| 11/7/2018 hacked | | 0 |
| 8-Nov hacked | re established mine | 0 |
| 11/9/2018 14:04 Sent | 1F1UMqM7ngeosQNtmwcoXCFxfmArUmGwcL | 0.208099 |
| | | Lost .67 BTC |

Contacted ATT and was able to get operator to disable the phone until I returned to the US / Atlanta
They sent the password change to my wife's phone and we re-established control of the phone.

**November 28th 2018**      DOX attack          Phone number 408-389-5162  sent me my name, address, and SS# at 3:39pm  "just gonna cut to the chase, I want
                                                1 BTC, or I'll ruin your credit, sell your info on an identity theft forum, and come after you, your wife, and your daughter.
                                                1CC9BkcduU2TT3KbZDvBTRyE28XeHFUB3X
                                                You have 30 minutes to comply with my demands, or action will be taken.

**November 28th 2018**      Kidnapping Threat/ Death    6:39pm - 408-389-5162 "Answer the phone or your daughter will go missing tonight." - contacted the FBI and local PD
                            Threat              They visited our house and spoke to Agent Ahearn. We established more patrols and It was recommended I arm myself???
                                                They called non stop
                                                It was suggested they may do a SWAT Attack - we contacted my places of work and prepared them

**November 30th 2018**      Sim Swap            Multiple texts from ATT free msg click stating SIM Card Replacement / Trouble shooting SIM Card
                                                Representative named Steve helped the SIM Swapper but they wouldn't tell me the store location - Operator
                                                states that there is no name of the customer which is very odd per the rep. She states they checked the customers
                                                license

**December 1st 2018**       SIM Swap            I was out of town at a soccer tournament and my phone got hacked around 4pm. Text at 9:55pm - Hello Jason Williams
                                                December 2nd - Hello? 2:53am then at 2:25pm text You have until today to respond or all hell will be let loose.

**December 2nd 2018**       SIM Swap            went into the store. Disabled SIM Card bought new phone 700 bucks. The ATT employee tried to help. I realized at that
                                                moment that ATT is trash. They literally have either inside job or complete incompetence. Hacked my twitter account
                                                stole BTC from followers. Reported this to FBI. Spoke to ATT Fraud Department. They stated the messages are being
                                                erased inside their system on every update.

**December 3rd 2018**       Verizon Phone (Burner)

**December 5th 2018**       SIM Swap            After telling ATT to not issue a SIM Card unless someone shows up in the Raleigh North Hills Store with two passports
                                                British and US they issued a new SIM Card. ATT Called the local PD on me. We discussed the situation. They stated

Case 5:19-cv-00475-BO     Document 172-2     Filed 11/20/23     Page 2 of 3        JW_0040
CONFIDENTIAL

I should carry a gun…  Seems like ATT finally taking this seriously.  This has cost me so much time and money…

**Hacked accounts**
- GMAIL — jasonwilliamseow@gmail.com
- HItBTC
- Coinbase
- Gemini account
- Slushpool
- Mine in Virginia
- Total impact approx.  1.5M dollars  Recovered the mining operation*** because I am smarter than these Assh*les

| Date | Event | Details |
|---|---|---|
| 4-Feb | Sim Swap | at 9:30pm I noticed my SIM card was deactivated while I was in Florida.  I contacted ATT and disabled phone.  My Coinbase and Gemini accounts were compromised. |
| 5-Feb | ATT Store | I visited the ATT store in Raleigh to recover my SIM.  They stated that my SIM card was swapped by email after online rep changed my 4 # pin password.  The hacker then solicited Bitcoin from multiple Instant Messenger and received my authy 2Fa for gemini account. |
| 6-Feb | Sim Swap | 1:30 am I noticed I was SIM swapped.  I had to wait until 8am to contact Fraud Department.  I had the phone disconnected at around 8:15am on feb 6th. |
| 6-Feb | ATT Store | I went into the ATT store around 7pm and met with associate named Jessica (Hassan was there as well - another ATT rep) and she helped me restore the phone and get another SIM card.  She phoned the Fraud department.  They stated my PIN was changed online at around 12:36am (password changed) and then my SIM card was swapped at 12:38am for "technical reason - SIM changed over the phone by RX8927 (Rex Mostoles) - Jessica stated to me that Rex must not have read the Large Notes in RED that clearly state do not make any changes to this account over the phone or email. |
| 6-Feb | Mine in Virginia | Hackers have deleted my Slush Pool account - stranding the 1.5M dollars of hardware - |
| 6-Feb | Gemini | My Gemini account is frozen and I am planning a call with Gemini Anti Fraud tomorrow at 4pm (google Hangout Video chat) after Hackers attempted to steal the 51 BTC. |

CONFIDENTIAL    JW_0041