# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA

WESTERN DIVISION

Case No. 5:19-cv-00475-BO

- - - - - - - - - - - - - - -X

JASON WILLIAMS,                    :

        Plaintiff,              :

v.                                 :

AT&T MOBILITY, LLC,                :

        Defendant.              :

- - - - - - - - - - - - - - -X

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Videoconference Video Deposition of

JASON A. WILLIAMS

(Taken by Defendant)

Charlotte, North Carolina

February 23, 2022

Reported by:    Andrea Nobrega

                Court Reporter

                Notary Public

1    Q.    So I'm trying to understand based

2    on the employment narrative that you gave,

3    which of those companies relate to your

4    Crypto mining activities, and then we'll

5    drill down into them?

6          But I'm trying to understand from

7    your employment narrative which ones

8    relate to this case.  You can answer.

9          MR. LAVIGNE:  Same objection.

10          THE WITNESS:  I'm sorry, Chris,

11    your microphone broke up.  I thought you

12    said you had an objection.

13          MR. LAVIGNE:  I said same

14    objection.  You can go ahead and answer.

15          THE WITNESS:  Okay.  At present,

16    PRTI is in the business of mining

17    Cryptocurrency.

18          BY MS. STAGG:

19    Q.    Related to the claims that you're

20    making in this lawsuit, which -- was it

21    you personally or another company that was

22    involved in Crypto mining?

23    A.    I owned a company, but I was the

24    only owner of called Apollo Kids Mining.

25    Q.    So PRTI's Crypto mining activities

1  because they identified me as a target of

2  SIM swaps.  I didn't reach out to them.

3       They reached out to me.  They knew

4  I was being SIM swapped and they wanted to

5  get my story, and then I don't know what

6  happened after that.

7       **Q.   How about other law enforcement**

8  **agencies, have you had any communications**

9  **with them regarding this activity,**

10 **including the SIM swaps, the SWAT attacks**

11 **and the attacks on your email and**

12 **financial accounts?**

13      A.   Yes.

14      **Q.   Okay.  Who have you been in**

15 **contact with?**

16      A.   Specifically the night or the

17 afternoon that I was threatened by text

18 message, that if I didn't respond or do

19 something, that my daughter would go

20 missing.  I called the police.  I was

21 terrified.

22      The police showed up at my house.

23 They did not -- it was such a wild claim

24 that I made, I think it was difficult for

25 the officer to fully contextualize

1   everything.

2        I gave him the number of the FBI

3   agent that I had been working with.  That

4   officer called the FBI agent outside of my

5   home and then his mood and demeanor

6   totally changed.

7        He entered my home, sat down with

8   me, uniformed officer with a gun and told

9   me he could not protect me.

10        He would try to get more patrols

11  in my neighborhood for the night or for

12  the next few days, but that if I had a gun

13  I should be ready to use that.

14        He also gave me his card and said

15  that often times officers will provide

16  people personal security when they are

17  off.

18        My daughters and wife were all

19  witness to this.  I then sat down with my

20  family and tried to put together some plan

21  for the night, if, in fact, someone came

22  to the house, that I wanted them to stay

23  in their room, and I would try to deal

24  with it as best I could.

25     **Q.   And that was local law enforcement**

1  what I should do in terms of informing

2  Morgan Creek Digital Assets, the employees

3  at Morgan Creek, the employees at PRTI,

4  that in the event there is a claim that I

5  was an active shooter or had done some

6  crime to not react, but take their pulse

7  and let law enforcement show up.

8         So it was highly disruptive to,

9  you know, me being a fund manager and

10 having to deal with this.

11        My clients are major universities,

12 healthcare institutions, the public

13 pension in ███████████████, the ████████

14 █████████████████████.

15        And as you can imagine, me being a

16 target of SIM swaps and this level of

17 instability, you know, threatened my

18 ability to be a good steward of my

19 responsibilities with these people.

20        It was highly -- it was highly

21 disruptive.  It was something that -- it

22 was just a very, very big deal.  I wish I

23 had the capacity and the words to explain

24 to you how unnerving this is.

25         This is my life.  It's what I

1    worked toward.  I don't practice medicine

2    anymore.

3            This is what I do, and for me to

4    have my personal information coopted for

5    these folks to reach out to business

6    clients and to solicit money and try to

7    extract like business deals and doings

8    that have nothing to do with me, it's just

9    terrifying.

10           MR. LAVIGNE:  Nancy, before you

11   ask the next question, I want to mark that

12   portion of the transcript confidential

13   that was just answered to the extent that

14   Mr. Williams mentioned his particular

15   clients.

16           MS. STAGG:  Sure.

17           Going back to your testimony about

18   your communications with the FBI.  So you

19   said that the FBI were the first ones to

20   bring up to you that you could be the

21   subject of a SWAT attack, which obviously

22   would be concerning, Mr. Williams.

23           When did they bring that up to

24   you?  Was that before or after the initial

25   SIM swap in this case?

1          THE WITNESS:  It was after the SIM

2     swap, and it was when the threats were

3     being escalated.

4          So it was after the threat of

5     kidnapping my middle daughter, Molly, that

6     they had brought that up to me.

7          And there was an active -- they

8     told me at that time there were active

9     bomb threats and SIM swaps occurring in

10    the community.

11         So I guess they monitor the Dark

12    Web and they follow the stuff.

13         But at that point there was an

14    escalation of that type activity by these

15    hackers and SIM swappers.

16         They were making me aware that I

17    could potentially be -- that technique

18    could be used against me.

19         BY MS. STAGG:

20    **Q.   Okay, but prior to that -- let me**

21    **ask a different question.**

22    **     Have you ever been the subject of**

23    **a SWAT attack?**

24    A.   Never.

25    **Q.   Do you recall whether that**

1    unrelenting wave of this activity.  So in

2    that wave of activity was a text message

3    at 6:44 p.m. that if you don't do X, Y, Z,

4    we are going to kidnap your daughter.

5           It was just me handling the AT&T

6    SIM swap.  I don't know if you have ever

7    called AT&T or had to be on the phone with

8    an AT&T representative to handle any

9    problem with your account, but these

10   things take hours and they are confusing

11   and then the phone drops or the

12   representative may not be engaged or

13   believe me or want to deal with it, but it

14   is -- it is an absolute time suck.

15          Throw on top of it you are worried

16   about your safety and your family's

17   safety.  It's terrifying.  I hate to keep

18   using the same word, but it is very scary.

19   **Q.    Did you call AT&T in connection**

20   **with the kidnapping threat on your**

21   **daughter?**

22      A.    No, but I did share that

23   information in the AT&T store, I believe,

24   at one time when I was handling a SIM

25   swap, that this is the level of problem

1           I wasn't being loud, or I wasn't

2      being disruptive.  That's not in my

3      nature.  I was simply being matter of fact

4      that I need you guys to take this

5      seriously.

6           I have been a customer for, gosh,

7      15, 16, 17 years at AT&T.  Why can't we

8      get this right.  I have done my job.

9           I pay you guys.  You know, 18

10     years I have been a customer.  Stop doing

11     this, you know, because this is the

12     result, someone wants to kidnap my

13     daughter.

14     **Q.   I'm trying to understand how you**

15     **believe the SIM swaps were related to the**

16     **kidnapping of your daughter?**

17     A.   Well, I will say it again.  This

18     was a persistent attack that went over

19     time.  It wasn't some asymmetric thing

20     where five months later someone said, you

21     know, X, Y, Z.

22          This was all happening all at once

23     at the same time, and I barely would get

24     some semblance of control over my phone

25     before it would happen again.

1          Even as of today, I have never
2    gotten access to certain accounts back.
3    So that is directly related to the SIM
4    swaps.  That's how it happened.  That's
5    when it happened.  It hasn't happened
6    since.
7         Q.   So I know -- we'll jump to the end
8    there.
9              You terminated your relationship
10   with AT&T in about February of 2019,
11   correct?
12        A.   I believe so.
13        Q.   And you went to Verizon?
14        A.   Yes.
15        Q.   And are you still with Verizon?
16        A.   Yes.
17        Q.   And using the same wireless number
18   that you used at AT&T?
19        A.   Yes.
20        Q.   You ported that number over to
21   Verizon?
22        A.   Yes.
23        Q.   And have you experienced any SIM
24   swap or SIM attack of any kind since you
25   moved to Verizon?

1       Q.   So someone who is following your

2   Twitter account, can see that you make

3   five or six figure purchases of Bitcoin,

4   is that correct?

5       A.   Someone --

6            MR. LAVIGNE:  -- objection --

7            THE WITNESS:  Yeah, someone who

8   lives in my community would see that I

9   drive a Lamborghini.  It's equivalent to

10  me.

11           BY MS. STAGG:

12      Q.   And you recall posting your Gemini

13  transactions, both buy and sell, correct?

14      A.   I don't recall.  I don't recall.

15      Q.   And Coinbase, you don't recall if

16  you posted any of those transactions,

17  correct?

18      A.   I don't recall because I don't

19  have control of Coinbase and haven't for a

20  very long time.

21           So it would be hard for me to have

22  done that.  Not to say I didn't, but I

23  don't recall.

24      Q.   So you mentioned you don't have

25  control of your Coinbase account.  What

1   are you referring to there?

2     A.   During one of the SIM swaps, the

3  attack was very thorough, and I think we

4  have given you the information related to

5  Coinbase's support detailing what happened

6  to me where my phone was SIM swapped.

7       They went through a process of

8  gaining my email.  Then after gaining my

9  email, they were able to engage in either

10  establishing Authy or taking control of

11  Authy.

12      That had a 48 hour or so delay.

13  They went through that delay.  Coinbase

14  support asked for physical identification,

15  which they produced, which was the front

16  and back of some ID and a picture of

17  myself.

18      And then they were able to take

19  control of that Coinbase account, which

20  was connected to my First Citizens Bank

21  account.

22      They withdrew two and a half

23  Bitcoin, purchased thousands of dollars of

24  Bitcoin, 30,000 plus of Bitcoin and then

25  attempted and were successful in making

1   withdrawals from my bank account funding

2   that Coinbase account and buying Bitcoin.

3          And I think that's directionally

4   correct and to the best of my like

5   understanding of what happened.

6      **Q.   Let me go through that since we**

7   **are on it.  I think we still have a little**

8   **bit of time.**

9          **So you don't have control -- did**

10  **you ever try to establish control of your**

11  **Coinbase account with Coinbase?**

12     A.   Yes.

13     **Q.   And what was the result?**

14     A.   I was unsuccessful.  I think that

15  the resolution was that that account was

16  frozen.

17          So it was not -- at the end of it,

18  the hackers don't have it, I don't have

19  it.

20          I tried it one time to set up a

21  new Coinbase account as an investor in

22  Coinbase.  I was working with their high

23  net worth group and I wanted to reengage

24  their customer service, test it, and we

25  started going down the pathway of setting

1   it was in the dark ages.  Now just a few

2   years later the security features are much

3   more robust and everyone is kind of

4   learning this is a nascent ten year old 12

5   year old kind of space.

6           So, you know, things are

7   progressing, but it's far better today

8   than it was when I was dealing with the

9   SIM swaps related to my, you know, AT&T

10  phone.

11  **Q.   Okay.  So do you know -- do you**

12  **have any idea where the hackers got your**

13  **ID?**

14  A.   Well, you have record of my ID at

15  AT&T.  So they could have certainly got it

16  from a computer there or someone that

17  worked at AT&T could have given it to

18  someone.

19          I was made aware by the Dark Web

20  division of the FBI that it's highly

21  probable that my information is on a Dark

22  Web.

23          It could have been through

24  accessing my email, my Drop Box.  I have

25  documents there.  I have had

1      Q.    All right, so let's talk about

2    each one of the SIM swaps that occurred in

3    this case.

4          So as you sit here today, how many

5    SIM swaps do you think happened on your

6    AT&T account?

7      A.    Seven or eight.

8      Q.    And let me confirm because we

9    started touching around on it.  What

10   accounts do you believe were breached as a

11   result of these SIM swaps?  We talked

12   about Coinbase.

13     A.    Yeah, so this is not

14   comprehensive.  This is just what I can

15   recall or what I know of.  I believe it

16   was Coinbase, potentially Gemini, my

17   email, my Drop Box, my social media,

18   potentially third-party exchanges, for

19   example, like HitBTC, LinkedIn.

20         I said social media, Twitter,

21   First Citizens -- that's my bank -- yeah,

22   and my personal information at the AT&T

23   store.

24         I absolutely believe that that

25   information -- because you know what it

1    is.  I don't.  I believe it's everything.

2    It's my social security.  It's everything.

3            I think that's been accessed and

4    used against me.

5        Q.    Okay.  I'm trying to understand

6    all the potential areas of claims that you

7    have as to your account.

8            So we talked about Coinbase.

9    Gemini, can you describe for the record

10   what Gemini is?

11       A.    Gemini is an exchange similar to

12   Coinbase.  It essentially serves the same

13   function.  It's a New York based North

14   Carolina -- excuse me, New York licensed

15   exchange run by the Winklevoss twins from

16   Facebook.

17       Q.    Okay.  And then you mentioned

18   email.  What email accounts were attacked

19   that you believe were the result of your

20   AT&T SIM swaps?

21       A.    It was JasonWilliamsEOW@Gmail.com

22   was my personal email.

23       Q.    Any other email account that were

24   hacked?

25       A.    I don't believe so.

1      Q.    Okay.  Drop Box you said.  Was

2   your Drop Box account hacked?

3      A.    Yes, I believe so.  It was

4   accessed.

5      Q.    And what name was that account in,

6   do you know?

7      A.    The username?

8          MR. LAVIGNE:  Objection, vague.

9          THE WITNESS:  It was my personal

10   Drop Box.  I don't -- I don't recall the

11   username.  I don't have access to it any

12   longer.

13          BY MS. STAGG:

14      Q.    Okay.  So you had no access to it

15   since the hack?

16      A.    I don't have any access to that

17   Drop Box that was hacked.

18      Q.    Okay.  Since the hack?

19      A.    Yes.

20      Q.    Is that a yes?

21      A.    Yes, sorry.

22      Q.    That's okay.

23      A.    I was nodding.

24      Q.    That's all right.  That's all

25   right.  That's why we are here, to remind

1    you.

2             Okay, so while we are on that,

3    what was in the Drop Box account that you

4    can no longer access?

5        A.    To the best of my knowledge, it's

6    going to be large files that have to do

7    with business due diligence, private

8    pictures, vacations, things I probably

9    don't want people to see, lots of things I

10   don't want people to see for any number of

11   reasons.

12       Q.    Were you storing files in Drop

13   Box?

14       A.    That Drop Box account was

15   typically a backup for certain files, but

16   also a place to drop large files for doing

17   due diligence on business deals, vacation

18   photos and things like that.

19       Q.    Okay.  So did you actually lose

20   access to those documents or just access

21   to the Drop Box files?

22       A.    I lost access to that Drop Box

23   that had that information in it.  I

24   haven't gotten back into that.

25             So I have a new Drop Box, I

1    believe, but it doesn't have that

2    information in it any longer, if that

3    makes sense to you.

4        Q.    Okay.  It does.  I guess I'm

5    asking a slightly different question.

6            Did you also have all of the files

7    that were in the Drop Box account that you

8    lost access to stored somewhere else?

9        A.    No.  No.

10       Q.    And were these files -- go ahead.

11       A.    Those files are too large to be

12   sent through email, so they use Drop Box

13   as the depository.

14           When I lost access to the Drop

15   Box, I don't have access to those files

16   any longer.

17       Q.    Okay, that's what I'm trying to

18   ask, because some people only use Drop Box

19   to transmit materials.  You were using it

20   to store materials?

21       A.    Yes.

22       Q.    Okay.  And to your knowledge,

23   understanding you don't have access to it,

24   you are saying you no longer have access

25   to the materials that were in those files

1 in any form.

2    So there is not, for example,

3 another copy saved in an Icloud account?

4  A. I don't believe so.

5  Q. Have you undertaken to determine

6 in any way what was in the Drop Box file?

7  A. No, I haven't.  I have only tried

8 to, you know, kind of move on in terms of

9 like my business dealings.

10    So anything that, you know, I

11 needed access to or couldn't find, you

12 know, I just kind of lived and continued.

13    I didn't go back and do any kind

14 of forensic analysis of that Drop Box

15 file.  Although important, it wasn't as

16 material as the other things I was dealing

17 with at that time.

18    Again, you know, taken separately

19 and put into a vacuum, I may have managed

20 the Drop Box differently.  But given all

21 of the things I was dealing with all at

22 once, I did the best I could with how to

23 manage -- you know, prioritizing the

24 issues and managing them.

25    And Drop Box is important, but

1    it's not the same as dealing with Coinbase

2    or Apollo Kids Mining being hacked or my

3    child being potentially abducted or

4    ransomed, and these other things.

5            They take precedence over family

6    vacation pictures or something

7    unfortunately that may come up in the

8    future that's compromising to me.

9        Q.    Have you ever contacted Drop Box

10   to try to gain access to that account?

11       A.    I don't recall at this time.

12       Q.    Do you remember at the time that

13   the hack occurred, just prior to it, what

14   security settings or protection, password

15   protection, 2FA you had on that account?

16       A.    To the best of my knowledge, it's

17   probably just password protected.  I don't

18   believe there was 2FA on Drop Box.  I

19   don't recall specifically.

20       Q.    Do you know whether or not the SIM

21   swaps that occurred on your AT&T phone

22   affected your Drop Box account?  In other

23   words, were they -- was your phone used in

24   any particular way to attack your Drop Box

25   account?

1          MR. LAVIGNE:  Objection, vague and

2    asked and answered.

3          THE WITNESS:  Yeah, as I

4    understand it, my Drop Box was accessed by

5    SIM swappers.

6          BY MS. STAGG:

7    Q.    How do you know that?

8    A.    That could have been a source of

9    my identification being comprised.

10    Q.    Well, your Drop Box account you

11    said was password protected, correct?

12    A.    That's correct.

13    Q.    Okay.  Where would you have stored

14    your password, if anywhere, for your Drop

15    Box account?

16    A.    I don't store passwords anywhere.

17    They are in my head.

18    Q.    Okay.  So how do you think the

19    hackers used your ID to access your Drop

20    Box account?

21    A.    They don't use your ID to access

22    the Drop Box.  They use a forgot your

23    email or forgot your password technique,

24    access that.

25          Now they already have my email, so

1    then they can change the password.

2            It's very easy to do, Mrs. Stagg,

3    once you have control of the phone, SMS

4    and email.

5       **Q.   So that's what I'm trying to get**

6    **at.  You had said email.**

7            **So you believe your Drop Box was**

8    **protected by SMS?**

9       A.   Well, I don't know.  It was

10   protected by password.  I can tell you

11   that emphatically, and if I have control

12   of your phone and your email, I can then

13   change your password.

14           So I don't need to know your

15   password.  I can make a new password.

16      **Q.   Right, so you can make a new**

17   **password, but how is it -- you explain to**

18   **me what your understanding is of how using**

19   **your phone and why not just email?**

20           **Why can't I just use an email to**

21   **go into Drop Box, forgot your password,**

22   **change the password without using your**

23   **phone?**

24      A.   Right, because I don't have

25   control of your email.  So if I have

1   control of your phone, which they did, I

2   can then get control of your email, which

3   they had.

4          Then I can go to Drop Box and put

5   in I forgot my password and Drop Box will

6   send you an email LINK that says click

7   this link to set up a new password, which

8   they did, and then they have a new

9   password, my Drop Box, my phone and my

10  information.

11         It's a very simple process -- only

12  simple retrospectively.  You know, during

13  all of this, I had a loose understanding

14  of this.

15         Now it's burned in my brain like I

16  have posttraumatic stress disorder.

17     Q.   Okay, now I understand what you

18  are saying.  What you are saying is the

19  phone hacks were used to access your email

20  which was then used according to you to

21  change the password on your Drop Box

22  account?

23     A.   That's right.  Correct, if I was

24  unclear.

25     Q.   No, that's fine.  I was trying to

1   clarify your understanding of what may

2   have happened, and I was trying to

3   understand how your phone in direct use

4   with your Drop Box account, but you

5   cleared that up for me what your

6   understanding is.  Thank you.

7          Now you said that you created a

8   new Drop Box account.  Have you made any

9   changes to your security on your Drop Box

10  account after this incident involving loss

11  of the original Drop Box account?

12         MR. LAVIGNE:  Objection, vague.

13         THE WITNESS:  Yes.

14         BY MS. STAGG:

15  Q.   What did you do?

16  A.   Well, I stopped using AT&T and I

17  use Verizon, and then I have the security

18  features that I have in place now with

19  Verizon, which seem to be working because

20  I have suffered no SIM swap attack since

21  being a Verizon customer.

22  Q.   All right, so we talked about your

23  Coinbase account, your Gemini account,

24  your email account, the Drop Box account.

25  Now let's talk about social media.

1              Were your passwords or access to

2    your social media accounts, and we'll talk

3    about which ones, were affected in your

4    understanding by the SIM swaps?

5        A.   Yes.

6        Q.   Okay, which ones?  Which social

7    media accounts?

8        A.   Twitter, LinkedIn specifically.

9        Q.   And the Twitter account that was

10   affected was your @GoingParobolic?

11       A.   No.  At that time it was @FSTMED,

12   same -- It just had a different @ I

13   believe.  You can change those, Mrs.

14   Stagg.

15       Q.   Okay, sure.  So that was the

16   prior --

17       A.   Same Twitter account, different @.

18       Q.   Got it, all right.  Was that the

19   time -- so you were able to recover your

20   Twitter account, correct?

21       A.   Yes.

22       Q.   All right.  And how long did you

23   not have access to your Twitter account?

24       A.   That happened a few times.  I

25   don't recall the duration of time I lost

1  access to it, but it happened a few times.

2     **Q.   When you say it happened a few**

3  **times, did it happen at any time prior to**

4  **the first SIM swap attack?**

5     A.   No, it -- all of these events

6  happened in the same sequence in this

7  compressed time frame and there was

8  everything all at once.

9     **Q.   Okay.**

10     A.   It's part of --

11     **Q.   And --**

12     A.   -- that these things work

13  effectively.  It's like, you know, if you

14  are looking at the right hand while I'm

15  shoving my left hand in your pocket, and

16  then you react to the left hand and they

17  are shoving the right hand.

18          That's the kind of -- kind of mess

19  you are in.  You lose your email.  You

20  know what's coming, because once I don't

21  have control of my email -- that's exactly

22  the process you and I just went over with

23  the Drop Box.

24          That's how they get into my social

25  media.  There is no 2FA.  It's simply a

1  username and password.  You don't know

2  your password.  I have your email because

3  I have your phone.

4        Now I will use that recovery link,

5  and then they have my -- they have all of

6  my contacts and my social media,

7  specifically DMs, etc.

8      **Q.  And so did you suffer any loss of**

9  **money as a result of losing access to your**

10  **Twitter account?**

11        MR. LAVIGNE:  Objection, vague.

12        THE WITNESS:  That's hard to say,

13  Mrs. Stagg, because I'm in the business of

14  raising capital and projecting this,

15  whether you agree or not, this personality

16  that is successful in Cryptocurrency and

17  manages money professionally.

18        Have I lost money associated with

19  those hacks, I assume yes.

20        BY MS. STAGG:

21      **Q.  Have you undertaken any steps to**

22  **quantify those losses?**

23      A.  I have attempted to in some of the

24  psychological or however you want to frame

25  them component of my claim against AT&T.

1   was doing the very, very best I could with

2   a very complicated -- in a very

3   complicated world.

4          We today as Bitcoiners don't agree

5   on security features, custody, etc.  So

6   there isn't one clear path to security.

7          BY MS. STAGG:

8      Q.   Okay.  All right.  So let's talk

9   about the SIM swaps.  And if you want to

10  refer to the tracker, that's fine.

11         The second entry on the tracker,

12  the first one that has SIM swap next to it

13  says November 5/6, 2018.  Hacker pulled

14  off attack while I was in Jamaica.

15         Was this the first time you had

16  encountered a SIM swap on your AT&T

17  wireless phone?

18     A.   Yes, I believe so.

19     Q.   It says here changed my personal

20  email and two step verification.

21         What are you referring to there,

22  what the hacker did?

23     A.   Yeah.  So once the SIM swap was

24  completed, my phone said no SIM.  It was

25  late at night, I believe, and I think I

1   was leaving Jamaica.

2         So it compounded my problem.  We

3   were headed to the airport.  So I was

4   trying to deal with this from my wife's

5   phone through the middle of the night and

6   through the following day.

7         They had through SIM snapping my

8   AT&T phone and taking control of my

9   personal email, they were then able to do

10  two-step verification, and get into my

11  Coinbase, apparently, and my Slush Pool

12  account.

13  **Q.   Okay.  So during this initial SIM**

14  **swap, you believe your personal email,**

15  **which was the Gmail account we talked**

16  **about before, was changed, correct?**

17    A.   I think that they were able to use

18  two-step verification by using my personal

19  email.

20  **Q.   Okay.  And then that changed your**

21  **Coinbase and your Slush Pool accounts,**

22  **correct, the passwords on those accounts,**

23  **correct?**

24    A.   Yeah, once they attack control of

25  my phone and then took control of my

1   retrospectively there are things you could

2   have done differently.  What are those

3   things?

4       A.   I would have dumped AT&T.   It

5   seems to be my achilles heel in this

6   process.

7       Q.   And why didn't you dump AT&T after

8   that initial SIM swap?

9       A.   Again, retrospectively I would

10  have done a lot of things like what I just

11  said, but, you know, I was a customer for

12  greater than a decade.

13          I had never experienced something

14  like this.  I have got ten plus businesses

15  that I'm running, and this is my first

16  experience with this kind of Dark Web

17  hacker kind of thing affecting me so close

18  to home.

19          So I was doing the very, very best

20  I could right here.

21      Q.   All right.  Did you have any

22  knowledge that anyone from AT&T was

23  involved in conducting the SIM swap hack?

24          MR. LAVIGNE:  Objection, vague,

25  also calls for a legal conclusion.

1    because I don't write down my passwords.

2            So it would be very, very

3    difficult, nearly impossible -- well, it

4    would be very difficult to figure out

5    someone's password.

6            BY MS. STAGG:

7        Q.    And you don't write these

8    passwords down anywhere?  They are in your

9    head?

10       A.    That's correct.

11       Q.    So you don't store them online

12   anywhere?

13       A.    I don't.

14       Q.    Do you use the same password or at

15   that point in time were you using the same

16   password on multiple accounts?

17       A.    Never.

18       Q.    Have you undertaken to determine

19   whether your password was on the Dark Web

20   for any reason?

21       A.    I was told by the FBI that my

22   information was on the Dark Web.

23       Q.    When did they tell you that?

24       A.    I don't recall specifically, but

25   either Pete Mayer or the other officer

1    answered.

2           BY MS. STAGG:

3    Q.    And did you restore the Slush Pool

4    account after February 6th?

5    A.    Yes, I believe so.  I believe that

6    there was -- I believe I created a new

7    Slush Pool account.  I didn't restore that

8    one.  I created a new Slush Pool account.

9    Q.    Okay.  Any other SIM card changes

10   that you recall after February 6, 2019?

11   A.    I don't recall anything at this

12   time.

13   Q.    Do you remember when you ported

14   your service to Verizon from AT&T?

15   A.    I don't recall exactly, but it was

16   around -- I think it was around that time.

17   I don't recall exactly.

18   Q.    Okay.  All right, we can take down

19   Exhibit No. 2.  Let me ask you a series of

20   some questions to kind of clear up some of

21   the records here.

22           Did you store a backup of your

23   phone's memory in any account?

24   A.    No, not that I know of.

25   Q.    Let's talk about the mining

1    business since that seems to -- at least

2    from a financial standpoint some of the

3    area that you are claiming in this case.

4    The mining operation that was connected to

5    the Slush Pool account, was that being

6    done in your name, Jason Williams, or were

7    you doing it through another entity?

8          MR. LAVIGNE:  Objection, compound,

9    vague, speculation, argumentative.

10          BY MS. STAGG:

11    Q.    Your mining operations that were

12    connected to the Slush Pool accounts that

13    we talked about today, were all done under

14    Apollo Kids Mining, is that correct?

15    A.    Yes.

16    Q.    So all of the Crypto mining

17    operations that you are alleging were

18    affected by AT&T SIM swaps were actually

19    being conducted by an LLC that you set up

20    named Apollo Kids Mining, is that correct?

21          MR. LAVIGNE:  Objection,

22    mischaracterizes previous testimony.

23          MS. STAGG:  You can answer.

24          THE WITNESS:  Yeah, I believe so.

25    I set up an LLC called Apollo Kids Mining,

1  and that's where -- that's where that

2  business was done.

3          It's a single member LLC.  I owned

4  it.  It's a single member LLC.

5          BY MS. STAGG:

6     Q.   All right, but it was the LLC that

7  owned the Crypto mining rigs, is that

8  correct, the 500?

9     A.   That's an accounting question.

10 I'm not an accountant, but I set up an LLC

11 called Apollo Kids Mining, and that's

12 where -- that's where the -- that's where

13 I did the business of mining.

14    Q.   Okay.  And that's a Delaware LLC?

15    A.   I believe so.

16    Q.   All right.  And is it still

17 operational today?

18    A.   Yes.

19    Q.   And Apollo Kids Mining incurred

20 all the expenses in connection with Crypto

21 mining, correct?

22    A.   Most of them, but some of them I

23 bore personally.

24    Q.   Okay.  Which ones were those?

25    A.   I don't know.  I would have to --

1    I think I turned over my -- you have all

2    of my financials.  So they are all there.

3    I have shown my financials.  My accountant

4    turned all that stuff over, tax returns,

5    etc.

6        **Q.    Okay.  But what expenses do you**

7    **believe that you personally incurred**

8    **versus the LLC in connection with all of**

9    **the Crypto mining that Apollo Kids Mining**

10   **was doing?**

11           MR. LAVIGNE:  Objection, asked and

12   answered.

13           MS. STAGG:  You can answer.

14           THE WITNESS:  Yeah, so when I

15   purchased the 1.4 million or so

16   Cryptocurrency miners, I took a loan

17   against my -- like I have a stock account.

18           So I was just trying to be

19   efficient in regards to capital

20   allocation.  So I took a loan, bought

21   those rigs and that was my own like trust.

22   So it wasn't the -- a business.  It was my

23   trust.

24           So, yeah, so I was personally --

25   somewhat personally funding Apollo Kids

1    Mining.  It's a single member LLC that I

2    own, and limited liability companies pass

3    through to mid-member managers anyway.  So

4    my money, my business.

5            BY MS. STAGG:

6        **Q.    Okay.  But actually it was your**

7    **trust that took the loan out against the**

8    **stock account?**

9            MR. LAVIGNE:  Objection, asked and

10   answered.

11           THE WITNESS:  Yeah, I believe my

12   stock portfolio account is domiciled in my

13   trust, which I'm the sole trustee.

14           BY MS. STAGG:

15       **Q.    And so the trust borrowed the**

16   **money to purchase the rigs for Apollo Kids**

17   **Mining, LLC?**

18       A.    I as the trustee borrowed the

19   money and allocated it to a business that

20   I owned 100 percent and then I paid that

21   money back 100 percent.

22       **Q.    Okay.**

23       A.    Again, I'm not an accountant, so

24   anything I was doing, my accountants have

25   all that information and my bankers.  So

1           MR. LAVIGNE:  Objection, asked and

2    answered, cumulative, mischaracterizes

3    testimony.

4           MS. STAGG:  You can answer.

5           THE WITNESS:  Yeah, I'm super

6    confused.  I'm the single member manager

7    of an LLC.  That LLC I believe -- again,

8    my accountants handle this stuff, is

9    the -- is the company that benefited from

10   the depreciation of those rigs, I believe.

11          That depreciation, though, is

12   passed through to me as the single member.

13          So in aggregate, I own Apollo Kids

14   Mining.  I'm the trustee.  The mines were

15   purchased by me as the member and the tax

16   benefit, losses, income earned, gained,

17   lost, it all goes back to me, and any

18   accounting of that is handled by my

19   accountants.

20          BY MS. STAGG:

21   **Q.   Now, although your Cryptocurrency**

22   **and your Gemini accounts were hacked after**

23   **the SIM swaps, ultimately the hackers were**

24   **not able to steal any currency from your**

25   **Coinbase account, is that correct?**

1  systems all at once, it affected me

2  negatively.

3          I cannot quantify to you exactly

4  what that is, but it is something real and

5  it has down range of effects that I'm

6  still dealing with today.

7          I have been hesitant to disclose

8  them, but I'm dealing with them today.

9          BY MS. STAGG:

10     **Q.**    **And what are those?**

11     A.    You know, affects to my daughters'

12  emotional state, and my own personal

13  relationships with my family.

14     **Q.**    **So you're making a claim in this**

15  **lawsuit for your affects to your daughters**

16  **and your personal relationship with your**

17  **family?**

18          MR. LAVIGNE: Objection,

19  mischaracterizes testimony, calls for a

20  legal conclusion.

21          MS. STAGG: You can answer.

22          THE WITNESS: I think what I'm

23  saying to you is a threatening a 15 year

24  old to be kidnapped and having police with

25  guns in your house and your father trying

1    to project himself as some type of

2    vigilante who can defend himself with

3    weapons, who is tired, exhausted from

4    this, and it's affected me.

5             It's affected my relationships.

6    It's affected my daughter.  It's affected

7    me and my wife.  I am making that claim.

8             How do I quantify that?  I don't

9    know.  Do I think you are liable, yes.

10   Yes, 100 percent.

11            Do I think that these SIM swaps

12   have taken a toll on me, and have affected

13   my businesses negatively, yes.

14            How do I quantify that?  I don't

15   know.  I'm leaving that up to these

16   attorneys.  That's why I persisted.

17   That's why I'm sitting here today and

18   that's why I'm willing to go to trial with

19   this.  You have offered settlement.  I

20   will not take it.

21            BY MS. STAGG:

22      **Q.   So you think that AT&T is 100**

23   **percent liable for all of the threats, DOX**

24   **attacks and SIM swaps?**

25            MR. LAVIGNE:  Objection,

1    price of Bitcoin increases, they increase.

2    That is a moving target.  Anyway --

3         Q.   All right.  And so at the current

4    time you don't even have possession of

5    them to sell if you wanted to, is that

6    correct?

7         A.   No, I don't know -- no, I do not

8    have possession of them.

9         Q.   Now, we talked earlier about the

10   November 2018 hack of your Slush Pool

11   account, and we looked at that chart on

12   Exhibit No. 2, and there were about, you

13   know, potentially three days that were

14   lost in terms of downtime on mining.

15             I understand you may have claims

16   as to whether or not you did not get the

17   rewards for the prior period.  But there

18   were approximately three days there.

19             And then we just looked at an

20   additional hack on your Slush Pool account

21   around February of 2019.

22             Is it your recollection that the

23   rigs were up and running by the next day

24   on a new -- on a new Slush Pool account?

25             MR. LAVIGNE:  Objection, vague and

1   compound.

2          BY MS. STAGG:

3     **Q.   Do you have any recollection as to**

4   **how long you were not obtaining mining**

5   **rewards after the February 8, 2019 hack?**

6     A.   I don't recall at this time.

7     **Q.   But you do recall that you were**

8   **back up and running in February of 2019 to**

9   **May of 2019?**

10    A.   Yeah, I believe that the mine was

11  being wound down or there was work going

12  into winding it down between that time

13  period.

14    **Q.   Okay.  And the decision to stop**

15  **mining in May of 2019, had nothing to do**

16  **with the earlier AT&T hacks, did it?**

17         MR. LAVIGNE:  Objection,

18  argumentative, assumes facts not testified

19  to.

20         MS. STAGG:  You can answer.

21         THE WITNESS:  Yeah, it was a

22  combination of things.

23         BY MS. STAGG:

24    **Q.   And what was the combination?**

25    A.   Well, I was notified that ANEXIO

1  could no longer support the mine.  And

2  then given all of the things that I was

3  dealing with, I decided not to reestablish

4  the mine due to the sheer fact that I

5  wasn't sure that I could keep it

6  stabilized.

7       I would have to go through all of

8  the expense again to reestablish it.  It's

9  not easy to do.  Again, you have to go

10  back to when I was mining.  This was

11  not -- this was not a well known, popular

12  thing, and I was already recognized by the

13  FBI as one of North America's largest

14  Cryptocurrency miners with 700,000 watts

15  of mining, which is almost a megawatt.

16       It's a pretty large mine for a

17  single guy to do.  So I made the decision

18  at the time, it's the best I could do, to

19  palletize and not start back up.

20       **Q.  Okay.**

21       A.  But to say it had nothing to do

22  with the AT&T hacks is not accurate.

23       **Q.  What part of it did, because you**

24  **had already been mining for four months**

25  **and you had already moved to Verizon,**

1    correct?

2    A.    I had no idea that the SIM attacks

3   or SIM swaps would stop.   I had no

4   confidence actually that they would stop.

5   I was simply doing all I can to stop them.

6        MR. LAVIGNE:   Objection to the

7   previous question as it mischaracterized

8   testimony and was asked and answered.

9        BY MS. STAGG:

10    Q.    How could AT&T be responsible for

11   your mining rigs when you're now on

12   Verizon service in May of 2019?

13    A.    Because AT&T was responsible for

14   leaking all of my personal information,

15   social security number, identification,

16   all of my email to the Dark Web as per

17   what the FBI told me, and as evidenced in

18   the things that I talked to you about

19   today over the last four hours or so.

20    Q.    What evidence do you have that

21   AT&T is responsible for your personal

22   information being leaked on the Dark Web?

23        MR. LAVIGNE:   Objection, calls for

24   a legal conclusion.   That's what this

25   entire case is about.

1          MS. STAGG:  You can answer.

2          THE WITNESS:  I think all of the

3    testimony that I have given you to date is

4    me trying to support that fact.

5          That's what I believe --

6          BY MS. STAGG:

7    **Q.    But what evidence --**

8    A.    -- because my social security

9    number is still the same.  I still live at

10   the same place.  My name is still the

11   same.  My address is still the same.  My

12   passport is still the same.

13         All of the information that, you

14   know, potentially was accessed is what it

15   is.

16         My daughters' names are still the

17   same.  Their social security numbers are

18   still the same.

19   **Q.    But you think that AT&T has your**

20   **social security number available and your**

21   **passports available for someone to access?**

22         MR. LAVIGNE:  Objection,

23   mischaracterizes testimony.

24         THE WITNESS:  No.  Your question

25   was, was AT&T responsible?  My answer is,

1   yes, because of all of the things that we

2   have outlined.  They haven't gone away.

3          Like the security issue is still

4   there.  Regardless of what phone I'm

5   holding right now, the damage is done.

6   The damage persists.

7          My information is on the Dark Web.

8   That's what the FBI told me.

9          And I have gone through all of

10  this due to what I believe to be

11  negligence.  I have done everything that

12  AT&T asked me to do, but I was

13  persistently SIM swapped seven or eight

14  times over a time period --

15          BY MS. STAGG:

16     Q.   Do you --

17     A.   -- personal information.

18     Q.   Do you have any information that

19  AT&T put any of your information on the

20  Dark Web?

21          MR. LAVIGNE:  Objection, asked and

22  answered, and mischaracterizes testimony.

23          MS. STAGG:  You can answer.

24          THE WITNESS:  I can only talk to

25  you about what the FBI told me and what

1    the hackers told me in text messages while

2    I was an AT&T customer.

3           They told me that if I didn't

4    respond, they would sell my information on

5    the Dark Web, that they would bring hell

6    to my life.

7           Like you have read all the text

8    messages, that they would attempt to

9    kidnap my daughter.  I can only tell you

10   what they told me.

11          I didn't say it.  They said it.

12   They said it with my phone, my AT&T phone,

13   as a result of AT&T operators, AT&T

14   employees, AT&T third-party vendors, I

15   don't know.

16          Those are the ones who are

17   facilitating the SIM swaps, the changing

18   of my passwords, the changing of my four

19   digit PIN, the changing of my notes in my

20   file.  I didn't do that.  AT&T employees

21   did that.

22          I mean did an AT&T employee delete

23   the file that had instructions to not

24   change my SIM card, unless I was at the

25   north Raleigh store?  Had to.  Had to be

1   an AT&T employee.  It wasn't me.

2          BY MS. STAGG:

3      **Q.   What did the FBI tell you about**

4   **your personal information being posted on**

5   **the Dark Web?**

6      A.   What I have told you.

7      **Q.   Specifically, what did they tell**

8   **you?**

9      A.   They told me that my information

10  was on the Dark Web.  That's all I was

11  told.

12     **Q.   Who told you that?**

13     A.   I think his name is Peter Ahearn,

14  A-h-e-a-r-n, Peter Ahearn.  He is at the

15  Charlotte Division of the Dark Web

16  Division of the FBI, the Charlotte based

17  Dark Web Division of the FBI.

18     **Q.   And when did he tell you this?**

19     A.   Sometime after I was SIM swapped.

20     **Q.   But you can't give us a more**

21  **specific date?**

22     A.   I can't.  Again, sometimes it's

23  hard to pull this stuff together because

24  everything was happening so fast and so

25  frequent.

1    this case.

2        A.    Okay.

3        Q.    But if you haven't seen it before,

4    that's fine.  Does the date of February 9,

5    2019 give you any recollection that that's

6    when you locked your wallet?

7        A.    No, I -- no, I have no idea.

8        Q.    All right.

9        A.    Yeah, I have no idea.

10       Q.    All right, that's fine.  Now, why

11   didn't you change your -- I'm sorry, let

12   me ask it this way.  Why didn't you

13   terminate your AT&T service after the

14   first SIM swap?

15       A.    I had been a customer for ten plus

16   years.  I just tried to get it fixed.  I

17   had no idea that I was going to be

18   terrorized in the way I was from the

19   extent of time that I was terrorized.

20            I had no -- I'd heard of SIM

21   swaps, but I didn't understand the extent

22   to which I was going to be -- that I was

23   going to be -- you know, that this was

24   going to happen.

25            So I guess that's where I was.  In

1  all of these situations, the seven or

2  eight times I was SIM swapped, I was doing

3  the very, very best I can.

4        Operating in a silo, some of this

5  doesn't make sense.  It doesn't even make

6  sense to me, but retrospectively I was

7  doing the best I could.  There was a lot

8  of stuff going on.

9     Q.    All right.  Well, you did mention

10  in Exhibit No. 2 around December 3rd you

11  got a Verizon phone as a burner.

12        How come you didn't terminate your

13  AT&T service at that point in time?

14     A.    Again, I had -- I have all types

15  of things connected to that AT&T phone.

16  It's not easy just to shut stuff down.

17        Like I think that's the answer,

18  regardless of how chaotic and trashed

19  everything was.

20     Q.    Okay.  So eventually you did,

21  though, do that in February of 2019,

22  correct?

23     A.    I believe that's when I switched

24  to Verizon and stopped using AT&T.

25     Q.    When you did that, how much time

1    would you say you spent making those

2    changes to all of your various accounts

3    related to your service?

4            MR. LAVIGNE:  Objection, vague.

5            THE WITNESS:  I don't recall the

6    exact amount of time.

7            BY MS. STAGG:

8        Q.   Do you have any estimate for me?

9        A.   I don't recall the exact amount of

10   time.  It took time.

11       Q.   Well, you kept the phone number,

12   correct?

13       A.   Yes.

14       Q.   You just ported it over to

15   Verizon?

16       A.   Yes.

17       Q.   Would you have had to do anything

18   to notify any of your other financial,

19   social media or other online accounts of

20   the fact that you changed carriers?

21           MR. LAVIGNE:  Objection, compound.

22           THE WITNESS:  No, I actually don't

23   want anyone to know.  I don't think it's

24   something I want to socialize.  I don't

25   answer the phone.

1      So let me tell you what I do do

2 now that's different.  I have not answered

3 my cell phone.  I constantly am called

4 by -- I constantly get calls from Duke

5 University and all kinds of weird numbers,

6 and I don't have a voicemail.

7      I don't pick up my phone because I

8 believe that was one of the ways that I

9 was attacked by hackers.

10      So at this point I carry my phone.

11 I use it to manage my social media and I

12 don't answer it, and I don't have a

13 voicemail.

14      And I don't know if that alone has

15 stopped me from being SIM swapped, if it's

16 Verizon's security features that are

17 different than AT&T's, or the additional

18 things I have learned over the seven or

19 eight SIM swaps I have gone through.

20      But at this point, knock on wood,

21 I haven't been SIM swapped.

22      BY MS. STAGG:

23      **Q.  Did someone tell you to not have**

24 **voicemail or not answer your phone as**

25 **precautions against SIM swapping?  I'm**

1      A.    No, not that I recall.

2      Q.    And you have not been able to get

3   any records from Slush Pool regarding the

4   accounts that were hacked, correct?

5            MR. LAVIGNE:  Objection, vague.

6            BY MS. STAGG:

7      Q.    Have you tried to get any records

8   from Slush Pool for your use in this

9   litigation -- you directly, not your

10  attorneys, but you?

11     A.    I don't recall.

12     Q.    Okay.  All right, let's go to

13  paragraph 47.  This paragraph talks a

14  little bit about some of your

15  communications with AT&T, and it says

16  following the first SIM swap attack, Mr.

17  Williams contacted AT&T and asked what

18  measures AT&T could take to stop this from

19  happening again.

20           AT&T represented it would add

21  extra security to Mr. Williams' account by

22  making changes and notations in his

23  account, whereby the SIM card associated

24  with an account could only be changed by

25  an in-person request in a specific

1    identified Raleigh AT&T store.

2         I want to ask you about that.  Was

3    that something that you requested of AT&T

4    or was offered by someone at AT&T?

5         A.    This was done in collaboration.

6    So whilst in the store, I was told that

7    these extra security measures could be put

8    in place, the notations that they put in

9    place.

10        You know, I was the one who said I

11   want to use my passports and only

12   change -- make changes to my account in

13   this store.  And the rest of the things

14   here were done collaboratively.

15        It was why I decided to continue

16   to stay with AT&T.  I expected this to be

17   resolved, so I could go on and do the

18   other things that I was doing.

19        Having a phone is critical to my

20   business.  I have had an AT&T phone for a

21   very long time, expected this to be

22   resolved.

23        Q.    Okay.  Did -- I noticed that you

24   say here that AT&T represented it would

25   add extra security to your account.