# EXHIBIT 7



**CipherBlade**

Blockchain Investigation Agency

# EXPERT REPORT

---

**Matter:**          Williams v. AT&T Mobility LLC

**Author:**          Richard A. Sanders

**Date:**          August 2, 2021

# I. INTRODUCTION

1. My name is Richard A. Sanders. I am a co-founder and lead investigator of CipherBlade, a blockchain forensics and cybercrime investigative firm which consults on some of the most renowned blockchain projects, as well as numerous law enforcement and regulatory investigations, and provides advisory services to cryptocurrency exchanges and other organizations. Prior to co-founding CipherBlade, I was in the United States Army, where I attained the rank of a Staff Sergeant and spent 12 years as a forward observer and PSYOP specialist. A copy of my C.V. is attached as Exhibit A.

2. I understand that Plaintiff Jason Williams is claiming in this action that he suffered damages allegedly resulting from seven (though AT&T's records reflect six) unauthorized SIM swaps on his AT&T wireless account from November 2018 to February 2019. Specifically, Mr. Williams claims that approximately 0.23 Bitcoin was stolen from him as a result of an unauthorized SIM swap on November 5, 2018, and that he was also forced to shut down his cryptocurrency mining operation in February 2019 due to an unauthorized SIM swap on February 6, 2019.[1] He further alleges various emotional damages.[2]

## A. Scope of Assignment

3. I have been retained by AT&T Mobility LLC (AT&T) to provide expert services in the matter of Jason Williams v. AT&T Mobility LLC, No. 4:19-cv-00153. I was asked to provide an overview of cryptocurrency, and the associated risks and responsibilities of holding or mining cryptocurrency. I was also asked to provide my expert opinion with respect to the alleged breaches of Mr. Williams' third-party accounts, how criminal SIM swappers attempt to breach third-party accounts, Mr. Williams' personal online conduct and cybersecurity practices, whether or how the

---

[1]    Complaint ¶¶ 42, 76-77.
[2]    Complaint ¶ 178.

unauthorized SIM swaps or Mr. Williams' actions may have played a role in Mr. Williams' alleged damages, and how those alleged damages could have been prevented. I am being compensated at my standard rate of $775 per hour for my work on this matter. My compensation is not dependent upon my analysis or conclusions as contained in this report.

4.        In performing the analysis and reaching the conclusions set forth herein, I considered the documents and materials contained in the Exhibits to this report, the pleadings and discovery materials in this case, as well as my independent research regarding Mr. Williams' online activity and additional publicly available information about unauthorized SIM swaps and cryptocurrency losses. This included reviewing Mr. Williams' social media accounts, media and articles concerning or quoting Mr. Williams or these incidents, as well as querying Mr. Williams through public databases including DeHashed and TruthFinder.

### B.        Qualifications

5.        I have experience in some of the most well-known cryptocurrency investigations, including hacks of prominent individuals (high net-worth individuals ("HNWIs") and/or influencers), companies, and exchanges. As one example, I served as a core investigator, gathering evidence which led to the identification, arrest, and prosecution of a notorious theft ring that conducted immense SIM-swapping. The takedown of the aforementioned ring is one example in a long resume of accomplishments for the CipherBlade team. There are few experts in the field with expertise in all of the subjects that my investigations often cover, which include blockchain forensics, cryptocurrency AML, and cryptocurrency cybercrime investigation. My team, including me personally, has experience in hundreds of cryptocurrency cases.

6. In addition to my duties with CipherBlade, I serve as a volunteer with Crypto Defenders Alliance[3] (CDA) — an organization with representatives from nearly all major cryptocurrency exchanges and services, with the purpose of combating laundering of illicitly obtained funds. I was selected as one of the CDA's four administrators due to my demonstrated expertise as a blockchain forensics expert, and my cybercrime investigation knowledge, and leadership. CDA has been a core component in the prevention of laundering of illicitly-obtained funds from many significant cryptocurrency hack and scam situations, as well as numerous major cryptocurrency exchange hacks. My duties within CDA, as well as my duties within CipherBlade, entail on a daily basis determining terminal destinations of stolen cryptocurrency and consulting with legal and law enforcement professionals on the investigative and recovery process.

7. I also serve as a volunteer with the Anti-Human Trafficking Intelligence Initiative (ATII) where I provide critically needed blockchain analysis and other insight in some of the most severe crime typologies. Specifically, I provide actionable analysis, intelligence, and advisory to takedown purchasers and distributors of child sexual abuse material. As just one example, in November of 2020 alone, in partnership with law enforcement, I executed a "dusting"[4] raid on 46 different Bitcoin wallet addresses connected to child sexual abuse material, resulting in the identification of clusters of Bitcoin wallet addresses that assisted or will assist law enforcement efforts to identify potentially hundreds of purchasers of such material and potentially the means by which distributors of such material "cash out." Law enforcement, in this case the Department of Homeland Security through the Immigration and Customs Enforcement, has routinely sought my advice and

---

[3]       https://cryptodefendersalliance.com/

[4]       A "dusting" raid raid involves sending tiny amounts of cryptocurrency to certain wallets and subsequently tracking the transactional activity of the wallets to ascertain the identity of the person or entity who controls the wallet at issue. See https://academy.binance.com/en/articles/what-is-a-dusting-attack.

3

consultation on relevant topics such as Bitcoin mixers throughout this process. This work is strictly on a volunteer basis.

8.      My professional relationship with government officials is not limited to law enforcement, but includes extensive interfacing with regulatory agencies as well. I am routinely contacted by regulatory agencies both within and outside of the US for insight on the industry, potential regulations, insight on pressing issues, best practices, and even assistance in cases relating to cryptocurrency and cybersecurity issues. While particular agencies and cases are subject to nondisclosure, I have been personally retained by government agencies both in and outside of the US for expert services in related matters.

9.      My core expertise, however, is blockchain analysis, also known as blockchain forensics. While blockchain analysis is a relatively new and evolving field that, because of its nascency, has limited options for formal training and certification, there is often a need for this type of analysis in an array of cryptocurrency investigations and/or legal disputes. In order to perform blockchain analysis, I will often utilize a tool such as Chainalysis Reactor, CipherTrace, Crystal, or Elliptic. At a basic level, these tools enable one to "visualize the blockchain" by taking publicly-available information such as wallet addresses and blockchain transactions that would otherwise be contained in spreadsheets, and visualize them, typically in graphs. For instance, just like a traditional investigator can visualize various connections between suspects and other individuals using a corkboard and strings of yarn, a blockchain analyst can use software to visualize a complex web of transactions involving multiple cryptocurrency wallets. There are numerous sophisticated parts of blockchain analysis that require insight and experience in order to perform the work effectively, but in simplified terms, these type of tools enable analysts and investigators to "follow the money." It is also critical to note that each of these tools has varying degrees of efficacy, largely due to

4

attribution (labeling of wallet addresses), which is why Chainalysis is considered to be industry standard and is the tool my firm utilizes primarily.

10.     As mentioned in the preceding Paragraph, there are very few training programs in existence to become a blockchain analyst/cryptocurrency crime investigator. Given the dearth of such training programs, Chainalysis launched its Certified Investigative Partner (CIP) program to increase the pool of available experts on issues concerning cryptocurrency and blockchain related cybercrime. CipherBlade was a premier CIP upon the reveal of this program, and I was personally quoted in the announcement. Chainalysis, as well as other blockchain forensics tool providers, frequently refer work concerning blockchain analysis/cryptocurrency crimes to CipherBlade.

11.     As a Co-Founder of a firm primarily known for assisting victims of cryptocurrency theft and having had handled hundreds of such cases, I have an extensive understanding of the means and methods employed by criminals operating in the cryptocurrency sphere across the entire spectrum: anything from a SIM-swapper stealing funds from inexperienced or reckless cryptocurrency holders who disregard security warnings or fail to implement appropriate security practices, to a more "white collar" criminal who cons investors in violation of financial regulations.

12.     Whether it is in the context of a thief that stole cryptocurrency from an individual with inadequate security, an ex-husband hiding cryptocurrency in a divorce proceeding, or an Initial Coin Offering ("ICO") executive embezzling funds, I have substantial experience in investigating matters involving digital assets, uncovering the truth, and reducing my findings to understandable language.

13.     As a result of my involvement in hundreds of cybercrime investigations, I have a deep understanding of cybercriminals' methods from the standpoint of both passive observation (from analysis of post-mortem casework) and active analysis, such as investigating active groups, sometimes in an undercover capacity, or simulating cybersecurity attacks to expose vulnerabilities

in a client's existing security practices. This understanding of how cybercriminals conduct their attacks is of immense value in preventing or mitigating further attacks, and my ability to "stand in the shoes" of such criminals is why I am often requested to speak on panels and with the press about these matters.

14.     Consequently, I also have a detailed, experiential understanding of the ways consumers leave themselves needlessly vulnerable to cyberattacks, the majority (if not all) of which could be easily prevented via appropriate cyber hygiene, implementing basic cybersecurity practices, or simply following instructions. Oftentimes, the particular vulnerability that is exploited as part of a cyberattack is the result of an individual's decision to simply ignore warnings or refuse to follow instructions regarding security practices that are solely within their control and ability to implement.

15.     Because of my experience, I have been asked to appear on a multitude of podcasts, speaking engagements, and press interviews on a wide range of security- and cryptocurrency-related topics, including the topics of unauthorized SIM-swaps[5] and the basic security measures that any cryptocurrency holder should employ to prevent any resulting loss.[6] My expertise has been requested by influencers seeking to educate the public in cryptocurrency fraud prevention.[7] I consult on questions throughout the field, including such core issues as "how do I avoid getting hacked," or "how do I avoid getting scammed."

### C.     Summary of Opinions

16.     Below is a summary of my expert opinions. While this list is not exhaustive, it covers the key points and supporting analysis that are described more extensively through this report.

---

[5]     https://www.sho.com/vice/season/1/episode/1/keepers-of-the-caliphate-and-sim-kids

[6]     https://unchainedpodcast.com/how-to-keep-your-crypto-from-being-stolen-via-your-phone/

[7]     https://youtu.be/0HHZnFBTESw

- Mr. Williams employed inadequate and reckless personal security and cyber hygiene practices, far below the standards of what any responsible participant in the cryptocurrency industry should utilize. Far more than anything he alleges, AT&T did or failed to do, it was Mr. Williams' own actions (and inactions) that enabled criminal hackers to successfully and repeatedly target him, and exploit the inadequate security he employed on the accounts he maintained with third parties like Google, Slush Pool, and Coinbase.

- Mr. Williams' conduct evinces a lack of personal accountability for his own actions that enabled the breaches of his third-party accounts. Mr. Williams seeks to blame AT&T for the consequences of hackers accessing those accounts, despite the facts that AT&T has no information about those accounts nor any ability to control how those accounts are secured, and it was Mr. Williams who had the sole ability to properly secure his private accounts and could have done so through mere minutes of effort.

- A SIM swap itself does not provide the bad actor with access to Mr. Williams' third-party accounts. Rather, there are intervening steps that must occur before a hacker could access such accounts. As of the date of this report, Mr. Williams' document productions (JW_0001-75) and discovery responses, as well as the materials produced by third parties such as Coinbase and Gemini, do not establish that the SIM swaps, rather than some other intervening event(s) — including but not limited to Mr. Williams' own negligence and/or repeated failures to employ reasonable personal security measures — caused the breaches of his third-party accounts or the harms he alleges in the complaint.

- With reference to the intervening steps that must occur between a SIM swap and the ultimate breach of Mr. Williams' third-party account(s), there are numerous simple security actions Mr. Williams could have and should have taken that would have prevented the hackers from accomplishing each of those steps. Taking such actions would have prevented

7

the harms Mr. Williams alleges, regardless of whether an unauthorized SIM swap occurred on his AT&T account.

- Regarding the alleged diversion of BTC from Mr. Williams' mining operation, the only way to substantiate that allegation is via records from Mr. Williams' Slush Pool account, which I understand have not been produced.

## II.    CRYPTOCURRENCY OVERVIEW

17.    Cryptocurrencies are digital representations of value which rely on blockchain technology — a distributed ledger of all transactions that is decentralized and unable to be changed under most circumstances — to record transactions. The most well-known form of cryptocurrency is Bitcoin, the first cryptocurrency ever developed, which has boasted the broadest adoption and highest market capitalization of all cryptocurrencies ever since.

18.    While Bitcoin is largely regarded as the Godfather of cryptocurrency, the past several years has seen the proliferation of "altcoins" (cryptocurrencies other than Bitcoin), including Ethereum, which is second to Bitcoin in terms of market capitalization as of this writing. Today, there are numerous different types of cryptocurrency, numbering more than 2,000 by some counts.

### A.    Cryptocurrency Mechanics

19.    Cryptocurrency is different from fiat money (i.e., government-issued currency like U.S. Dollars) in that cryptocurrency cannot be stored in any location or exist anywhere in a physical form. Rather, cryptocurrency ownership is reflected on a publicly viewable online ledger called the "blockchain," which is a continuously growing list of records reflecting all transactions for the particular type of cryptocurrency.

#### 1.    Private Keys

20.    Any cryptocurrency asset (such as some amount of Bitcoin) is associated with a "public address" (or "public key") that is publicly known and essential for identification, and a non-public

"private key" that used to spend cryptocurrency. A <u>public address</u> is a location identified by a hash (e.g., 12c6DSiU4Rq3P4ZxziKxzrL5LmMBrzjrJX), and is roughly analogous to an email address or a bank account — a unique and secure identifier that allows for the transmission of cryptocurrency from one user to another. Each public address is associated with a unique private key (also a series of letters and numbers), which together form a public—private key pairing. While not critical to my opinions, it is worth noting that the public address associated with a given private key is itself derived from the private key using the specific requirements of the cryptographic algorithm associated with the particular type of cryptocurrency. In other words, the public address is essentially reverse-engineered from the applicable private key, although the private key cannot be determined from a public key or public address.

21.     At a high-level, a private key can be thought of as a predetermined password that is required to spend cryptocurrency from the associated public address. If the private key is lost or forgotten, the associated cryptocurrency assets are lost forever, orphaned on the blockchain with no possibility of being spent ever again. On the other hand, the private key alone is sufficient to spend cryptocurrency from the associated public address. In this sense, the private key is what grants the cryptocurrency holder ownership of the assets in the corresponding public address. It is therefore paramount for a holder of cryptocurrency to keep their private keys secured, both to reduce the risk that private keys are lost or forgotten and to reduce the risk that private keys fall into the wrong hands. If either risk materializes, a cryptocurrency loss typically results.

### 2.     Cryptocurrency Wallets

22.     The ability to "be your own bank" through "self-custodial" cryptocurrency wallets is often referenced as a primary draw to cryptocurrency. Self-custody involves maintaining your own private keys to your own wallet, and is comparable to having a physical personal wallet:  you have direct control over your funds and don't need to trust a third party, such as a bank or exchange, to

9

access your funds. Keeping cryptocurrency on a centralized service (such as an exchange), on the other hand, would be considered utilizing a "custodial service" and is more akin to having a bank or brokerage account because you have to go through that service to access your funds and trust that service to hold your funds and provide access to them when requested.

23.     A cryptocurrency "wallet" is a mechanism that stores and/or generates public—private key pairs (often, via a "seed phrase," which is a series of words used to deterministically generate public—private key pairs), and enables its user to send and receive digital currency and monitor their balance. However, unlike traditional pocket wallets, cryptocurrency wallets do not actually store any currency. All that exists are records of transactions stored on the blockchain. Thus, when a person sends a cryptocurrency to another person, they are essentially signing off ownership of their currency to the receiver's wallet address. There is no actual exchange of physical coins; the transaction is signified by the transaction record on the blockchain and a change in balance in the owner's wallet in the public ledger. This is why blockchains are considered to be, and are often referred to as a form of distributed ledger technology.

24.     There are three main varieties of cryptocurrency wallets—hardware wallets, software wallets, and paper wallets. All are essentially what they sound like—a separate hardware device, a software program, or a literal piece of paper, respectively.

- **Hardware wallets.** Keys are stored in a hardware device without an internet connection, and are utilized by connecting the device to a computer (whether through a physical connection, bluetooth, etc.); the private keys are stored in such a way that they can be utilized to transact but otherwise are not accessible. In essence, the keys are contained in the hardware wallet and not transferred elsewhere; the computer only receives the signed transaction, not the private key.

10

- **Software wallets.** Keys are stored electronically, typically in encrypted format, and can be accessed directly on a computer without needing an external mechanism like a hardware device or a QR code printed on a sheet of paper.

- **Paper wallets.** Stored keys are typically accessed from a paper wallet by scanning a QR code. Paper wallets were a concept pre-dating the invention of hardware wallets. While some still do use paper wallets, they are (and have been) reported to be a generally inferior option to hardware wallets.

25.     Hardware and paper wallets are commonly referred to as "cold wallets" because they have no connection to the internet. Instead, they use a physical medium to store keys offline, making them resistant to attempts to gain unauthorized access. It is effectively impossible to compromise such wallets without physical access to the particular hardware device or piece of paper. On the other hand, software wallets (such as Electrum or Metamask), are "hot wallets" that are connected to the internet in one way or another, and do not require a separate external item. While this may afford marginally more convenience for wallet holders engaging in frequent transactions, hot wallets are, as a general matter, easier to compromise if not properly secured.

26.     Almost all hardware and software wallets share a common factor in the setup process: seed phrases, which are generated upon wallet setup and are the backup in case a device (whether the hardware wallet, or the computer/phone for the software wallet) is replaced, lost, or destroyed. Specifically, a seed phrase works like a root key that generates and gives access to all keys and addresses in the associated wallet. Much like private keys, a compromise of a seed phrase means that the ability to send funds is enabled for bad actors.

27.     The security warnings/setup instructions for nearly all cryptocurrency wallets emphasize the importance of keeping private keys and seed phrases secure. When a cryptocurrency user sets up a wallet, instructions specifically state to not store the seed phrase electronically, often

11

emphasizing this instruction with requirements that state "write this down," or even being provided a booklet to do exactly that.

28.     Software wallets also typically offer additional Security Measures that may be activated on a user's account. For instance, the cryptocurrency wallet service Exodus offers the ability to implement a type of two-factor authentication ("2FA"). Additionally, wallet services typically offer the ability to implement a "passphrase" requirement, an additional security measure in the event of a seed phrase compromise so that a bad actor would need both the passphrase and the seed phrase to have the credentials necessary to spend the associated cryptocurrency assets, which prevents unauthorized access to a seed phrase from resulting in cryptocurrency theft.

29.     Above all else, when it comes to self-custodial wallets, quite simply all the responsible participant needs to do in order to not lose their cryptocurrency to theft is to follow the instructions presented during setup of the wallet:  Never store your private key or seed phrase electronically. If the cryptocurrency participant follows those instructions, it is impossible for a remote hacker to steal their cryptocurrency.

**B.     Cryptocurrency Risks**

**1.     Cryptocurrency Transactions Are Irreversible.**

30.     Cryptocurrency transactions are irreversible and lack the type of safety net from centralized companies in the fiat money space, such as credit card chargebacks and the ability to reverse unauthorized bank transactions. Understanding the irreversible nature of cryptocurrency transactions and the associated implications presents a well-known and baseline requirement for individuals engaging in cryptocurrency dealings to properly secure their digital assets.

31.     Precious metals offer an illustrative analogy as another type of asset for which a theft cannot be "reversed." Those who invest in precious metals either pay for someone to store their precious metals in vaults, or if they keep their precious metals themselves, properly secure them with varied

12

security measures, most commonly under lock and key. That key is presumed to be safely guarded by the holder (not stored under a doormat, or in a place that, for example, a landlord for a work order would stumble across) as the precious metals investor knows that if the key is compromised, the person that gained access to that key, consequently, can access their precious metals. The same approach, and in fact more importantly (since cryptocurrency can be instantly and irreversibly transferred to a wallet owned by anyone in the world), applies for digital assets.

### 2. Centralized Custodial Services, And Their Users' Wallets They Maintain, Can Be Compromised.

32.     Despite a well-known catchphrase of the cryptocurrency space, "not your keys, not your coins,"[8] cryptocurrency users may also choose to entrust their keys (and their coins) to a centralized exchange or other service (such as Coinbase) that holds the assets in wallets under its control and executes orders on behalf of the account holder, as opposed to the users storing their keys in their own custody — in wallets they control and to which they have direct access. Effectively, what such centralized custody services provide is comparable to an "IOU" in faith that the service will be able to process a withdrawal for the amount displayed on the user's account if and when the withdrawal is demanded. This is roughly comparable to a bank account and a traditional wallet:  I can say I own $100 in my wallet and show a particular $100 bill, whereas $100 in a bank account is an IOU. In either case, I am also responsible for securing the means of access of my wallet and my bank account.

33.     However, by entrusting digital assets to a centralized custodial service, the account holder largely relinquishes control over the protection and security of those assets independent of the security features activated on their own account. Security threats to centralized custodial services may come from outside parties or from insiders who are associated with the service itself.

---

[8]        https://www.ledger.com/academy/not-your-keys-not-your-coins-why-it-matters

Numerous instances of cryptocurrency exchange compromises and/or misappropriation of custodial assets in recent years that have resulted in billions of dollars' worth of financial loss for customers.

34.     Despite such concerns regarding centralized cryptocurrency services, they still have their place in the ecosystem as on-ramps (places to deposit and withdraw fiat money) and to a lesser extent (due to the rise in decentralized exchanges, where users hold their own assets) to trade digital assets. However, many cryptocurrency users choose to keep cryptocurrency on centralized services, and common consensus[9] is that keeping *some* (but not *all* or even *most*) of your digital assets with centralized services, based upon risk appetite, is a sensible middle-ground. Much like the importance of protecting credentials such as private keys and seed phrases for self-custodial wallets, account holders for centralized services must protect their login credentials for the same reason: cryptocurrency transactions are irreversible.

### 3.     Cryptocurrency Values Are Extremely Volatile.

35.     Whether considered a virtue or a vice, the truth is that cryptocurrencies are and have always been *extremely* volatile assets. For example, after spiking during the bull market of 2017, the exchange rates of Bitcoin and Ethereum plummeted by around 80% through the bear market from 2018 continuing into 2019. Short-term swings can also be very extreme. For instance, as recently as May of this year, the exchange rate for Ethereum reached its all-time-high of over $4,300/ETH on May 12 and subsequently plunged to under $2,000/ETH at a low point on May 19, 2021, a decline of over 50%. Bitcoin similarly declined from around $60,000/BTC to $40,000/BTC over the same period. Indeed, the bulk of these price dips occurred within a mere 24-hours on May 19, stoking fears of the next "crypto winter" following a strong rally beginning in mid-2020.

---

[9]       https://www.dowallet.app/blog/3-reasons-you-should-not-leave-all-your-crypto-on-an-exchange.html

### 4. Cryptocurrency Is an Attractive Target for Cybercrime.

36.     Cryptocurrency is an increasingly prevalent target among cybercriminals seeking financial gain, due in large part due to the irreversible nature of cryptocurrency transactions, the relative lack of regulation, and that there are generally more and easier methods of "laundering" stolen assets to conceal their source or destination compared to fiat money.

37.     The recent cryptocurrency "bull markets" in 2017 and more recently starting in late-2020 have ushered in a wave of new speculative investors of all varieties, individuals and entities alike. While some new participants are very knowledgeable regarding risks and appropriate security (as one example, due to prior experience with decentralized technology), many are not. Regardless of the baseline knowledge these new participants have, there are ample resources to begin or expand their knowledge base, which is needed to be a responsible participant in this space.

38.     Anyone who is broadly known to hold, or even *suspected* of holding significant quantities of cryptocurrency, is a high-risk target for cybercriminals.[10] This includes a public figure or a well-known company in the cryptocurrency industry, or even high net-worth individuals more broadly. For such persons and entities, adequate cryptocurrency security practices become all the more important—at an absolute and bare minimum, following the instructions in their wallet/exchange setup, and spending a modest amount of time (and/or money) researching and implementing appropriate security practices.

39.     Mr. Williams is a prime example of a high-risk target for cyberattacks and cryptocurrency theft, both as a founder and partner at Morgan Creek Digital, an investment firm focusing on digital

---

[10]     Anyone (regardless of notoriety) who holds cryptocurrency is at risk for cyberattack for the same reason that, as a rule, anyone is at risk for cyberattack. For example, compromised passwords (common with data breaches) are routinely used in attacks called "credential stuffing," wherein email/password combinations are used to attempt logins to other accounts, including cryptocurrency exchanges or email accounts.

currencies and blockchain technologies,[11] and as a HNWI with a "significant social media presence" where he frequently discussed his cryptocurrency and his wealth[12] prior to the first alleged SIM swap incident in November 2018. With his background and activity, as well as his over 138,000 followers on Twitter, Mr. Williams is a public figure in the cryptocurrency industry, and by his own admission was therefore "at a heightened risk" for cyberattacks (like unauthorized SIM swaps) aimed at stealing his cryptocurrency. And given he currently occupies position #66 on Cointelegraph's "Top 100" notable people in the cryptocurrency industry,[13] not to mention the publicized[14] $500M sale of an urgent care company that he founded, Mr. Williams is a quintessential example of a high-risk target for cyberattacks and attempted cryptocurrency theft.

## C. SIM Swaps and Cryptocurrency Theft

40.     The only way a thief can steal cryptocurrency is if the thief obtains the credentials necessary to access the victim's wallet or account and then transfer or divert the cryptocurrency from that wallet or account. Thus, it is critical that cryptocurrency users follow security warnings and instructions when setting up their wallets and accounts. It is also critical, however, to properly secure email accounts (*e.g.*, Google/Yahoo) because users will often link their email accounts to other accounts they maintain, thus making the unauthorized access of the former a gateway to unauthorized access of the latter. Indeed, in this case, Mr. Williams revealed that access to his Google account would permit access to other accounts he alleges hackers breached.[15]

41.     A SIM swap alone does not provide the perpetrator with access to anything beyond control of the target's phone number—not any accounts, not any communications, and certainly not any

---

[11]     Compliant filed Oct. 25, 2019 [Doc. 2] ("Compl.") ¶ 8.

[12]     Compl. ¶ 8; *see* Exhibit B at pp. 16, 21-24, 27-31.

[13]     https://cointelegraph.com/top-people-in-crypto-and-blockchain/jason-williams

[14]     *See, e.g.*, https://fiftyonepercent.podbean.com/e/jwiliams/

[15]     *See* Plaintiff's response to Interrogatory No. 2 (July 6, 2020).

cryptocurrency credentials or cryptocurrency itself. Moreover, confidential personal information about the target — and certainly the types of confidential information a phone company would have about one of its subscribers — is not needed by a criminal seeking to take over the target's private accounts or steal cryptocurrency because information about the account holder does not provide access to cryptocurrency credentials or cryptocurrency itself. Accordingly, it is not my experience that a criminal seeking to steal cryptocurrency (in a similar capacity) would need to obtain confidential information about the target himself/herself in order to access the target's accounts and wallets, because such information would not be required for accomplishing those objectives.

42.     To the extent a SIM swapper is able to access any of the target's accounts, communications, or cryptocurrency, the swapper must have first proceeded through intermediate steps to — steps that the target can easily prevent by implementing basic security measures to protect his/her private accounts from being accessed by someone who has taken temporary control of his/her mobile phone number. Stated differently, following an unauthorized SIM swap, the perpetrator must then also successfully exploit defects in the target's own personal security practices (namely, security settings) before access to any of the target's online accounts is possible. Access to accounts is not possible only by means of a phone number unless that is a setting the individual put or left in place deliberately, such as by enabling a feature that allows an account's password to be reset with a code sent to that phone number. But even then, the perpetrator would still need to know what online accounts their target maintains (or where they store their cryptocurrency) and which email address and/or "user names" the target uses to access those accounts — information neither maintained by phone companies nor gained through a SIM swap.

17

43.     For instance, in Mr. Williams' case, he contends the third-party criminals used their control of his phone number to reset the password to his Google account and gain access to that account,[16] an intermediate step that was easily preventable if Mr. Williams had chosen a security configuration that does not include SMS password reset. A phone number by itself cannot access an email account,[17] unless the owner of that email account elects to use that phone number as a means of reset[18] — and even in that case you would still need to know the email address or user name of the account. Access to a phone number does not provide access to an email app nor the credentials to an email account. Further, how one accesses an email account has no bearing on how that email account is secured. For example, I secure a Google account with Google Authenticator (as a means to log in), but I access it (read my emails once logged in) on my phone.

44.     Nor does a phone number provide access to files or cryptocurrency. Files and data stored on a cell phone would not be directly accessible via a SIM swap. A clone of the phone's memory is not transferred via an unauthorized SIM swap, only temporary control of a phone number is. And while a text message to a phone number can be used to reset account passwords if an account holder *affirmatively chooses* to allow that, that scenario simply underscores how simple it is to insulate an account from being accessed following an unauthorized SIM swap:  do not turn that option on — it is well-known among cryptocurrency users to be fragile.

45.     For example, Google Authenticator 2FA is a well-known, free, and easy-to-use method for securing accounts through Time-Based One-Time Pins ("TOTP"), which requires access to a

---

[16]     Plaintiff's Response to Interrogatory No. 2 (Jul. 6, 2020).

[17]     Even SMS 2FA (as opposed to SMS password reset) would still require the person attempting access to know the account holder's password.

[18]     SMS password reset is *not* SMS 2FA, and is a feature commonly exploited and used by SIM-swappers.

18

particular physical device to obtain 2FA access codes in order to log into accounts.[19] If an unauthorized third party takes control of a phone number through a SIM swap, he or she cannot access Google Authenticator 2FA codes because the phone number is not used to transmit those codes, and thus cannot access any accounts secured by Google Authenticator. Rather, to access an account that is properly secured by Google Authenticator, the criminal would need to literally steal the victim's physical phone (and know the code to unlock it) and open the Google Authenticator app to obtain the TOTP 2FA codes.

46. Phone companies do not have any knowledge of, or ability to control, the security measures its subscribers utilize on their private third party accounts, let alone their personal cryptocurrency wallets. At bottom, it is an individual's responsibility to secure their private accounts, especially against known cyberattack methods such as SMS password resets following an unauthorized SIM swap. While an unauthorized SIM swap grants the perpetrator a short window of time to send and receive calls and messages[20] using an individual's phone number (until the individual calls the phone company to have the SIM swap reversed), it is the actions and personal security choices of that individual which determine whether the perpetrator can access any of their third-party accounts.

47. In my experience, nearly every cryptocurrency theft I have investigated could have been prevented had the victim simply followed their wallet set-up instructions and security warnings and/or taken basic steps to secure their accounts such as by using Google Authenticator 2FA.

---

[19] "Time-based One-Time-Pins," or TOTP, is a form of two factor authentication that uses a code displayed by an application on your phone, and which continually resets to a new code after a set period of time (*e.g.*, every 20, 30, etc. seconds). The code can only be seen on the user's phone screen and thus, unlike a code sent via a text message, cannot be seen or intercepted by a SIM swapper. "Google Authenticator" and "Authy" are the most well-known and free TOTP mobile phone apps. *See* https://en.wikipedia.org/wiki/Time-based_One-time_Password_algorithm.

[20] Standard phone SMS/MMS messages (commonly called "text messages"); note this does not apply to account-based messages such as WhatsApp, Signal, Telegram, etc. which are login-based and, much like login-based accounts, have varied security options.

19

## III.    THE RESPONSIBLE CRYPTOCURRENCY PARTICIPANT

48.    As stated above, there has been an influx of new participants in the digital assets space in years past, especially following the late 2017 "bull market." These new participants range from being very knowledgeable about the risks of cryptocurrency and how to implement appropriate security measures, to having almost no knowledge of those subjects. Regardless of the baseline knowledge these new participants have, there are ample resources to begin or expand their knowledge base, which is needed to be a responsible participant in this space.

49.    Responsible cryptocurrency participants do their research to understand and appreciate the unique risks of participating in the cryptocurrency industry, follow security instructions and implement appropriate personal cybersecurity practices, and practice good cyber hygiene.

### A.    Understanding the risks and implementing appropriate security measures.

50.    Individuals who hold cryptocurrency are presumed to follow instructions, heed warnings, and leverage the industry catchphrase "DYOR" (do your own research). This includes reviewing publicly-available information on proper cybersecurity practice, such as utilizing password managers, TOTP or hardware-key 2FA, and not relying on a single point of failure such as a telephone number, or SMS password reset.[21]

51.    The responsible cryptocurrency participant does this research and also reviews news and trends for the industry (as would investors in any other type of asset) to stay abreast of the commonly-discussed dangers presented with reusing passwords or relying on a single, centralized point of failure such as SMS 2FA.[22] Rather than presume "it can't happen to me," a responsible

---

[21]    https://medium.com/mycrypto/what-to-do-when-sim-swapping-happens-to-you-1367f296ef4d

[22]    https://techcrunch.com/2017/09/18/ss7-coinbase-bitcoin-hack-2fa-vulnerable/

cryptocurrency holder takes appropriate action to eliminate vulnerabilities that are unacceptable and reckless in light of the unique risks associated with holding digital assets.

52. For example, if all U.S. financial institutions suddenly announced that their customers' checking and savings accounts were no longer insured, and that centralized protections have vanished so that unauthorized bank transactions could no longer be reversed (thus exposing their customers' US dollar holdings to the sort of risks attendant to holding cryptocurrency), you would expect some (if not many) of those customers to take some time to ensure they had adequately protected their online access to those access by, for example, not re-using passwords, setting up adequate 2FA, and researching other ways to properly secure their various accounts and holdings. That would be a responsible thing to do in light of the new risks presented in that hypothetical. A common denominator between "traditional" cybercrime and cryptocurrency-related cybercrime is that it is, in fact, quite rare that people who invest a few hours into their cybersecurity fall prey to hackers. Hackers prefer soft targets.

53. It was impossible to be involved in the digital assets space in late 2017, and *especially* in 2018, without hearing about SIM-swaps and cryptocurrency losses. The coverage by press, including well-publicized reports from multiple outlets,[23] as well as posts on social media and panels at conferences, collectively put this issue right in the faces of digital asset participants — all before any of the unauthorized SIM swaps Mr. Williams alleges in this case.

54. Responsible cryptocurrency participants heeded the warnings about unauthorized SIM swaps, which I attribute to the sharp decrease in SIM-swap-related cryptocurrency theft reported to my firm in 2019 and 2020. Undoubtedly, many cryptocurrency users still experienced an unauthorized SIM-swap, but the responsible participants properly secured their critical accounts

---

[23] *See*, *e.g.*, **Exhibit C** - SIM-Swapping Articles.

21

by eliminating the ability to access those accounts via their mobile phone number. In most cases, this involves taking a matter of minutes to download and use Google Authenticator, remove "SMS password reset" features from those accounts, and/or unlinking their mobile phone numbers from those accounts, and/or (for services offering only SMS authentication) using a VoIP service such as Google Voice, which cannot be SIM swapped if properly secured. These responsible users also would have properly secured their credentials to these accounts by, for example, not reusing passwords across multiple accounts, employing password managers and TOTP 2FA, and following instructions to write down (and never store online) any seed phrases or account recovery codes. Taking such measures — which often requires minutes of time per account — insulate those accounts from being accessed by a hacker who takes control of the account holder's mobile phone number.

55.     Knowing what safeguards are available is equally as important as knowing the risks you should safeguard against. A responsible participant does not allow FOMO (an acronym for "fear of missing out" commonly used in the cryptocurrency industry) to cause him to blunder haphazardly into the latest blockchain-related trend, but instead takes the time to research and understand the technology in which he will be investing, its vulnerabilities, and how it can be secured against known forms of attacks.

56.     For example, a responsible new entrant into cryptocurrency mining would take the time to research the process and, at a minimum, identify the most critical security risks — such as having his mining proceeds diverted to a wallet he doesn't control — as well as the ways to guard against those risks. In this case, Mr. Williams admitted (during a podcast interview he gave after the incident) that he was unaware his Slush Pool mining account had an option to "lock" the wallet

address where his mining payouts were sent,[24] and which could not be unlocked by hackers who gained access to his account. Utilizing this option would have prevented the alleged diversion of 0.23 Bitcoin from Mr. Williams' mining operation,[25] but Mr. Williams apparently didn't take the time to learn what security options were available to him.

57.    There is always a tradeoff between convenience and security. More of one typically equates to less of the other. While it may be extremely convenient to simply click "forgot password" and immediately receive a text message code that allows you to access your email account, that is a reckless personal security practice with respect to cryptocurrency. A responsible user achieves the appropriate balance of convenience and security. What is an appropriate balance for someone with only $500 in cryptocurrency may not be appropriate for someone with $5M of cryptocurrency. It may be the case that having adequate security requires an extra few seconds of work to open up the Google Authenticator application and type in the 2FA code to access cryptocurrency, but a responsible user recognizes that extremely minor inconvenience keeps his/her accounts safe from unauthorized access and theft.

**B.    Practicing good cyber hygiene.**

58.    A responsible participant also recognizes the elevated risk of cyberattacks that arises from publicly disclosing details of their digital asset activity, such as specifics regarding what platforms they use, their holdings on those platforms, or especially combinations of that sort of information that would make them an attractive or soft target for hackers, and will refrain from doing so. In its simplest form, this is the well-known rule of "don't overshare." Even if digital assets participants feel compelled to publicly disseminate information that could aid a cybercriminal in targeting or

---

[24]    https://podcasts.apple.com/us/podcast/jason-williams-co-founder-partner-at-morgan-creek-digital/id1434060078?i=1000447994515; ATT-WIL-02317.

[25]    Compl. ¶ 42.

23

successfully attacking them (whatever the motivation to do so), a responsible actor would allocate a commensurate amount of time to ensuring his or her personal security measures and practices are sufficient to defend against the increased attention from cybercriminals that will inevitably result.

59.     HNWIs, influencers, companies, and anyone else that would be perceived as a more attractive target to hackers have more reason to pay attention to their cyber hygiene and cybersecurity. A common topic of discussion in the industry is not flaunting your wealth,[26] as this type of activity may result in being targeted. If an industry participant does elect to publicly disclose his holdings or show off his cryptocurrency wealth, then the responsible thing to do is to first ensure (either by spending a modest amount of time, money, or both), he has followed all the security instructions applicable to those holding, and has implemented appropriate safeguards against the malicious actors that "wealth flaunting" will undoubtedly attract. The saying "an ounce of prevention is worth a pound of cure" is well-known[27] in broader (not specific to blockchain) cybersecurity. Certainly, one would expect "faces of the industry," such as influencers or those with well-known companies, to have better cybersecurity than what I often refer to as "Joe Retail" — the average person that invests perhaps a few thousand dollars into digital assets.

60.     The blockchain industry has many influencers that leave an impression on hundreds of thousands of their followers. Good cyber hygiene entails practices that not only avoid needless risk to oneself, but also to their followers and others with whom they have a digital relationship. To that end, the responsible influencer realizes they have a professional and social responsibility to protect not just their digital assets, but their accounts. The responsible influencer realizes that if, for example, their Twitter account is compromised, the hacker that gained access could potentially

---

[26]     https://news.bitcoin.com/stay-safer-by-keeping-your-bitcoin-business-to-yourself/

[27]     https://www.ascentor.co.uk/2016/04/ounce-prevention-worth-ton-cyber-attack-cure/

defraud any number of their hundreds of thousands of followers via impersonating them. The responsible influencer would not only care about their followers, but their professional reputation — and, thus, whether out of concern for others, themselves, or both, would spend the few minutes necessary to properly secure these highly valuable social media accounts.

61.     The responsible participant realizes that many documents utilized for onboarding in financial services (such as utility bills and digital copies of identity documents/passports to complete know your customer ("KYC") processes) could be utilized to defraud others (impersonation fraud) or to access accounts (via delayed reset) or open accounts in their name. The responsible participant thus secures these documents with an appropriate degree of care. In the event these documents become compromised (which is possible by no fault of the participant — such as an exchange being hacked), the responsible participant notifies the applicable government agency/agencies in order to protect themselves and others, even if it will take them some time to fill out paperwork and get new identity documents, because it's the responsible thing to do. Especially in cryptocurrency, the ramifications of, for example, a selfie with an identity card being stolen by a criminal could include account reset compromises (much like the Coinbase account compromise Mr. Williams experienced), accounts being opened in their name, or others being defrauded via impersonation.

## IV.     ANALYSIS OF ALLEGATIONS AND EVIDENCE

### A.     Mr. Williams' background and conduct regarding cryptocurrency, mining, and security.

62.     The complaint alleges Mr. Williams was an "early cryptocurrency investor and enthusiast"[28] but does not specify when Mr. Williams first became involved with cryptocurrency. A brief search

---

[28]     Compl. ¶ 8.

of Mr. Williams' Twitter history suggests that Mr. Williams may have first gotten involved with cryptocurrency in 2016, and his response to Interrogatory No. 10 confirms this.[29]

63.     Mr. Williams' involvement with cryptocurrencies as early as 2016 establishes he had ample time to conduct responsible research and efforts regarding risks and security for his digital assets and mining operation, including the risk of SIM swaps and using a mobile phone number as a single point of failure. He claims to have "a significant social media presence, where he frequently discusses cryptocurrency news and developments." If this is true, then he was undoubtedly aware of the risk of SIM swaps and vulnerabilities of SMS password reset prior to the first SIM swap, which was a widely-covered topic in the industry before any of the incidents in this case.[30]

64.     Consistently, Mr. Williams alleges that as soon as his phone went dead the first time on November 5, 2018 he "suspected a SIM swap attack was occurring,"[31] demonstrating he already knew about SIM swap attacks, how they operated and the risk they presented of a criminal taking control of your phone number — before that first incident.

65.     Mr. Williams claims he is "a leader in the field of cryptocurrency markets and security," and "endeavors to stay up-to-date with the latest cryptocurrency news and developments."[32] If this is true, it is effectively impossible that Mr. Williams was unaware of security risks and best practices frequently shared as content on all major cryptocurrency news outlets. It would also be impossible for Mr. Williams to not have known his own personal security choices and practices were inadequate. Not only did he elect to use what is likely the most insecure security option available (SMS password reset) on his "highly sensitive personal and financial"[33] accounts, he persisted in

---

[29]     Plaintiff's supplemental response to Interrogatory No. 4 (Oct. 1, 2020).

[30]     *See, e.g.*, articles in Exhibit C.

[31]     Compl. ¶ 37.

[32]     Plaintiff's response to Interrogatory No. 10 (July 6, 2020).

[33]     Compl. ¶¶ 1, 44

26

doing so despite alleging that same inadequate security setting is what allowed hackers to repeatedly access those accounts.[34]

66.     At various points in the litigation, Mr. Williams has claimed his private accounts required SMS "two-factor authentication" or "two-step authentication,"[35] but his descriptions of those processes indicate what he had actually enabled on those accounts was SMS as a *password reset measure* — something entirely different. True SMS 2FA on an account would require Mr. Williams to enter his correct password (1st factor — something you know) and also a code sent via SMS (2nd factor — something you have, although SMS is not a secure or reliable indicator of that) before he could access the account. In his complaint, Mr. Williams describes SMS 2FA as something that allows account access "without a password."[36] It therefore appears Mr. Williams does not have a complete understanding of what two-factor authentication is. This is one of many observations I make in this report that prevent me from agreeing that Mr. Williams held any particular expertise or was a leader in security issues, as he has claimed.[37]

67.     Regarding his cryptocurrency mining operation, Mr. Williams' election to start a Bitcoin mining operation in February 2018 suggests he may have done so in light of the crash of Bitcoin's exchange rate.

68.     Even for a cryptocurrency beginner, mining Bitcoin can be done responsibly if one educates themselves on the risks and available security options, and uses that knowledge to set up a secure and responsible operation. The information and means to do so was available online well before Mr. Williams commenced any mining activities, including via (among countless other

---

[34]     Plaintiff's response to Interrogatory No. 3 (July 6, 2020).

[35]     *See, e.g.*, Comp. ¶ 27; Pl's response to Interrogatory No. 2 (July 6, 2020)

[36]     Compl. ¶ 27.

[37]     *See, e.g.*, Plaintiff's response to Interrogatory No. 10 (claiming "Plaintiff is a leader in the field of cryptocurrency markets and security.") (July 6, 2020).

27

sources) a set of instructions published by Mr. Williams' own mining service, Slush Pool, which is described as a "3 min[ute] read" requiring "low effort" to implement[38]:

# Keep Your Slush Pool Account Safe

 Slush Pool [Follow]
Sep 27, 2017 · 3 min read

> *Internet security is a very complex field. However, sometimes you can achieve fairly high level of security with quite a **low effort**. It is no different on Slush Pool. Please take a few minutes to read this article and make sure your Slush Pool account is adequately protected.*

69.    Slush Pool instructs all Slush Pool miners to employ the same fundamental security practices I associate with a responsible cryptocurrency participant — namely, eliminate a single point of failure by, at a minimum, activating a secure form of 2FA like Google Authenticator:



**Activate Two-factor Authentication**

You probably know this. Two-factor authentication can be set up (Settings → Security) using the apps like Google Authenticator or Authy. The app generate security codes that changes over time. In order to login to your account or change some important settings, you have to know **both password and the security code**.

---

[38]    "KEEP YOUR SLUSH POOL ACCOUNT SAFE," Slush Pool (Sept. 27, 2017), Exhibit C.

28

Had Mr. Williams followed this instruction and properly setup TOTP 2FA, criminal SIM swappers who took control of his phone number would not be able to access his Slush Pool account.

70.     Slush Pool also advised its miners to consider employing Slush Pool's basic security feature of "locking" their payout address (the wallet address where their BTC mining rewards are deposited), so that even if an attacker hijacks their account, he or she will not be able to steal their rewards:

## Set & Lock Your Payout Address

Firstly, do not forget to set up your payout address. Secondly, consider locking it (Settings → selected coin → Payouts). This is really straightforward and powerful feature. Even if the attacker hijacks your account and bypasess different security measures including 2FA, he **cannot change the payout address** and steal your rewards, as long as he has no control of the specified address.

Had Mr. Williams followed *this* instruction, even if he ignored the preceding instruction to activate TOTP 2FA (which he did), the hackers would not have been able to divert the alleged 0.23 BTC.

**B.      Mr. Williams' cyber hygiene.**

71.     Over 138,000 people follow Mr. Williams on Twitter,[39] and certainly countless others have reviewed what he posts. Beyond ensuring — through frequent posts about his cryptocurrency wealth — that cybercriminals would aggressively *target* him, his posts also broadcast information that made it more likely those criminals could *successfully do so*. For example, Mr. Williams would post details known to be utilized by hackers, including specifics on his flight information.[40] Worse, he broadcast the identities of the exchanges where he stored his cryptocurrency (Binance &

---

[39]     https://twitter.com/GoingParabolic.

[40]     *See* Exhibit B at p. 9. This type of information is utilized by hackers in order to maximize their "time on target" -- if their victim was asleep on a flight, or traveling overseas, it would be less likely the victim would notice and it would be more likely that the hackers could have a longer period of time to obtain the information and access to accounts required to maximize the results of their crime.

29

Gemini, *see* Exhibit B at pp. 26-27), the wallet address he used (*id.* at p. 29) and told the world that his mining operation is controlled by his Slush Pool account (*id.* at p. 33), thus providing a roadmap to would-be hackers. He further broadcast that he had accounts with Gmail and Authy (*id.* at p. 32), and that he receives his cellular service from AT&T (*id.* at p. 25).

72.     Exposing your crypto holdings by transferring funds from an exchange to a wallet and back for the sole purpose of "flexing" on Twitter (and showing a would-be hacker a wallet address and an exchange to look for), exhibits reckless cyberhygiene. Further, this type of activity by Mr. Williams is the only sharing of Mr. Williams' personal information that could aid hackers that I have observed in this case.

73.     Mr. Williams also posted information that placed himself (and potentially his family) at risk of physical (not just digital) crime.[41] If someone holds (self-custodies) at their residence, as one example, gold bullion, you would presume they have a safe and adequate home security, amongst other measures, to secure it. Digital assets, as explained above, follow a similar set of expectations. Despite this, Mr. Williams' flaunting of his wealth transcends putting his digital assets at risk. Flaunting the presence of bullion in his home alongside computer screen information that can be used as a timestamp, when it is extremely easy to find his home address, could tempt a robbery.

74.     Mr. Williams also did not take preserving identity documents seriously.[42] Even without the information page opened, photos showing a target holding a passport could be used for fraud.

75.     Mr. Williams' social media activity also potentially endangered others he engaged with, unrelated to the SIM-swaps. Take for example his Tweet sharing the location where numerous HNWIs would be during a cryptocurrency conference.[43]

---

[41]     *See, e.g.*, Exhibit B at p.2.
[42]     *See* Exhibit B at p. 3 (posting a photograph of his face and passport).
[43]     Exhibit B at p. 4.

76.    Beyond the information Mr. Williams publicly disclosed that would assist hackers in targeting him, the hackers who targeted him most likely already knew at least his phone number and, in likelihood, at least one of his email addresses. Via less than one minute spent querying Mr. Williams in TruthFinder,[44] it was possible to identify large amounts of potential personal and personally-identifying information for Mr. Williams.[45] Hackers have no need to go to a company like AT&T for such information, nor would they, as attempting to extract personally-identifying information about an AT&T subscriber would only needlessly increase the risk of their scheme not succeeding.

77.    Mr. Williams' personal information, including data such as passwords from past breached accounts, was also easy to access on DeHashed.[46] This further identifies publicly available information that would benefit hackers' efforts to target him — including email addresses he uses and information on passwords he has used for other accounts that were exposed in a data breach — entirely independent of any interaction with AT&T.

V.    **OPINIONS**

      A.    **Mr. Williams exhibited reckless cyber hygiene that caused cybercriminals to target him and gave them tools to do so more effectively.**

78.    As explained above, Mr. Williams' frequency of Tweeting about his wealth, cryptocurrency assets, and luxury possessions undoubtedly attracted the attention of cybercriminals and led to the aggressive period of SIM swap attempts on his AT&T account.

---

[44]    TruthFinder is a publicly available research tool used to pull up contact information and other information for a given person, which costs under $30 per month.

[45]    Exhibit E.

[46]    Exhibit D. DeHashed is a publicly available tool that costs $15.49 per month and provides a database of breached account information from hacked services. While having information on DeHashed does not, in and of itself, denote poor cyber hygiene, it does identify a potential habit of credential re-use.

79.     Making matters worse, Mr. Williams advertised information that would aid hackers both in targeting him and maximizing their ability to compromise his third party accounts. As explained above, his Tweets would disclose his whereabouts and travel plans, what mobile carrier he used, the identity of his cryptocurrency wallets, exchange accounts, mining service, and addresses he used to store his funds, what email service he used, and what TOTP security services he used or may have been using. All of this type of information is known to be used by hackers to more effectively attack a target.

80.     Mr. Williams has effectively built a personal brand off of flaunting his wealth and cryptocurrency activity. But building a personal brand off promoting one's net worth requires securing that net worth. While Mr. Williams invested significant time into promoting himself in this manner, it appears he put very little time into properly securing his accounts that would be increasingly targeted as a result of this activity.

**B.     Mr. Williams disregarded known risks and his own knowledge that he would be targeted by criminals.**

81.     As soon as his phone went dead the first time on November 5, 2018, Mr. Williams suspected a SIM swap attack was happening.[47] Thus, Mr. Williams was aware of the risks of unauthorized SIM swaps and knew how to prevent the types of harm that could result — before any of the SIM swap incidents he alleges in this case.

82.     Moreover, in an interview Mr. Williams gave no later than January 1, 2019,[48] he confirmed he was aware of the threat of SIM swaps, and the article resulting from that interview referenced using TOTP as a way to safeguard against SIM swap-related attacks.[49]

---

[47]     Compl. ¶ 37.

[48]     https://blockpublisher.com/sim-swap-attacks-pose-a-serious-threat-to-your-hot-wallets-crypto-linked-accounts-stay-alert/

[49]     *See* Exhibit B at pp. 14-15.

32

83.     Mr. Williams also knew he could be targeted for SIM swapping by cybercriminals.

84.     Upon the first SIM swap incident on November 5, 2018, Mr. Williams claims he informed AT&T that he is a "financial manager" involved with cryptocurrency trading and that he is "at heightened risk of SIM swap attacks."[50] By Mr. Williams' own admission, he was aware by approximately November 5, 2018 (and undoubtedly prior to that) that hackers would likely target or were actively targeting his cell phone number for SIM swap attacks in order to attempt to access his cryptocurrency and other third-party accounts.

85.     Given that knowledge, a high-figure cryptocurrency participant or security expert, as Mr. Williams claims to be, should have taken immediate action to easily defeat that risk.

### C.     Mr. Williams employed reckless and inadequate cybersecurity practices.

86.     Despite his knowledge of SIM swap risks and that he would be targeted, and despite AT&T's disclosures that it could not guarantee the security of his AT&T account,[51] Mr. Williams employed reckless and inadequate security practices that could allow a successful SIM swap attack — particularly when aided by the types of private information Mr. Williams advertised on social media — to result in the compromise of his private third-party accounts.

87.     Mr. Williams could have taken numerous, simple steps to safeguard those accounts in the event he was successfully SIM swapped, with some examples being adding TOTP or hardware-key 2FA, removing SMS password reset, using wallet whitelisting, using a properly-secured VoIP or Google Voice phone number, or simply locking a payout address. A responsible person — and certainly someone who claims to be a "leader in the field of . . . security"[52] and held as much

---

[50]     Compl. ¶ 47.

[51]     *See, e.g.*, AT&T Privacy Policy, ATT-WIL-01591-92 ("no security measures are perfect, we cannot guarantee that your Personal Information will never be disclosed in a manner inconsistent with this Policy"); Wireless Customer Agreement, ATT-WIL-05974 ("AT&T DOES NOT GUARANTEE SECURITY").

[52]     Plaintiff's Response to Interrogatory No. 10 (July 6, 2020)

33

cryptocurrency as Mr. Williams advertised he did — should have done at least some, and probably most or all, of these.

88.     Instead, and despite the warnings issued by Slush Pool and others, Mr. Williams elected to enable SMS *password reset* (not SMS 2FA as he incorrectly claims) — the very feature that illicit SIM swaps principally seek to exploit — on his Google account (and others). He did this despite also knowing that anyone who compromised his Google account could thereby gain access to what he describes as his other sensitive financial and business accounts, including his Slush Pool mining account and the accounts where he alleges he stored his own sensitive personal information and that of his family members. In short, he set up the security on all of the accounts at issue to be as susceptible as possible to a criminal who took control of his phone number.[53]

89.     However, the accounts that he alleges were compromised were not all of his important accounts. For instance, before the first SIM swap, the criminals who targeted him undoubtedly knew he likely kept large amounts of cryptocurrency in a Gemini and/or Binance exchange account.[54] Yet Mr. Williams does not allege his Binance account was compromised and he only alleges criminals "attempted" to access his Gemini account.[55] The most likely explanation for why the perpetrators of the SIM swaps did not get into those two accounts is that Mr. Williams knew how to enable, and in fact enabled, security measures on those accounts which did not permit access via control of his phone number.

---

[53]     *See* Plaintiff's response to Interrogatory No. 3 (stating all of his compromised accounts were set up to have their passwords reset via an SMS message, or could otherwise be accessed via his Google account which could have its password reset via an SMS message) (July 6, 2020).

[54]     *See, e.g.*, Exhibit B at pp. 28, 30 (Aug. 12, 2018 Tweet from Mr. Williams disclosing his Gemini account and its holdings; Apr. 28, 2018 Tweet from Mr. Williams disclosing his Binance account).

[55]     Compl. ¶¶ 52, 55, 60.

34

90.    In fact, records produced by Coinbase indicate Mr. Williams enabled TOTP on his Coinbase account as early as November 13, 2018.[56] Yet he chose not to do so for his other accounts like Google and Slush Pool.[57] Based upon Mr. Williams' document production and discovery responses,[58] it is unclear whether he utilized Authy or Google Authenticator for TOTP on his Coinbase account. If he utilized Authy, this may suggest he disabled Authy's multi-device feature prior to his Coinbase account compromise. If Mr. Williams utilized Google Authenticator for TOTP on his Coinbase account, he already had the very app needed to keep his other accounts (including his Google and Slush Pool) easily secured. In either case, and in another example of Mr. Williams taking steps to undermine his own security, Mr. Williams defeated the point of this TOTP protection by keeping identity documents such as images of the front and back of his driver's license online (in a non-TOTP secured location) that could be used to reset those protections.

91.    But what is most baffling — and troubling — about Mr. Williams' conduct is his refusal to change his security configuration after each of the multiple breaches of his accounts, despite his belief that his security configuration is what the hackers repeatedly exploited to gain access to his accounts.

92.    Following the first (Nov. 5, 2018) incident, Mr. Williams was aware that his phone number being SIM-swapped could lead to a password reset for his Google account, which could also give

---

[56]    See "jasonwilliamseow@gmail.com Compliance Report.csv" (data later labeled as COINBASE_000003).

[57]    *See infra*, fn 58. Documents produced by third party Gemini also indicate Mr. Williams attempted to use Authy (another form of TOTP 2FA) to secure his Gemini account, but that Mr. Williams claimed the attackers "hacked" his Authy account as well. GEMINI_0008. The only way hackers could remotely access his Authy account is if Mr. Williams affirmatively enabled Authy's multi-device feature *and then left it in place* – against Authy's "strong[] suggest[ion]" to disable it. ATT-WIL-02152.

[58]    *See, e.g.*, Plaintiff's response to Interrogatory No. 2 (July 6, 2020) (no discussion of any TOTP usage on any account); Plaintiff's supplemental response to Interrogatory No. 2 (Oct. 1, 2020) (same).

hackers the ability to access his other sensitive accounts. There were several simple things Mr. Williams could and should have done in response to this first attack (which I have outlined above) that would prevent the recurrence of any breach of his third party accounts following a future SIM swap.

93. Yet Mr. Williams claims in his interrogatory responses that all he did after that first incident — and after each subsequent incident — is change the passwords to his accounts, despite articulating in those same interrogatory responses precisely why merely changing passwords would do nothing to prevent future breaches of those accounts by anyone who took control of his phone number, so long as he continued to enable SMS password reset.[59]

94. And this is, in fact, what Mr. Williams alleges happened: in each subsequent incident, he claims the hackers accessed his private accounts "by using the same methods [they] used [the first time.]"[60] In other words, he believed the hackers repeatedly exploited the same inadequate security settings he chose to implement, yet elected to maintain those same settings following each incident. In all the cybercrimes I have investigated, I have never observed such a pattern of easily avoidable recurrences.

95. Instead of taking mere minutes to set up Google Authenticator on *all* of his accounts,[61] Mr. Williams sought to obtain assurances of special treatment from employees at an AT&T retail store in Raleigh, NC. Mr. Williams alleges he relied on statements by those store employees that extra security would be added to his account, and that future requests for SIM changes would have to

---

[59]     Plaintiff's responses to Interrogatories Nos. 2 & 3 (July 6, 2020).

[60]     Plaintiff's responses to Interrogatory No. 3 (July 6, 2020).

[61]     Mr. Williams' Coinbase account evidences his use of TOTP, meaning Mr. Williams had already downloaded the prerequisite application and was familiar with how to add TOTP to accounts. Consequently, adding the same level of security for his other accounts, such as Google and Slush Pool, would have been a trivially quick matter of scanning a QR code and entering several digits to confirm. *See* Exhibit B at p. 19.

36

be made in person and with two forms of identification. Mr. Williams knew or should have known that these measures could not guarantee he would not be SIM swapped again.

96.     By November 2018, it was widely reported in news media online that such measures cannot guarantee a SIM swap will not happen, particularly if it is done by an insider.[62] Yet after each incident, Mr. Williams chose not to make any changes to his personal security practices and instead elected to rely on his mobile phone carrier as the single point of failure for the protection of his private third-party accounts.

97.     Mr. Williams had the information, means, ability, and responsibility to properly secure his private accounts with third parties. He could have done this in a fraction of the time he spent asking AT&T to place notes on his account requesting bespoke security procedures.

### D.     The SIM swaps did not provide hackers with a "mirror image" of Mr. Williams' phone.

98.     Mr. Williams' allegation that the hackers who targeted him "were also able to create a 'mirror image' of his phone"[63] is almost certainly untrue and, in any event, I have not identified anything in his document production (JW_0001-75) that would corroborate that allegation.

99.      The unauthorized SIM swaps did not and cannot provide a backup of Mr. Williams' iPhone. The only way a hacker could obtain a mirror image of Mr. Williams' phone would be if Mr. Williams elected to store an unencrypted backup of his device on one of the services that he alleges these hackers accessed (or an encrypted backup with the password to unlock that encryption within one of those improperly-secured services).

---

[62]     *See, e.g.*,   https://www.flashpoint-intel.com/blog/sim-swap-fraud-account-takeover/ (published June 8, 2018, detailing campaigns by hackers to target mobile store employees and pay them to perform SIM swaps);   https://www.wired.com/story/sim-swap-attack-defend-phone/ (published Aug. 19, 2018; describing recruitment of phone company employees and stating "[i]f a skilled SIM hijacker targets you, there's realistically not much you can do to stop them;" and stating SMS 2FA "won't help at all if a SIM swap hits") (underline in original).

[63]     Compl. ¶ 40.

100.     Mr. Williams' Response to Interrogatory No. 2 does not list his Apple/iCloud account —
the account where a backup of his phone's memory would be stored — as one of the accounts
hackers breached. Consequently, the *only* way hackers could have created a mirror image of Mr.
Williams' phone was if Mr. Williams stored a backup of his device on one of the improperly-secured
file storage service that he alleges was breached (*e.g.*, Google Drive, DropBox, etc.). Again, I have
seen nothing in Mr. Williams' discovery responses or the documents he produced to indicate this
happened or otherwise support his allegation that hackers obtained a mirror image of his phone.[64]

101.     Accordingly, Mr. Williams is incorrect when he alleges a SIM swap enabled hackers to
identify the accounts where "he most likely had money or cryptocurrency."[65] To the contrary,
neither AT&T nor the SIM swaps themselves informed the hackers where Mr. Williams kept his
cryptocurrency. Mr. Williams did that by failing to properly secure that information or publicly
advertising it on his Twitter account. It was Mr. Williams who told the hackers what accounts he
used and where he kept his cryptocurrency.[66]

### E.     The materials Mr. Williams has produced do not establish his third-party accounts were compromised due to the SIM swaps, and not some other intervening event.

102.     Although Mr. Williams alleges the SIM swaps are what enabled the hackers to breach his
third party accounts (Slush Pool, Gmail, Google Drive, Dropbox, Twitter, Instagram, Linkedin,
Coinbase, Gemini, First Citizens Bank),[67] the materials he has produced (Bates labeled JW_0001-

---

[64]     *See, e.g.*, JW_0001-75 (no document indicating Mr. Williams stored an unencrypted backup
of his iPhone, or that any hacker accessed a backup of his iPhone); Plaintiff's Response to Second
RFPs No. 9 (claiming he does not have records of which of his files or sensitive information
hackers alleged accessed, or that he has already searched for and produced any such records he
has).

[65]     Compl. ¶ 40.

[66]     *See, e.g.*, Exhibit B at pp. 25-31

[67]     Plaintiff's supplemental response to Interrogatory No. 2 (Oct. 1, 2020).

Case 5:19-cv-00475-BO     Document 172-7     Filed 11/20/23     Page 40 of 218

75) do not establish that is the case, or that his accounts were not breached for reasons independent of the SIM swaps.

103.    For example, JW_0058 states the breach of his Coinbase account began on February 3, 2019, when the password on that account "was reset from a Windows 10 device." Mr. Williams has not produced anything establishing that password reset did not result from a vulnerability in Mr. Williams' security practices entirely independent of the SIM swap. Moreover, that same document states the Coinbase breach was completed by, among other things, the hacker providing Coinbase with "photos of the front and back of [Mr. Williams'] ID along with a photo of [Mr. Williams'] face" — things AT&T did not have and could not have provided to the hacker(s), and as evidenced elsewhere in this Report, resulted from Mr. Williams' inadequate protection of his Google account.

104.    The Coinbase breach is the only breach for which Mr. Williams' document productions provide any meaningful detail regarding how the breach occurred and, as noted above, still presents numerous unanswered questions as to the cause of or responsibility for the breach. For the other alleged breaches — Google (Gmail/Drive), Slush Pool, Twitter, etc. — Mr. Williams' document productions contain no information that would enable anyone to conclude (without significant speculation) that the SIM swaps, and not some other intervening events/failures, enabled or caused the breaches.

105.    For instance, even without a SIM-swap, it is possible that Mr. Williams' jasonwilliamseow@gmail.com may have been compromised via another vector. As one example, his document production shows password reset emails being sent to jwilliams@prtitech.com,[68] which appears to be a recovery email for his Gmail account. If the credentials for the latter email

---

[68]    *See, e.g.*, JW_0053.

were compromised, by proxy, the former account would be compromised, regardless of whether or not a SIM-swap took place.[69]

106.    While I do not know (and cannot know unless Mr. Williams provides evidence) the security settings for each of these email accounts, if Mr. Williams did not have appropriate 2FA on his @prtitech.com account, and reused passwords (which, as per DeHashed, and Mr. Williams' alleged practice of rapidly memorizing entire sets of new passwords, seems entirely possible) — his Google account could have been compromised completely independently of a SIM swap.

107.    Further, if Mr. Williams had been a victim of phishing or malware, this same single point of failure would have resulted in access to the array of items described in this action, such as identity documents and other sensitive information/credentials.

108.    These same problems of causation present for each of the account breaches that Mr. Williams alleges resulted from a SIM swap.

### F.    Hackers used Mr. Williams' Google account, not his phone number, to access most if not all of the accounts at issue.

109.    In his Complaint, Mr. Williams alleges hackers used their control over his Gmail (more accurately, Google) account to "hack" into his Twitter, Instagram, DropBox, Google Drive, and LinkedIn accounts.[70] And based upon the sequence of events described in Mr. Williams' response to Interrogatory No. 2, I am left to conclude that Mr. Williams' Slush Pool account was also accessed via his Google email account, via a password reset email.

110.    Moreover, as described above, Mr. Williams' failure to properly secure his Google account appears to have, in turn, provided the hackers with access to identity documents he ill-advisedly

---

[69]    This is what happened to Ian Balina's Google account, and subsequently, his Evernote account, leading to compromise of profit keys by hackers including Joel Ortiz. In that case, Ortiz et al. didn't SIM swap Ian Balina, but simply took advantage of a known compromised password.

[70]    Compl. ¶ 39.

40

uploaded and stored on a non-TOTP-secured Google Drive which, in turn, appears to have enabled those hackers to successfully request a reset of the TOTP-secured Coinbase.[71]

111.    Although Mr. Williams has not specified the exact manner in which his Google account was utilized to access all of the accounts that he alleges were breached — whether as a login or through a password reset email — his allegations and discovery responses make it clear that hackers used Mr. Williams' *Google* account, not his *phone number*, to access these services.

> **G.    Mr. Williams' document production does not substantiate the alleged diversion of Bitcoin from his mining operation.**

112.    Mr. Williams alleges that the hackers who breached his Slush Pool account in November 2018 diverted 0.23 BTC from that account. To date, Mr. Williams has not produced records from his Slush Pool account to corroborate that allegation. While Mr. Williams has produced an email[72] indicating a belief that hackers used a wallet address beginning with "3FSC" to divert those funds, which wallet received approximately 0.44 BTC in November 2018, it is impossible to determine if those funds (or any funds) were in fact diverted from Mr. Williams' Slush Pool account absent corresponding records from Slush Pool.

113.    I reserve the right to provide additional information regarding these opinions and / or further opinions if asked to do so by AT&T or in response to newly-discovered information, or as necessary for rebuttal purposes.

---

[71]    JW_0058.

[72]    JW_0065.

41

**// ENDS**

Richard A. Sanders
Lead Investigator, Principal
CipherBlade



+1 (732) 890-7874
rich@cipherblade.com
www.cipherblade.com

Curriculum Vitae of **Richard Sanders, CRC**

*Forensics reports, Declarations, and other work samples available upon request and NDA signing.*

**Summary:** Combat veteran continuing a sense of mission as a blockchain forensics expert and cryptocurrency cybercrime investigator with experience in dozens of cases. Seen as subject matter expert by legal, law enforcement, and regulatory professionals. Experience working with top law firms performing forensics work and other expertise-based supportive efforts. Experience testifying and writing reports for a diverse array of cases involving cryptocurrency, including OTC deals, theft (as one example, SIM-swaps), and suspect ICO (misappropriation/embezzlement/etc.) disputes. Strong leadership, investigative, and analytical skills foster results.

## CipherBlade: Lead Investigator, Co-Founder

- Launched first-of-kind cryptocurrency investigative agency
- Leads team of 8 staff dedicated to uprooting fraud and discovering the truth via the blockchain
- Renowned expert in blockchain forensics (utilizing tools such as Chainalysis, Crystal, or tools developed internally by need,) briefing law enforcement, legal professionals, and senior level exchange executives/compliance staff on complex blockchain transactions, security vulnerabilities, and other rapidly evolving elements of new waves of crime
  - First Certified Investigative Partner with Chainalysis
- Expert witness with experience leveraging deep knowledge of cryptocurrency criminal methodologies and networks
  - Maintains active infiltration in underground hacker/scammer communities to maintain cutting edge threat intelligence leveraged by AML professionals and law enforcement
  - Developed and maintains list of common tendencies/observations of suspicious blockchain companies, which have provided 100% accuracy in data points upon reviewing ICOs/equivalent for mismanagement, embezzlement, and other crime
  - Serves as trainer and mentor for professionals in the public and private sector regarding fusion of on-chain and off-chain intelligence, leveraging OSINT and other techniques with blockchain forensics expertise to foster an environment in which "they can't hide"
  - Has a 100% success rate in unveiling undisclosed cryptocurrencies in divorce cases
- Lead investigator for dozens of cryptocurrency scams and hacks, most notably the 'OGUsers' ring with many arrests in 2018
  - As a lead investigator, is involved throughout full case lifecycle, from the time of incident through prosecution
  - Assists affected parties with stabilizing upon breach and gathering initial forensics data
  - Generates law enforcement reports in a renowned "pretty box with a ribbon" format, greatly enhancing likelihood that reports are actionable and serving as a catalyst for law enforcement action on highly complex cases that often lack past "playbook precedent"

- - Conducts investigation of person(s) of interest for such incidents, including social engineering of social engineers, and feeding identifying data to law enforcement which led to the arrests of many simswappers via REACT and the FBI
  - Assists prosecutors by feeding evidence and opinion in order to ensure person(s) responsible for these incidents are held appropriately accountable
  - Assists victims and legal counsel by generating Declarations, often enabling and expediting asset recovery after arrests and asset seizure
- Advisor for top-tier blockchain projects, such as Dusk and ChromaWay
- Leverages blockchain, regulatory, and cyber knowledge to serve exchange clients such as Bitbuy with solvency audits
- Provides public-facing expert research and opinion on controversial matters in the blockchain industry, such as the Coinomi vulnerability and ShapeShift/WSJ dispute
- Speaks at events and panels such as Blockchain In The Burgh to raise awareness about the importance of preventative security, AML, and public safety considerations
- Provides insight and training to numerous LEAs on complex issues such as BECs, elder abuse/fraud, romance scams, money mules, and other typologies that require additional external expertise

## Crypto Defender's Alliance: Leadership Team

- Selected to be one of five administrators of Crypto Defenders Alliance (CDA), an organization comprised of executives and AML/Compliance/Legal staff from nearly all cryptocurrency exchanges which seeks to thwart fraud involving cryptocurrency
- Observes best practices from work with CipherBlade clients and/or in the course of CipherBlade investigations and fields requests for bleeding-edge insight on complex topics such as mixers beneficial to even well-known, compliant exchanges such as Coinbase
- Led initiative to significantly bolster representation of member organizations in CDA based upon observing a need for representation from a particular continent (Africa), resulting in adding the majority of cryptocurrency exchanges focused in that region and uprooting untold millions in scam laundering
- Manages intra-exchange communication to combat ML and share best practices in the premiere industry self-regulatory organization

## Anti-Human Trafficking Intelligence Initiative: Blockchain Forensics and Industry/Law Enforcement Liaison

- Led initiative to significantly bolster representation of member organizations in ATII based upon observing a need for representation from particular cryptocurrency exchange and service typologies, with a special emphasis on P2P trading platforms and exchanges identified in the course of CSEM investigations
- On numerous occasions, acted upon intelligence provided within ATII that included Bitcoin wallet addresses pulled from dark websites soliciting and distributing CSEM. As just one example of efficacy and efficiency, coordinated dusting attack targeting 46 different child exploitation sites (at a $36 self-funded cost and with 15 minutes of effort) which resulted in data able to unveil thousands of CSEM purchasers and identify where the CSEM distributors were laundering funds
- Upon unprecedented results, was asked within months of membership to join ATII's Advisory team
- Participated in Follow Money Fight Slavery 2021 Summit on the Cryptocurrency Kiosk and Bitcoin ATM Panel

## Educational Qualifications and Professional Certifications

Mr. Sanders earned a Bachelor of Science degree in Homeland Security while on active duty with the US Army. Despite maintaining a work schedule that far exceeded the typical "9 to 5," he devoted almost the entirety of his off duty hours to utilizing the educational benefits provided to him as a service member to exceed the standard with a 3.7 GPA. He holds numerous awards, affiliations, and memberships in a variety of functional areas, mostly within military and security work as well as philanthropic undertakings. The most notable of these is a CORe credential from Harvard Business School extension. Mr. Sanders holds a Certified Blockchain and Law Professional with the Blockchain Council as well as Certified Bitcoin Professional certification.

Mr. Sanders also holds a Chainalysis Reactor Certification, a course ran by the firm which provides the forensics tool most frequently utilized in blockchain forensics. During this course, Chainalysis staff shared that Reactor is a tool that presents data; analysis is still up to the analyst, and referenced Mr. Sanders as one of the top analysts. Mr. Sanders attended the first Chainalysis CISC course by request and provided immense helpful feedback. Minimal formal training exists for blockchain forensics, and *zero* training exists that covers the full spectrum, marrying on-chain and off-chain observations into a comprehensive skillset. Mr. Sanders has been requested to develop training for CDA, and is in discussions to begin guest lecturing. In short, Mr. Sanders is creating the educational qualifications.

- Certified Blockchain and Law Professional, Blockchain Council
- Chainalysis Investigation Specialist Certification, Chainalysis
- Certified Bitcoin Professional, CryptoCurrency Certification Consortium (C4)
- Chainalysis Reactor Certified Professional, Chainalysis
- HBX CORe, Harvard Business School

*Other experience and education available on* *LinkedIn*

## Mr. Sanders in Press/Media

Mr. Sanders is in increasing high-demand for quotes for articles, podcasts, and interviews. Below are some of a continually growing list of the aforementioned:

- https://youtu.be/0HHZnFBTESw
- https://www.coindesk.com/cipherblade-okex-huobi-csem-morphtoken
- https://bravenewcoin/insights/podcasts/the-blockchain-detective-taking-on-elite-cybercriminals-and-owning-them
- https://thenews.asia/interview-with-rich-sanders-okex-and-market-transparency/
- https://decrypt.co/29865/meet-the-forensics-expert-who-tracks-stolen-bitcoin
- https://www.coindesk.com/crypto-scam-apps-in-app-stores
- https://decrypt.co/17103/forensic-investigator-sudden-shut-down-of-the-coss-exchange-looks-suspicious
- https://cryptobriefing.com/hitbtc-insolvent-scams-users-cybercrime/
- https://anchor.fm/scottcbusiness/episodes/Discussing-Cipherblade-With-Richard-Sanders-ebi2ot
- https://mondovisione.com/media-and-resources/news/chainalysis-launches-certified-investigative-partnership-program-to-meet-demand
- https://www.financemagnates.com/cryptocurrency/news/bitbuy-conducts-third-party-audit-launches-otc-desk/
- https://unchainedpodcast.com/how-to-keep-your-crypto-from-being-stolen-via-your-phone/

## Summary of Expert Witness Experience

| | | |
|---|---|---|
| Carlos Martinangeli v. Akerman, LLP, et al. | LeClairRyan LLP, Counsel for Defendant | Southern District of Florida |
| Dooga Ltd. v (Numerous) | Kobre & Kim LLP, Counsel for Plaintiff | United States Bankruptcy Court, Northern District of California |
| Hub Token v. AT&T Mobility LLC, AAA No. 01-20-0000-4297 (arbitration) | Kilpatrick Townsend & Stockton LLP, Gibson Dunn & Crutcher LLP, Counsel for Respondent | Arbitration (pending) |
| Dibiase v. Bittrex | McNaul Ebel Nawrot & Helgren PLLC, Counsel for Defendant | Arbitration (Deposition) |
| Moss v. Bittrex | McNaul Ebel Nawrot & Helgren PLLC, Counsel for Defendant | Arbitration |

| | | |
|---|---|---|
| (3 separate cases) Wright v. Defendant | SCA Ontier LLP, Counsel for Plaintiff | Varied English courts |
| Wang v. Darby | Curzon Green Solicitors, Counsel for Plaintiff | High Court of Justice, England |
| USA v. Defendant | Confidential | Confidential |
| Nationstar Mortgage LLC v. Patrick Soria, et al. | Hall Griffin LLP, Counsel for Plaintiff | United States District Court, Central District of California |
| Park v. Park | Meyer Darragh Buckler Bebenek & Eck, P.L.L.C., Counsel for Plaintiff | Fifth Judicial Circuit of Pennsylvania |
| Shebeck v. LaFond | Radford J. Smith, Chartered, Counsel for Plaintiff | District Court, Clark County, Nevada (Testimony) |
| Anatha v. John Doe | Horizons Law & Consulting Group, Counsel for Plaintiff | Pending |
| Nirvana Capital LTD v. Mobile Gaming Technologies Inc. et. al | Horizons Law & Consulting Group, Counsel for Plaintiff | United States District Court, Northern District of California |
| Anthony Fasulo & Gautam Desai v. Xtrade Digital Assets Inc. et. al | Kirsh LLC, Counsel for Plaintiff | United States District Court, Southern District of New York |
| USA v. Matthew Brent Goettsche | Kobre & Kim LLP, Counsel for Defendant | United States District Court, District of Colorado |
| GSR v. The Fr8 Network | Aaron Krowne, PLLC, Counsel for Plaintiff | Settlement |
| Matsumoto v. John Does | McNaul Ebel Nawrot & Helgren PLLC, Counsel for Plaintiff | Pending |
| Williams v. KuCoin et. al | Roche Cyrulnik Freedman LLP, Counsel for Plaintiff | United States District Court, Southern District of New York |
| Klein v. Kim | Rogers Joseph O'Donnell PC, Counsel for Defendant | United States District Court, Western District of Washington |
| USA v. Kim | Rogers Joseph O'Donnell PC, Counsel for Defendant | United States District Court, Northern District of California |
| Powers v. American Crocodile International Group Inc. | Maxwell Goss, PLLC, Counsel for Plaintiff | United States District Court, Eastern District of Michigan |
| Hershkowitz Shapiro PLLC. v. John Does | Mcdonald Hopkins LLC, Counsel for Plaintiff | Pending |
| Schwartz v. Haas | Brett Kimmel, PC, Counsel for Plaintiff | Supreme Court of the State of New York |
| GoxCorp, USA v. (seized assets) | Maxim Price (pro hac vice pending), Counsel for GoxCorp | United States District Court, Northern District of California + Japanese court pending |
| Confidential | Kostelanetz & Fink, LLP, Counsel for Defendant | Pending |

| Government of the Cayman Islands v. John Does | CIG, pro se | Pending |
|---|---|---|
| USA v. Confidential | Dilendorf Khurdayan PLLC, Counsel for Defendant | Confidential |

Mr. Sanders has served as an expert for either or both Plaintiff and Defendants in cases involving, as some examples:

- Divorce
- ICO disputes against "soft exits" or other mismanagement
- Cases against ICOs (including Enforcement actions) and VCs/funds
- SIM swapping and other theft
- Cryptocurrency exchange account compromises
- OTC disputes
- Cryptocurrency taxes
- Immigration
- Source of funds
- Misappropriation/embezzlement
- Cryptocurrency exchanges
- Fraud
- Hacks
- AML/Compliance





Case 5:19-cv-00475-BO     Document 172-7     Filed 11/20/23     Page 51 of 218



Jason A. Williams ✅
@GoingParabolic

Replying to @KateAngela0 @CatPiancey and @Nouriel

I hired a look alike to pose with a fake British passport to make a point. You guys make me laugh.



ATT-WIL-02295

3

 **Jason A. Williams** 🚀 @GoingParabolic · May 8, 2018
49 Bogart St.  Brooklyn. Really important work going on here.  Big week coming up in NYC.  See you all there!

Tokenize the World 🚀🚀🚀



○          ⇄          ♡ 13          ⬆

ATT-WIL-02237

This account owner limits who can view their Tweets. Learn more

**Jason A. Williams** 🚀
@GoingParabolic

Replying to @eatmykarbon

What is happening here. Meme game going litigation. Am I going to get sued for my cat gifs? Maybe a legal disclaimer



1:38 PM · Nov 23, 2018 from Raleigh, NC · Twitter for iPhone

2 Likes

**Jason A. Williams** 🚀 @GoingParabolic · Nov 23, 2018
Wow. That makes no sense. I'm sorry. Is it some type of cyber bullying or something? All he had to do was just move on. He trapped in meme world?

♡ 1          ⟲          ♡ 1          ⬆

ATT-WIL-02290

5



**Jason A. Williams** 🚀 @GoingParabolic · Jan 14, 2018

Replying to @polina_marinova

This is why you should never leave your holdings in a trading platform. Move your crypto assets to a secure wallet.  Bang Bang…🚀💭💩

    ♡ 2

ATT-WIL-02226



**Jason A. Williams** 🚀
@GoingParabolic

Unknown Opinion -

10 things that are "Not Great" occurring in the crypto ecosystem Right Now -

1. Bomb threats
2. SIM Swaps
3. Extortion attempts
4. Threats of kidnapping
5. Email Hacks
6. Computer hacks
7. Dark Web theft
8. Swatting
9. Doxxing
10. Hiring Police Protection

6:01 AM · Dec 14, 2018 from North Carolina, USA · Twitter for iPhone

**4** Retweets   **15** Likes

**Ozaps** @morebtcplz · Dec 14, 2018
Replying to @GoingParabolic and @WilliamsFstmed
Hectic! I have not heard of 1, 7, 8,9 or 10? Got articles?

**Jason A. Williams** 🚀 @GoingParabolic · Dec 14, 2018
No, but I should probably write a paper on them.

ATT-WIL-02282

7



**Jason A. Williams** 🚀 @GoingParabolic · Aug 9, 2018

Who owns your Twitter account when you kick the bucket? Your Bitcoin? Your IG account?

These things all have value. Are they just lost with the passwords and usernames?

Seems like valuable stuff. Someone should come up with a plan.

🗨 16          ⟲ 11          ♡ 73          ⬆

Show this thread

ATT-WIL-02263

8





U2F AUTHENTICATION

# Slush Pool Introducing New, Safer and More Convenient 2FA Method — U2F

 Braiins | Slush Pool  [Follow]

Sep 13, 2016 · 2 min read

We have made great progress in our continuous effort to protect our customers, even more than we already did! Today, we are proud to release a new type of two-factor authentication method — U2F. It is especially useful for miners who already own hardware devices like TREZOR or YubiKey, because starting today they can use them for 2FA authentication with the pool.

11

# How to increase your Coinbase account security

soupsranjan  Follow

Apr 22, 2017 · 6 min read



*We advise our users to install Authenticator apps (Google Authenticator, Microsoft Authenticator) as their primary 2FA method to secure their Coinbase accounts from phone porting attacks. You can follow the steps outlined in our* support article *to use Authenticator.*

The instant and irreversible nature of digital currency enables fascinating use cases and drives our mission to create an open financial system for the world. This includes helping merchants accept bitcoin with no chargeback risk and helping users do global remittances instantly at low fees. But that very nature of bitcoin also attracts sophisticated attackers that challenge this mission.

12

INDUSTRY | PRODUCT | TECHNICAL

# Better Two-Factor Authentication (2FA)

Jan 26, 2017

We have required all of our customers to use two-factor authentication (2FA) from day one. In keeping with our security-first philosophy of protecting and educating our customers, we want to provide some background on our 2FA system *to encourage our customers to use the Authy app for 2FA rather than SMS* and to dispel some common misconceptions.



**Cem Paya**
Security Team

13

**Jason:** "I was overseas and I was working actually at about 12 AM where I was. I was on my phone and I noticed all of a sudden that my SIM card shut off, I had no service. I immediately went into my settings and it showed that my SIM card had been deactivated. I had known about the sim-swap attacks and doxxing but I had never experienced it. In the next 12 hours, all hell broke loose for me.

SIM swap is a real issue. People need to be more aware of the situation. Personal information linked to your account's security should be kept safe. Alerts should be set up for false attempts of logging into your accounts. Two-factor authentication should be set up for your private accounts. Services that do not require mobile phone numbers should be provided with the phone numbers. There are also some authentication apps present such as Google Authenticator, Authy etc. that can certainly prove to be helpful. PINs and passcodes provided by the US cell phone providers can also be used to separate your number from your account.

15



Williams recently **noted**:

> *"I had a huge position in GUSD and I put it all in BlockFi as a test so I did that over a year ago. I took, as a test, $2.5 million in a money market in a bank and then I took $2.5 million cash and bought GUSD, and put it on BlockFi."*

He continued:

> *"I just held it there and the proof is in the interest…minus fees, minus [all other transaction costs,] I got $5,000 in interest from my money market. I think they were paying me 0.20%. I was getting 8.6% APY on GUSD, so I made $215,000 in GUSD cash via BlockFi."*

He adds:

> *"It's a no brainer."*

Williams is an angel investor at Duke Angel Network, RTP Capital Associates, Undercover Colors, and several other organizations. He's also an advisor to Innovations in Healthcare at the Duke University School of Medicine.

BlockFi recently appointed Adam Healy as its new Chief Security Officer, which is only a month after the company suffered from a SIM card swap data breach.



18



## Set up Authenticator

- Get the Authenticator App from the Play Store.
- In the App select **Set up account**.
- Choose **Scan a barcode**.



CAN'T SCAN IT?

CANCEL     NEXT

19



**Jason A. Williams "Parabolic Guy"**     •••
@GoingParabolic

The smartest people I know reserve the right to change their mind. They even do it on occasion.

9:00 AM · Feb 27, 2021 · Twitter for iPhone

**82** Retweets    **8** Quote Tweets    **1,018** Likes



**Jason A. Williams** 🚀 @GoingParabolic · May 15, 2017
The consequences associated with the breakthrough of building a
Blockchain Electronic Medical Record are hard to overstate @APompliano





**Jason A. Williams** 🚀 @GoingParabolic · Oct 30, 2017
Replying to @DavidParshenkov @APompliano and @polina_marinova
I just spent 30 racks on a new chain actually

♡ 1          ↻          ♡ 2          ⬆

**Jason A. Williams** 🚀 @GoingParabolic · Oct 30, 2017
Replying to @APompliano and @polina_marinova
Nah. The asap ferg suite cost me 45,000 and it was sorta plain jane...

♡ 1          ↻          ♡ 2          ⬆

**Jason A. Williams** 🚀 @GoingParabolic · Oct 25, 2017
Why would anyone go to college in 2017?

♡ 2          ↻ 1          ♡ 3          ⬆

**Jason A. Williams** 🚀 @GoingParabolic · Oct 17, 2017
When I make 25,000% return on my investment I kinds stop counting...

Julian Assange Says He's Made a 50,000% Return on Bitcoin

♡ 1          ↻          ♡ 2          ⬆

ATT-WIL-02202









Case 5:19-cv-00475-BO    Document 172-7    Filed 11/20/23    Page 75 of 218







Jason A. Williams 🚀 @GoingParabolic · May 31, 2018

Replying to @thedr00 @APompliano and @MarkYusko

If you lost the private key on Bitcoin Blockchain than in theory you would not be able to transfer the asset. Just as if you lost the private key to your wallet and didn't have the restore phrases.

♡ 1

Jason A. Williams 🚀
@GoingParabolic

Replying to @cjking711

Really. Crap I just changed my name from Jason Williams to 0x5027ac02a3b151e3ac41f9bb864feb14606af1b7

11:42 AM · May 31, 2018 · Twitter for iPhone

**9** Likes

| Age | From 🔽 |
|---|---|
| 850 days 23 hrs ago | 0x5027ac02a3b151e3a... |
| 854 days 2 hrs ago | Gemini |





Case 5:19-cv-00475-BO    Document 172-7    Filed 11/20/23    Page 80 of 218





EXHIBIT C

# Keep Your Slush Pool Account Safe

 Slush Pool [ Follow ]
Sep 27, 2017 · 3 min read

> *Internet security is a very complex field. However, sometimes you can achieve fairly high level of security with quite a **low effort**. It is no different on Slush Pool. Please take a few minutes to read this article and make sure your Slush Pool account is adequately protected.*



## Activate Two-factor Authentication

You probably know this. Two-factor authentication can be set up (Settings → Security) using the apps like Google Authenticator or Authy. The app generate security codes that changes over time. In order to login to your account or change some important settings, you have to know **both password and the security code**.

Two-factor Authentication

### How to Enable Two-factor Authentication

1. Install Google Authenticator to your smartphone (Apple, Android)
2. Open Google Authenticator, click "Add an account" / "Scan QR code".
3. Scan the QR code below (and optionally backup the generated secret).
   (Click to see URI form of the QR code)
4. Enter the generated one-time password into this form.



### Generated One-Time Password

Reset     Submit

We also support more advanced (and secure) standard called Universal 2nd Factor. Chances are you already got the TREZOR or a hardware security token like YubiKey so you can use one of those. It is also pretty convenient since you do not have to input security codes over and over again.

## Set & Lock Your Payout Address

Firstly, do not forget to set up your payout address. Secondly, consider locking it (Settings → selected coin → Payouts). This is really straightforward and powerful feature. Even if the attacker hijacks your account and bypasess different security measures including 2FA, he **cannot change the payout address** and steal your rewards, as long as he has no control of the specified address.

### Security

Your payout address 13a7Qr7gc6gfSqJbWKowfg9YgKLFZiNRuX is locked.
If you loose your wallet and the payout address is locked, there is no way how to change it anymore.

Unlock by Wallet Signature                                                    🔓

*How it works?* If you choose to lock the payout address, you *(or anybody else)* will not be able to select a new address unless you prove that you **control the current one**. That is done simply by signing given text with the corresponding private key. **Be careful** though, this feature is kinda like a *double-edged sword*. You cannot unlock the payout address if you lose the private key or if your wallet does not support signing messages!

## Read The Emails

Seriously. We do not like spam and we usually reach you only when **something important** is going on with your account. Unfortunately, a lot of miners do not read the messages at all or (worse) just open them and blindly click the confirmation button. This is an easy way to lose control over your account and *let the bad guy in*.

Also — do not rely solely on timing of those confirmation emails. The attacker could utilize some kind of social engineering to trick you into confirming what he wants. Always check the important details like new payout address etc.

*Stay safe and Mine As One!*

Security      Bitcoin      Mining

About   Help   Legal

Get the Medium app


A button that says 'Download on the App Store', and if clicked it will lead you to the iOS App store


A button that says 'Get it on, Google Play', and if clicked it will lead you to the Google Play store

 GEMINI      Get started



INDUSTRY | PRODUCT | TECHNICAL

Jan 26, 2017

# Better Two-Factor Authentication (2FA)

We have required all of our customers to use two-factor authentication (2FA) from day one. In keeping with our security-first philosophy of protecting and educating our customers, we want to provide some background on our 2FA system **to encourage our customers to use the Authy app for 2FA rather than SMS**, and to dispel some common misconceptions.

## About Authy

Gemini uses the Authy service for 2FA. Authy is an independent cloud service called on to perform secondary verification once we have checked that a customer has provided correct login credentials (i.e., email and password).

Authy offers multiple options for second-factor verification:

 **GEMINI**

<span style="border:1px solid; padding:4px 10px; border-radius:20px">Get started</span>   ☰

automated text-to-speech system.

3. **Mobile application**: Users install an app (or Chrome extension), which generates an OTP based on a secret "seed" and current time according to the TOTP standard. TOTP is an open standard implemented by multiple apps including Google Authenticator and the Authy app.

4. **OneTouch**: Pioneered by Duo Push, this model dispenses with codes altogether. Instead users confirm a login by responding to a simple yes/no prompt.

Each of these options comes with different tradeoffs. **SMS** is simple and can work on any mobile phone including legacy flip-phones that are not "smart" and don't have an application ecosystem. **Voice** codes further improve accessibility by allowing codes to be sent to landlines or heard by users who have difficulty with visual information.

**TOTP** codes generated using an app do not require internet connectivity. TOTP apps can work offline, even if the phone itself has no service (e.g., when a user is outside a service area). **OneTouch** further improves usability by avoiding the need to transcribe digits from one device to another, but (unlike TOTP) it does require a data connection.

## Encouraging Mobile Apps

Gemini has always supported SMS and mobile app options for 2FA. However, in recent interactions with customers, the Gemini support team reached the conclusion that many customers were either not aware of the Authy mobile app, incorrectly viewed SMS as equivalently secure to the Authy app, or were interested in other

 **GEMINI**



for nearly all customers, as discussed below.

At the same time, we recognize there is no one-size-fits-all solution. Customers may have unique requirements which rule out the Authy mobile app, so we will continue to support SMS. However, once you have Authy installed, you will no longer be able to request codes via SMS. We're doing this to prevent would-be attackers from circumventing the security of the Authy app by falling back to SMS.

## Risks Associated with SMS

A 2003 ruling by the Federal Trade Commission (FTC) called for number portability between wireless carriers, which allows consumers to keep their existing phone number when they switch from one wireless carrier to another wireless carrier. Number portability increased competition between wireless carriers by removing one of the major obstacles that prevents consumers from switching to a better plan: the hassle of losing their existing phone number. The FTC ruling made it much easier for consumers to keep their number while switching carriers—too easy, perhaps. Call it the law of unintended consequences: the drive to portability also inadvertently opened the door to number-porting attacks.

Last July, the National Institute of Standards and Technology (NIST) came out with a recommendation to deprecate the use of SMS for 2FA. Almost on cue, the industry experienced an uptick in the incidence of phone number hijacking events. In this type of fraud, a miscreant impersonates the legitimate customer and ports his or her number to a *different* carrier, pretending to be that person switching carriers. If the attacker is successful in convincing the other carrier to reassign the number to an attacker-controlled device, all voice calls and SMS messages will be routed to the perpetrator. As a result, *any*

 

## Setting up the Authy Mobile App

Setting up the Authy mobile app eliminates the risks associated with using SMS for 2FA, however, to fully mitigate SMS vulnerabilities **you need to make sure you** turn off **"multi-device" in the Authy app.** This prevents the same number-porting attack (mentioned above) from being used to obtain access to your SMS messages to perform an unauthorized install of your Authy account. When it is turned off, no additional instances of the Authy app can be provisioned. We recommend all Gemini customers to keep multi-device disabled, only enabling it **temporarily** when setting up a new device (for example, when upgrading your phone). If you're resetting or trading in your phone, we also recommend that you install the Authy desktop app first, so that you can use it to authorize your new phone. We are also working with the Authy team to make the process of switching or upgrading devices easier and more secure for all Gemini customers, regardless of your multi-device settings.

## Looking Forward

While using a mobile app to generate codes is an improvement, there are other attack vectors that no 2FA solution based on one-time passcodes (OTPs) can solve. For example, sophisticated phishing attacks can ask users to disclose *both* their password and an OTP code. This type of phishing is more complex because it requires real-time use of compromised credentials. Since OTPs expire after a short time period, it is not possible to stash the stolen credentials for later use. Despite that added complexity, such attacks are not only feasible in principle but they have been observed in the wild against popular 2FA implementations including those used by Google and some large financial services companies.

 **GEMINI**

**Get started**

website, phishing remains a viable attack. For these reasons, ***we are continuing to explore alternative 2FA paradigms such as U2F or Authy OneTouch for Gemini*** which are based on fundamentally different models. (Case in point: our *internal* systems for administering the exchange use public-key authentication with hardware tokens based on the PIV standard.) Our priority is to find a solution that combines high security and usability, and is available to our customers across a broad range of platforms.

 **Cem Paya**

Security Team

# Similar Articles



INDUSTRY

**Twitter Roundup: April 16, 2021**

Apr 16, 2021 Gemini | Team



INDUSTRY

**Twitter Roundup: April 9, 2021**

Apr 09, 2021 Gemini | Team



INDUSTRY | PRODUCT

**Gemini Builds Out UK Institutional Offering**

Apr 07, 2021 Blair Halliday |



INDUSTRY

**Gemini To Custody BTG Pactual Bitcoin Fund**

Apr 05, 2021 Gemini | Team



INDUSTRY

**Twitter Roundup: April 2, 2021**

Apr 02, 2021 Gemini | Team


 GEMINI



# Get Started

Create a free Gemini account in minutes

Register

# For Institutions

Check out our portfolio of client solutions

Learn More

 GEMINI

Buy and sell bitcoin, ether,
and other cryptocurrency.

**Stay up to date**

Enter your email address below.

_____ **Submit**

This site is protected by reCAPTCHA and the Google <u>Privacy Policy</u> and <u>Terms of Service</u> apply.



**Get started**

Gemini ActiveTrader™

Gemini Clearing™

Gemini Custody™

Gemini Wallet™

Gemini dollar™

Gemini Earn

View All

Brave

Nifty Gateway™

Affiliate Program

View All

**Security**

**Institutions**

**Company**

About Us

Blog

Newsroom

Careers

FAQ

Email Us

Help Desk

Status

**Resources**

Prices

Cryptopedia

Videos

API Docs

Refer a Friend

Auction Data

Marketplace & Fees

Areas of Availability

Legal Agreements

**Get the app**





   





© **Copyright 2021 Gemini Trust Company, LLC.™**
**NMLS #1518126**
**For trademarks and patents, please see the Legal Notice.**

# How to increase your Coinbase account security

 soupsranjan   (Follow)

Apr 22, 2017 · 6 min read

*We advise our users to install Authenticator apps (Google Authenticator, Microsoft Authenticator) as their primary 2FA method to secure their Coinbase accounts from phone porting attacks. You can follow the steps outlined in our support article to use Authenticator.*

The instant and irreversible nature of digital currency enables fascinating use cases and drives our mission to create an open financial system for the world. This includes helping merchants accept bitcoin with no chargeback risk and helping users do global remittances instantly at low fees. But that very nature of bitcoin also attracts sophisticated attackers that challenge this mission.

Security of any system is as strong as its weakest link. Recent attempts to break into Coinbase user accounts point back to that weakest link being telecom companies (telcos). I'll explain that after a brief overview of two factor authentication.

**Two-Factor Authentication (2FA):**

When you log in to any service in the cloud that's storing anything of value (money, data, assets) it is crucial to have two factors. The first is something you *know* (a strong password) and the second is something you always *have* (like your mobile phone). Sending a 6 digit pin code via SMS to your mobile phone, allowed online services to verify during the login process that it was indeed you who requested access to the service.

It was intended for the second factor to be the physical device that you always have in your control. But, sending SMS to your phone actually verifies you have access to your

phone number, not really your phone device. This distinction is really important as it turns out phone numbers can be stolen far more easily than physical phone devices.

## Telcos as weakest link in SMS based 2FA

Telcos break the assumption that SMS based 2FA is reliable for two reasons. First, some telcos allow SMS to be readable online thereby making SMS based second factor only as strong as user's telco billing password. Secondly, <u>poor security processes at telcos around phone portability</u> enable attackers to takeover accounts more easily. In the past several months, we've been working behind the scenes to stay ahead of these attacks. We <u>wrote about</u> this recently and would like to share things we have since built to keep our users safe despite these vulnerabilities. In a second blog post, I will provide more details of the vulnerabilities exposed by poor security practices at telcos.

## Authenticator as your primary second factor authentication:

We recommend all users, especially those with high balances or those more security conscious to install device-only 2FA apps which are also commonly referred to as Authenticator apps, examples being: Google Authenticator, Microsoft Authenticator, etc.

You have to first download the <u>Authenticator</u> app on your mobile device and then you would scan a QR code on Coinbase's <u>security settings page</u>. This QR code is essentially a secret key that is shared securely *once* between your mobile device and Coinbase. The <u>Time-based One Time Password</u> (TOTP) protocol is then used to authenticate you every time you try to log in to Coinbase. Next time you log in to Coinbase and use your Authenticator app, the app will use the current time of day and the secret key to generate a 6 digit code. When you enter that 6 digit code on Coinbase, we'll check if it is valid by using the same parameters (current time of day and the secret key). You will notice that with this 2FA method, no data is ever shared over the air unlike SMS. Hence, it is much more secure to man-in-the-middle attacks.



How to enable Google Authenticator as primary 2FA on your Coinbase account

For making future account recovery easy, we recommend users should note down the
*secret key* that is generated after linking Coinbase with their Authenticator app on a
piece of paper or a USB key that should be kept offline. In a forthcoming release, we will
have backup recovery codes and then we'd recommend you to write those down instead.
Note that you are trading-off usability for security with this choice. So if you lose the
device where you've installed the Authenticator app and do not have access to your
secret key, then you'll have to contact Coinbase support. This is why it is important to
write down the secret key and store it securely at the time of setting up Authenticator to
avoid delays in account recovery later on.

We also support the use of Authy app, which instead of using the traditional QR code method to send you your secret key, uses an API to deliver the secret key securely to your device. Once you've installed Authy, we recommend disabling the *Multi-device* option. This means nobody can add a new Authy app to your account. Also pay attention to any emails or SMS messages you may get from Authy as they may communicate with you if they see someone trying to change your 2FA data.

**Auto Lock your account on seeing suspicious activity:**

Please pay special attention to SMS or emails from Coinbase that inform you that your 2FA settings or password have been changed or a new device has been added, or a withdrawal has been made from your account.

You can also **auto lock** your account by following a special one-time use link that we recently added at the bottom of our emails. That link leads you to a Disable Signin page. When in doubt, always hover over any URL link to first confirm it leads you to Coinbase.com before clicking it.

## coinbase

To reset your password click the URL below.

**Reset Your Password**

*If you did not authorize this action, please click **here** to disable signin for your account.*

**Get the latest Coinbase App for your phone.**

App Store      Google Play

© Coinbase 2017

Our security sensitive emails have a special link you can click on to lock your account

## Disable Signin

This process will do the following:

- Disable the ability to signin to your account.
- Signout all currently signed in sessions.
- Disable any linked OAuth applications.
- Cancel any configured recurring transactions.

Please be sure this is what you want. Once your account is disabled, it will require our support team to unlock it after an investigation into any unauthorized access.

**LOCK MY ACCOUNT**

You can lock your account when you suspect unauthorized access

**Balancing security with usability:**

Balancing security with usability is always a hard product trade-off. We balance this trade-off by making our second-factor authentication an opt-in. So users who want to continue using SMS based second-factor authentication, can still do so. We can't move them over to Authenticator overnight without a significant amount of hand-holding. In

light of this and despite vulnerabilities in SMS-2FA, we still need to protect those users' funds from account takeovers. We are actively working on an account takeover detection system that uses behavioral anomaly detection and will delay withdrawals of digital currency from suspicious sessions. We expect to launch this feature within the next few months. Stay tuned.

In a lot of respects, Coinbase is building one of the most sophisticated security companies in the world. We use advanced cryptography, state-of-art 2FA, data science and machine learning to stay one step ahead of the attackers. If you'd like to join us in our mission to help make finance 2.0 user friendly as well as secure, please look at https://www.coinbase.com/careers.

I'll also be presenting on this topic and risk engineering in general at the following venues. Come check them out:

- Data Eng Conf, SF, Apr 28

- Risk Salon's Deflect Conference, SF, May 18

- QCon, New York, June 26–28

Thanks to my colleagues: Tom Boice, Linda Xie, Dave Farmer, Rob Witoff and Jeremy Henrickson for reading multiple drafts of this article and risk- and security-engineering teams at Coinbase for pushing the bar on security at Coinbase.

*Updated: on Apr 25 with minor edits to clarify that Coinbase supports all Authenticator apps (Google Authenticator, Microsoft Authenticator, etc)*

Startups       Security       Tech       Ethereum       Bitcoin

About   Write   Help   Legal

Get the Medium app

 

ADVERTISEMENT

+ ENGLISH

# MOTHERBOARD
**TECH BY VICE**

# How to Protect Yourself From SIM Swapping Hacks

Here's a guide on how to prevent and protect yourself against the threat of hackers taking over your phone number and going after your online accounts.

 By Lorenzo Franceschi-Bicchierai

July 17, 2018, 9:32am      

# How to Protect Yourself From SIM Swapping Hacks

Criminal hackers have been targeting Instagram users with short or unique usernames, as well as people who own Bitcoin. To steal the victim's accounts or cryptocurrencies, the hackers first seize the cell phone numbers of targets, which gives them the ability to reset passwords on any account linked to a given number.

This kind of hack is what's called a port out scam—an expression derived from the concept of porting a number from one carrier to another—and is also known as SIM swapping or hijacking. One hacker who used to SIM swap told me it happens "all the time," despite telecom providers having known about this attack method for years. According to T-Mobile, hundreds of people have been hit by this scam. In the last few months, Motherboard has spoken to more than 30 victims who have gotten their numbers stolen. In addition to her Instagram handle, one SIM hijacking victim I spoke to got her Amazon, Ebay, Paypal, Netflix, and Hulu accounts hacked as a result.

"Our phones are our greatest vulnerability," she told me.

> *Got a tip? You can contact this reporter securely on Signal at +1 917 257 1382, OTR chat at lorenzo@jabber.ccc.de, or email lorenzo@motherboard.tv*

So, what can you do to protect yourself?

Ultimately, this hack relies on scammers tricking carrier's tech support, and if the company's representatives take the bait, it's important to remember that there's only so much you can do. The good news is you can make it considerably harder for hackers to steal your phone number. And, even more importantly, you can take steps to mitigate the damage in case they are able to steal it anyway.

Here's how.

## HARDEN YOUR ACCOUNT

read://https_www.vice.com/?url=https%3A%2F%2Fwww.vice.com%2Fen%2Farticle%2Fzm8a9y%2Fhow-to-protect-yourself-from-sim-swapping-hacks      1/6

In light of increasing attacks against customer's accounts, the major US cell phone providers have introduced new security features to make it harder for hackers to take over accounts and telephone numbers.

AT&T allows customers to add a passcode to their accounts. This is a credential that's separate from the password customers use to log into their accounts online. This passcode will be required to make significant changes to the account, such as porting the number to a different SIM card. Here's a detailed step-by-step from AT&T on how to turn on this feature.

Verizon says it now requires every customer to have a PIN or password as a "primary authentication" method when they reach out to a call center. This PIN is similar to the passcode that AT&T customers can set up, as it's used when communicating with Verizon tech support and provides an extra layer of security.

Last year, T-Mobile started offering a "port validation feature" to protect against these hacks. This is essentially a passcode, separate from the usual password to access the online account, that is required whenever someone tries to make changes to the account, such as getting a new SIM card. Ask a T-Mobile representative to add this code to your account. This can protect you from a hacker who may pretend to be you on the phone, or from a scammer attempting to use a fake ID at a T-Mobile store, as they should still be required to provide the code.

Sprint also offers customers a separate PIN that needs to provided when doing a SIM swap, in addition to the option of answering a security question instead.

We advise calling your provider directly and telling them that you're worried about criminals taking over your phone number, and asking for all the extra security measures you can take to protect your account.

# DON'T LINK YOUR NUMBER TO YOUR ONLINE ACCOUNTS

Once hackers steal your phone number, they leverage it to reset the password on any online account that's linked to the number. In many cases, this bypasses two-factor authentication. That's why having control of a phone number is so powerful.

Case 5:19-cv-00475-BO     Document 172-7     Filed 11/20/23     Page 103 of 218

read://https_www.vice.com/?url=https%3A%2F%2Fwww.vice.com%2Fen%2Farticle%2Fzm8a9y%2Fhow-to-protect-yourself-from-sim-swapping-hacks     2/6

If possible, you should remove your phone number from any account that could interest hackers. You can still link a type of phone number to those accounts, but we suggest using a VoIP number, such as a Google Voice number, that is SIM hijack-proof. Of course, you must protect this number as well, using a unique password, two-factor authentication on the account, and making sure it doesn't expire if you don't use it regularly.

To remove your phone from your Gmail account, go to myaccount.google.com, log in (if necessary), and then click on Personal Info & Privacy and Personal Info. If you have your number there, remove it. Also be sure you don't have a phone number listed under Account Recovery Options. Instead, add an authentication app like Google Authenticator as two-factor.

If you really want to have a number there, we suggest creating a new Google Voice number—from a different, ideally ad hoc Gmail account—and use that number. Note that Google Voice is only available in the United States, so anywhere else and you will have to try a different VoIP service. (Pro tip: always create and save recovery codes when you turn on two-factor.)



To remove your phone from your Microsoft account, go to account.live.com, navigate to Security, and then click on Update Info under Update Your Security Info. If you have a phone number there, remove it, unless it's a Google Voice or another VoIP number.

read://https_www.vice.com/?url=https%3A%2F%2Fwww.vice.com%2Fen%2Farticle%2Fzm8a9y%2Fhow-to-protect-yourself-from-sim-swapping-hacks    3/6



If you use an Apple device, go to appleid.apple.com, log in, then click on Edit next to the Security section. Add your Google Voice or VoIP number as Trusted Phone Number and then remove your regular phone number if you had it there. For iMessage and FaceTime you'll still need to provide your actual cell phone number, but you can use a different one as a Trusted Phone Number.



On Twitter, click your avatar, go to Settings and Privacy, and navigate to Mobile on the right hand menu. If you have two-factor enabled, you'll need to provide a number. For this reason, we suggest you provide a VoIP or Google Voice number so that hackers can't SIM swap it. It's also possible to just use an authenticator app or security key and remove your phone number from Twitter altogether.



The situation is similar for Instagram: From the mobile app, click on your avatar, then Edit Profile and change your number to a VoIP or Google Voice number. Unlike Twitter though, it's not possible to remove your phone number altogether from Instagram without turning off two-factor.

Case 5:19-cv-00475-BO      Document 172-7      Filed 11/20/23      Page 105 of 218

read://https_www.vice.com/?url=https%3A%2F%2Fwww.vice.com%2Fen%2Farticle%2Fzm8a9y%2Fhow-to-protect-yourself-from-sim-swapping-hacks      4/6



For Facebook, select Settings under the drop-down arrow at the top right. First,
click on Mobile in the right-side menu, and remove your phone number. Now add

read://https_www.vice.com/?url=https%3A%2F%2Fwww.vice.com%2Fen%2Farticle%2Fzm8a9y%2Fhow-to-protect-yourself-from-sim-swapping-hacks     5/6

your Google Voice or other VoIP number. Then navigate to Security and Login (also on the right-side menu), click on Edit in the Use Two-Factor Authentication option, and make sure your new VoIP or Google Voice number is there.



Finally, for Amazon, click on Accounts and Lists, then Your Account. Then click on Login & Security, input your password, and check if you have your number listed there. If you do, you know the drill: swap it for your VoIP or Google Voice number.

We suggest you do the same for Paypal, eBay, Netflix, and similar other accounts, plus your bank of choice.

**_Get six of our favorite Motherboard stories every day_** _by signing up for our newsletter._

This website uses cookies. By continuing your browsing on this site, you agree to the use of cookies.     Accept

About    Products    Services    Integrations    Partners    Blog    Resources    Careers

Start a Free Trial



Explore      Educate      Engage



←   Blog

# SIM Swap Fraud Offers Account Takeover Opportunities for Cybercriminals

BLOG    JUNE 8, 2018

## Key Takeaways

• The term SIM swapping has historically referred to phone number takeover using a variety of different methods. These have included password reuse, social engineering of customer service professionals, and using leaked databases and personal information (such as Social Security numbers (SSNs) to facilitate phone line takeover. More recently, observed online activity suggests that organized operations use insider recruitment at the retail level to perform SIM swaps. Assessment and obtained intelligence suggests that almost all major mobile phone carriers are at risk, and that a user's good security practices are unlikely to stop a targeted attack.

• Flashpoint analysts assess with high confidence that the potential impact of SIM swapping is likely high for anyone targeted in such attacks. While Flashpoint has observed extensive targeting of high-

# SIM Swap Fraud Offers Account Takeover Opportunities for Cybercriminals

**Key Takeaways**

• The term SIM swapping has historically referred to phone number takeover using a variety of different methods. These have included password reuse, social engineering of customer service professionals, and using leaked databases and personal information (such as Social Security numbers (SSNs) to facilitate phone line takeover. More recently, observed online activity suggests that organized operations use insider recruitment at the retail level to perform SIM swaps. Assessment and obtained intelligence suggests that almost all major mobile phone carriers are at risk, and that a user's good security practices are unlikely to stop a targeted attack.

• Flashpoint analysts assess with high confidence that the potential impact of SIM swapping is likely high for anyone targeted in such attacks. While Flashpoint has observed extensive targeting of high-profile individuals and owners of unique usernames that confer social status, financial fraud has also been observed, including targeting online wallets such as Paypal and Bitcoin.

• Mitigations for SIM swap fraud largely rely on website owners changing their authentication logic. Since most websites cannot detect a SIM swap, use of phone numbers for password recovery or two-factor authentication (2FA) remains vulnerable to this attack vector, and mitigations initiated by the end user are not entirely effective.

**Background**

The term SIM swapping has historically referred to phone number takeover using a variety of different methods. These have included password reuse, social engineering of customer service professionals, and using leaked personal information (such as SSNs) to authenticate access to and subsequently modify an account. Historically, gamer communities have used SIM swapping to take over high-profile social media accounts and obtain accounts with OG (original)

read://https_www.flashpoint-intel.com/?url=https%3A%2F%2Fwww.flashpoint-intel.com%2Fblog%2Fsim-swap-fraud-account-takeover%2F     1/9

usernames. OG usernames are often a signifier that the user registered on a platform early, conferring social status in some online communities. Dictionary words and short usernames are typically highly desirable, so a username of "dog" is considered far more desirable than "dog789;" typically, a single character username is the most desirable. In the past, this activity had only minor financial motivations, but this appears to have shifted.

Over time, people engaged in this activity have amassed a collection of techniques that they use for the targeted takeover of accounts with a high rate of success. Most of these techniques require a security lapse on the victim's part, but some do not.

### Insider Recruitment Campaign

Flashpoint analysts observed an insider recruitment campaign mostly targeting employees at mobile phone carriers. In this campaign, threat actors paid insiders a small sum of money in exchange for executing a SIM swap on a targeted customer's account.

In this campaign, attackers took over prominent users' social media accounts and posted recruitment spam. These hijacked accounts had a large number of followers and a high degree of follower engagement, so these posts reached a wide audience before being deleted.

Flashpoint analysts were able to determine that all the affected users had their phone numbers hijacked; attackers used that access to hijack their email addresses and social media accounts, thereby locking the original owners out of the accounts entirely. Some lockouts were remediated with a call to the company's customer service, but some websites were extremely difficult or impossible to recover stolen accounts from. Some victims reportedly gave up trying to regain control of their accounts, so some thefts were effectively permanent.

Anyone responding to the recruitment advertisements would be vetted by the hijacker to ensure that they really are an employee of the company, and that they are willing to abuse their employee access in exchange for money.

One example conversation is below. Flashpoint analysts redacted specific names to protect sources and censored profanity:

*Insider: I work at [company name]*

*Hacker: If so*

read://https_www.flashpoint-intel.com/?url=https%3A%2F%2Fwww.flashpoint-intel.com%2Fblog%2Fsim-swap-fraud-account-takeover%2F    2/9

*Hacker: whats [company internal tool name]*

*Insider: its an application used to look at business and client info why*

*Hacker: ok what else can u do on it*

*Insider: Process payments basically the whole business runs off this app*

*Insider: But it wont be around for much longer so idk why you need to know this*

*Insider: Do you wanna change rate plans?*

*Hacker: ok*

*Hacker: what else*

*Insider: What do you mean what else lol you wanna do this or not*

*Hacker: Ok*

*Hacker: Download an app called telegram*

*Hacker: So we can talk about money etc on there*

*Hacker: My username is [redacted]*

*Hacker: Lmk once u messaged me on it*

*Insider: Prove to me this is actually you first*

*Hacker: Ni\*\*a*

*Insider: How would we make money thoug*

*Hacker: Basically I'll pay u 80$ for u to update sims for me*

*Hacker: I'll give u a number to lookup*

*Hacker: And I'll give u my simcard number to put the number on*

*Hacker: And for each swap*

*Hacker: I'll pay 80$*

*Hacker: Via PayPal or bitcoin*

*Hacker: And which raises the question on weather u work at Corp or retail cause retail can only bypass with last four*

*Hacker: And Corp can just go straight in the account*

*Insider: Lets do this im ready*

When probed with different insider offers, this threat actor demonstrated knowledge of internal tools belonging to several mobile phone companies.

**The Underground Marketplaces**

A number of underground marketplaces exist where users can buy and sell stolen accounts. Depending on the attributes of the account, they are sold for different purposes. Accounts with OG usernames are sold simply for the username. Some accounts have a verified checkmark on the platform, and others have a large number of followers. Accounts with a large number of followers can be used to spread spam or malware. Accounts without an OG username but with a valuable status are called "stat" accounts.

One forum that hosts a large amount of this type of activity is Hackforums. While explicit discussion of fraud is generally frowned upon, the fruits of these labors are often sold openly. Despite the forum's reputation as a beginner-level community, some of the most prolific actors in the account takeover community sell accounts on the Hackforums marketplace.

In this example, one of the highly prolific actors discusses some of the subtleties of the SIM swap problem in response to another actor's message how to social engineer wireless providers to obtain account access:

*They'd have to get into your account first, 2FA is simply another barrier. Even if you do get simswapped or phone forwarded, having 2FA makes the process of someone jacking your account a lot more time consuming. 2FA is never a weakness; having your number as a recovery option is though.*

This actor likely speaks from experience. They were taken into custody and their home was searched in 2015 in relation to the previous TalkTalk hack, and their post history shows they never stopped involvement in account takeover. They have hundreds of sales listings for illegitimately obtained accounts, and other threads related to fraudulent activity including compromised accounts from wireless providers and top social media companies. They also demonstrated

read://https_www.flashpoint-intel.com/?url=https%3A%2F%2Fwww.flashpoint-intel.com%2Fblog%2Fsim-swap-fraud-account-takeover%2F          4/9

interest in speaking to phone company employees, likely to facilitate additional fraud.

## Username Market Values

The market values for OG accounts depend on several factors:

• The popularity of the website on which the account is located.

• The length of the username (shorter usernames are typically preferred).

• Whether the username is pronounceable or a dictionary word.

• The measures the seller took to ensure that the buyer does not get banned and that the victim cannot recover the account. For example, if the seller can also include the email address the account was created with, the likelihood of a ban or account recovery is lower.

• If the account has a verified checkmark or a large number of followers.

Accounts are often stolen due to password reuse, not just because of SIM swapping. Most dictionary words will go for prices between $20 and $100, but prices can go higher for very short usernames, or identical usernames sold across multiple social media platforms as a bundle. The prices suggest that most OG usernames would mostly not account for the bribes offered to telco employees. Other types of fraud are more lucrative.

## SIM Swaps in Financial Fraud

A number of high profile fraud incidents reported in the media have involved phone number takeover.

On May 18, 2018, cybersecurity journalist Brian Krebs posted an article about a SIM swap incident involving the OG usernames "par" and "p9r," which belonged to the same victim. The article claims the victim had already performed the recommended security precautions, including a PIN to prevent number port-outs, but this was not sufficient to prevent a determined attacker. Once the attacker seized control of the phone number, they abused the password-reset logic on multiple websites to take over multiple accounts belonging to the victim.

On June 5, 2018, the South African radio show CapeTalk discussed a SIM swap incident where a retired man lost his entire savings due to a SIM swap. The segment did not refer to any phishing or security lapses on the victim's part. The

read://https_www.flashpoint-intel.com/?url=https%3A%2F%2Fwww.flashpoint-intel.com%2Fblog%2Fsim-swap-fraud-account-takeover%2F          5/9

show interviewed a forensic investigator who has worked on these cases in South Africa. The investigator stated that these incidents were on the rise, and that these abuses happened at the employee level. The investigator also stated "there is a dishonest element within the cell phone industry", who can facilitate this type of account takeover "without the proper channels being followed." The investigator referred to his experience in SIM swap cases, and said most victims never receive compensation from their bank. He also referred to the cell phone companies as "extremely hard-hearted" about providing assistance to victims.

On Feb. 10, *The Guardian* published an article claiming that attackers repeatedly called a U.K.-based victim's phone company and eventually fooled an employee into performing a SIM swap, which was immediately used to attempt bank account fraud. In this incident, the bank's voice identification caught the fraud before completion. The victim noted that the cell phone company used extremely simple authentication questions that any attacker could likely figure out the answers to.

On April 20, *MyBroadband*, a South African tech news site, detailed an incident where a SIM swap victim not only lost the contents of their entire bank account, but the attacker took out loans in their name. The article stated that several days before the SIM swap, the victim received a phishing email. Notably, the article said this particular phone company offers banks the ability to query their subscribers to determine if a SIM swap has happened recently on a phone number. This event would place a temporary hold on the account. In this case, the victims were initially told by the phone company that their phone was broken, so they apparently did not take action quickly enough against the fraud. In the ensuing legal battle, the bank, the phone company, and the victim claimed the other parties were liable.

On June 7, 2016, the FTC warned about an increasing trend of SIM swap fraud. While most of the blog post spoke about this technique being abused to get new phones which could be resold, it also mentioned that this was also used to bypass two-factor authentication for banks. The author said this type of fraud was a larger problem in Europe than in America at the time, but added the trend was increasing. The FTC also states that "Section 609(e) of the Fair Credit Reporting Act requires that companies provide business records related to identity theft to victims within 30 days of receiving a written request." For any account takeover victim, exercising these rights may help them understand the nature of their attacker.

## Impact

Flashpoint analysts assess with high confidence that the potential impact of SIM swapping is likely high for anyone targeted in such attacks. The likelihood of targeting is higher if the person is famous, or has many social media followers, or an OG username, or holds a large amount of money or cryptocurrency.

## Indicators of Takeover

Affected phones cannot make calls, have no reception, and potentially have no 911 access. Additionally, attackers take over online accounts belonging to the subscriber. Unexpected text messages or e-mails referring to password resets, account logins, or phone number changes may occur before a successful takeover.

## Mitigations

The major challenge with mitigating against this attack vector is that the flaw resides on a website owner's authentication logic, over which the user has no control. Multifactor authentication involves something you know, something you have, and something you are. Traditional authentication only required something you know, such as a password or a PIN. Online 2FA typically requires a combination of the password and something you have, such as a physical token or other object that cannot be stolen by a remote attacker.

In the case of many online services, 2FA treats possession of a phone number as something you have, which SIM swap fraud exploits. For many websites, the phone number is also often a password recovery mechanism, effectively reducing the whole thing to one factor if the phone number can be easily taken over. In July 2016, the National Institute of Standards and Technology (NIST) stated SMS was to be deprecated for use in 2FA. NIST later issued revised guidance, stating, "the verifier SHALL verify that the pre-registered telephone number being used is associated with a specific physical device," citing "SIM change" as a risk factor. Though NIST published these recommendations, websites that use SMS-based 2FA cannot obtain the private information necessary to determine that, so they cannot mitigate those risk factors.

Additionally, phone numbers exist in limited quantities and dropped numbers are re-allocated to new customers. Since website owners typically cannot determine if a phone number has a new owner, over time, random people can gain control over accounts by receiving a recycled number.

read://https_www.flashpoint-intel.com/?url=https%3A%2F%2Fwww.flashpoint-intel.com%2Fblog%2Fsim-swap-fraud-account-takeover%2F      7/9

As a result, any mitigations initiated by the end user are suboptimal, and can increase the risk from other types of account takeover vectors, or simple account loss from a forgotten password. The website owner is the only party that can fix these flaws, and it involves deprecating the use of phone number as a password recovery option and its use in 2FA.

The most effective fix is likely for the website owner to require hardware or software 2FA for online accounts. For websites that require the use of phone numbers, the end user could use Google Voice and other voice over internet protocol (VoIP) providers, that are likely less susceptible to SIM swap fraud. Some websites deliberately block the use of VoIP numbers and will only accept numbers from a traditional cellular carrier. In this case, if the account is worth the effort, the end user can set up a new mobile phone with a new, secret phone number that is only used for this purpose. After the phone number is added, the user can then port it over to Google Voice, where it is less susceptible to SIM swap fraud. However, for many end users, such measures may be considered too involved or impractical for securing all of their online accounts, particularly when taking into account the largely targeted nature of most SIM swap fraud operations. For individuals believed to have elevated risk of such targeting,  measures such as these may be necessary.

On some websites that allow phone number-based password recovery, completely removing the phone number from the account can reduce the risk from SIM swap fraud. This can, however, increase the risk from other types of account takeover and loss.

*Some information has been redacted from this report in order to protect sources.*



# Flashpoint Analyst Team

Case 5:19-cv-00475-BO     Document 172-7     Filed 11/20/23     Page 116 of 218

read://https_www.flashpoint-intel.com/?url=https%3A%2F%2Fwww.flashpoint-intel.com%2Fblog%2Fsim-swap-fraud-account-takeover%2F     8/9

The Flashpoint analyst team is composed of subject-matter experts with tradecraft skills honed through years of operating in the most austere online environments, training in elite government and corporate environments, and building and leading intelligence programs across all sectors. Our team covers more than 20 languages including Arabic, Mandarin, Farsi, Turkish, Kazakh, Spanish, French, German, Russian, Ukrainian, Italian, and Portuguese.

Case 5:19-cv-00475-BO     Document 172-7     Filed 11/20/23     Page 117 of 218

read://https_www.flashpoint-intel.com/?url=https%3A%2F%2Fwww.flashpoint-intel.com%2Fblog%2Fsim-swap-fraud-account-takeover%2F                    9/9





**MARKETS**

# Why crypto investors might want to think twice about giving out their phone numbers

PUBLISHED SAT, AUG 18 2018·11:21 AM EDT   UPDATED SAT, AUG 18 2018·12:56 PM EDT



**Kate Rooney**
@KROONEY

SHARE    

## KEY POINTS

Hackers are using a method known as "SIM swapping" to steal phone numbers and in some cases, use them to take millions of dollars worth of cryptocurrency.

This week, a California man sued his wireless carrier AT&T for $224 million after criminals used the method to steal $24 million from an cryptocurrency exchange.

"Once hackers get access to your private keys, they own your money and you're screwed," says Kyle Samani, managing partner at Multicoin Capital.


MARKETS


CNBC TV


WATCHLIST


MENU

Case 5:19-cv-00475-BO   Document 172-7   Filed 11/20/23   Page 118 of 218

https://www.cnbc.com/2018/08/18/crypto-investors-should-rethink-giving-out-their-phone-numbers.html

1/8

# Why crypto investors might want to think twice about giving out their phone numbers



It's a familiar scenario.

You forget a password to a website or log in from a new computer, and get locked out of your account. The website or your bank sends a text to confirm it's you. Most of the time it is.

But the person receiving that text could be a hacker. Criminals are using a method known as "SIM swapping" to take over phone number accounts by duping wireless carriers, and in some cases stealing millions of dollars worth of cryptocurrency.

"In online banking, if someone gets into your account there's ways to get the money back," said Kyle Samani, managing partner at crypto hedge fund Multicoin Capital. "In crypto, if hackers get access to your your private keys, they own your money and you're screwed."

This week, a California man sued AT&T for $224 million after hackers used his number to steal $24 million worth of cryptocurrency stored on an online exchange. The plaintiff Michael Terpin accused AT&T of negligence, and likened

read://https_www.cnbc.com/?url=https%3A%2F%2Fwww.cnbc.com%2F2018%2F08%2F18%2Fcrypto-investors-should-rethink-giving-out-their-phone…    1/4

it to "a hotel giving a thief with a fake ID a room key and a key to the room safe to steal jewelry in the safe from the rightful owner."

Terpin is hardly the only one to suffer a hack. The total in cryptocurrency lost by individuals hit $1.6 billion at the end of June, according to CoinDesk's 2018 State of Blockchain Report.

In order to stop the trend, cybersecurity and industry experts say investors should guard their cellphone numbers with the same paranoia with which they guard their social security numbers.

## Swapping digits

Wireless store employees can assign your phone number to any device, with the right authorization. To confirm, they ask for pieces of private information like a birthday or a social security number. But those can be easily accessed for a price.

"Data is being bought, sold and traded on the dark web," said Aaron Higbee, chief technology officer and co-founder of anti-phishing company Cofense. "If your phone number is of a sufficient age, you're on a database somewhere."

While one piece of data like a birthday might not be valuable on its own, combined with your phone number or address it can be used to answer those security questions from a wireless store employee.

After a criminal hacks into the person's email or cryptocurrency account from their own devices, what's known as "two-factor identification" will send a text code to the phone number as a form of security, and to prevent any sort of unauthorized log in. But because the hacker now controls that phone number, there's no way of the rightful owner regaining control or stopping the hack.

This happened to a New York-based venture capitalist who invests in early stage tech companies. He asked not to be named for this story because he did not want to be targeted again, and feared he might egg on the hackers.

He was in his office on Monday when he was suddenly logged out of both his personal and business email accounts. When he turned on his AT&T phone, the device had no signal. Because of his experience in cryptocurrency and the tech world, he recognized it as a SIM swap attack. He immediately called his wireless carrier through Skype, and quickly went to the store to regain access to his cell phone but "not quickly enough."

read://https_www.cnbc.com/?url=https%3A%2F%2Fwww.cnbc.com%2F2018%2F08%2F18%2Fcrypto-investors-should-rethink-giving-out-their-phone...    2/4

"This was the perfect storm," he said. "If I was on vacation or didn't know what to do immediately, they would have taken everything in my bank account."

He was able to regain control of his email but not his Coinbase account. Hackers had already moved the cryptocurrency he held to another account, and had attempted to wire money from his CitiBank account, which was refunded by the bank, he said.

The total amount stolen was roughly $5,000 — which he says is no where near the total of his crypto holdings because the rest was stored offline.

## Keeping funds offline

Savvy, and in some cases paranoid, crypto investors opt to keep their funds in what's known as "cold storage." The method allows you to store digital currency offline, away from any internet access and therefore makes it harder to hack.

Cryptocurrency exchange Abra does not store any of its customers funds online for this very reason, according to CEO Bill Barhydt. He called storing private keys online "the worst idea in the history of bad ideas." Those who want to keep money on an exchange might be trading it frequently, or could be first-time investors who bought in when bitcoin became a household-name in December. The cryptocurrency climbed to nearly $20,000, inviting a wave of first-time retail investors.

Private keys are the only way to access cryptocurrency wallets online. In many cases, people use their phone numbers as the only backup if they forget that code.

"Your phone number right now is a lot more important than your social security number," Barhydt said. "The average consumer doesn't pay attention to security until they've been hacked."

## Wireless carriers

It's still unclear who is legally responsible when a phone number is used to hack into a cryptocurrency account. Exchanges say the customer, and angry customers have blamed exchanges or in the case of Michael Terpin, his wireless carrier.

"The question is, do people believe that telecos have responsibility for protecting your bank account? Maybe that's a little much to ask," said Stephen Palley, partner at Anderson Kill and co-chair of the firm's blockchain and virtual

read://https_www.cnbc.com/?url=https%3A%2F%2Fwww.cnbc.com%2F2018%2F08%2F18%2Fcrypto-investors-should-rethink-giving-out-their-phone…   3/4

currency group. "A telecommunication company doesn't have control over what you use your phone for."

Still, Terpin is seeking damages from AT&T, which told CNBC in an emailed statement, "We dispute these allegations and look forward to presenting our case in court."

It's not just cryptocurrency at risk. Palley said anything for which a cell phone is used as a second way to identify yourself could be at risk if a hacker takes over your phone number.

"People assume that your cell phone is a comfortable and secure way of protecting data," he said. "It turns out that it's not."

**If you're worried about a hack:**

- Consider alternative authentication applications. Cofense's Aaron Higbee recommended apps like Google Authenticator, Microsoft Authenticator, Authy, Duo, or Authenticator plus.
- Don't store your cryptocurrency on an exchange for extended periods of time, according to Multicoin Capital's Kyle Samani.
- Call your service provider and request additional protections on your account.
- Consider the risks: "I don't think it's appropriate to walk around with your life savings on a crypto wallet in your pocket," Higbee says.
- Don't go bragging about your crypto gains and Lamborghini, or #lambo, on Twitter. "What you're doing is saying I have all of this money, so hack me personally," says Higbee.
- Don't post a screenshot that includes your wireless carrier (it will usually show up in the top left corner of your phone). Higbee says this applies more to celebrities, who might not want curious wireless employees snooping into their accounts.
- Don't post your cellphone number online.

# EXHIBIT D







2





Case 5:19-cv-00475-BO     Document 172-7     Filed 11/20/23     Page 125 of 218









# EXHIBIT E

# Jason Anthony Williams

[Link to Report](#)

Report Created

Jan 23, 2021

truthfinder.com/dashboard



# Disclaimer

TruthFinder IS NOT A CREDIT REPORTING AGENCY ("CRA") FOR PURPOSES OF THE FAIR CREDIT REPORTING ACT ("FCRA"), 15 USC §§ 1681 et seq. AS SUCH, THE ADDITIONAL PROTECTIONS AFFORDED TO CONSUMERS, AND OBLIGATIONS PLACED UPON CREDIT REPORTING AGENCIES, ARE NOT CONTEMPLATED BY, NOR CONTAINED WITHIN, THESE TERMS.

You may not use any information obtained from this report in connection with determining a prospective candidate's suitability for:

    Health insurance or any other insurance

    Credit and/or loans

    Employment

    Education, scholarships or fellowships

    Housing or other accommodations

    Benefits, privileges or services provided by any business establishment.

The information provided by this report has not been collected in whole or in part for the purpose of furnishing consumer reports, as defined in the FCRA. Accordingly, you understand and agree that you will not use any of the information you obtain from this report as a factor in: (a) establishing an individual's eligibility for personal credit, loans, insurance or assessing risks associated with existing consumer credit obligations; (b) evaluating an individual for employment, promotion, reassignment or retention (including employment of household workers such as babysitters, cleaning personnel, nannies, contractors, and other individuals); (c) evaluating an individual for educational opportunities, scholarships or fellowships; (d) evaluating an individual's eligibility for a license or other benefit granted by a government agency or (e) any other product, service or transaction in connection with which a consumer report may be used under the FCRA or any similar state statute, including, without limitation, apartment rental, check-cashing, or the opening of a deposit or transaction account. You also agree that you shall not use any of the information you receive through this report to take any "adverse action," as that term is defined in the FCRA; you have appropriate knowledge of the FCRA; and, if necessary, you will consult with an attorney to ensure compliance with these Terms.

# Personal Information

This section contains known aliases, birth information, and potential imposters gleaned from public records.

| First Name | Middle Name | Last Name |
|---|---|---|
| Jason | Anthony | Williams |

## Birth Information

| Age | Birth Date |
|---|---|
| 46 | Mar 11, 1974 |

## Known Aliases

Jason Anthon  Williams

## Jobs

| Company (Industry) | Job Title | Dates |
|---|---|---|
| Morgan Creek Digital Assets | Co Founder and General Partner | Apr 10, 2020 - May 26, 2020 |
| Morgan Creek Digital Assets (Venture Capital & Private Equity) | Partner | Nov 3, 2018 - Dec 26, 2019 |
| Morgan Creek Blockchain Capital | Partner | Nov 3, 2018 - Nov 3, 2018 |
| RTP Capital Associates, Inc. | Angel Investor | Oct 1, 2016 - May 26, 2020 |
| Duke Angel Network | Angel Investor | Oct 1, 2016 - May 26, 2020 |
| Full Tilt Capital | Managing Partner | Aug 17, 2017 - May 26, 2020 |
| Louisburg College | Member Board of Trustess | Jul 13, 2016 - May 26, 2020 |
| Undercover Colors | Angel Investor | Jul 13, 2016 - May 26, 2020 |
| Duke University School of Medicine | Advisor to Innovations in Healthcare | Jul 13, 2016 - May 26, 2020 |
| Fortnight Brewing | Angel Investor | Jul 13, 2016 - May 26, 2020 |
| FishBetter | Angel Investor | Jan 22, 2016 - May 26, 2020 |
| Angel investor - Social Entrepreneur | Healthcare Catalyst and Team Builder | Oct 2, 2015 |
| PRTI Inc | Member of the Board of Directors | Jul 13, 2016 - May 26, 2020 |
| PRTI Inc | Angel Investor / President / Board Member | Oct 2, 2015 |
| Penda Health | Angel Investor | Oct 2, 2015 - May 26, 2020 |
| Duke University | Innovations in Healthcare | May 26, 2020 - May 26, 2020 |
| PRTI | President and CEO | Jan 22, 2016 - May 26, 2020 |
| Dermasensa Laboratories | Angel Investor | Oct 2, 2015 - May 26, 2020 |
| JuiceVibes | Angel Investor | Oct 2, 2015 - May 26, 2020 |
| 13C Molecular | Angel Investor | Oct 2, 2015 - May 26, 2020 |
| Methodist University | Member Board of Trustees | Jul 13, 2016 - May 26, 2020 |
| Pierros Italian Bistro | Angel Investor | Oct 2, 2015 - May 26, 2020 |

| | | |
|---|---|---|
| FastMed | Founder and Former President and CEO, President and CEO of the Eastern Region | Oct 2, 2015 - May 26, 2020 |
| PhyAmerica | Emergency Physician Assistant | Oct 2, 2015 |
| Cape Fear Orthopedics | Orthopedic Surgical Physician Assistant | Oct 2, 2015 |
| N/A (Offices Of Health Practitioner) | Physician Assistant | Jan 1, 2008 |
| BOONE UC INC | OWNER | Sep 16, 2020 - Sep 16, 2020 |

## Education

| Attendance Dates | Qualification Type | University |
|---|---|---|
| Jan 1, 2010 - Dec 31, 2010 | Doctor of Humanities, honoris causa | Methodist University |
| Jan 1, 2002 - Dec 31, 2004 | Master's Degree, Master of Physician Assistant Studies | University Of Nebraska-lincoln |
| Jan 1, 1998 - Dec 31, 1999 | Surgical training, Advanced Training in General Surgery | Yale University School Of Medicine |
| Jan 1, 1996 - Dec 31, 1998 | Bachelor of Health Science (BHS), Physician Assistant | Methodist University |
| Jan 1, 1992 - Dec 31, 1998 | Bachelor of Science (B.S.), Human Biology | Methodist University |

## Possible Relatives

| Name | Age | Date of Birth |
|---|---|---|
| Veronica Bertha Williams | 71 (approx) | Jan 1, 1950 - Dec 31, 1950 |
| Jennifer Hutson Williams | 48 (approx) | Jan 1, 1973 - Dec 31, 1973 |
| Arris Tayron Williams | 41 (approx) | Jan 1, 1980 - Dec 31, 1980 |
| Joseph T Lorenzo | 66 (approx) | Jan 1, 1955 - Dec 31, 1955 |
| Jason  Williams | N/A | N/A |

## Possible Associates

### Jacqueline Susanne Lorenzo, 67 years old (approximate)

Shared Locations

Phone Numbers

Case 5:19-cv-00475-BO      Document 172-7      Filed 11/20/23      Page 131 of 218

(772) 215-1444
(772) 286-8832
(772) 545-1964

Page 3

1902 Se Erwin Rd

Jacqueline Susanne Lorenzo and
Jason Anthony Williams may have
shared this address from Oct 01,
1997 to Jan 23, 2003 for 5 years 3
months 25 days

3212 Se Aster Ln Apt Q210

Jacqueline Susanne Lorenzo and
Jason Anthony Williams may have
shared this address from Feb 01,
2000 to Dec 13, 2009 for 9 years
10 months 18 days

1014 Clarendon St

Jacqueline Susanne Lorenzo and
Jason Anthony Williams may have
shared this address from Dec 01,
2007 to Jan 14, 2008 for 1 months
14 days

6051 Se Riverboat Dr

Jacqueline Susanne Lorenzo and
Jason Anthony Williams may have
shared this address from Jul 01,
1994 to Jan 23, 2003 for 8 years
6 months 28 days

180 Se Placita Ct

Jacqueline Susanne Lorenzo and
Jason Anthony Williams may have
shared this address from Nov 22,
1998 to Jan 23, 2003 for 4 years 2
months 3 days

6061 Se Riverboat Dr

Jacqueline Susanne Lorenzo and
Jason Anthony Williams may have
shared this address from Sep 01,
1997 to Jan 23, 2003 for 5 years 4
months 25 days

2713 Preston Woods Ln Apt 7

Jacqueline Susanne Lorenzo and
Jason Anthony Williams may have
shared this address from Sep 22,
2000 to Dec 01, 2001 for 1 years
2 months 10 days

901 Tallstone Dr

Jacqueline Susanne Lorenzo and
Jason Anthony Williams may have
shared this address from Jul 01,
1999 to Jul 07, 1999 for 6 days

6055 Se Riverboat Dr

Jacqueline Susanne Lorenzo and
Jason Anthony Williams may have
shared this address from Jul 01,
1994 to Sep 15, 1997 for 3 years
2 months 17 days

# Paul D Fisher, 75 years old (approximate)

Shared Locations

(772) 220-0394

(561) 219-3742

(561) 219-3743

PO Box 2702

Paul D Fisher and Jason Anthony Williams may have shared this address from Jun 25, 1994 to Jan 23, 2003 for 8 years 7 months 4 days

1902 Se Erwin Rd

Paul D Fisher and Jason Anthony Williams may have shared this address from Oct 01, 1997 to Jan 23, 2003 for 5 years 3 months 25 days

6051 Se Riverboat Dr

Paul D Fisher and Jason Anthony Williams may have shared this address from Dec 17, 1994 to Jan 23, 2003 for 8 years 1 months 9 days

6055 Se Riverboat Dr

Paul D Fisher and Jason Anthony Williams may have shared this address from Jul 01, 1994 to Apr 04, 1997 for 2 years 9 months 8 days

## Mary Anna Montore, 92 years old (approximate)

| Shared Locations | Phone Numbers |
|---|---|
| 6061 Se Riverboat Dr | (772) 692-2467 |
| Mary Anna Montore and Jason Anthony Williams may have shared this address from Jul 01, 1994 to Jan 23, 2003 for 8 years 6 months 28 days | (407) 283-9424 |
| | (516) 872-2990 |
| 1014 Clarendon St | (561) 283-9424 |
| Mary Anna Montore and Jason Anthony Williams may have shared this address from Sep 01, 2007 to Mar 01, 2012 for 4 years 6 months 3 days | (561) 335-4790 |
| | (561) 692-2042 |
| | (561) 692-4765 |
| 6011 Se Riverboat Dr | (772) 692-2288 |
| Mary Anna Montore and Jason Anthony Williams may have shared this address from Jul 01, 1994 to Jan 23, 2003 for 8 years 6 months 28 days | (772) 905-8530 |
| | (772) 971-2016 |
| | (910) 484-9405 |

## Louis  Montore, 93 years old (approximate)

| Shared Locations | Phone Numbers |
|---|---|
| 6061 Se Riverboat Dr | (561) 283-9424 |
| Louis  Montore and Jason Anthony Williams may have shared this address from Jul 01, 1994 to Jan 23, 2003 for 8 years 6 months 28 days | (772) 283-9424 |
| | (954) 975-2575 |

## Bruce Allan Sloan, 63 years old (approximate)

Shared Locations

Phone Numbers

180 Se Placita Ct

Bruce Allan Sloan and Jason Anthony Williams may have shared this address from Nov 22, 1998 to Jan 23, 2003 for 4 years 2 months 3 days

(386) 864-1220
(561) 232-1212
(561) 232-1611
(561) 337-3740
(561) 343-0326
(772) 232-1212
(772) 781-8729
(904) 343-0326

## Denise  McGuire, 62 years old (approximate)

| Shared Locations | 180 Se Placita Ct | Phone Numbers | (772) 873-2269 |

Denise  McGuire and Jason Anthony Williams may have shared this address from Nov 22, 1998 to Jan 23, 2003 for 4 years 2 months 3 days

(772) 873-2269
(772) 260-0954
(267) 222-8755
(561) 343-0326
(561) 781-8729
(772) 781-8729
(772) 812-0249
(772) 877-8444
(904) 343-0326
(954) 873-6237
(724) 567-7501

## Donna Marie Walker, 51 years old (approximate)

| Shared Locations | PO Box 2702 | Phone Numbers | (772) 985-6901 |

Donna Marie Walker and Jason Anthony Williams may have shared this address from Apr 01, 1995 to Jan 23, 2003 for 7 years 9 months 29 days

(772) 985-6901
(561) 219-9568
(561) 253-2733
(772) 219-9568
(772) 220-0394
(772) 241-3078
(772) 419-3078
(772) 626-2036
(772) 626-2039
(772) 626-2741
(772) 807-5799
(772) 919-5954
(772) 253-2733

## Kathleen M Fisher, 64 years old (approximate)

| Shared Locations | PO Box 2702 | Phone Numbers | (772) 220-0394 |

Kathleen M Fisher and Jason Anthony Williams may have shared this address from Dec 03, 1995 to Jan 23, 2003 for 7 years 1 months 23 days

PO Box 2703

## Terese Mary Lorenzo, 46 years old (approximate)

| | | Phone Numbers | (252) 996-0190 |
|---|---|---|---|

## Myrtle Wilson Vann, 101 years old (approximate)

| Shared Locations | 1014 Clarendon St | Phone Numbers | (910) 485-1734 |
|---|---|---|---|
| | Myrtle Wilson Vann and Jason Anthony Williams may have shared this address from Mar 01, 2003 to Jun 05, 2018 for 15 years 3 months 9 days | | (910) 321-0066 |
| | | | (919) 803-8105 |
| | 1010 Clarendon St | | |

## Matthew Glenn Hudson, 33 years old (approximate)

| Shared Locations | 1010 Clarendon St | Phone Numbers | (910) 309-6452 |
|---|---|---|---|
| | | | (336) 213-5132 |
| | | | (336) 971-8958 |
| | | | (910) 486-0730 |
| | | | (843) 234-1721 |

## Manuel J Varela, 54 years old (approximate)

| | | Phone Numbers | (561) 223-0916 |
|---|---|---|---|
| | | | (561) 287-4586 |

## Jennifer Sparling McDonald, 48 years old (approximate)

| Shared Locations | 2713 Preston Woods Ln Apt 7 | Phone Numbers | (910) 323-0054 |
|---|---|---|---|
| | Jennifer Sparling McDonald and Jason Anthony Williams may have shared this address from Jun 01, 2000 to Dec 01, 2004 for 4 years 6 months 4 days | | (910) 484-7174 |
| | | | (312) 399-1649 |

## Shannon Michael McDonald, 47 years old (approximate)

| Shared Locations | 2713 Preston Woods Ln Apt 7 | Phone Numbers | (919) 219-0228 |
|---|---|---|---|
| | Shannon Michael McDonald and Jason Anthony Williams may have shared this address from Feb 01, 2004 to Dec 01, 2004 for 10 months 4 days | | (910) 484-7174 |
| | | | (919) 777-0693 |
| | | | (919) 349-3956 |

## Yeny  Garay, 39 years old (approximate)

| Shared Locations | 180 Se Placita Ct | | |
|---|---|---|---|
| Phone Numbers | | | |
| (561) 463-7580 | | | |

## Gregory Louis Doyle, 69 years old (approximate)

| Shared Locations | | Phone Numbers | |
|---|---|---|---|
| | PO Box 2703 | | (772) 286-6987 |
| | Gregory Louis Doyle and Jason Anthony Williams may have shared this address from Jan 13, 1996 to Jan 23, 2003 for 7 years 12 days | | (954) 937-9322 |
| | | | (407) 286-6987 |
| | | | (419) 747-1607 |
| | PO Box 2702 | | (561) 286-6987 |
| | Gregory Louis Doyle and Jason Anthony Williams may have shared this address from Jan 01, 1996 to Jan 23, 2003 for 7 years 24 days | | |

## Eva Thieme Hudson, 61 years old (approximate)

| Shared Locations | | Phone Numbers | |
|---|---|---|---|
| | 1010 Clarendon St | | (910) 308-7778 |
| | Eva Thieme Hudson and Jason Anthony Williams may have shared this address from Mar 01, 2003 to Jun 05, 2018 for 15 years 3 months 9 days | | (910) 779-1164 |
| | | | (910) 379-9643 |
| | | | (910) 309-0188 |
| | | | (910) 486-0730 |
| | | | (919) 779-1164 |

## Mickey Glenn Hudson, 58 years old (approximate)

| Shared Locations | | Phone Numbers | |
|---|---|---|---|
| | 1010 Clarendon St | | (910) 486-0730 |
| | Mickey Glenn Hudson and Jason Anthony Williams may have shared this address from Mar 01, 2003 to Jun 05, 2018 for 15 years 3 months 9 days | | (910) 308-7778 |
| | | | (910) 309-0188 |
| | | | (404) 343-3503 |
| | | | (404) 695-0394 |
| | | | (678) 422-5569 |
| | | | (910) 379-9643 |
| | | | (910) 779-1164 |
| | | | (919) 779-1164 |

## Maria Anna Lorenzo, 65 years old (approximate)

(772) 971-2016

## Helen Mae Cooke, 96 years old (approximate)

Shared Locations

1902 Se Erwin Rd

Helen Mae Cooke and Jason Anthony Williams may have shared this address from Oct 01, 1997 to Jan 23, 2003 for 5 years 3 months 25 days

Phone Numbers

(803) 775-1446
(304) 775-1446
(304) 778-6895
(304) 846-2915
(561) 220-9229
(772) 220-9229
(803) 778-6895
(803) 934-0178

## Wayne Douglas Cook, 78 years old (approximate)

Shared Locations

1902 Se Erwin Rd

Wayne Douglas Cook and Jason Anthony Williams may have shared this address from Oct 01, 1997 to Jan 23, 2003 for 5 years 3 months 25 days

Phone Numbers

(772) 220-9229
(407) 220-3777
(561) 335-7255
(772) 220-3777
(772) 220-6663
(772) 220-7599
(772) 398-4767

## Phillip G Cooke, 101 years old (approximate)

Shared Locations

1902 Se Erwin Rd

Phillip G Cooke and Jason Anthony Williams may have shared this address from Oct 01, 1997 to Jan 23, 2003 for 5 years 3 months 25 days

Phone Numbers

(772) 220-9229
(772) 626-6338

## Dana Michelle Craft, 43 years old (approximate)

Shared Locations

180 Se Placita Ct

Dana Michelle Craft and Jason Anthony Williams may have shared this address from Nov 22, 1998 to Jan 23, 2003 for 4 years 2 months 3 days

Phone Numbers

(984) 225-2100
(386) 423-3229
(407) 207-0780
(407) 281-6872
(407) 343-0326
(407) 563-2411
(407) 879-6099
(772) 879-6099
(904) 207-0780
(904) 423-3229
(772) 971-6641

## Alba Varela Heysquierdo, 59 years old (approximate)

| Shared Locations | 180 Se Placita Ct | Phone Numbers | (772) 781-8462 |
| | Alba Varela Heysquierdo and Jason Anthony Williams may have shared this address from Jan 01, 2001 to Jan 23, 2003 for 2 years 22 days | | (407) 221-9524 |
| | | | (772) 283-6918 |

## Maria Christina Gryner, 53 years old (approximate)

| Shared Locations | 180 Se Placita Ct | Phone Numbers | (561) 221-9865 |
| | Maria Christina Gryner and Jason Anthony Williams may have shared this address from Mar 01, 2002 to Jan 23, 2003 for 10 months 28 days | | (772) 220-2083 |
| | | | (772) 283-6918 |
| | | | (772) 336-1013 |
| | | | (772) 463-7318 |
| | | | (772) 781-2214 |
| | | | (772) 785-9335 |
| | | | (772) 807-7684 |

## James Shields Harper, 97 years old (approximate)

| Shared Locations | 1010 Clarendon St | Phone Numbers | (910) 297-4913 |
| | James Shields Harper and Jason Anthony Williams may have shared this address from Mar 01, 2003 to Jun 01, 2008 for 5 years 3 months 3 days | | (910) 485-5736 |

## Edna Wilson Harper, 96 years old (approximate)

| Shared Locations | 1010 Clarendon St | | |
| | Edna Wilson Harper and Jason Anthony Williams may have shared this address from Mar 01, 2003 to Sep 01, 2012 for 9 years 6 months 6 days | | |

## Lynette Sue Anderson, 59 years old (approximate)

| | | Phone Numbers | (561) 781-7867 |
| | | | (954) 566-4647 |
| | | | (954) 907-9037 |

## Doris Maricela Lopez Varela, 59 years old (approximate)

| Shared Locations | 180 Se Placita Ct | | |
| | Doris Maricela Lopez Varela and Jason Anthony Williams may have shared this address from Oct 19, 2001 to Jan 23, 2003 for 1 years 3 months 6 days | | |

Phone Numbers

## Possible Relationships

Jasyn  Rymer

# Contact Information

This section contains phone numbers, previous phone number and email addresses associated with Jason Anthony Williams.

## Possible Phone Numbers

### (919) 615-2132

| Phone Carrier | Line Type | Carrier Location | Prepaid | Connected |
|---|---|---|---|---|
| Time Warner Cable Information Services (north Carolina) Llc Dba Time Warner Cable - Nc (tw Telecom) | Landline | Raleigh-Morgan St, NC 27529 | No | No |

### (910) 480-0769

| Phone Carrier | Line Type | Carrier Location | Prepaid | Connected |
|---|---|---|---|---|
| Carolina Telephone And Telegraph Company Llc Dba Centurylink (centurylink) | Landline | Fayetteville-Raleigh Rd-, NC 28301 | No | No |

### (910) 223-1082

| Phone Carrier | Line Type | Carrier Location | Prepaid | Connected |
|---|---|---|---|---|
| Carolina Telephone And Telegraph Company Llc Dba Centurylink (centurylink) | Landline | Fayetteville-Mcgilvary St-, NC 28301 | No | No |

## Possible Emails

jasonwilliamseow@gmail.com          jwilliams@louisburg.edu          j.williams@fastmed.com

# Location Information

This section includes all of the locations related to this person. Locations listed may include current residence, past residences, and places of work.

---

## 5016 Wynneford Way, Raleigh, NC 27614-9810

| Dates Seen At Address | Classification | Address Type | Is Deliverable |
|---|---|---|---|
| Apr 1, 2012 - Jan 22, 2021 | Residential | Street<br>Address Contains a Valid<br>Primary Number Range | Yes |

| Is Receiving Mail | Phone Numbers |
|---|---|
| Yes | (919) 896-8094 |

---

## 1010 Clarendon St, Fayetteville, NC 28305-4847

| Dates Seen At Address | Subdivision | Classification | Address Type |
|---|---|---|---|
| Mar 1, 2003 - Jun 5, 2018 | Highland Heights | Residential | Street<br>Address Contains a Valid<br>Primary Number Range |

| Is Deliverable | Is Receiving Mail | Phone Numbers |
|---|---|---|
| Yes | Yes | (910) 223-1082 |

---

## 5311 Tannat Ct Apt 401, Raleigh, NC 27612-4690

| Dates Seen At Address | Classification | Address Type | Building |
|---|---|---|---|
| Mar 1, 2015 - May 31, 2018 | Residential | High-Rise<br>Address Contains Apartment or Building Sub-Units | 32 Apartments |

| Is Deliverable | Is Receiving Mail |
|---|---|
| Yes | Yes |

---

## 2105 Us 1 Hwy, Franklinton, NC 27525-8710

| Dates Seen At Address | Classification | Address Type | Is Deliverable |
|---|---|---|---|
| Aug 1, 2017 - Jan 4, 2018 | Residential | Street<br>Address Contains a Valid<br>Primary Number Range | Yes |

| Is Receiving Mail |
|---|
| Yes |

---

## 3212 Se Aster Ln Apt Q210, Stuart, FL 34994-5553

| Dates Seen At Address | Subdivision | Classification | Address Type |
|---|---|---|---|
| Jun 1, 1993 - Sep 10, 2011 | Village Stuart Condo | Residential | High-Rise<br>Address Contains Apartment or Building Sub-Units |

| Building | Is Deliverable | Is Receiving Mail |
|---|---|---|
| 8 Apartments | Yes | Yes |

---

## 11373 Us Highway 70 W, Clayton, NC 27520

| Dates Seen At Address | Address Type |
|---|---|
| May 31, 2008 - Jun 30, 2008 | |

No Record Type Because
Address Did Not Make a
Valid Dpv Match

## 2713 Preston Woods Ln Apt 7, Fayetteville, NC 28304-3660

| Dates Seen At Address | Subdivision | Classification | Address Type |
|---|---|---|---|
| Jun 1, 2000 - Dec 1, 2004 | Preston Woods Condo | Residential | High-Rise<br>Address Contains Apartment or Building Sub-Units |

| Building | Is Deliverable | Is Receiving Mail | |
|---|---|---|---|
| 12 Apartments | Yes | Yes | |

## 901 Tallstone Dr, Fayetteville, NC 28311-1469

| Dates Seen At Address | Classification | Address Type | Is Deliverable |
|---|---|---|---|
| Jun 1, 1998 - Dec 31, 2003 | Residential | Street<br>Address Contains a Valid Primary Number Range | Yes |

Is Receiving Mail
Yes

## 180 Se Placita Ct, Port Saint Lucie, FL 34983-2028

| Dates Seen At Address | Subdivision | Classification | Address Type |
|---|---|---|---|
| Nov 22, 1998 - Jan 23, 2003 | River Park Un | Residential | Street<br>Address Contains a Valid Primary Number Range |

| Is Deliverable | Is Receiving Mail | | |
|---|---|---|---|
| Yes | Yes | | |

## 1902 Se Erwin Rd, Port Saint Lucie, FL 34952-5520

| Dates Seen At Address | Subdivision | Classification | Address Type |
|---|---|---|---|
| Oct 1, 1997 - Jan 23, 2003 | South Port St Lucie | Residential | Street<br>Address Contains a Valid Primary Number Range |

| Is Deliverable | Is Receiving Mail | | |
|---|---|---|---|
| Yes | Yes | | |

## 6051 Se Riverboat Dr, Stuart, FL 34997-1521

| Dates Seen At Address | Subdivision | Classification | Address Type |
|---|---|---|---|
| Jul 1, 1994 - Jan 23, 2003 | River Pines Miles Grant | Residential | Street<br>Address Contains a Valid Primary Number Range |

| Is Deliverable | Is Receiving Mail | | |
|---|---|---|---|
| Yes | Yes | | |

## 2702, PO Box, Stuart, FL 34995-2702

| Dates Seen At Address | Classification | Address Type | Is Deliverable |
|---|---|---|---|
| Jun 1, 1994 - Jan 23, 2003 | Residential | Post Office Box<br>Address is a PO Box Record Type | Yes |

# Criminal Records

DISCLAIMER: The criminal record information contained in our reports may not be 100% accurate or complete. This is because the information is pulled from records maintained by government agencies and the information contained in those records may not be 100% accurate or complete. Please use this information as a starting point for your own due diligence and investigation.

## Likely Criminal Records

### Jason Anthony Williams

Match Rating Based On:
First Name, Middle Name, Last Name, Date Of Birth, Address, Age

| Charges Filed Date | Source |
| --- | --- |
| Apr 17, 2013 | ADMINISTRATIVE OFFICE OF COURTS (North Carolina) |

### Personal Details

| First Name | Middle Name | Last Name | Age | Date of Birth |
| --- | --- | --- | --- | --- |
| Jason | Anthony | Williams | 46 | Mar 11, 1974 |

| Address | Drivers License State |
| --- | --- |
| 1010 Clarendon St, Fayetteville, Cumberland | Nc |

### Physical Appearance

| Complexion | Ethnicity |
| --- | --- |
| White | White |

### Apr 17, 2013 - Charges Filed - Not Specified

| Charges Filed Date | Crime Classification | Offense Code | Offense Description | Case Type |
| --- | --- | --- | --- | --- |
| Apr 17, 2013 | I | NOT SPECIFIED | Not Specified | Infraction |

| Case Number |
| --- |
| 9102013IF000579 |

### Oct 26, 2006 - Charges Filed - Not Specified

| Charges Filed Date | Crime Classification | Offense Description | Case Type | Case Number |
| --- | --- | --- | --- | --- |
| Oct 26, 2006 | Nos | Not Specified | Criminal | 2502006CR707074 |

### Jason Anthony Williams

Match Rating Based On:
First Name, Middle Name, Last Name, Date Of Birth, Address, Age

| Offense Date | Source |
| --- | --- |
| Oct 26, 2006 | ADMINISTRATIVE OFFICE OF COURTS (North Carolina) |

### Personal Details

| First Name | Middle Name | Last Name | Age | Date of Birth |
| --- | --- | --- | --- | --- |
| Jason | Anthony | Williams | 46 | Mar 11, 1974 |

Address

1010 Clarendon St,
Fayetteville, Cumberland

## Physical Appearance

Ethnicity
White

## Oct 26, 2006 - Offense -

| Offense Date | Charges Filed Date | Crime Location | Crime Type | Offense Code |
|---|---|---|---|---|
| Oct 26, 2006 | Oct 26, 2006 | Cumberland, NC | Misdemeanor | 20-141(J1) |
| Offense Description | Case Type | Case Number | Court Name | Disposition |
| Arraigned:speeding-067/45 | Traffic Misdemeanor | 01250CUMBERLAND-2006CR707074 | Cumberland | Dismissal Without Leave By Da |
| Disposition Date | | | | |
| Dec 5, 2006 | | | | |

## Jason Anthony Williams

Match Rating Based On:
First Name, Middle Name, Last Name, Date Of Birth, Address, Age

| Charges Filed Date | Source |
|---|---|
| Aug 22, 2009 | ADMINISTRATIVE OFFICE OF COURTS DEMOGRAPHIC IN-FRACTIONS (North Carolina) |

### Personal Details

| First Name | Middle Name | Last Name | Age | Date of Birth |
|---|---|---|---|---|
| Jason | Anthony | Williams | 46 | Mar 11, 1974 |
| Address | | | | |
| 1010 Clarendon St, Fayetteville, Cumberland | | | | |

### Physical Appearance

Ethnicity
White

### Aug 22, 2009 - Charges Filed -

| Charges Filed Date | Crime Location | Case Number | Court Name |
|---|---|---|---|
| Aug 22, 2009 | Iredell, NC | 4802009708344IF | Iredell |

## Jason Williams

Match Rating Based On:
First Name, Last Name, Date Of Birth, Age

| Offense Date | Source |
|---|---|
| Apr 10, 2004 | SARASOTA COUNTY  CIRCUIT COURT (Florida) |

## Personal Details

| First Name | Last Name | Age | Date of Birth | Address |
|---|---|---|---|---|
| Jason | Williams | 46 | Mar 11, 1974 | 6023 26th St W # 114, Bradenton, Manatee |

## Apr 10, 2004 - Offense -

| Offense Date | Charges Filed Date | Crime Location | Crime Type | Crime Classification |
|---|---|---|---|---|
| Apr 10, 2004 | Apr 14, 2004 | Sarasota, FL | Misdemeanor | Misdemeanor Second D |
| Offense Code | Offense Description | Grade of Offense | Degree of Offense | Case Type |
| 322.03(4) | Operate Motorcycle Without Lic | SECOND DEGREE MIS-DEMEANOR | Second Degree Misdemeanor | Nc - Criminal Traffi |
| Case Number | Arresting Agency | Court Name | Plea | Disposition |
| 2004CT006182NC | Sarasota Police Department | County | Nc | Adj W/h By Judge |
| Disposition Date | Status | Count | Original Charge | Original Statute Code |
| May 14, 2004 | Closed | 1 | Operate Motorcycle W/o Lic | 322.03(4) |
| Seq | Ticket Number | Case Status Date | Plea Date | Receivedate |
| 1 | 8683dcb | 05/14/2004 | 05/14/2004 | 12/31/2018 |
| Casecomments=total Fees | Caseinfo=uniform Case Number | Caseinfo | | |
| $152.25 | 582004ct006182xxxanc | Uniform Case Number: 582004ct006182xxxanc | | |

## May 18, 2004 - Offense -

| Offense Date | Charges Filed Date | Crime Location | Crime Type | Crime Classification |
|---|---|---|---|---|
| May 18, 2004 | May 20, 2004 | Florida Sarasota, FL | Traffic | Infraction |
| Offense Code | Offense Description | Grade of Offense | Degree of Offense | Case Type |
| 316.187(2)(A) | Unlawful Speed 70mph Zone | N/A MOVING INFRACTION | N/a Moving Infraction | North County Traffic |
| Case Number | Arresting Agency | Court Name | Plea | Disposition |
| 2004TR022601NC | Florida Highway Patrol | County | Guilty | Pd Civil Penalty - Traffic Infractions Only |
| Disposition Date | Status | Casecomments=total Fees | Caseinfo=uniform Case Number | Count |
| Jun 21, 2004 | Closed | $155.00 | 582004tr022601xxxanc | 1 |
| Original Charge | Original Statute Code | Seq | Ticket Number | Case Status Date |
| Unlawful Speed 70mph Zone | 316.187(2)(a) | 1 | 7049crf | 06/21/2004 |
| Plea Date | Receivedate | Caseinfo | | |
| 06/21/2004 | 12/31/2018 | Uniform Case Number: 582004tr022601xxxanc | | |

## Feb 20, 2004 - Offense -

| Offense Date | Charges Filed Date | Crime Location | Crime Type | Crime Classification |
|---|---|---|---|---|
| Feb 20, 2004 | Feb 20, 2004 | Florida Sarasota, FL | Traffic | Infraction |
| Offense Code | Offense Description | Grade of Offense | Degree of Offense | Case Type |
| 316.183(2) | Unlawful Speed | N/A MOVING INFRACTION | N/a Moving Infraction | South County Traffic |
| Case Number | Arresting Agency | Court Name | Plea | Disposition |
| 2004TR008178SC | North Port Police Department | County | Guilty | Pd Civil Penalty - Traffic Infractions Only |
| Disposition Date | Status | Casecomments=total Fees | Caseinfo=uniform Case Number | Count |
| May 12, 2004 | Closed | $184.00 | 582004tr008178xxxasc | 1 |
| Original Charge | Original Statute Code | Seq | Ticket Number | Case Status Date |
| Unlawful Speed | 316.183(2) | 1 | 7371cgp | 05/12/2004 |
| Plea Date | Receivedate | Caseinfo | | |
| 05/12/2004 | 12/31/2018 | Uniform Case Number: 582004tr008178xxxasc | | |

## Mar 1, 2004 - Charges Filed - Unlawful Speed 70mph Zone

| Charges Filed Date | Crime Classification | Offense Code | Offense Description | Grade of Offense |
|---|---|---|---|---|
| Mar 1, 2004 | Itv | 316.187(2)(A) | Unlawful Speed 70mph Zone | INFRACTION |

| Case Number | Court Name | Disposition | Disposition Date | Status |
|---|---|---|---|---|
| 2004TR009628NC | County | Pd Civil Penalty - Traffic Infractions Only | May 26, 2004 | Closed |

Caseinfo

Uniform Case Number: 582004tr009628xxxanc

## Jason Williams

Match Rating Based On:

First Name, Last Name, Date Of Birth, Age

| Offense Date | Source |
|---|---|
| Jul 13, 2004 | SARASOTA COUNTY  CIRCUIT COURT (Florida) |

### Personal Details

| First Name | Last Name | Age | Date of Birth | Address |
|---|---|---|---|---|
| Jason | Williams | 46 | Mar 11, 1974 | 86023 W 26th St # 114, Bradenton, Manatee |

## Jul 13, 2004 - Offense -

| Offense Date | Charges Filed Date | Crime Location | Crime Type | Offense Code |
|---|---|---|---|---|
| Jul 13, 2004 | Jul 14, 2004 | Sarasota, FL | Misdemeanor | 784.03(1A1) |
| Offense Description | Grade of Offense | Degree of Offense | Case Type | Case Number |
| Battery Domestic | FIRST DEGREE MISDEMEANOR | First Degree Misdemeanor | Sc - Misdemeanor | 2004MM011253SC |
| Disposition Date | Status | Count | Obts Number | Original Charge |
| Sep 3, 2004 | Closed | 1 | 5802015948 | Battery Domestic |
| Original Statute Code | Prosecutor Final Action | Seq | Case Status Date | Receivedate |
| 784.03(1a1) | Da | 1 | 09/03/2004 | 12/31/2018 |

## Jason Williams

Match Rating Based On:

First Name, Last Name, Date Of Birth, Age

| Offense Date | Source |
|---|---|
| Feb 26, 2004 | SARASOTA COUNTY  CIRCUIT COURT (Florida) |

### Personal Details

| First Name | Last Name | Age | Date of Birth | Address |
|---|---|---|---|---|
| Jason | Williams | 46 | Mar 11, 1974 | 6713 Myrtlewood Rd, North Port, Sarasota |

## Feb 26, 2004 - Offense -

| Offense Date | Charges Filed Date | Crime Location | Crime Type | Offense Code |
|---|---|---|---|---|
| Feb 26, 2004 | Mar 1, 2004 | Sarasota, FL | Traffic | 316.187(2)(A) |

| Offense Description | Grade of Offense | Degree of Offense | Case Type | Case Number |
|---|---|---|---|---|
| Unlawful Speed 70mph Zone | N/A MOVING INFRACTION | N/a Moving Infraction | North County Traffic | 2004TR009628NC |

| Arresting Agency | Plea | Disposition Date | Status | Count |
|---|---|---|---|---|
| Sarasota County Sheriff'S Office | Guilty | Mar 1, 2004 | Closed | 1 |

| Original Charge | Original Statute Code | Seq | Ticket Number | Case Status Date |
|---|---|---|---|---|
| Unlawful Speed 70mph Zone | 316.187(2)(a) | 1 | 6042dgx | 05/26/2004 |

| Plea Date | Receivedate |
|---|---|
| 05/26/2004 | 12/31/2018 |

## Jason A Williams

Match Rating Based On:

First Name, Last Name, Date Of Birth, Age

| Charges Filed Date | Source |
|---|---|
| Jan 10, 1996 | MARTIN COUNTY MUNICIPAL COURT (Florida) |

## Personal Details

| First Name | Middle Initial | Last Name | Age | Date of Birth |
|---|---|---|---|---|
| Jason | A | Williams | 46 | Mar 11, 1974 |

## Physical Appearance

| Ethnicity | Height |
|---|---|
| White | 5'10" |

## Jan 10, 1996 - Charges Filed - Fail To Renew Mtr Veh Reg Exp More 4 Mos

| Charges Filed Date | Crime Location | Offense Code | Offense Description | Case Number |
|---|---|---|---|---|
| Jan 10, 1996 | Martin, FL | FAIL TO RENEW MTR VEH REG EXP MORE 4 MOS | Failure To Renew Mtr Vehicle Reg Exp More 4 Mos | 96000302MMAXMX |

| Disposition | Disposition Date | Status | Case Id Number | Charge Count Number |
|---|---|---|---|---|
| Bond Estreature | Jan 9, 1996 | Closed | 158380 | 001 |

| Receivedate |
|---|
| 02/03/2020 |

## Jason Williams

Match Rating Based On:

First Name, Last Name, Date Of Birth, Age

| Offense Date | Source |
|---|---|
| Jun 10, 2004 | MANATEE CIRCUIT AND COUNTY COURT (Florida) |

## Personal Details

| First Name | Last Name | Age | Date of Birth | Address |
|---|---|---|---|---|
| Jason | Williams | 46 | Mar 11, 1974 | 86023 W 26th St # 114, Bradenton, Manatee |

## Physical Appearance

Ethnicity
Black

## Jun 10, 2004 - Offense -

| Offense Date | Charges Filed Date | Crime Location | Crime Type | Offense Code |
|---|---|---|---|---|
| Jun 10, 2004 | Jun 11, 2004 | Manatee, FL | Traffic | 316.189(1) |
| Offense Description | Case Type | Case Number | Arresting Agency | Plea |
| Unlawful Speed In A Municipality | Traffic Infractions | 2004TR019039AX | Bpd | Nolo-Contendere |
| Status | Count | Ticket Number | Receivedate | |
| Collections-Open | 1 | 6490con | 03/27/2018 | |

## Jason Williams

Match Rating Based On:

First Name, Last Name, Date Of Birth, Age

| Offense Date | Source |
|---|---|
| Jun 8, 2007 | MANATEE CIRCUIT AND COUNTY COURT (Florida) |

## Personal Details

| First Name | Last Name | Age | Date of Birth | Address |
|---|---|---|---|---|
| Jason | Williams | 46 | Mar 11, 1974 | 321 9th Street Dr W, Palmetto, Manatee |

## Physical Appearance

| Ethnicity | Height | Weight |
|---|---|---|
| Black | 5'0" | 140 lbs |

## Jun 8, 2007 - Offense -

| Offense Date | Charges Filed Date | Crime Location | Crime Type | Crime Classification |
|---|---|---|---|---|
| Jun 8, 2007 | Jun 11, 2007 | Manatee, FL | Felony | Felony |
| Offense Code | Offense Description | Degree of Offense | Case Type | Case Number |
| 893.135(1B1A) | Armed Trafficking In Cocaine With A Firearm (28 Gr | First Degree Life | Felony | 2007CF002299AX |
| Arresting Agency | Arrest Date | Disposition | Disposition Date | Status |
| Mso | Jun 8, 2007 | Dropped/abandoned | Jun 26, 2007 | Closed |
| Count | Receivedate | | | |
| 1 | 03/27/2018 | | | |

## Jun 8, 2007 - Offense -

| Offense Date | Charges Filed Date | Crime Location | Crime Type | Crime Classification |
|---|---|---|---|---|
| Jun 8, 2007 | Jun 11, 2007 | Manatee, FL | Felony | Felony |
| Offense Code | Offense Description | Degree of Offense | Case Type | Case Number |
| 812.019(1) | Dealing In Stolen Property (second Degree) | Second Degree | Felony | 2007CF002299AX |
| Arresting Agency | Arrest Date | Disposition | Disposition Date | Status |
| Mso | Jun 8, 2007 | Dropped/abandoned | Jun 26, 2007 | Closed |
| Count | Receivedate | | | |
| 2 | 03/27/2018 | | | |

## Jason Williams

Match Rating Based On:

First Name, Last Name, Date Of Birth, Age

| Offense Date | Source |
|---|---|
| Feb 11, 2003 | ADMINISTRATIVE OFFICE OF COURTS (Connecticut) |

### Personal Details

| First Name | Last Name | Age | Date of Birth | Address |
|---|---|---|---|---|
| Jason | Williams | 46 | Mar 11, 1974 | 78 Third Ave, Seymour, New Haven |

### Feb 11, 2003 - Offense -

| Offense Date | Crime Classification | Offense Code | Offense Description | Grade of Offense |
|---|---|---|---|---|
| Feb 11, 2003 | Infraction | 14-99G(G) | Ill Opn Mv Wo Tint In-spection | INFRACTION |

| Counts | Case Number | Arresting Agency | Arrest Date | Court Name |
|---|---|---|---|---|
| 1 | MI033476202S | State Police Troop 'I' | Feb 11, 2003 | A05d - Ansonia At Derby |

| Court Costs | Plea | Disposition Date | Caseinfo=new Plea | Caseinfo |
|---|---|---|---|---|
| $50.00 | Ng | Apr 17, 2003 | Gy; Init Plea Wthdrw Date: 20030417 | New Plea: Gy; Init Plea Wthdrw Date: 20030417 |

## Jason A Williams

Match Rating Based On:

First Name, Last Name, Date Of Birth, Age

| Source |
|---|
| DEPT OF CORRECTIONS (-Florida) |

### Personal Details

| First Name | Middle Initial | Last Name | Age | Date of Birth |
|---|---|---|---|---|
| Jason | A | Williams | 46 | Mar 11, 1974 |

### Physical Appearance

| Ethnicity |
|---|
| White |

## Jason Williams

Match Rating Based On:

First Name, Last Name, Date Of Birth, Age

| Charges Filed Date | Source |
|---|---|
| Apr 14, 2004 | SARASOTA COUNTY CIRCUIT COURT (Florida) |

### Personal Details

| First Name | Last Name | Age | Date of Birth |
|---|---|---|---|

| Jason | Williams | 46 | Mar 11, 1974 |

## Apr 14, 2004 - Charges Filed - Operate Motorcycle W/O Lic

| Charges Filed Date | Crime Location | Offense Code | Offense Description | Case Number |
|---|---|---|---|---|
| Apr 14, 2004 | Sarasota, FL | 322.03(4) | Operate Motorcycle Without Lic | 582004-CT0061820001NC |

| Court Name | Disposition | Disposition Date |
|---|---|---|
| Fl Sarasota County Circuit Court | Adj W/h By Judge | May 14, 2004 |

## Jason Williams

Match Rating Based On:

First Name, Last Name, Date Of Birth, Age

| Charges Filed Date | Source |
|---|---|
| Jul 14, 2004 | SARASOTA COUNTY CIRCUIT COURT (Florida) |

### Personal Details

| First Name | Last Name | Age | Date of Birth |
|---|---|---|---|
| Jason | Williams | 46 | Mar 11, 1974 |

## Jul 14, 2004 - Charges Filed - Battery-Touch Or Strike

| Charges Filed Date | Crime Location | Offense Code | Offense Description | Case Number |
|---|---|---|---|---|
| Jul 14, 2004 | Sarasota, FL | 784.03(1A1) | Battery-touch Or Strike | 582004-MM0112530001SC |

| Court Name | Disposition | Disposition Date |
|---|---|---|
| Fl Sarasota County Circuit Court | Dropped/abandoned | Sep 3, 2004 |

## Jason Anthony Williams

Match Rating Based On:

First Name, Middle Name, Last Name, Date Of Birth, Address, Age

| Charges Filed Date | Source |
|---|---|
| May 22, 1992 | ADMINISTRATIVE OFFICE OF COURTS (North Carolina) |

### Personal Details

| First Name | Middle Name | Last Name | Age | Date of Birth |
|---|---|---|---|---|
| Jason | Anthony | Williams | 46 | Mar 11, 1974 |

| Address |
|---|
| 4110 Sedgewood Dr Apt 305, Raleigh, Wake |

### Physical Appearance

| Ethnicity |
|---|
| White |

## May 22, 1992 - Charges Filed - Unspecified

| Charges Filed Date | Crime Location | Offense Code | Offense Description | Case Type |
|---|---|---|---|---|

## Jason Williams

Match Rating Based On:

First Name, Last Name, Date Of Birth, Age

| Offense Date | Source |
| --- | --- |
| Jun 8, 2007 | FLORIDA_MANATEE_COUNTY (Florida) |

## Personal Details

| First Name | Last Name | Age | Date of Birth |
| --- | --- | --- | --- |
| Jason | Williams | 46 | Mar 11, 1974 |

## Physical Appearance

| Complexion |
| --- |
| Black |

## Jun 8, 2007 - Offense -

| Offense Date | Charges Filed Date | Crime Classification | Offense Code | Offense Description |
| --- | --- | --- | --- | --- |
| Jun 8, 2007 | Jun 11, 2007 | F | 893.135 1B1A | Armed Trafficking In Cocaine With A Firearm (28 Gr |
| Grade of Offense | Degree of Offense | Case Type | Case Number | Disposition |
| FELONY | First Degree, Life | Felony | 412007CF002299AX | Dropped/abandoned |
| Disposition Date | Status | Caseinfo | | |
| Jun 26, 2007 | Closed | Sao Case Number: 2007 Sa 011137, Otbs Number: 4103116402 | | |

## Jun 8, 2007 - Offense -

| Offense Date | Charges Filed Date | Crime Classification | Offense Code | Offense Description |
| --- | --- | --- | --- | --- |
| Jun 8, 2007 | Jun 11, 2007 | F | 812.019 1 | Dealing In Stolen Property (second Degree) |
| Grade of Offense | Degree of Offense | Case Type | Case Number | Disposition |
| FELONY | Second Degree | Felony | 412007CF002299AX | Dropped/abandoned |
| Disposition Date | Status | Caseinfo | | |
| Jun 26, 2007 | Closed | Sao Case Number: 2007 Sa 011137, Otbs Number: 4103116402 | | |

# Less Likely Criminal Records

## Jason Williams

Match Rating Based On:

First Name, Last Name

| Charges Filed Date | Source |
| --- | --- |

Jul 18, 1990

ADMINISTRATIVE OFFICE OF
COURTS (North Carolina)

## Personal Details

| First Name | Last Name | Address |
|---|---|---|
| Jason | Williams | 4110 Sedgewood Dr Apt 305, Raleigh, Wake |

## Jul 18, 1990 - Charges Filed - Not Specified

| Charges Filed Date | Crime Location | Offense Code | Offense Description | Case Type |
|---|---|---|---|---|
| Jul 18, 1990 | Wake, NC | NOT SPECIFIED | Not Specified | Criminal |

| Case Number | Court Name |
|---|---|
| 9101990CR051895 | Wake |

## Jason Williams

Match Rating Based On:
First Name, Last Name

| Charges Filed Date | Source |
|---|---|
| Oct 9, 1995 | ADMINISTRATIVE OFFICE OF COURTS (North Carolina) |

## Personal Details

| First Name | Last Name | Address |
|---|---|---|
| Jason | Williams | Rr 10 Box 308 # A14, Fayetteville, Cumberland |

## Physical Appearance

Ethnicity
Black

## Oct 9, 1995 - Charges Filed - Not Specified

| Charges Filed Date | Crime Location | Offense Code | Offense Description | Case Type |
|---|---|---|---|---|
| Oct 9, 1995 | Cumberland, NC | NOT SPECIFIED | Not Specified | Criminal |

| Case Number | Court Name |
|---|---|
| 2501995CR046745 | Cumberland |

## Jason Williams

Match Rating Based On:
First Name, Last Name

| Offense Date | Source |
|---|---|
| Jun 18, 1990 | ADMINISTRATIVE OFFICE OF COURTS (North Carolina) |

## Personal Details

| First Name | Last Name | Address |
|---|---|---|
| Jason | Williams | 4110 305 Sedgewood D # R, Raleigh, Wake |

# Jun 18, 1990 - Offense -

| Offense Date | Charges Filed Date | Crime Location | Crime Type | Offense Code |
|---|---|---|---|---|
| Jun 18, 1990 | Jul 17, 1990 | Wake, NC | Misdemeanor | 49-2 |
| **Offense Description** | **Case Type** | **Case Number** | **Court Name** | **Disposition** |
| Arraigned:non Iv-d Non-supp Illegit Child | Misdemeanor | 01910WAKE1990CR-051895 | Wake | Dismissal Without Leave By Da |
| **Disposition Date** | | | | |
| Jun 7, 1991 | | | | |

# Sex Offender Information

This section displays the names, locations, and offenses of individuals charged with sex crimes living in close proximity to the locations associated with the subject of this report. Individuals listed below may have been charged with sex crimes as indicated. We make no representation as to the current status of these individuals. Some individuals listed below may no longer be required to register or report to state sex offender registries.

Nearby

## 5016 Wynneford Way, Raleigh, NC 27614-9810



Lionel  Quinto, 30

Location Details
7726 Sandra Ln, Raleigh, NC 27615-5015

Charge/Offense
Sexual battery.



Jamie Scott Greaves, 44

Location Details
1613 River Mill Dr, Wake Forest, NC 27587-9521

Charge/Offense
Indecent liberty minor.



Jerome Curtis Bohringer, 61

Location Details
Last Reported Address - Out Of State, Raleigh, NC 27615

Charge/Offense
Sex offense other state (sexual exploitation of a minor (third degree) (2 counts)).



Tommy  Horton, 39

Location Details
808 Ivanhoe Dr, Raleigh, NC 27615-2216

Charge/Offense
Registered as a result of out-of-state conviction.



Frank Ricardo Piras, 29

Location Details
400 Lynchester Ct, Raleigh, NC 27615-7301

Charge/Offense
Indecent liberty minor.



Jackie  Kendrick, 73

Location Details
9003 Grassington Way, Raleigh, NC 27615-9106

Charge/Offense
Registered as a result of out-of-state conviction.



### Thomas Jefferson Lynn, 69

Location Details

1301 Durlain Dr, Raleigh, NC 27614-6424

Charge/Offense

Sexual battery.



### Matthew Jon Gibson, 30

Location Details

2224 Valley Edge Dr, Raleigh, NC 27614-7362

Charge/Offense

Sex exploit minor 2nd degree.



### Sean Forrest Aitken, 43

Location Details

8413 Astwell Ct, Raleigh, NC 27615-8124

Charge/Offense

Sexual battery.



### Ronnie Lewis Williams, 60

Location Details

10632 Dehijuston Ct, Raleigh, NC 27614-8765

Charge/Offense

Attempted rape or attempted sex offense (1st,2nd degree).



### Clarence Michael Allen, 51

Location Details

7012 Longstreet Dr, Raleigh, NC 27615-6323

Charge/Offense

Sexual battery.



### Eric Anthony Copeland, 26

Location Details

10724 Cokesbury Ln, Raleigh, NC 27614-6716

Charge/Offense

Sexual battery.



### Jackie  Kendrick, 73

Location Details

Last Reported Address - Out Of State, Raleigh, NC 27614

Charge/Offense

Lewd or lascivious molestation victim under 12 years offender 18 or older; f.s. 800.04(5)(b) (principal).



### Markel Devon Braxton, 43

Location Details

2225 Raven Rd, Raleigh, NC 27614-6772

Charge/Offense

Attempted rape or attempted sex offense (1st,2nd degree).



### Blake Lee Spencer-, 51

Location Details
Last Reported Address -
Out Of State, Raleigh, NC
27615

Charge/Offense
Sex offense other state (indecent liberties with child ).



### Benjamin Barrett Tal-bott, 37

Location Details
9206 Grassington Way,
Raleigh, NC 27615-9101

Charge/Offense
Registered as a result of out-of-state conviction.



### Ronald Virgil Clifton, 55

Location Details
7812 Haymarket Ln,
Raleigh, NC 27615-5441

Charge/Offense
Registered as a result of out-of-state conviction.



### Larry Princeton Guins, 74

Location Details
7913 Wood Cove Ct,
Raleigh, NC 27615-4732

Offense Code
NC034439S2



### James Wesley Meeks, 33

Location Details
8812 Litchford Rd, Raleigh,
NC 27615-2420

Charge/Offense
Sexual battery.



### John  Sanders, 52

Location Details
Last Reported Address -
Out Of State, Raleigh, NC
27615

Charge/Offense
Sex bat/ wpn. or force; f.s. 794.011(3) (principal in attempt).



### John Anthony Spencer, 54

Location Details
11308 Stoney Woods Dr,
Raleigh, NC 27614-7598

Offense Code
NC013142S10



### Edward Dwayne Collins, 57

Location Details
12124 Lock Lockhart Ln,
Raleigh, NC 27614

Charge/Offense
Sodomy with a minor under 16 years of age and offender is over 21
years of age.




Jerome Curtis
Bohringer, 61

Location Details
6401 New Market Way,
Raleigh, NC 27615-6823

Charge/Offense
Sex exploit minor 3rd degree.



Jeremy Samuel
Jones, 33

Location Details
120 Farrington Dr, Raleigh,
NC 27615-2974

Charge/Offense
Indecent liberty minor.



Jerome Curtis
Bohringer, 61

Location Details
6401 New Market Way,
Raleigh, NC 27615-6823

Charge/Offense
Child pornography/film/photos (6 counts).

# Social Profiles

This section contains possible online profiles and articles for the subject of this report.

## LinkedIn

### Jason Williams

https://www.linkedin.com/in/jason-a-williams-35a620a0

Current Job:

Partner at Morgan Creek Blockchain Capital

Previous Jobs:

Partner at Morgan Creek Digital Assets

Co Founder and General Partner at Morgan Creek Digital Assets

Angel Investor at Duke Angel Network

Angel Investor at RTP Capital Associates, Inc.

Managing Partner at Full Tilt Capital

Member Board of Trustess at Louisburg College

Angel Investor at Undercover Colors

Advisor to Innovations in Healthcare at Duke University School of Medicine

Angel Investor at Fortnight Brewing

Angel Investor at FishBetter

President and CEO at PRTI Inc

Healthcare Catalyst and Team Builder at Angel investor - Social Entrepreneur

Angel Investor at Penda Health

Angel Investor / President / Board Member at PRTI Inc

Member of the Board of Directors at PRTI Inc

President at PRTI

Innovations in Healthcare at Duke University

Angel Investor at JuiceVibes

Angel Investor at Dermasensa Laboratories

Angel Investor at 13C Molecular

Member Board of Trustees at Methodist University

Angel Investor at Pierros Italian Bistro

Founder and Former President and CEO, President and CEO of the Eastern Region at FastMed

Founder at FastMed

Orthopedic Surgical Physician Assistant at Cape Fear Orthopedics

Emergency Physician Assistant at PhyAmerica

Education:

Doctor of Humanities, honoris causa from Methodist University

Master's Degree, Master of Physician Assistant Studies from University Of Nebraska-lincoln

Surgical training, Advanced Training in General Surgery from Yale University School Of Medicine

Bachelor of Health Science (BHS), Physician Assistant from Methodist University

Bachelor of Science (B.S.), Human Biology from Methodist University

Addresses:

Fayetteville, North Carolina

Henderson, Nevada

Clayton, North Carolina, 27520

Florida

Louisburg, North Carolina, 27549

Raleigh, North Carolina

Cary, North Carolina

Durham, North Carolina

Related URLs

http://www.fastmed.com
http://www.prtitech.com
https://www.linkedin.com/...
https://www.linkedin.com/...

## User's ID

a0/620/35a@linkedin

359853046@linkedin

#35a620a0@linkedin

## Industry

Renewables & Environment

## Volunteering

Board Of Trustees At Methodist University

Medical Aid At African Mission Work

## Skills

Medicine

Leadership

Entrepreneurship

Strategic Planning

Marketing Strategy

Healthcare Management

Customer Service

Business Strategy

Healthcare Information

Medical Coding

EMR

Clinical Research

Medical Billing

Surgery

Operations Management

Private Equity Funding

Branding & Identity

Talent Management

Talent Acquisition

Medical Practice

Conflict Management

Growth Strategies

Acquisitions

Land Development

Interior Design

Corporate Development

Medical Practice Operations

Medical Practice Management

Organic Chemistry

Start-ups

Healthcare Information Technology (HIT)

Electronic Medical Record (EMR)

## Title

President And CEO PRTI; Active Investor

Co-Founder, Morgan Creek Digital Assets, CEO PRTI

## Groups

Anesthesia Coding Updates

Society Of Physician Entrepreneurs (SoPE)

Urgent Care Association Of America

Global Physician Assistant Professionals

Medical Coders And Billers

Local Connection Lab

AAPI Health Network-For Doctors Physicians Nurses Hospitals Clinics IT Healthcare Service Providers

PA (Physician Assistant) Professional Network

Africa: The New Frontier For Angel Investors, Venture Capitalists And Startups

Manchester United Football Club Group

Global Healthcare Investment And Investors, M&A Professionals

UCAOA Group Discussion Page

Global Healthcare Resources & Investment & Investors | Healthcare Innovation And Disruption

UCA Group Discussion Page

## Connections

500+ Connections

## Facebook

### Jason Williams

jason.a.williams.79

| Usernames: | Facebook Friends | User's ID |
|---|---|---|
| jason.a.williams.79 | Jasyn  Rymer | 1591719689@facebook |

## NPPES NPI Registry

### Jason Williams

https://npiregistry.cms.hhs.gov/registry/provider-view/1932432481

| Current Job: | Addresses: |
|---|---|
| OWNER at BOONE UC INC | 11373 Us Highway 70 W, Clayton, North Carolina, 27520 |

## USA Business Contact

### Jason Williams

| Current Job: | Addresses: |
|---|---|
| at WILLIAMS, JASON A | 2001 S Main Street, Wake Forest, North Carolina, 27587 |

## fastmed.com

https://www.fastmed.com/about-fastmed/news-and-press/fastmed-urgent-care-launches-keep-cooler-program/

| Addresses: | Title | Preview |
|---|---|---|
| North Carolina | FastMed Urgent Care Launches Keep Cooler Program | Jason Williams, MPAS, Ph.D Or Reuel Heyden 919-550-0821 X1016 J.williams@fastmed.com |

## USA Business

### Jason Williams

| Current Job: | Addresses: |
|---|---|
| at WILLIAMS, JASON A | 2001 S Main Street, Wake Forest, North Carolina, 27587 |

## Business Emails

### Jason Williams

Current Job:
at louisburg college

# Residential Address

## Jason Williams

Addresses:

5016 Wynneford Way, Raleigh, North Carolina, 27614

1010 Clarendon Street, Fayetteville, North Carolina, 28305

3212 Se Aster Lane, Stuart, Florida, 34994

901 Tallstone Drive, Fayetteville, North Carolina, 28311

2713 Preston Woods Lane, Fayetteville, North Carolina, 28304

---

# Professional license

## Jason Williams

| Current Job: | Addresses: |
|---|---|
| Physician Assistant | 2001 S Main Street, Wake Forest, North Carolina, 27587 |

---

# Domain owner WW

## Jason Williams

| Current Job: | Addresses: | Associated Domain |
|---|---|---|
| at ExSme | 5016 Wynneford Way, Raleigh, North Carolina, 27614 | Prtitech.net<br>Therapybridge.org |

---

# Auto owners US

## Jason Williams

| Addresses: | Auto Make | Auto Model | Auto Vin |
|---|---|---|---|
| 5016 Wynneford Way, Raleigh, North Carolina, 27614 | Mercedes-Benz | S-Class | WDDNG7DB6DA499267 |
| | Mercedes-Benz | S-Class | WDDNG71X89A246085 |
| | | E-Class | WDBUF56X77B009907 |
| | | G-Class | WDCYC3HF1AX183190 |

---

# Address history reco

## Jason Williams

Addresses:

5016 Wynneford Way, Raleigh, North Carolina, 27614

1010 Clarendon Street, Fayetteville, North Carolina, 28305

1805 James Street, Durham, North Carolina, 27707

2911 Banner Street, Durham,
North Carolina, 27704

2314 B Lednum Avenue, Durham,
North Carolina, 27704

1203 Gilbert Street, Durham,
North Carolina, 27701

2314 Ledum Street, Durham,
North Carolina, 27705

2314 Lednum Street, Durham,
North Carolina, 27705

1114 N Driver Street, Durham,
North Carolina, 27701

2314 A Lednum Avenue, Durham,
North Carolina, 27704

---

# Email owners USA

## Jason Williams

Addresses:
5016 Wynneford Way, Raleigh,
North Carolina, 27614

---

# Domain owners US

## Jason Williams

Current Job:                    Addresses:
at ExSme                        5016 Wynneford Way, Raleigh,
                                North Carolina, 27614

---

# Residential Contacts

## Jason Williams

Addresses:
5016 Wynneford Way, Raleigh,
North Carolina, 27614

---

# NPPES NPI Registry

## Jason Williams

https://npiregistry.cms.hhs.gov/registry/provider-view/1609949288
Addresses:
1010 Clarendon Street, Fayet-
teville, North Carolina, 28305

# Business Profiles

This section includes business related information that we have found on this person such as business affiliations or employment history.

## Possible Business Affiliations

### Examination Of What  LLC

| | | | |
|---|---|---|---|
| DUNS Number | 061497027 | Primary Company Names | Examination Of What  LLC |
| Current Address | 5016 Wynneford Way, Raleigh, NC 27614-9810 | | |

### Lakeview Urgent Care

| | | | |
|---|---|---|---|
| DUNS Number | 130406288 | Primary Company Names | Lakeview Urgent Care |
| Current Address | 3622 N Main St, Hope Mills, NC 28348-1937 | | |

### Layman & Williams Holdings Inc

| | | | |
|---|---|---|---|
| DUNS Number | 092918807 | Primary Company Names | Layman & Williams Holdings Inc |
| | | | Layman And Williams Holdings, Inc. |
| Current Address | 3950 Fairsted Dr Apt 705, Raleigh, NC 27612-4591 | | |

### Tienta Transport  Inc

| | | | |
|---|---|---|---|
| DUNS Number | 117481553 | Primary Company Names | Tienta Transport  Inc |
| Current Address | 528 S 4th St, Smithfield, NC 27577-4474 | Former Address | Po Box 1923, Smithfield, NC 27577-1923 |

### Urgent Care Family Clinics Of America, Inc.

| | | | |
|---|---|---|---|
| DUNS Number | 088133226 | Primary Company Names | Williams And Perkins Holdings |
| | | | Williams And Perkins Holdings, LLC |
| Current Address | 5016 Wynneford Way, Raleigh, NC 27614-9810 | | |

### Williams And Lorenzo Property Management, LLC

| | | | |
|---|---|---|---|
| DUNS Number | 080711130 | Primary Company Names | Williams And Lorenzo Property Management, LLC |
| | | | Williams Lrnzo Prperty Mgt LLC |
| Current Address | 5016 Wynneford Way, Raleigh, NC 27614-9810 | | |

## Williams Management Systems In

| | | | |
|---|---|---|---|
| DUNS Number | 176752603 | Primary Company Names | Williams Management Systems In |
| | | | Williams Management Systems, Inc. |
| Current Address | 1010 Clarendon St, Fayetteville, NC 28305-4847 | | |

# Corporate Filings

## 100% Compliance, Inc. (Primary)

| | | | |
|---|---|---|---|
| Business Name | 100% COMPLIANCE, INC. | Incorporation State | NC |
| Corporation Type | Profit | Filing Office Address | 300 N Salisbury St # Off, Raleigh, NC 27603 |
| Standard Industrial Classification Code | 00000000 | | |
| Address | 935 Shotwell Rd, Clayton, NC 27520 | | |
| Address Type | Mailing | Registration Type | Corporation |
| State | NC | Securities And Exchange Commission Status | Multi Status |
| Filing Number | #1082920 | Verification Date | Dec 7, 2019 |
| Filing Office DUNS Number | #361860265 | Received Date | Dec 10, 2019 |
| Filing Date | Feb 6, 2009 | File Date | Dec 12, 2019 |
| Filing Office Name | Secretary Of State/Corporations Division | | |

### Business Contact - Jason Williams

| | | | |
|---|---|---|---|
| Title | Registered Agent | Address | 935 Shotwell Rd, Clayton, NC 27520-5597 |

## 100% Compliance, Inc. (Primary)

| | | | |
|---|---|---|---|
| Business Name | 100% COMPLIANCE, INC. | Incorporation State | NC |
| Corporation Type | Profit | Filing Office Address | 300 N Salisbury St # Off, Raleigh, NC 27603 |
| Standard Industrial Classification Code | 00000000 | | |
| Address | 935 Shotwell Rd, Clayton, NC 27520 | | |
| Address Type | Mailing | Registration Type | Corporation |
| State | NC | Securities And Exchange Commission Status | Multi Status |
| Filing Number | #1082920  -BUS | Verification Date | Apr 12, 2019 |
| Filing Office DUNS Number | #361860265 | Received Date | Apr 16, 2019 |
| Filing Date | Feb 6, 2009 | File Date | Apr 30, 2019 |
| Filing Office Name | Secretary Of State/Corporations Division | | |

### Business Contact - Jason Williams

| | | | |
|---|---|---|---|
| Title | Registered Agent | Address | 935 Shotwell Rd, Clayton, NC 27520-5597 |

## Asheville Urgent Care, P.C. (Primary)

| Business Name | ASHEVILLE URGENT CARE, P.C. | | |
|---|---|---|---|
| Corporation Type | Professional | Filing Office Address | 300 N Salisbury St # Off, Raleigh, NC 27603 |
| Standard Industrial Classification Code | 00000000 | | |
| | | Registration Type | Corporation |
| | | Securities And Exchange Commission Status | Dissolved |
| Filing Number | #1077556  -PA | Verification Date | Apr 12, 2019 |
| Filing Office DUNS Number | #361860265 | Received Date | Apr 16, 2019 |
| Filing Date | Dec 31, 2008 | File Date | Apr 30, 2019 |
| Filing Office Name | Secretary Of State/Corporations Division | | |

### Business Contact - Jason Williams

| Title | Registered Agent | Address | 11373 Us Highway 70 W, Clayton, NC 27520 |
|---|---|---|---|

## Asheville Urgent Care, P.C. (Primary)

| Business Name | ASHEVILLE URGENT CARE, P.C. | | |
|---|---|---|---|
| Corporation Type | Professional | Filing Office Address | 300 N Salisbury St # Off, Raleigh, NC 27603 |
| Standard Industrial Classification Code | 00000000 | | |
| | | Registration Type | Corporation |
| | | Securities And Exchange Commission Status | Dissolved |
| Filing Number | #1077556 | Verification Date | Apr 19, 2019 |
| Filing Office DUNS Number | #361860265 | Received Date | Apr 24, 2019 |
| Filing Date | Dec 31, 2008 | File Date | Apr 30, 2019 |
| Filing Office Name | Secretary Of State/Corporations Division | | |

### Business Contact - Jason Williams

| Title | Registered Agent | Address | 11373 Us Highway 70 W, Clayton, NC 27520 |
|---|---|---|---|

## Boone Uc, Inc. (Primary)

| Business Name | BOONE UC, INC. | Incorporation State | NC |
|---|---|---|---|
| Corporation Type | Profit | Filing Office Address | 300 N Salisbury St # Off, Raleigh, NC 27603 |
| Standard Industrial Classification Code | 00000000 | | |
| Address | 11373 Us Highway 70 W, Clayton, NC 27520 | | |
| Address Type | Mailing | Registration Type | Corporation |
| State | NC | Securities And Exchange Commission Status | Dissolved |
| Filing Number | #1114328 | Verification Date | Apr 19, 2019 |
| Filing Office DUNS Number | #361860265 | Received Date | Apr 24, 2019 |
| Filing Date | Sep 4, 2009 | File Date | Apr 30, 2019 |
| Filing Office Name | Secretary Of State/Corporations Division | | |

### Business Contact - Jason Williams

| Title | Registered Agent | Address | 11373 Us Highway 70 W, Clayton, NC 27520 |
|---|---|---|---|

## Boone Uc, Inc. (Primary)

| | | | |
|---|---|---|---|
| Business Name | BOONE UC, INC. | Incorporation State | NC |
| Corporation Type | Profit | Filing Office Address | 300 N Salisbury St # Off, Raleigh, NC 27603 |
| Standard Industrial Classification Code | 00000000 | | |
| Address | 11373 Us Highway 70 W, Clayton, NC 27520 | | |
| Address Type | Mailing | Registration Type | Corporation |
| State | NC | Securities And Exchange Commission Status | Dissolved |
| Filing Number | #1114328  -BUS | Verification Date | Apr 12, 2019 |
| Filing Office DUNS Number | #361860265 | Received Date | Apr 16, 2019 |
| Filing Date | Sep 4, 2009 | File Date | Apr 30, 2019 |
| Filing Office Name | Secretary Of State/Corporations Division | | |

### Business Contact - Jason Williams

| Title | Registered Agent | Address | 11373 Us Highway 70 W, Clayton, NC 27520 |
|---|---|---|---|

## Cedar Creek Medical Group, P.A. (Primary)

| | | | |
|---|---|---|---|
| Business Name | CEDAR CREEK MEDICAL GROUP, P.A. | Incorporation State | NC |
| Corporation Type | Professional | Filing Office Address | 300 N Salisbury St # Off, Raleigh, NC 27603 |
| Standard Industrial Classification Code | 00000000 | | |
| Address | 4101 Macon Pond Rd # 215, Raleigh, NC 27607 | | |
| Address Type | Mailing | Registration Type | Corporation |
| State | NC | Securities And Exchange Commission Status | Dissolved |
| Filing Number | #0655054  -PA | Verification Date | Apr 12, 2019 |
| Filing Office DUNS Number | #361860265 | Received Date | Apr 16, 2019 |
| Filing Date | Dec 5, 2002 | File Date | Apr 27, 2019 |
| Filing Office Name | Secretary Of State/Corporations Division | | |

### Business Contact - Jason Williams

| Title | Registered Agent | Address | 935 Shotwell Rd Ste 108, Clayton, NC 27520-5598 |
|---|---|---|---|

## Cedar Creek Medical Group, P.A. (Primary)

| | | | |
|---|---|---|---|
| Business Name | CEDAR CREEK MEDICAL GROUP, P.A. | Incorporation State | NC |
| Corporation Type | Professional | Filing Office Address | 300 N Salisbury St # Off, Raleigh, NC 27603 |
| Standard Industrial Classification Code | 00000000 | | |
| Address | 4101 Macon Pond Rd # 215, Raleigh, NC 27607 | | |
| Address Type | Mailing | Registration Type | Corporation |
| State | NC | | Dissolved |

| Filing Number | #0655054 | Securities And Exchange Commission Status | |
| Filing Office DUNS Number | #361860265 | Verification Date | Apr 19, 2019 |
| Filing Date | Dec 5, 2002 | Received Date | Apr 24, 2019 |
| Filing Office Name | Secretary Of State/Corporations Division | File Date | Apr 27, 2019 |

### Business Contact - Jason Williams

| Title | Registered Agent | Address | 935 Shotwell Rd Ste 108, Clayton, NC 27520-5598 |

## Comprehensive Virtual Healthcare, Inc. (Primary)

| Business Name | COMPREHENSIVE VIRTUAL HEALTHCARE, INC. | | |
| Corporation Type | Profit | Filing Office Address | 300 N Salisbury St # Off, Raleigh, NC 27603 |
| Standard Industrial Classification Code | 00000000 | | |
| | | Registration Type | Corporation |
| | | Securities And Exchange Commission Status | Administrative Dissolution |
| Filing Number | #1445564 -BUS | Verification Date | Apr 12, 2019 |
| Filing Office DUNS Number | #361860265 | Received Date | Apr 16, 2019 |
| Filing Date | May 14, 2015 | File Date | Apr 30, 2019 |
| Filing Office Name | Secretary Of State/Corporations Division | | |

### Business Contact - Jason Williams

| Title | Registered Agent | Address | 5016 Wynneford Way, Raleigh, NC 27614-9810 |

## Comprehensive Virtual Healthcare, Inc. (Primary)

| Business Name | COMPREHENSIVE VIRTUAL HEALTHCARE, INC. | | |
| Corporation Type | Profit | Filing Office Address | 300 N Salisbury St # Off, Raleigh, NC 27603 |
| Standard Industrial Classification Code | 00000000 | | |
| | | Registration Type | Corporation |
| | | Securities And Exchange Commission Status | Administrative Dissolution |
| Filing Number | #1445564 | Verification Date | Oct 12, 2019 |
| Filing Office DUNS Number | #361860265 | Received Date | Oct 15, 2019 |
| Filing Date | May 14, 2015 | File Date | Oct 21, 2019 |
| Filing Office Name | Secretary Of State/Corporations Division | | |

### Business Contact - Jason Williams

| Title | Registered Agent | Address | 5016 Wynneford Way, Raleigh, NC 27614-9810 |

## Cpjw, Inc. (Primary)

| Business Name | CPJW, INC. | Incorporation State | NC |
| Corporation Type | Profit | Filing Office Address | |

|   |   |   |   |
|---|---|---|---|
| | | | 300 N Salisbury St # Off, Raleigh, NC 27603 |
| Standard Industrial Classification Code | 00000000 | | |
| Address | 11373 Us Highway 70 W, Clayton, NC 27520 | | |
| Address Type | Mailing | Registration Type | Corporation |
| State | NC | Securities And Exchange Commission Status | Multi Status |
| Filing Number | #1074508  -BUS | Verification Date | Apr 12, 2019 |
| Filing Office DUNS Number | #361860265 | Received Date | Apr 16, 2019 |
| Filing Date | Dec 8, 2008 | File Date | Apr 30, 2019 |
| Filing Office Name | Secretary Of State/Corporations Division | | |

### Business Contact - Jason Williams

|   |   |   |   |
|---|---|---|---|
| Title | Registered Agent | Address | 11373 Us Highway 70 W, Clayton, NC 27520 |

## Cpjw, Inc. (Primary)

|   |   |   |   |
|---|---|---|---|
| Business Name | CPJW, INC. | Incorporation State | NC |
| Corporation Type | Profit | Filing Office Address | 300 N Salisbury St # Off, Raleigh, NC 27603 |
| Standard Industrial Classification Code | 00000000 | | |
| Address | 11373 Us Highway 70 W, Clayton, NC 27520 | | |
| Address Type | Mailing | Registration Type | Corporation |
| State | NC | Securities And Exchange Commission Status | Multi Status |
| Filing Number | #1074508 | Verification Date | Oct 12, 2019 |
| Filing Office DUNS Number | #361860265 | Received Date | Oct 15, 2019 |
| Filing Date | Dec 8, 2008 | File Date | Oct 21, 2019 |
| Filing Office Name | Secretary Of State/Corporations Division | | |

### Business Contact - Jason Williams

|   |   |   |   |
|---|---|---|---|
| Title | Registered Agent | Address | 11373 Us Highway 70 W, Clayton, NC 27520 |

## Fuquay Urgent Care & Family Clinic, Inc. (Former)

|   |   |   |   |
|---|---|---|---|
| Business Name | FUQUAY URGENT CARE & FAMILY CLINIC, INC. | Incorporation State | NC |
| Corporation Type | Professional | Filing Office Address | 300 N Salisbury St # Off, Raleigh, NC 27603 |
| Standard Industrial Classification Code | 00000000 | | |
| Address | 11373 Us Highway 70 W, Clayton, NC 27520 | | |
| Address Type | Mailing | Registration Type | Corporation |
| State | NC | Securities And Exchange Commission Status | Dissolved |
| Filing Number | #0672571  -PA | Verification Date | Apr 12, 2019 |
| Filing Office DUNS Number | #361860265 | Received Date | Apr 16, 2019 |
| Filing Date | Apr 23, 2003 | File Date | Apr 27, 2019 |
| Filing Office Name | Secretary Of State/Corporations Division | | |

**Business Contact - Jason Williams**

| Title | Registered Agent | Address | 11373 Us Highway 70 W, Clayton, NC 27520 |
|---|---|---|---|

## Fuquay Urgent Care & Family Clinic, Inc. (Former)

| | | | |
|---|---|---|---|
| Business Name | FUQUAY URGENT CARE & FAMILY CLINIC, INC. | Incorporation State | NC |
| Corporation Type | Profit | Filing Office Address | 300 N Salisbury St # Off, Raleigh, NC 27603 |
| Standard Industrial Classification Code | 00000000 | | |
| Address | 11373 Us Highway 70 W, Clayton, NC 27520 | | |
| Address Type | Mailing | Registration Type | Corporation |
| State | NC | Securities And Exchange Commission Status | Converted |
| Filing Number | #0672571  -BUS | Verification Date | Jan 22, 2016 |
| Filing Office DUNS Number | #361860265 | Received Date | Jan 27, 2016 |
| Filing Date | Apr 23, 2003 | File Date | Feb 2, 2016 |
| Filing Office Name | Secretary Of State/Corporations Division | | |

**Business Contact - Jason Williams**

| Title | Registered Agent | Address | 11373 Us Highway 70 W, Clayton, NC 27520 |
|---|---|---|---|

## Fuquay Urgent Care & Family Clinic, Inc. (Former)

| | | | |
|---|---|---|---|
| Business Name | FUQUAY URGENT CARE & FAMILY CLINIC, INC. | Incorporation State | NC |
| Corporation Type | Professional | Filing Office Address | 300 N Salisbury St # Off, Raleigh, NC 27603 |
| Standard Industrial Classification Code | 00000000 | | |
| Address | 11373 Us Highway 70 W, Clayton, NC 27520 | | |
| Address Type | Mailing | Registration Type | Corporation |
| State | NC | Securities And Exchange Commission Status | Dissolved |
| Filing Number | #0672571 | Verification Date | May 31, 2019 |
| Filing Office DUNS Number | #361860265 | Received Date | Jun 4, 2019 |
| Filing Date | Apr 23, 2003 | File Date | Jun 15, 2019 |
| Filing Office Name | Secretary Of State/Corporations Division | | |

**Business Contact - Jason Williams**

| Title | Registered Agent | Address | 11373 Us Highway 70 W, Clayton, NC 27520 |
|---|---|---|---|

## Guha, Perkins And Williams, Llc (Primary)

| | | | |
|---|---|---|---|
| Business Name | GUHA, PERKINS AND WILLIAMS, LLC | Incorporation State | NC |
| Corporation Type | Corporation | Filing Office Address | 300 N Salisbury St # Off, Raleigh, NC 27603 |
| Standard Industrial Classification Code | 00000000 | | |
| Address | | | |

|  |  |  |  |
|---|---|---|---|
| | 11373 Us Highway 70 W, Clayton, NC 27520 | | |
| Address Type | Mailing | Registration Type | Limited Liability Company |
| State | NC | Securities And Exchange Commission Status | Dissolved |
| Filing Number | #0623960 | Verification Date | Oct 12, 2019 |
| Filing Office DUNS Number | #361860265 | Received Date | Oct 15, 2019 |
| Filing Date | Mar 14, 2002 | File Date | Oct 21, 2019 |
| Filing Office Name | Secretary Of State/Corporations Division | | |

### Business Contact - Jason Williams

| | | | |
|---|---|---|---|
| Title | Registered Agent | Address | 11373 Us Highway 70 W, Clayton, NC 27520 |

## Guha, Perkins And Williams, Llc (Primary)

| | | | |
|---|---|---|---|
| Business Name | GUHA, PERKINS AND WILLIAMS, LLC | Incorporation State | NC |
| Corporation Type | Corporation | Filing Office Address | 300 N Salisbury St # Off, Raleigh, NC 27603 |
| Standard Industrial Classification Code | 00000000 | | |
| Address | 11373 Us Highway 70 W, Clayton, NC 27520 | | |
| Address Type | Mailing | Registration Type | Limited Liability Company |
| State | NC | Securities And Exchange Commission Status | Dissolved |
| Filing Number | #0623960 -LLC | Verification Date | Apr 12, 2019 |
| Filing Office DUNS Number | #361860265 | Received Date | Apr 16, 2019 |
| Filing Date | Mar 14, 2002 | File Date | Apr 27, 2019 |
| Filing Office Name | Secretary Of State/Corporations Division | | |

### Business Contact - Jason Williams

| | | | |
|---|---|---|---|
| Title | Registered Agent | Address | 11373 Us Highway 70 W, Clayton, NC 27520 |

## Hendersonville Urgent Care, P.C. (Primary)

| | | | |
|---|---|---|---|
| Business Name | HENDERSONVILLE URGENT CARE, P.C. | | |
| Corporation Type | Professional | Filing Office Address | 300 N Salisbury St # Off, Raleigh, NC 27603 |
| Standard Industrial Classification Code | 00000000 | | |
| | | Registration Type | Corporation |
| | | Securities And Exchange Commission Status | Dissolved |
| Filing Number | #1097381 | Verification Date | Apr 19, 2019 |
| Filing Office DUNS Number | #361860265 | Received Date | Apr 24, 2019 |
| Filing Date | May 14, 2009 | File Date | Apr 30, 2019 |
| Filing Office Name | Secretary Of State/Corporations Division | | |

### Business Contact - Jason Williams

| | | | |
|---|---|---|---|
| Title | Registered Agent | Address | 11373 Us Highway 70 W, Clayton, NC 27520 |

## Hendersonville Urgent Care, P.C. (Primary)

| | | | |
|---|---|---|---|
| Business Name | HENDERSONVILLE URGENT CARE, P.C. | | |
| Corporation Type | Professional | Filing Office Address | 300 N Salisbury St # Off, Raleigh, NC 27603 |
| Standard Industrial Classification Code | 00000000 | | |
| | | Registration Type | Corporation |
| | | Securities And Exchange Commission Status | Dissolved |
| Filing Number | #1097381  -PA | Verification Date | Apr 12, 2019 |
| Filing Office DUNS Number | #361860265 | Received Date | Apr 16, 2019 |
| Filing Date | May 14, 2009 | File Date | Apr 30, 2019 |
| Filing Office Name | Secretary Of State/Corporations Division | | |

### Business Contact - Jason Williams

| | | | |
|---|---|---|---|
| Title | Registered Agent | Address | 11373 Us Highway 70 W, Clayton, NC 27520 |

## Juicevibes, Llc (Primary)

| | | | |
|---|---|---|---|
| Business Name | JUICEVIBES, LLC | Incorporation State | NC |
| Corporation Type | Corporation | Filing Office Address | 300 N Salisbury St # Off, Raleigh, NC 27603 |
| Standard Industrial Classification Code | 00000000 | | |
| Address | 11692 Us 70 Business Hwy W # Bus, Clayton, NC 27520 | | |
| Address Type | Mailing | Registration Type | Limited Liability Company |
| State | NC | Securities And Exchange Commission Status | Active |
| Filing Number | #1380281  -LLC | Verification Date | Apr 12, 2019 |
| Filing Office DUNS Number | #361860265 | Received Date | Apr 16, 2019 |
| Filing Date | May 20, 2014 | File Date | Apr 30, 2019 |
| Filing Office Name | Secretary Of State/Corporations Division | | |

### Business Contact - Jason Williams

| | | | |
|---|---|---|---|
| Title | Registered Agent | Address | 5016 Wynneford Way, Raleigh, NC 27614-9810 |

## Juicevibes, Llc (Primary)

| | | | |
|---|---|---|---|
| Business Name | JUICEVIBES, LLC | Incorporation State | NC |
| Corporation Type | Corporation | Filing Office Address | 300 N Salisbury St # Off, Raleigh, NC 27603 |
| Standard Industrial Classification Code | 00000000 | | |
| Address | 11692 Us 70 Business Hwy W # Bus, Clayton, NC 27520 | | |
| Address Type | Mailing | Registration Type | Limited Liability Company |
| State | NC | Securities And Exchange Commission Status | Active |
| Filing Number | #1380281 | Verification Date | Jan 8, 2021 |
| Filing Office DUNS Number | #361860265 | Received Date | Jan 11, 2021 |
| Filing Date | May 20, 2014 | File Date | Jan 15, 2021 |
| Filing Office Name | Secretary Of State/Corporations Division | | |

### Business Contact - Jason Williams

| | | | |
|---|---|---|---|
| Title | Registered Agent | Address | 5016 Wynneford Way, Raleigh, NC 27614-9810 |

# Mill Lake, L.L.C. (Primary)

| | | | |
|---|---|---|---|
| Business Name | MILL LAKE, L.L.C. | Incorporation State | NC |
| Corporation Type | Corporation | Filing Office Address | 300 N Salisbury St # Off, Raleigh, NC 27603 |
| Standard Industrial Classification Code | 00000000 | | |
| Address | 5016 Wynneford Way, Raleigh, NC 27614 | | |
| Address Type | Mailing | Registration Type | Limited Liability Company |
| State | NC | Securities And Exchange Commission Status | Active |
| Filing Number | #0778192 | Verification Date | Oct 12, 2019 |
| Filing Office DUNS Number | #361860265 | Received Date | Oct 15, 2019 |
| Filing Date | Apr 20, 2005 | File Date | Oct 21, 2019 |
| Filing Office Name | Secretary Of State/Corporations Division | | |

### Business Contact - Jason Williams

| | | | |
|---|---|---|---|
| Title | Registered Agent | Address | 5016 Wynneford Way, Raleigh, NC 27614-9810 |

# Tienta Transport, Inc. (Primary)

| | | | |
|---|---|---|---|
| Business Name | TIENTA TRANSPORT, INC. | Incorporation State | NC |
| Corporation Type | Profit | Filing Office Address | 300 N Salisbury St # Off, Raleigh, NC 27603 |
| Standard Industrial Classification Code | 00000000 | | |
| Address | Po Box 1923, Smithfield, NC 27577 | | |
| Address Type | Mailing | Registration Type | Corporation |
| State | NC | Securities And Exchange Commission Status | Active |
| Filing Number | #1571864  -BUS | Verification Date | Apr 12, 2019 |
| Filing Office DUNS Number | #361860265 | Received Date | Apr 16, 2019 |
| Filing Date | Feb 7, 2017 | File Date | Apr 30, 2019 |
| Filing Office Name | Secretary Of State/Corporations Division | | |

### Business Contact - Jason Williams

| | | | |
|---|---|---|---|
| Title | Registered Agent | Address | 5016 Wynneford Way, Raleigh, NC 27614-9810 |

# Tienta Transport, Inc. (Primary)

| | | | |
|---|---|---|---|
| Business Name | TIENTA TRANSPORT, INC. | Incorporation State | NC |
| Corporation Type | Profit | Filing Office Address | 300 N Salisbury St # Off, Raleigh, NC 27603 |
| Standard Industrial Classification Code | 00000000 | | |
| Address | Po Box 1923, Smithfield, NC 27577 | | |
| Address Type | Mailing | Registration Type | Corporation |

| | | | |
|---|---|---|---|
| State | NC | Securities And Exchange Commission Status | Active |
| Filing Number | #1571864 | Verification Date | Mar 27, 2020 |
| Filing Office DUNS Number | #361860265 | Received Date | Mar 31, 2020 |
| Filing Date | Feb 7, 2017 | File Date | Apr 7, 2020 |
| Filing Office Name | Secretary Of State/Corporations Division | | |

### Business Contact - Jason Williams

| | | | |
|---|---|---|---|
| Title | Registered Agent | Address | 5016 Wynneford Way, Raleigh, NC 27614-9810 |

## Uca Pharma, Inc. (Primary)

| | | | |
|---|---|---|---|
| Business Name | UCA PHARMA, INC. | Incorporation State | NC |
| Corporation Type | Profit | Filing Office Address | 300 N Salisbury St # Off, Raleigh, NC 27603 |
| Standard Industrial Classification Code | 00000000 | | |
| Address | 11373 Us Highway 70 W, Clayton, NC 27520 | | |
| Address Type | Mailing | Registration Type | Corporation |
| State | NC | Securities And Exchange Commission Status | Multi Status |
| Filing Number | #1137191  -BUS | Verification Date | Apr 12, 2019 |
| Filing Office DUNS Number | #361860265 | Received Date | Apr 16, 2019 |
| Filing Date | Feb 19, 2010 | File Date | Apr 30, 2019 |
| Filing Office Name | Secretary Of State/Corporations Division | | |

### Business Contact - Jason Williams

| | | | |
|---|---|---|---|
| Title | Registered Agent | Address | 11373 Us Highway 70 W, Clayton, NC 27520 |

## Uca Pharma, Inc. (Primary)

| | | | |
|---|---|---|---|
| Business Name | UCA PHARMA, INC. | Incorporation State | NC |
| Corporation Type | Profit | Filing Office Address | 300 N Salisbury St # Off, Raleigh, NC 27603 |
| Standard Industrial Classification Code | 00000000 | | |
| Address | 11373 Us Highway 70 W, Clayton, NC 27520 | | |
| Address Type | Mailing | Registration Type | Corporation |
| State | NC | Securities And Exchange Commission Status | Multi Status |
| Filing Number | #1137191 | Verification Date | Apr 19, 2019 |
| Filing Office DUNS Number | #361860265 | Received Date | Apr 24, 2019 |
| Filing Date | Feb 19, 2010 | File Date | Apr 30, 2019 |
| Filing Office Name | Secretary Of State/Corporations Division | | |

### Business Contact - Jason Williams

| | | | |
|---|---|---|---|
| Title | Registered Agent | Address | 11373 Us Highway 70 W, Clayton, NC 27520 |

## Urgent Care Family Clinics Of America, Inc. (Former)

| Business Name | URGENT CARE FAMILY CLINICS OF AMERICA, INC. | Incorporation State | NC |
|---|---|---|---|
| Corporation Type | Corporation | Filing Office Address | 300 N Salisbury St # Off, Raleigh, NC 27603 |
| Standard Industrial Classification Code | 00000000 | | |
| Address | 5016 Wynneford Way, Raleigh, NC 27614 | | |
| Address Type | Mailing | Registration Type | Limited Liability Company |
| State | NC | Securities And Exchange Commission Status | Administrative Dissolution |
| Filing Number | #0627985 | Verification Date | Oct 12, 2019 |
| Filing Office DUNS Number | #361860265 | Received Date | Oct 15, 2019 |
| Filing Date | Dec 31, 2015 | File Date | Oct 21, 2019 |
| Filing Office Name | Secretary Of State/Corporations Division | | |

### Business Contact - Jason Williams

| Title | Registered Agent | Address | 5016 Wynneford Way, Raleigh, NC 27614-9810 |
|---|---|---|---|

## Urgent Care Family Clinics Of America, Inc. (Former)

| Business Name | URGENT CARE FAMILY CLINICS OF AMERICA, INC. | Incorporation State | NC |
|---|---|---|---|
| Corporation Type | Corporation | Filing Office Address | 300 N Salisbury St # Off, Raleigh, NC 27603 |
| Standard Industrial Classification Code | 00000000 | | |
| Address | 5016 Wynneford Way, Raleigh, NC 27614 | | |
| Address Type | Mailing | Registration Type | Limited Liability Company |
| State | NC | Securities And Exchange Commission Status | Active |
| Filing Number | #0627985  -LLC | Verification Date | Apr 12, 2019 |
| Filing Office DUNS Number | #361860265 | Received Date | Apr 16, 2019 |
| Filing Date | Dec 31, 2015 | File Date | Apr 27, 2019 |
| Filing Office Name | Secretary Of State/Corporations Division | | |

### Business Contact - Jason Williams

| Title | Registered Agent | Address | 5016 Wynneford Way, Raleigh, NC 27614-9810 |
|---|---|---|---|

## Urgent Care Family Clinics Of America, Inc. (Former)

| Business Name | URGENT CARE FAMILY CLINICS OF AMERICA, INC. | Incorporation State | NC |
|---|---|---|---|
| Corporation Type | Profit | Filing Office Address | 300 N Salisbury St # Off, Raleigh, NC 27603 |
| Standard Industrial Classification Code | 00000000 | | |
| Address | 5016 Wynneford Way, Raleigh, NC 27614 | | |
| Address Type | Mailing | Registration Type | Corporation |
| State | NC | Securities And Exchange Commission Status | Converted |
| Filing Number | #0627985  -BUS | Verification Date | Oct 12, 2019 |
| Filing Office DUNS Number | #361860265 | Received Date | Oct 15, 2019 |
| Filing Date | Apr 17, 2002 | File Date | Oct 21, 2019 |
| Filing Office Name | | | |

Secretary Of State/Corporations
Division

## Business Contact - Jason Williams

| Title | Registered Agent | Address | 5016 Wynneford Way, Raleigh, NC 27614-9810 |
|---|---|---|---|

## Urgent Care Of Boone, P.C. (Primary)

| | | | |
|---|---|---|---|
| Business Name | URGENT CARE OF BOONE, P.C. | Filing Office Address | 300 N Salisbury St # Off, Raleigh, NC 27603 |
| Corporation Type | Professional | | |
| Standard Industrial Classification Code | 00000000 | | |
| | | Registration Type | Corporation |
| | | Securities And Exchange Commission Status | Dissolved |
| Filing Number | #1119201  -PA | Verification Date | Apr 12, 2019 |
| Filing Office DUNS Number | #361860265 | Received Date | Apr 16, 2019 |
| Filing Date | Oct 12, 2009 | File Date | Apr 30, 2019 |
| Filing Office Name | Secretary Of State/Corporations Division | | |

## Business Contact - Jason Williams

| Title | Registered Agent | Address | 11373 Us Highway 70 W, Clayton, NC 27520 |
|---|---|---|---|

## Urgent Care Of Boone, P.C. (Primary)

| | | | |
|---|---|---|---|
| Business Name | URGENT CARE OF BOONE, P.C. | Filing Office Address | 300 N Salisbury St # Off, Raleigh, NC 27603 |
| Corporation Type | Professional | | |
| Standard Industrial Classification Code | 00000000 | | |
| | | Registration Type | Corporation |
| | | Securities And Exchange Commission Status | Dissolved |
| Filing Number | #1119201 | Verification Date | Apr 19, 2019 |
| Filing Office DUNS Number | #361860265 | Received Date | Apr 24, 2019 |
| Filing Date | Oct 12, 2009 | File Date | Apr 30, 2019 |
| Filing Office Name | Secretary Of State/Corporations Division | | |

## Business Contact - Jason Williams

| Title | Registered Agent | Address | 11373 Us Highway 70 W, Clayton, NC 27520 |
|---|---|---|---|

## Wake Urgent Care And Family Clinic, Inc. (Primary)

| | | | |
|---|---|---|---|
| Business Name | WAKE URGENT CARE AND FAMILY CLINIC, INC. | Incorporation State | NC |
| Corporation Type | Profit | Filing Office Address | 300 N Salisbury St # Off, Raleigh, NC 27603 |
| Standard Industrial Classification Code | 00000000 | | |
| Address | Po Box 1306, Clayton, NC 27528 | | |
| Address Type | Mailing | Registration Type | Corporation |
| State | NC | | Converted |

|  |  | Securities And Exchange Commission Status |  |
|---|---|---|---|
| Filing Number | #C673503  -BUS | Verification Date | Apr 12, 2019 |
| Filing Office DUNS Number | #361860265 | Received Date | Apr 16, 2019 |
| Filing Date | Apr 30, 2003 | File Date | Apr 26, 2019 |
| Filing Office Name | Secretary Of State/Corporations Division |  |  |

### Business Contact - Jason Williams

| Title | Registered Agent | Address | 11373 Us Highway 70 W, Clayton, NC 27520 |
|---|---|---|---|

# Wake Urgent Care And Family Clinic, Inc. (Primary)

| Business Name | WAKE URGENT CARE AND FAMILY CLINIC, INC. | Incorporation State | NC |
|---|---|---|---|
| Corporation Type | Professional | Filing Office Address | 300 N Salisbury St # Off, Raleigh, NC 27603 |
| Standard Industrial Classification Code | 00000000 |  |  |
| Address | Po Box 1306, Clayton, NC 27528 |  |  |
| Address Type | Mailing | Registration Type | Corporation |
| State | NC | Securities And Exchange Commission Status | Dissolved |
| Filing Number | #0673503  -PA | Verification Date | Apr 12, 2019 |
| Filing Office DUNS Number | #361860265 | Received Date | Apr 16, 2019 |
| Filing Date | Apr 30, 2003 | File Date | Apr 27, 2019 |
| Filing Office Name | Secretary Of State/Corporations Division |  |  |

### Business Contact - Jason Williams

| Title | Registered Agent | Address | 11373 Us Highway 70 W, Clayton, NC 27520 |
|---|---|---|---|

# Wake Urgent Care And Family Clinic, Inc. (Primary)

| Business Name | WAKE URGENT CARE AND FAMILY CLINIC, INC. | Incorporation State | NC |
|---|---|---|---|
| Corporation Type | Profit | Filing Office Address | 300 N Salisbury St # Off, Raleigh, NC 27603 |
| Standard Industrial Classification Code | 00000000 |  |  |
| Address | Po Box 1306, Clayton, NC 27528 |  |  |
| Address Type | Mailing | Registration Type | Corporation |
| State | NC | Securities And Exchange Commission Status | Converted |
| Filing Number | #C673503 | Verification Date | Apr 19, 2019 |
| Filing Office DUNS Number | #361860265 | Received Date | Apr 24, 2019 |
| Filing Date | Apr 30, 2003 | File Date | Apr 26, 2019 |
| Filing Office Name | Secretary Of State/Corporations Division |  |  |

### Business Contact - Jason Williams

| Title | Registered Agent | Address | 11373 Us Highway 70 W, Clayton, NC 27520 |
|---|---|---|---|

# Wake Urgent Care And Family Clinic, Inc. (Primary)

| Business Name | WAKE URGENT CARE AND FAMILY CLINIC, INC. | Incorporation State | NC |
|---|---|---|---|
| Corporation Type | Professional | Filing Office Address | 300 N Salisbury St # Off, Raleigh, NC 27603 |
| Standard Industrial Classification Code | 00000000 | | |
| Address | Po Box 1306, Clayton, NC 27528 | | |
| Address Type | Mailing | Registration Type | Corporation |
| State | NC | Securities And Exchange Commission Status | Dissolved |
| Filing Number | #0673503 | Verification Date | Apr 19, 2019 |
| Filing Office DUNS Number | #361860265 | Received Date | Apr 24, 2019 |
| Filing Date | Apr 30, 2003 | File Date | Apr 27, 2019 |
| Filing Office Name | Secretary Of State/Corporations Division | | |

### Business Contact - Jason Williams

| Title | Registered Agent | Address | 11373 Us Highway 70 W, Clayton, NC 27520 |
|---|---|---|---|

## Williams & Ferguson, Llc (Primary)

| Business Name | WILLIAMS & FERGUSON, LLC | Incorporation State | NC |
|---|---|---|---|
| Corporation Type | Corporation | Filing Office Address | 300 N Salisbury St # Off, Raleigh, NC 27603 |
| Standard Industrial Classification Code | 00000000 | | |
| Address | 2713 Preston Woods Ln Apt 7, Fayetteville, NC 28304 | | |
| Address Type | Business | Registration Type | Limited Liability Company |
| State | NC | Securities And Exchange Commission Status | Dissolved |
| Filing Number | #0599140  -LLC | Verification Date | Apr 12, 2019 |
| Filing Office DUNS Number | #361860265 | Received Date | Apr 16, 2019 |
| Filing Date | Jul 27, 2001 | File Date | Apr 27, 2019 |
| Filing Office Name | Secretary Of State/Corporations Division | | |

### Business Contact - Jason Williams

| Title | Registered Agent | Address | 2713 Preston Woods Ln Apt 7, Fayetteville, NC 28304-3660 |
|---|---|---|---|

## Williams & Ferguson, Llc (Primary)

| Business Name | WILLIAMS & FERGUSON, LLC | Incorporation State | NC |
|---|---|---|---|
| Corporation Type | Corporation | Filing Office Address | 300 N Salisbury St # Off, Raleigh, NC 27603 |
| Standard Industrial Classification Code | 00000000 | | |
| Address | 2713 Preston Woods Ln Apt 7, Fayetteville, NC 28304 | | |
| Address Type | Business | Registration Type | Limited Liability Company |
| State | NC | Securities And Exchange Commission Status | Dissolved |
| Filing Number | #0599140 | Verification Date | May 3, 2019 |
| Filing Office DUNS Number | #361860265 | Received Date | May 7, 2019 |
| Filing Date | Jul 27, 2001 | File Date | May 9, 2019 |
| Filing Office Name | Secretary Of State/Corporations Division | | |

### Business Contact - Jason Williams

| Title | Registered Agent | Address | 2713 Preston Woods Ln Apt 7, Fayetteville, NC 28304-3660 |
|---|---|---|---|

## Williams And Perkins, Llc (Primary)

| Business Name | WILLIAMS AND PERKINS, LLC | Incorporation State | NC |
|---|---|---|---|
| Corporation Type | Corporation | Filing Office Address | 300 N Salisbury St # Off, Raleigh, NC 27603 |
| Standard Industrial Classification Code | 00000000 | | |
| Address | 5016 Wynneford Way, Raleigh, NC 27614 | | |
| Address Type | Mailing | Registration Type | Limited Liability Company |
| State | NC | Securities And Exchange Commission Status | Active |
| Filing Number | #0774815 | Verification Date | Jan 24, 2020 |
| Filing Office DUNS Number | #361860265 | Received Date | Jan 28, 2020 |
| Filing Date | Mar 31, 2005 | File Date | Jan 31, 2020 |
| Filing Office Name | Secretary Of State/Corporations Division | | |

### Business Contact - Jason Williams

| Title | Registered Agent | Address | 5016 Wynneford Way, Raleigh, NC 27614-9810 |
|---|---|---|---|

## Williams Management Systems, Inc. (Primary)

| Business Name | WILLIAMS MANAGEMENT SYSTEMS, INC. | | |
|---|---|---|---|
| Corporation Type | Profit | Filing Office Address | 300 N Salisbury St # Off, Raleigh, NC 27603 |
| Standard Industrial Classification Code | 00000000 | | |
| | | Registration Type | Corporation |
| | | Securities And Exchange Commission Status | Dissolved |
| Filing Number | #0752315 -BUS | Verification Date | Apr 12, 2019 |
| Filing Office DUNS Number | #361860265 | Received Date | Apr 16, 2019 |
| Filing Date | Nov 15, 2004 | File Date | Apr 27, 2019 |
| Filing Office Name | Secretary Of State/Corporations Division | | |

### Business Contact - Jason Williams

| Title | Registered Agent | Address | 1010 Clarendon St, Fayetteville, NC 28305-4847 |
|---|---|---|---|

## Williams, Perkins And Guha, Llc (Primary)

| Business Name | WILLIAMS, PERKINS AND GUHA, LLC | Incorporation State | NC |
|---|---|---|---|
| Corporation Type | Corporation | Filing Office Address | 300 N Salisbury St # Off, Raleigh, NC 27603 |
| Standard Industrial Classification Code | 00000000 | | |
| Address | 11373 Us Highway 70 W, Clayton, NC 27520 | | |
| Address Type | Mailing | Registration Type | Limited Liability Company |
| State | NC | | Administrative Dissolution |

| | | | |
|---|---|---|---|
| | | Securities And Exchange Commission Status | |
| Filing Number | #1033119 -LLC | Verification Date | Apr 12, 2019 |
| Filing Office DUNS Number | #361860265 | Received Date | Apr 16, 2019 |
| Filing Date | Mar 17, 2008 | File Date | Apr 30, 2019 |
| Filing Office Name | Secretary Of State/Corporations Division | | |

### Business Contact - Jason Williams

| Title | Registered Agent | Address | 11373 Us Highway 70 W, Clayton, NC 27520 |
|---|---|---|---|

## Williams, Perkins And Guha, Llc (Primary)

| | | | |
|---|---|---|---|
| Business Name | WILLIAMS, PERKINS AND GUHA, LLC | Incorporation State | NC |
| Corporation Type | Corporation | Filing Office Address | 300 N Salisbury St # Off, Raleigh, NC 27603 |
| Standard Industrial Classification Code | 00000000 | | |
| Address | 11373 Us Highway 70 W, Clayton, NC 27520 | | |
| Address Type | Mailing | Registration Type | Limited Liability Company |
| State | NC | Securities And Exchange Commission Status | Administrative Dissolution |
| Filing Number | #1033119 | Verification Date | May 3, 2019 |
| Filing Office DUNS Number | #361860265 | Received Date | May 7, 2019 |
| Filing Date | Mar 17, 2008 | File Date | May 9, 2019 |
| Filing Office Name | Secretary Of State/Corporations Division | | |

### Business Contact - Jason Williams

| Title | Registered Agent | Address | 11373 Us Highway 70 W, Clayton, NC 27520 |
|---|---|---|---|

## Wilson Urgent Care, Pllc (Primary)

| | | | |
|---|---|---|---|
| Business Name | WILSON URGENT CARE, PLLC | | |
| Corporation Type | Corporation | Filing Office Address | 300 N Salisbury St # Off, Raleigh, NC 27603 |
| Standard Industrial Classification Code | 00000000 | | |
| | | Registration Type | Professional Limited Liability Company |
| | | Securities And Exchange Commission Status | Dissolved |
| Filing Number | #1047323 | Verification Date | Apr 19, 2019 |
| Filing Office DUNS Number | #361860265 | Received Date | Apr 24, 2019 |
| Filing Date | Jun 4, 2008 | File Date | Apr 30, 2019 |
| Filing Office Name | Secretary Of State/Corporations Division | | |

### Business Contact - Jason Williams

| Title | Registered Agent | Address | 11373 Us Highway 70 W, Clayton, NC 27520 |
|---|---|---|---|

## Wilson Urgent Care, Pllc (Primary)

| | |
|---|---|
| Business Name | WILSON URGENT CARE, PLLC |

| | | | |
|---|---|---|---|
| Corporation Type | Corporation | Filing Office Address | 300 N Salisbury St # Off, Raleigh, NC 27603 |
| Standard Industrial Classification Code | 00000000 | | |
| | | Registration Type | Professional Limited Liability Company |
| | | Securities And Exchange Commission Status | Dissolved |
| Filing Number | #1047323  -PLLC | Verification Date | Apr 12, 2019 |
| Filing Office DUNS Number | #361860265 | Received Date | Apr 16, 2019 |
| Filing Date | Jun 4, 2008 | File Date | Apr 30, 2019 |
| Filing Office Name | Secretary Of State/Corporations Division | | |

## Business Contact - Jason Williams

| | | | |
|---|---|---|---|
| Title | Registered Agent | Address | 11373 Us Highway 70 W, Clayton, NC 27520 |

# Employment History

## Williams And Lorenzo Property Management, LLC

| | | | |
|---|---|---|---|
| Employment Dates | Sep 16, 2020 - Sep 16, 2020 | Employer's Address | 5016 Wynneford Way, Raleigh, NC 27614 |

## Williams And Lorenzo Property Management LLC

| | | | |
|---|---|---|---|
| Employment Dates | Sep 15, 2020 - Sep 15, 2020 | Employer's Address | 2004 S Miami Blvd, Durham, NC 27703 |

## Examination Of What, LLC

| | | | |
|---|---|---|---|
| Employment Dates | Sep 17, 2016 - Oct 22, 2019 | Employer's Address | 5016 Wynneford Way, Raleigh, NC 27614 |

## Mill Lake LLC

| | | | |
|---|---|---|---|
| Employment Dates | Oct 7, 2019 - Oct 7, 2019 | Employer's Address | 5016 Wynneford Way, Raleigh, NC 27614 |

## Juicevibes Cary LLC

| | | | |
|---|---|---|---|
| Employment Dates | Sep 5, 2018 - Sep 5, 2018 | Employer's Address | 2105 Us 1 Hwy, Franklinton, NC 27525 |

## Williams & Ferguson LLC

| | | | |
|---|---|---|---|
| Employment Dates | Jan 3, 2018 - Jan 3, 2018 | Employer's Address | 2713 Preston Woods Ln Apt 7, Fayetteville, NC 28304 |

## Juicevibes LLC

| Employment Dates | Sep 17, 2016 - Oct 5, 2017 | Employer's Address | 5016 Wynneford Way, Raleigh, NC 27614 |

## Prti Inc

| Employment Dates | Dec 13, 2016 - Jun 26, 2017 | Employer's Address | 4140 Parklake Ave Ste 200, Raleigh, NC 27612 |

## Freshvibes LLC

| Employment Dates | Jun 26, 2017 - Jun 26, 2017 | Employer's Address | 401 W 1st St, Greenville, NC 27834 |

## Tienta Transport Inc

| Employment Dates | Mar 14, 2017 - Mar 14, 2017 | Employer's Address | 5016 Wynneford Way, Raleigh, NC 27614 |

## Williams And Perkins Holdings LLC

| Employment Dates | Sep 17, 2016 - Mar 14, 2017 | Employer's Address | 5016 Wynneford Way, Raleigh, NC 27614 |

## Layman And Williams Holdings Inc

| Employment Dates | Feb 7, 2017 - Feb 7, 2017 | Employer's Address | 5016 Wynneford Way, Raleigh, NC 27614 |

## Asheville Urgent Care Pc

| Employment Dates | Sep 17, 2016 - Sep 17, 2016 | Employer's Address | 11373 Us Highway 70 W, Clayton, NC 27520 |

## Boone Uc Inc

| Employment Dates | Sep 17, 2016 - Sep 17, 2016 | Employer's Address | 11373 Us Highway 70 W, Clayton, NC 27520 |

## Cpjw Inc

| Employment Dates | Sep 17, 2016 - Sep 17, 2016 | Employer's Address | 11373 Us Highway 70 W, Clayton, NC 27520 |

## Hendersonville Urgent Care Pc

| Employment Dates | Sep 17, 2016 - Sep 17, 2016 | Employer's Address | 11373 Us Highway 70 W, Clayton, NC 27520 |

## Uca Pharma Inc

| Employment Dates | Sep 17, 2016 - Sep 17, 2016 | Employer's Address | |

11373 Us Highway 70 W, Clayton, NC 27520

## Urgent Care Of Boone Pc

Employment Dates          Sep 17, 2016 - Sep 17, 2016          Employer's Address          11373 Us Highway 70 W, Clayton, NC 27520

## Wake Urgent Care And Family Clinic Inc

Employment Dates          Sep 17, 2016 - Sep 17, 2016          Employer's Address          11373 Us Highway 70 W, Clayton, NC 27520

## Wilson Urgent Care Pllc

Employment Dates          Sep 17, 2016 - Sep 17, 2016          Employer's Address          11373 Us Highway 70 W, Clayton, NC 27520

## Comprehensive Virtual Healthcare Inc

Employment Dates          Sep 17, 2016 - Sep 17, 2016          Employer's Address          5016 Wynneford Way, Raleigh, NC 27614

## Wucfa LLC

Employment Dates          Sep 17, 2016 - Sep 17, 2016          Employer's Address          4101 Lake Boone Trl, Raleigh, NC 27607

## Medical Cleaning And Maintenance LLC

Employment Dates          Sep 17, 2016 - Sep 17, 2016          Employer's Address          4514 Tarkiln Pl, Wake Forest, NC 27587

## Guha Perkins And Williams LLC

Employment Dates          Sep 17, 2016 - Sep 17, 2016          Employer's Address          11373 Us Highway 70 W, Clayton, NC 27520

## Pierro S Express LLC

Employment Dates          Sep 17, 2016 - Sep 17, 2016          Employer's Address          113 Person St, Fayetteville, NC 28301

## Fuquay Urgent Care & Family Clinic Pc

Employment Dates          Sep 17, 2016 - Sep 17, 2016          Employer's Address          11373 Us Highway 70 W, Clayton, NC 27520

## 100% Compliance Inc

Employment Dates          Sep 17, 2016 - Sep 17, 2016          Employer's Address

635 Shotwell Rd, Clayton, NC 27520

## Williams Management Systems Inc

| | | | |
|---|---|---|---|
| Employment Dates | Sep 17, 2016 - Sep 17, 2016 | Employer's Address | 1010 Clarendon St, Fayetteville, NC 28305 |

## Williams And Perkins LLC

| | | | |
|---|---|---|---|
| Employment Dates | Sep 17, 2016 - Sep 17, 2016 | Employer's Address | 5016 Wynneford Way, Raleigh, NC 27614 |

## Lakeview Urgent Care And Family

| | | | |
|---|---|---|---|
| Employment Dates | Jan 1, 2010 - Aug 1, 2016 | Employer's Address | 3622 N Main St, Hope Mills, NC 28348 |

## Lakeview Urgent Care

| | |
|---|---|
| Employer's Address | 3622 N Main St, Hope Mills, NC 28348 |

# Licenses

Possible data may include FAA pilot licenses and DEA licenses for prescribing controlled pharmaceuticals.

---

## Our extensive public records search did not uncover licenses information for Jason Anthony Williams.

There are 618,660 FAA certified pilots in the U.S. That's less than 0.2% of the population.

So, if FAA license information doesn't show up here, Jason Anthony Williams may not have one.

# Finances

This section includes financial information that we have found on this person such as bankruptcies, liens, judgments, foreclosures or evictions.

## Possible Judgments

### Judgment

| | | | |
|---|---|---|---|
| Name | Jason  Williams | Filing Type | CIVIL JUDGMENT RELEASE |
| Address | 1010 Clarendon St, Fayetteville, NC 28305 | | |
| | | Filing Date | Feb 8, 2008 |
| | | Court Case Number | 2008CVD000133 |
| | | Total Judgment Amount | $5457.00 |

## Possible UCC Filings

### UCC Filing

| | | | |
|---|---|---|---|
| Filing Type | Original | Filing Date | Oct 7, 2020 |
| Filing Number | 20200154191G | Debtors | DANA WILLIAMS BARBOUR Address: 528 S 4th St, Smithfield, NC 27577 Born Mar 29, 1968 (Age 52) TIENTA TRANSPORT INC Address: 528 S 4th St, Smithfield, NC 27577 JASON ANTHONY WILLIAMS Address: 5016 Wynneford Way, Raleigh, NC 27614 Born Mar 11, 1974 (Age 46) |
| Filing Office | SECRETARY OF STATE/UCC DIVISION | Filing Office Address | 300 N Salisbury St, Legis Off Bldg, Raleigh, NC 27603 |
| | | Secured Parties | THREAD CAPITAL, INC. 4021 Carya Dr, Raleigh, NC 27610 |

### UCC Filing

| | | | |
|---|---|---|---|
| Filing Type | Continuation | Filing Date | Jul 22, 2011 |
| Filing Number | 20110063454H | Debtors | ROBERT L FERGUSON Address: 6651 Burgenfield Dr, Fayetteville, NC 28314 JASON A WILLIAMS Address: 2713 Preston Woods Ln Apt 7, Fayetteville, NC 28304 Born Mar 11, 1974 (Age 46) |
| Filing Office | SECRETARY OF STATE/UCC DIVISION | Filing Office Address | 300 N Salisbury St, Legis Off Bldg, Raleigh, NC 27603 |

|  |  | Secured Parties | BRANCH BANKING AND TRUST COMPANY |
|  |  |  | 3817 Morganton Rd, Fayetteville, NC 28314 |

## UCC Filing

| Filing Type | Continuation | Filing Date | Jun 16, 2006 |
|---|---|---|---|
| Filing Number | 20060059344E | Debtors | ROBERT L FERGUSON<br>Address:<br>6651 Burgenfield Dr, Fayetteville, NC 28314<br>Born Jul 29, 1942 (Age 78)<br>JASON A WILLIAMS<br>Address:<br>2713 Preston Woods Ln Apt 7, Fayetteville, NC 28304<br>Born Mar 11, 1974 (Age 46) |
| Filing Office | SECRETARY OF STATE/UCC DIVISION | Filing Office Address | 300 N Salisbury St, Legis Off Bldg, Raleigh, NC 27603 |
|  |  | Secured Parties | BRANCH BANKING AND TRUST COMPANY |
|  |  |  | 3817 Morganton Rd, Fayetteville, NC 28314 |

## UCC Filing

| Filing Type | Original | Filing Date | Sep 21, 2001 |
|---|---|---|---|
| Filing Number | 20010525102C | Debtors | ROBERT L FERGUSON<br>Address:<br>6651 Burgenfield Dr, Fayetteville, NC 28314<br>Born Jul 29, 1942 (Age 78)<br>JASON A WILLIAMS<br>Address:<br>2713 Preston Woods Ln Apt 7, Fayetteville, NC 28304<br>Born Mar 11, 1974 (Age 46) |
| Filing Office | SECRETARY OF STATE/UCC DIVISION | Filing Office Address | 300 N Salisbury St, Legis Off Bldg, Raleigh, NC 27603 |
|  |  | Secured Parties | BRANCH BANKING AND TRUST COMPANY |
|  |  |  | 3817 Morganton Rd, Fayetteville, NC 28314 |

# Assets

This section includes assets information that we have found on this person. Possible data may include properties owned, watercrafts owned and vehicles owned or driven.

## Currently Owned Properties

### Currently Owned Property #1

Rowan Beach Estates

24235 N Holiday Blvd
Rodanthe, North Carolina, 27968

2 beds | 1 baths | 960 sq/ft

| Assessed Value | Sale Amount | Tax Amount |
|---|---|---|
| $172,700.00 | $750,000.00 | $1,183.87 |
| 2020 | Aug 18, 2017 | 2019 |

Current Owner

Terese M Lorenzo

Jason A Williams

Sep 8, 2017

**Property Details**

| Bedrooms | Bathrooms | Living Sq. Ft | Land Sq. Ft |
|---|---|---|---|
| 2 | 1 | 960 | 10000 |
| Floors | Year Built | APN# | Type |
| 1 | 1978 | 012671000 | Single Family Residence |

**Property Value**

| Land Value | Improvement Value | Assessed Value (2020) | Tax Amount (2019) |
|---|---|---|---|
| $101,300.00 | $71,400.00 | $172,700.00 | $1,183.87 |

**Assessed Value**

2007 - 2020

| 2007 | 2009 | 2011 | 2012 | 2013 |
|---|---|---|---|---|
| $352,200.00 | $352,200.00 | $352,200.00 | $352,200.00 | $168,000.00 |
| 2014 | 2015 | 2016 | 2017 | 2018 |
| $168,000.00 | $168,000.00 | $168,000.00 | $168,000.00 | $168,000.00 |
| 2019 | 2020 | | | |
| $168,000.00 | $172,700.00 | | | |

## Ownership History

Current Owner

Terese M Lorenzo

Jason A Williams

Sep 8, 2017

Ownership Details

| | | | |
|---|---|---|---|
| Document Number | 700043441 | Universal Land Use | Single Family Residence |
| Property Indicator | Single Family Residence | Sale Date | Aug 18, 2017 |
| Recording Date | Sep 8, 2017 | Residential Model Indicator | Property is Residential |
| Sale Amount | $750,000.00 | Title Company | ATTORNEY ONLY |
| Owner | Terese M Lorenzo<br>Jason A Williams<br>Po Box 212, Rodanthe, North<br>Carolina, 27968 | Seller | Patricia L Phillips |

---

**Previous Owner**

# Patricia  Phillips

Sep 15, 2016

## Ownership Details

| | | | |
|---|---|---|---|
| Document Number | 700030052 | Universal Land Use | Single Family Residence |
| Property Indicator | Single Family Residence/Town-house | Sale Date | Sep 2, 2016 |
| Resale New Construction | Resale | Recording Date | Sep 15, 2016 |
| Residential Model Indicator | Based On Zip Code and Value Property is Residential | Deed Securities Category | Resale, Residential (Modeled) |
| Title Company | ATTORNEY ONLY | Owner | Patricia  Phillips<br>717 Donaghe St, Staunton, Virginia, 24401 |
| Seller | M Trust Chappell Leta<br>Patricia L Phillips | | |

## Deed Information

| | | | |
|---|---|---|---|
| Document Type | Deed | Registry Entry Date | Sep 15, 2016 |
| Document Number | 000700030052 | Transaction Type | Nominal |
| Batch ID | 20161021 | Batch Sequence | 00253 |

## Deed Information

| | | | |
|---|---|---|---|
| Document Type | Deed | Registry Entry Date | Aug 9, 2017 |
| Document Number | 000700042381 | Transaction Type | Nominal |
| Batch ID | 20170907 | Batch Sequence | 00315 |

---

**Previous Owner**

# Allen  Holland

Aug 9, 2016

## Ownership Details

| | | | |
|---|---|---|---|
| Document Number | 700028790 | Universal Land Use | Single Family Residence |
| Property Indicator | Single Family Residence/Town-house | Sale Date | Aug 8, 2016 |
| Resale New Construction | Resale | Recording Date | Aug 9, 2016 |
| Residential Model Indicator | Based On Zip Code and Value Property is Residential | Deed Securities Category | Interfamily Transfer, Resale, Residential (Modeled) |
| Title Company | ATTORNEY ONLY | Owner | Allen  Holland<br>1503 Ketch Ln, Kill Devil Hills,<br>North Carolina, 27948 |
| Seller | Rebecca G Holland | | |

## Deed Information

| | | | |
|---|---|---|---|
| Document Type | Deed | Registry Entry Date | Aug 9, 2016 |
| Document Number | 000700028790 | Transaction Type | Nominal |
| Batch ID | 20161020 | Batch Sequence | 00632 |

Previous Owner

**Patricia Lee Phillips**

**Leta M Chappell**

Aug 24, 1987

Ownership Details

| | | | |
|---|---|---|---|
| Universal Land Use | Single Family Residence | Property Indicator | Single Family Residence |
| Resale New Construction | Resale | Recording Date | Aug 24, 1987 |
| Absentee Indicator | Absentee(Mail And Situs Not =) | Residential Model Indicator | Property is Residential |
| Deed Securities Category | Resale, Residential (Modeled) | Owner | Patricia Lee Phillips |
| | | | Leta M Chappell |
| | | | 717 Donaghe St, Staunton, Virginia, 24401 |
| Seller | Record  Owner | | |

Deed Information

| | | | |
|---|---|---|---|
| Document Type | Deed | Registry Entry Date | Aug 24, 1987 |
| Transaction Type | Resale | Batch ID | 19300101 |
| Batch Sequence | 11919 | | |

---

Previous Owner

**Patricia Lee Phillips**

Aug 24, 1987

Ownership Details

| | | | |
|---|---|---|---|
| Universal Land Use | Single Family Residence | Property Indicator | Single Family Residence |
| Recording Date | Aug 24, 1987 | Absentee Indicator | Absentee(Mail And Situs Not =) |
| Residential Model Indicator | Property is Residential | Owner | Patricia Lee Phillips |
| | | | 717 Donaghe St, Staunton, Virginia, 24401 |
| Seller | Record  Owner | | |

## Previously Owned Properties

### Previously Owned Property #1

**Devon Sub Ph 1**

5016 Wynneford Way
Raleigh, North Carolina, 27614

3 baths / 7620 sq/ft

Current Owner

**Jason  Williams**

**Jennifer H Williams**

Oct 17, 2012

| Assessed Value | Mortgage Amount | Sale Amount | Tax Amount |
|---|---|---|---|
| $985,498.00 | $350,000.00 | $1,400,000.00 | $11,277.64 |
| 2020 | Apr 2, 2012 | Oct 16, 2012 | 2019 |

Property Details

| Bathrooms | Living Sq. Ft | Land Sq. Ft | Floors |
|---|---|---|---|
| 3 | 7620 | 56628 | 2 |
| Year Built | APN# | Type | |

| 2003 | 1718.01-27-7712000 | Single Family Residence/Townhouse |
|------|--------------------|-----------------------------------|

### Property Value

| Land Value | Improvement Value | Assessed Value (2020) | Tax Amount (2019) |
|------------|-------------------|------------------------|-------------------|
| $290,000.00 | $695,498.00 | $985,498.00 | $11,277.64 |

### Assessed Value
2008 - 2020

| 2008 | 2010 | 2011 | 2012 | 2013 |
|------|------|------|------|------|
| $1,106,801.00 | $1,106,801.00 | $1,106,801.00 | $1,131,146.00 | $1,184,233.00 |
| 2014 | 2016 | 2018 | 2019 | 2020 |
| $1,184,233.00 | $1,378,430.00 | $1,378,430.00 | $1,378,430.00 | $985,498.00 |

## Ownership History

**Current Owner**

Jason A Williams

Jennifer H Williams

Apr 2, 2012

**Ownership Details**

| | | | |
|------|------|------|------|
| Universal Land Use | Single Family Residence | Property Indicator | Single Family Residence/Townhouse |
| Sale Date | Mar 30, 2012 | Resale New Construction | Resale |
| Recording Date | Apr 2, 2012 | Absentee Indicator | Situs Address Taken From Sales Transaction - Determined Owner Occupied |
| Residential Model Indicator | Based On Zip Code and Value Property is Residential | Deed Securities Category | Residential (Modeled) |
| Sale Amount | $1,400,000.00 | Title Company | ATTORNEY ONLY |
| Owner | Jason A Williams Jennifer H Williams 5016 Wynneford Way, Raleigh, North Carolina, 27614 | Owner Relationship Type | Husband And Wife |
| Seller | Call Joseph H Jr & Judi T | | |

**Mortgage Information**

| | | | |
|------|------|------|------|
| Mortgage Date | Oct 16, 2012 | Recording Date | Oct 17, 2012 |
| Mortgage Amount | $1,000,000.00 | Mortgage Loan Type | Conventional |
| Mortgage Deed Type | Deed Of Trust | | |

**Mortgage Information**

| | | | |
|------|------|------|------|
| Mortgage Date | Mar 30, 2012 | Recording Date | Apr 2, 2012 |
| Mortgage Due Date | Apr 1, 2042 | Mortgage Amount | $350,000.00 |
| Mortgage Term | 30 Years | Mortgage Loan Type | Conventional |
| Mortgage Deed Type | Deed Of Trust | | |

**Previous Owner**

Joseph H Call

Judi T Call

Apr 15, 2003

## Ownership Details

| | | | |
|---|---|---|---|
| Universal Land Use | Vacant Land (NEC) | Property Indicator | Vacant |
| Sale Date | Apr 10, 2003 | Recording Date | Apr 15, 2003 |
| Absentee Indicator | Situs Address Taken From Sales Transaction - Determined Owner Occupied | Residential Model Indicator | Based On Zip Code and Value Property is Residential |
| Deed Securities Category | Residential (Modeled) | Sale Amount | $179,000.00 |
| Owner | Joseph H Call<br>Judi T Call<br>5016 Wynneford Way, Raleigh, North Carolina, 27614 | Owner Relationship Type | Husband And Wife |
| Seller | Young Homes Inc | | |

## Mortgage Information

| | | | |
|---|---|---|---|
| Mortgage Date | Apr 8, 2004 | Recording Date | Apr 13, 2004 |
| Mortgage Due Date | May 1, 2034 | Mortgage Amount | $900,000.00 |
| Mortgage Term | 30 Years | Mortgage Loan Type | Conventional |
| Mortgage Deed Type | Deed Of Trust | | |

## Previous Owner

# Young Homes Inc

## Ownership Details

| | | | |
|---|---|---|---|
| Property Indicator | Vacant | Sale Date | Apr 10, 2003 |
| Resale New Construction | Resale | Recording Date | Apr 15, 2003 |
| Residential Model Indicator | Based On Zip Code and Value Property is Not Residential | Deed Securities Category | Resale, Cash Purchase |
| Sale Amount | $179,000.00 | Owner | Young Homes Inc |
| Seller | Creedmoor Partners LLC | | |

## Mortgage Information

| | | | |
|---|---|---|---|
| Recording Date | Apr 15, 2003 | Cash Purchase | Yes |

## Previous Owner

# Joseph  Call
# Judi T Call

Apr 15, 2003

## Ownership Details

| | | | |
|---|---|---|---|
| Property Indicator | Vacant | Sale Date | Apr 10, 2003 |
| Resale New Construction | Resale | Recording Date | Apr 15, 2003 |
| Absentee Indicator | Situs Address Taken From Sales Transaction - Determined Absentee Owner | Residential Model Indicator | Based On Zip Code and Value Property is Residential |
| Deed Securities Category | Resale, Mortgaged Purchase, Residential (Modeled) | Sale Amount | $179,000.00 |
| Owner | Joseph  Call<br>Judi T Call<br>7700 Oakmont Pl, Raleigh, North Carolina, 27615 | Owner Relationship Type | Husband/Wife |
| Seller | Young Homes Inc | | |

## Mortgage Information

| | | | |
|---|---|---|---|
| Mortgage Date | Apr 10, 2003 | Recording Date | Apr 15, 2003 |
| Mortgage Due Date | Apr 10, 2018 | Mortgage Amount | $186,412.00 |

| Mortgage Term | 15 Years | Mortgage Deed Type | Deed Of Trust |
|---|---|---|---|

## Previously Owned Property #2

**Highland Heights**

1319 Claremont Ave
Fayetteville, North Carolina, 28305

3 beds | 2 baths | 1804 sq/ft

**Current Owner**
Joseph  Lorenzo
Maria A Lorenzo
Jason A Williams
Jennifer  Williams
Sep 1, 2015

| Assessed Value | Mortgage Amount | Sale Amount | Tax Amount |
|---|---|---|---|
| $150,800.00 | $109,700.00 | $147,000.00 | $2,276.14 |
| 2019 | Sep 1, 2015 | Aug 25, 2015 | 2018 |

### Property Details

| Bedrooms | Bathrooms | Living Sq. Ft | Land Sq. Ft |
|---|---|---|---|
| 3 | 2 | 1804 | 6098 |
| Floors | Year Built | APN# | Type |
| 1 | 1949 | 0427-96-2428 | Single Family Residence/Town-house |

### Property Value

| Land Value | Improvement Value | Assessed Value (2019) | Tax Amount (2018) |
|---|---|---|---|
| $41,250.00 | $109,550.00 | $150,800.00 | $2,276.14 |

### Assessed Value
2008 - 2019

| 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|
| $115,700.00 | $137,400.00 | $137,400.00 | $137,400.00 | $137,400.00 |
| 2014 | 2015 | 2016 | 2017 | 2019 |
| $137,400.00 | $137,400.00 | $137,400.00 | $150,800.00 | $150,800.00 |

## Ownership History

**Current Owner**
Joseph  Lorenzo
Maria A Lorenzo
Jason A Williams
Jennifer  Williams
Sep 1, 2015

### Ownership Details

| Document Number | 26364 | Universal Land Use | Single Family Residence |
|---|---|---|---|
| Property Indicator | Single Family Residence/Town-house | Sale Date | Aug 25, 2015 |
| Recording Date | Sep 1, 2015 | Absentee Indicator | Situs Address Taken From Sales Transaction - Determined Owner Occupied |

| | | | |
|---|---|---|---|
| Residential Model Indicator | Based On Zip Code and Value Property is Residential | Deed Securities Category | Residential (Modeled) |
| Title Company | STEWART TITLE GUARANTY CO | Owner | Joseph  Lorenzo<br>Maria A Lorenzo<br>Jason A Williams<br>Jennifer  Williams<br>1319 Morgan Ln, Fayetteville, North Carolina, 28305 |
| Owner Relationship Type | Husband/Wife | | |

**Mortgage Information**

| | | | |
|---|---|---|---|
| Mortgage Date | Aug 25, 2015 | Recording Date | Sep 1, 2015 |
| Mortgage Due Date | Sep 1, 2035 | Document Number | 26364 |
| Mortgage Amount | $109,700.00 | Mortgage Term | 20 Years |
| Mortgage Loan Type | Conventional | Mortgage Deed Type | Deed Of Trust |

**Previous Owner**

## Jason A Williams

## Joseph T Lorenzo

Aug 1, 2008

**Ownership Details**

| | | | |
|---|---|---|---|
| Document Number | 31675 | Universal Land Use | Single Family Residence |
| Property Indicator | Single Family Residence | Sale Date | Jul 25, 2008 |
| Resale New Construction | Resale | Recording Date | Aug 1, 2008 |
| Absentee Indicator | Absentee(Mail And Situs Not =) | Residential Model Indicator | Property is Residential |
| Deed Securities Category | Resale, Mortgaged Purchase, Residential (Modeled) | Sale Amount | $147,000.00 |
| Title Company | ATTORNEY ONLY | Owner | Jason A Williams<br>Joseph T Lorenzo<br>5016 Wynneford Way, Raleigh, North Carolina, 27614 |
| Owner Relationship Type | Married Man | Seller | Fisher Robert & Ann H |

**Mortgage Information**

| | | | |
|---|---|---|---|
| Mortgage Date | Jul 25, 2008 | Recording Date | Aug 1, 2008 |
| Mortgage Due Date | Aug 1, 2038 | Document Number | 31675 |
| Mortgage Amount | $117,600.00 | Mortgage Term | 30 Years |
| Mortgage Loan Type | Conventional | Mortgage Deed Type | Deed Of Trust |

**Previous Owner**

## Robert  Fisher

## Ann H Fisher

Dec 4, 2007

**Ownership Details**

| | | | |
|---|---|---|---|
| Document Number | 53669 | Universal Land Use | Single Family Residence |
| Property Indicator | Single Family Residence/Townhouse | Sale Date | Nov 30, 2007 |
| Resale New Construction | Resale | Recording Date | Dec 4, 2007 |
| Absentee Indicator | Situs Address Taken From Sales Transaction - Determined Absentee Owner | Residential Model Indicator | Based On Zip Code and Value Property is Residential |
| Deed Securities Category | Resale, Mortgaged Purchase, Residential (Modeled) | Sale Amount | $102,000.00 |
| Title Company | CHICAGO TITLE INSURANCE COMPAN | Owner | Robert  Fisher<br>Ann H Fisher |

| | | | |
|---|---|---|---|
| | | | 716 Kooler Cir, Fayetteville, North Carolina, 28305 |
| Owner Relationship Type | Husband/Wife | Seller | Singleton Rudolph G Iii & Sebrell C |

Mortgage Information

| | | | |
|---|---|---|---|
| Mortgage Date | Nov 30, 2007 | Recording Date | Dec 4, 2007 |
| Mortgage Due Date | Dec 1, 2037 | Document Number | 53669 |
| Mortgage Amount | $91,800.00 | Mortgage Term | 30 Years |
| Mortgage Loan Type | Conventional | Mortgage Deed Type | Deed Of Trust |

## Previously Owned Property #3

### Holden Beach West

1325 Ocean Blvd W
Supply, North Carolina, 28462

6 beds | 6 baths | 3315 sq/ft

**Current Owner**
Thomas  Weir
Sheryl B Weir

Oct 3, 2016

| Assessed Value | Mortgage Amount | Sale Amount | Tax Amount |
|---|---|---|---|
| $1,151,250.00 | $1,046,250.00 | $1,395,000.00 | $6,014.81 |
| 2020 | Oct 3, 2016 | Sep 26, 2016 | 2019 |

Property Details

| | | | |
|---|---|---|---|
| Bedrooms | Bathrooms | Living Sq. Ft | Land Sq. Ft |
| 6 | 6 | 3315 | 21721 |
| Year Built | APN# | Type | |
| 2015 | 245ga036 | Single Family Residence/Town-house | |

Property Value

| | | | |
|---|---|---|---|
| Land Value | Improvement Value | Assessed Value (2020) | Tax Amount (2019) |
| $525,000.00 | $626,250.00 | $1,151,250.00 | $6,014.81 |

Assessed Value
2009 - 2020

| 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|
| $1,425,000.00 | $1,425,000.00 | $684,000.00 | $684,000.00 | $684,000.00 |
| 2014 | 2016 | 2017 | 2018 | 2019 |
| $684,000.00 | $1,076,750.00 | $1,076,750.00 | $1,076,750.00 | $1,151,250.00 |
| 2020 | | | | |
| $1,151,250.00 | | | | |

## Ownership History

Current Owner
Thomas H Weir
Sheryl B Weir

Oct 3, 2016

## Ownership Details

| | | | |
|---|---|---|---|
| Universal Land Use | Single Family Residence | Property Indicator | Single Family Residence/Town-house |
| Sale Date | Sep 26, 2016 | Resale New Construction | Resale |
| Recording Date | Oct 3, 2016 | Absentee Indicator | Situs Address Taken From Sales Transaction - Determined Absentee Owner |
| Residential Model Indicator | Based On Zip Code and Value Property is Residential | Deed Securities Category | Resale, Mortgaged Purchase, Residential (Modeled) |
| Sale Amount | $1,395,000.00 | Title Company | ATTORNEY ONLY |
| Owner | Thomas H Weir Sheryl B Weir 110 Bailey Cir, Kennett Square, Pennsylvania, 19348 | Owner Relationship Type | Husband/Wife |
| Seller | Mcgee Thomas G & Kathleen M | | |

## Mortgage Information

| | | | |
|---|---|---|---|
| Mortgage Date | Sep 30, 2016 | Recording Date | Oct 3, 2016 |
| Mortgage Due Date | Nov 1, 2046 | Mortgage Amount | $1,046,250.00 |
| Mortgage Term | 30 Years | Mortgage Loan Type | Conventional |
| Mortgage Deed Type | Deed Of Trust | | |

## Previous Owner
## Thomas G McGee

Dec 29, 2014

## Ownership Details

| | | | |
|---|---|---|---|
| Universal Land Use | Vacant Land (NEC) | Property Indicator | Vacant |
| Sale Date | Dec 17, 2014 | Resale New Construction | Resale |
| Recording Date | Dec 29, 2014 | Absentee Indicator | Situs Address Taken From Sales Transaction - Determined Absentee Owner |
| Residential Model Indicator | Based On Zip Code and Value Property is Residential | Deed Securities Category | Interfamily Transfer, Resale, Residential (Modeled) |
| Sale Amount | $560,000.00 | Title Company | ATTORNEY ONLY |
| Owner | Thomas G McGee 70 Kim Ln, Long Valley, New Jersey, 07853 | Seller | Kathleen A McGee Williams Jason A & Jennifer H |

## Mortgage Information

| | | | |
|---|---|---|---|
| Mortgage Date | Feb 18, 2015 | Recording Date | Feb 23, 2015 |
| Mortgage Due Date | Feb 18, 2020 | Mortgage Amount | $890,062.00 |
| Mortgage Term | 5 Years | Mortgage Loan Type | Conventional |
| Mortgage Deed Type | Deed Of Trust | | |

## Mortgage Information

| | | | |
|---|---|---|---|
| Recording Date | Dec 29, 2014 | Cash Purchase | Yes |

## Previous Owner
## Jason A Williams
## Jennifer H Williams

Jun 23, 2011

## Ownership Details

| | | | |
|---|---|---|---|
| Universal Land Use | Vacant Land (NEC) | Property Indicator | Vacant |

| | | | |
|---|---|---|---|
| Sale Date | Jun 18, 2011 | Resale New Construction | Resale |
| Recording Date | Jun 23, 2011 | Absentee Indicator | Situs Address Taken From Sales Transaction - Determined Absentee Owner |
| Residential Model Indicator | Based On Zip Code and Value Property is Residential | Deed Securities Category | Residential (Modeled) |
| Sale Amount | $525,000.00 | Title Company | ATTORNEY ONLY |
| Owner | Jason A Williams Jennifer H Williams 1010 Clarendon St, Fayetteville, North Carolina, 28305 | Owner Relationship Type | Husband And Wife |
| Seller | Rowena C Warren | | |

## Mortgage Information

| | | | |
|---|---|---|---|
| Mortgage Date | Oct 16, 2012 | Recording Date | Oct 17, 2012 |
| Mortgage Amount | $1,000,000.00 | Mortgage Loan Type | Conventional |
| Mortgage Deed Type | Deed Of Trust | | |

## Mortgage Information

| | | | |
|---|---|---|---|
| Recording Date | Jun 23, 2011 | Cash Purchase | Yes |

## Previous Owner

## John D Warren

## Rowena C Warren

Jan 1, 2008 - Dec 31, 2008

## Ownership Details

| | | | |
|---|---|---|---|
| Universal Land Use | Vacant Land (Nec) | Property Indicator | Vacant |
| Resale New Construction | Resale | Recording Date | Nov 1, 1989 |
| Absentee Indicator | Absentee(Mail And Situs Not =) | Residential Model Indicator | Based On Zip Code and Value Property is Not Residential |
| Deed Securities Category | Resale | Owner | John D Warren Rowena C Warren 5412 Randolph Rd, Charlotte, North Carolina, 28211 |
| Owner Relationship Type | Husband/Wife | Seller | Record Owner |

## Deed Information

| | | | |
|---|---|---|---|
| Document Type | Deed | Registry Entry Date | Nov 1, 1989 |
| Transaction Type | Resale | Batch ID | 19300101 |
| Batch Sequence | 19825 | | |

## Previously Owned Property #4

Jason A Williams & Jennifer H

1014 Clarendon St
Fayetteville, North Carolina, 28305

**Current Owner**

## Hudco Investments LLC

Sep 26, 2014

3 beds | 2 baths | 2916 sq/ft

| Assessed Value | Mortgage Amount | Sale Amount | Tax Amount |
|---|---|---|---|
| $275,500.00 | $225,250.00 | $265,000.00 | $3,895.37 |
| 2019 | Sep 26, 2014 | Sep 26, 2014 | 2018 |

## Property Details

| Bedrooms | Bathrooms | Living Sq. Ft | Land Sq. Ft |
|---|---|---|---|
| 3 | 2 | 2916 | 12197 |
| Floors | Year Built | APN# | Type |
| 2 | 1941 | 0437-05-6900 | Single Family Residence/Town-house |

## Property Value

| Land Value | Improvement Value | Assessed Value (2019) | Tax Amount (2018) |
|---|---|---|---|
| $68,750.00 | $206,750.00 | $275,500.00 | $3,895.37 |

## Assessed Value
2008 - 2019

| 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|
| $171,200.00 | $294,400.00 | $294,400.00 | $294,400.00 | $294,400.00 |
| 2013 | 2014 | 2015 | 2016 | 2017 |
| $294,400.00 | $294,400.00 | $294,400.00 | $294,400.00 | $275,500.00 |
| 2019 | | | | |
| $275,500.00 | | | | |

# Ownership History

### Current Owner

## Hudco Investments LLC

Sep 26, 2014

### Ownership Details

| | | | |
|---|---|---|---|
| Document Number | 29090 | Universal Land Use | Single Family Residence |
| Property Indicator | Single Family Residence/Town-house | Sale Date | Sep 26, 2014 |
| Resale New Construction | Resale | Recording Date | Sep 26, 2014 |
| Absentee Indicator | Situs Address Taken From Sales Transaction - Determined Absentee Owner | Residential Model Indicator | Based On Zip Code and Value Property is Residential |
| Deed Securities Category | Resale, Mortgaged Purchase, Residential (Modeled) | Sale Amount | $265,000.00 |
| Title Company | ATTORNEY ONLY | Owner | Hudco Investments LLC 3603 Clinton Rd, Fayetteville, North Carolina, 28312 |
| Seller | Williams Jason A & Jennifer H | | |

### Mortgage Information

| | | | |
|---|---|---|---|
| Mortgage Date | Sep 26, 2014 | Recording Date | Sep 26, 2014 |
| Mortgage Due Date | Sep 26, 2044 | Document Number | 29090 |
| Mortgage Amount | $225,250.00 | Mortgage Term | 30 Years |
| Mortgage Loan Type | Conventional | Mortgage Deed Type | Deed Of Trust |

### Previous Owner

## Jason  Williams

## Jennifer H Williams

May 12, 2008

### Ownership Details

| | | | |
|---|---|---|---|
| Document Number | 19448 | Universal Land Use | Single Family Residence |
| Property Indicator | Single Family Residence/Town-house | Sale Date | Apr 25, 2008 |
| Recording Date | May 12, 2008 | Absentee Indicator | Situs Address Taken From Sales Transaction - Determined Owner Occupied |
| Residential Model Indicator | Based On Zip Code and Value Property is Residential | Deed Securities Category | Residential (Modeled) |
| Owner | Jason  Williams Jennifer H Williams 1014 Clarendon St, Fayetteville, North Carolina, 28305 | Owner Relationship Type | Husband/Wife |

## Mortgage Information

| | | | |
|---|---|---|---|
| Mortgage Date | Apr 25, 2008 | Recording Date | May 12, 2008 |
| Mortgage Due Date | Apr 24, 2038 | Document Number | 19448 |
| Mortgage Amount | $42,000.00 | Mortgage Term | 30 Years |
| Mortgage Loan Type | Conventional | Mortgage Deed Type | Deed Of Trust |

## Previous Owner
### Jason A Williams
Mar 9, 2007

### Ownership Details

| | | | |
|---|---|---|---|
| Document Number | 10960 | Universal Land Use | Single Family Residence |
| Property Indicator | Single Family Residence | Sale Date | Mar 6, 2007 |
| Recording Date | Mar 9, 2007 | Absentee Indicator | Owner Occupied |
| Residential Model Indicator | Property is Residential | Sale Amount | $296,000.00 |
| Title Company | ATTORNEY ONLY | Owner | Jason A Williams 1014 Clarendon St, Fayetteville, North Carolina, 28305 |
| Owner Relationship Type | Husband And Wife | Seller | Donohoe Christian C & Jana R |

## Previous Owner
### Jason A Williams
### Jennifer H Williams
Mar 9, 2007

### Ownership Details

| | | | |
|---|---|---|---|
| Document Number | 10960 | Universal Land Use | Single Family Residence |
| Property Indicator | Single Family Residence | Sale Date | Mar 6, 2007 |
| Recording Date | Mar 9, 2007 | Absentee Indicator | Owner Occupied |
| Residential Model Indicator | Property is Residential | Sale Amount | $296,000.00 |
| Title Company | ATTORNEY ONLY | Owner | Jason A Williams Jennifer H Williams 1014 Clarendon St, Fayetteville, North Carolina, 28305 |
| Owner Relationship Type | Husband And Wife | Seller | Donohoe Christian C & Jana R |

## Previous Owner
### Jason A Williams
Mar 9, 2007

### Ownership Details

| | | | |
|---|---|---|---|
| Document Number | 10960 | Universal Land Use | Single Family Residence |
| Property Indicator | Single Family Residence | Sale Date | Mar 6, 2007 |
| Recording Date | Mar 9, 2007 | Absentee Indicator | Owner Occupied |
| Residential Model Indicator | Property is Residential | Sale Amount | $296,000.00 |
| Title Company | ATTORNEY ONLY | Owner | Jason A Williams<br>1014 Clarendon St, Fayetteville, North Carolina, 28305 |
| Owner Relationship Type | Husband And Wife | Seller | Donohoe Christian C & Jana R |

Previous Owner

## Jason  Williams
## Jennifer H Williams
## Jennifer H Williams

Mar 9, 2007

### Ownership Details

| | | | |
|---|---|---|---|
| Document Number | 10960 | Universal Land Use | Single Family Residence |
| Property Indicator | Single Family Residence/Town-house | Sale Date | Mar 6, 2007 |
| Resale New Construction | Resale | Recording Date | Mar 9, 2007 |
| Absentee Indicator | Situs Address Taken From Sales Transaction - Determined Owner Occupied | Residential Model Indicator | Based On Zip Code and Value Property is Residential |
| Deed Securities Category | Resale, Mortgaged Purchase, Residential (Modeled) | Sale Amount | $296,000.00 |
| Title Company | ATTORNEY ONLY | Owner | Jason  Williams<br>Jennifer H Williams<br>Jennifer H Williams<br>1014 Clarendon St, Fayetteville, North Carolina, 28305 |
| Owner Relationship Type | Husband/Wife | Seller | Donohoe Christian C & Jana R |

### Mortgage Information

| | | | |
|---|---|---|---|
| Mortgage Date | Mar 6, 2007 | Recording Date | Mar 9, 2007 |
| Mortgage Due Date | Apr 1, 2037 | Document Number | 10960 |
| Mortgage Amount | $236,800.00 | Mortgage Term | 30 Years |
| Mortgage Loan Type | Conventional | Mortgage Deed Type | Deed Of Trust |

Previous Owner

## Jason A Williams
## Jennifer H Williams

Mar 9, 2007

### Ownership Details

| | | | |
|---|---|---|---|
| Document Number | 10960 | Universal Land Use | Single Family Residence |
| Property Indicator | Single Family Residence | Sale Date | Mar 6, 2007 |
| Recording Date | Mar 9, 2007 | Absentee Indicator | Owner Occupied |
| Residential Model Indicator | Property is Residential | Sale Amount | $296,000.00 |
| Title Company | ATTORNEY ONLY | Owner | Jason A Williams<br>Jennifer H Williams<br>5016 Wynneford Way, Raleigh, North Carolina, 27614 |
| Owner Relationship Type | Husband And Wife | Seller | Donohoe Christian C & Jana R |

Previous Owner

Christian  Donohoe

Jana R Donohoe

Apr 2, 2004

## Ownership Details

| | | | |
|---|---|---|---|
| Document Number | 15624 | Universal Land Use | Single Family Residence |
| Property Indicator | Single Family Residence/Town-house | Sale Date | Mar 31, 2004 |
| Resale New Construction | Resale | Recording Date | Apr 2, 2004 |
| Absentee Indicator | Situs Address Taken From Sales Transaction - Determined Owner Occupied | Residential Model Indicator | Based On Zip Code and Value Property is Residential |
| Deed Securities Category | Resale, Mortgaged Purchase, Residential (Modeled) | Sale Amount | $187,000.00 |
| Owner | Christian  Donohoe Jana R Donohoe 1014 Clarendon St, Fayetteville, North Carolina, 28305 | Owner Relationship Type | Husband/Wife |
| Seller | Myrtle W Vann | | |

## Mortgage Information

| | | | |
|---|---|---|---|
| Mortgage Date | Mar 31, 2004 | Recording Date | Apr 2, 2004 |
| Mortgage Due Date | Apr 1, 2034 | Document Number | 15624 |
| Mortgage Amount | $193,171.00 | Mortgage Term | 30 Years |
| Mortgage Loan Type | Va(Veterans Affairs) | Mortgage Deed Type | Deed Of Trust |

Previous Owner

Record  Owner

## Ownership Details

| | | | |
|---|---|---|---|
| Universal Land Use | Single Family Residence | Property Indicator | Single Family Residence/Town-house |
| Resale New Construction | Resale | Recording Date | Apr 30, 2004 |
| Residential Model Indicator | Based On Zip Code and Value Property is Residential | Deed Securities Category | Resale, Residential (Modeled) |
| Owner | Record  Owner | Seller | Myrtle W Vann |

## Deed Information

| | | | |
|---|---|---|---|
| Document Type | Deed | Registry Entry Date | Apr 30, 2004 |
| Transaction Type | Nominal | Batch ID | 20141108 |
| Batch Sequence | 31099 | | |

## Previously Owned Property #5

108 Gillespie St
Fayetteville, North Carolina, 28301

Current Owner

Cedar Creek Crossing West LLC

Mar 24, 2014

1 baths | 2954 sq/ft

| Assessed Value | Mortgage Amount | Sale Amount | Tax Amount |
|---|---|---|---|
| $225,887.00 | Cash Purchase | $240,000.00 | $3,231.04 |
| 2019 | Mar 24, 2014 | Mar 20, 2014 | 2018 |

Property Details

| Bathrooms | Living Sq. Ft | Land Sq. Ft | Floors |
|---|---|---|---|
| 1 | 2954 | 2178 | 0 |
| Year Built | APN# | Type | |
| 1900 | 0437-63-2975 | Commercial | |

## Property Value

| Land Value | Improvement Value | Assessed Value (2019) | Tax Amount (2018) |
|---|---|---|---|
| $87,246.00 | $138,641.00 | $225,887.00 | $3,231.04 |

## Assessed Value
2008 - 2019

| 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|
| $55,803.00 | $201,373.00 | $201,373.00 | $201,373.00 | $201,373.00 |
| 2014 | 2015 | 2016 | 2017 | 2019 |
| $201,373.00 | $201,373.00 | $201,373.00 | $225,887.00 | $225,887.00 |

# Ownership History

### Current Owner
## Cedar Creek Crossing West LLC
Mar 24, 2014

### Ownership Details

| Document Number | 8148 | Universal Land Use | Commercial (NEC) |
|---|---|---|---|
| Property Indicator | Commercial | Sale Date | Mar 20, 2014 |
| Resale New Construction | Resale | Recording Date | Mar 24, 2014 |
| Absentee Indicator | Situs Address Taken From Sales Transaction - Determined Absentee Owner | Residential Model Indicator | Based On Zip Code and Value Property is Not Residential |
| Deed Securities Category | Resale, Cash Purchase | Sale Amount | $240,000.00 |
| Title Company | ATTORNEY ONLY | Owner | Cedar Creek Crossing West LLC 23 Market Sq, Fayetteville, North Carolina, 28301 |
| Seller | Williams Jason A & Jennifer H | | |

### Mortgage Information

| Recording Date | Mar 24, 2014 | Cash Purchase | Yes |
|---|---|---|---|
| Document Number | 8148 | | |

### Previous Owner
## Jason  Williams
## Jennifer H Williams
Apr 18, 2006

### Ownership Details

| Document Number | 17940 | Universal Land Use | Commercial Building |
|---|---|---|---|
| Property Indicator | Commercial | Sale Date | Feb 9, 2006 |
| Recording Date | Apr 18, 2006 | Absentee Indicator | Situs Address Taken From Sales Transaction - Determined Absentee Owner |
| Residential Model Indicator | Based On Zip Code and Value Property is Not Residential | Title Company | ATTORNEY ONLY |

| Owner | Jason  Williams<br>Jennifer H Williams<br>1010 Clarendon St, Fayetteville,<br>North Carolina, 28305 | Owner Relationship Type | Husband/Wife |
|---|---|---|---|

## Mortgage Information

| Mortgage Date | Feb 9, 2006 | Recording Date | Apr 18, 2006 |
|---|---|---|---|
| Document Number | 17940 | Mortgage Amount | $42,000.00 |
| Mortgage Loan Type | Conventional | Mortgage Deed Type | Deed Of Trust |

---

Previous Owner

## Jason  Williams

Jun 3, 2005

## Ownership Details

| Document Number | 25373 | Universal Land Use | Commercial Building |
|---|---|---|---|
| Property Indicator | Commercial | Sale Date | May 31, 2005 |
| Recording Date | Jun 3, 2005 | Absentee Indicator | Absentee(Mail And Situs Not =) |
| Residential Model Indicator | Property is Not Residential | Sale Amount | $134,000.00 |
| Title Company | ATTORNEY ONLY | Owner | Jason  Williams<br>1010 Clarendon St, Fayetteville,<br>North Carolina, 28305 |
| Owner Relationship Type | Husband And Wife | Seller | Barbara J Sharpe |

---

Previous Owner

## Jason  Williams
## Jennifer  Williams

Jun 3, 2005

## Ownership Details

| Document Number | 25373 | Universal Land Use | Commercial Building |
|---|---|---|---|
| Property Indicator | Commercial | Sale Date | May 31, 2005 |
| Recording Date | Jun 3, 2005 | Absentee Indicator | Absentee(Mail And Situs Not =) |
| Residential Model Indicator | Property is Not Residential | Sale Amount | $134,000.00 |
| Title Company | ATTORNEY ONLY | Owner | Jason  Williams<br>Jennifer  Williams<br>1010 Clarendon St, Fayetteville,<br>North Carolina, 28305 |
| Owner Relationship Type | Husband And Wife | Seller | Barbara J Sharpe |

---

Previous Owner

## Jason  Williams

Jun 3, 2005

## Ownership Details

| Document Number | 25373 | Universal Land Use | Commercial Building |
|---|---|---|---|
| Property Indicator | Commercial | Sale Date | May 31, 2005 |
| Recording Date | Jun 3, 2005 | Absentee Indicator | Absentee(Mail And Situs Not =) |
| Residential Model Indicator | Property is Not Residential | Sale Amount | $134,000.00 |
| Title Company | ATTORNEY ONLY | Owner | Jason  Williams<br>1010 Clarendon St, Fayetteville,<br>North Carolina, 28305 |
| Owner Relationship Type | Husband And Wife | Seller | Barbara J Sharpe |

**Previous Owner**

**Jason  Williams**

**Jennifer  Williams**

Jun 3, 2005

**Ownership Details**

| | | | |
|---|---|---|---|
| Document Number | 25373 | Universal Land Use | Commercial Building |
| Property Indicator | Commercial | Sale Date | May 31, 2005 |
| Resale New Construction | Resale | Recording Date | Jun 3, 2005 |
| Absentee Indicator | Situs Address Taken From Sales Transaction - Determined Owner Occupied | Residential Model Indicator | Based On Zip Code and Value Property is Not Residential |
| Deed Securities Category | Resale, Mortgaged Purchase | Sale Amount | $134,000.00 |
| Title Company | ATTORNEY ONLY | Owner | Jason  Williams Jennifer  Williams 1010 Clarendon St, Fayetteville, North Carolina, 28305 |
| Owner Relationship Type | Husband/Wife | Seller | Barbara J Sharpe |

**Mortgage Information**

| | | | |
|---|---|---|---|
| Mortgage Date | May 31, 2005 | Recording Date | Jun 3, 2005 |
| Document Number | 25373 | Mortgage Amount | $84,000.00 |
| Mortgage Loan Type | Conventional | Mortgage Deed Type | Deed Of Trust |

**Previous Owner**

**Barbara  Sharpe**

Sep 9, 2002

**Ownership Details**

| | | | |
|---|---|---|---|
| Document Number | 39610 | Universal Land Use | Commercial Building |
| Property Indicator | Commercial | Sale Date | Sep 6, 2002 |
| Recording Date | Sep 9, 2002 | Absentee Indicator | Situs Address Taken From Sales Transaction - Determined Absentee Owner |
| Residential Model Indicator | Based On Zip Code and Value Property is Not Residential | Owner | Barbara  Sharpe 7300 Hyannis Dr, Fayetteville, North Carolina, 28304 |

**Mortgage Information**

| | | | |
|---|---|---|---|
| Mortgage Date | Sep 6, 2002 | Recording Date | Sep 9, 2002 |
| Mortgage Due Date | Sep 6, 2005 | Document Number | 39610 |
| Mortgage Amount | $25,000.00 | Mortgage Term | 2 Years |
| Mortgage Loan Type | Conventional | Mortgage Deed Type | Deed Of Trust |

## Previously Owned Property #6

Jason A Williams & Jennifer H

1010 Clarendon St
Fayetteville, North Carolina, 28305

4 beds | 1 baths | 3000 sq/ft

**Current Owner**
Mickey  Hudson
Eva T Hudson

Apr 19, 2018

| Assessed Value | Mortgage Amount | Sale Amount | Tax Amount |
|---|---|---|---|
| $509,800.00 | $200,000.00 | $465,000.00 | $6,937.75 |
| 2019 | Apr 13, 2012 | Apr 10, 2018 | 2018 |

### Property Details

| Bedrooms | Bathrooms | Living Sq. Ft | Land Sq. Ft |
|---|---|---|---|
| 4 | 1 | 3000 | 23958 |
| Floors | Year Built | APN# | Type |
| 2 | 1920 | 0437-05-7902 | Single Family Residence/Town-house |

### Property Value

| Land Value | Improvement Value | Assessed Value (2019) | Tax Amount (2018) |
|---|---|---|---|
| $123,750.00 | $386,050.00 | $509,800.00 | $6,937.75 |

### Assessed Value

2008 - 2019

| 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|
| $331,100.00 | $479,000.00 | $479,000.00 | $479,000.00 | $479,000.00 |
| 2014 | 2015 | 2016 | 2017 | 2019 |
| $479,000.00 | $479,000.00 | $479,000.00 | $509,800.00 | $509,800.00 |

## Ownership History

**Current Owner**
Mickey G Hudson
Eva T Hudson

Apr 13, 2012

### Ownership Details

| | | | |
|---|---|---|---|
| Document Number | 13590 | Universal Land Use | Single Family Residence |
| Property Indicator | Single Family Residence/Town-house | Sale Date | Apr 12, 2012 |
| Resale New Construction | Resale | Recording Date | Apr 13, 2012 |
| Absentee Indicator | Situs Address Taken From Sales Transaction - Determined Owner Occupied | Residential Model Indicator | Based On Zip Code and Value Property is Residential |
| Deed Securities Category | Residential (Modeled) | Sale Amount | $465,000.00 |
| Title Company | DATA SEARCH INC | Owner | Mickey G Hudson Eva T Hudson 1010 Clarendon St, Fayetteville, North Carolina, 28305 |
| Owner Relationship Type | Husband/Wife | Seller | Williams Jason A & Jennifer H |

## Mortgage Information

| | | | |
|---|---|---|---|
| Mortgage Date | Apr 10, 2018 | Recording Date | Apr 19, 2018 |
| Document Number | 11719 | Mortgage Amount | $402,000.00 |
| Mortgage Loan Type | Conventional | Mortgage Deed Type | Deed Of Trust |

## Mortgage Information

| | | | |
|---|---|---|---|
| Mortgage Date | Sep 11, 2015 | Recording Date | Oct 1, 2015 |
| Mortgage Due Date | Sep 11, 2025 | Document Number | 29675 |
| Mortgage Amount | $261,300.00 | Mortgage Term | 10 Years |
| Mortgage Loan Type | Conventional | Mortgage Deed Type | Deed Of Trust |

## Mortgage Information

| | | | |
|---|---|---|---|
| Mortgage Date | Apr 30, 2012 | Recording Date | Jun 28, 2012 |
| Mortgage Due Date | Apr 30, 2027 | Document Number | 23730 |
| Mortgage Amount | $175,000.00 | Mortgage Term | 15 Years |
| Mortgage Loan Type | Conventional | Mortgage Deed Type | Deed Of Trust |

## Mortgage Information

| | | | |
|---|---|---|---|
| Mortgage Date | Apr 12, 2012 | Recording Date | Apr 13, 2012 |
| Mortgage Due Date | May 1, 2027 | Document Number | 13590 |
| Mortgage Amount | $200,000.00 | Mortgage Term | 15 Years |
| Mortgage Loan Type | Conventional | Mortgage Deed Type | Deed Of Trust |

---

## Previous Owner

### Mickey G Hudson

Apr 13, 2012

### Ownership Details

| | | | |
|---|---|---|---|
| Document Number | 13590 | Universal Land Use | Single Family Residence |
| Property Indicator | Single Family Residence | Sale Date | Apr 12, 2012 |
| Recording Date | Apr 13, 2012 | Absentee Indicator | Owner Occupied |
| Residential Model Indicator | Property is Residential | Sale Amount | $465,000.00 |
| Owner | Mickey G Hudson 1010 Clarendon St, Fayetteville, North Carolina, 28305 | Owner Relationship Type | Husband And Wife |
| Seller | Williams Jason A & Jennifer H | | |

---

## Previous Owner

### Mickey G Hudson
### Eva T Hudson

Apr 13, 2012

### Ownership Details

| | | | |
|---|---|---|---|
| Document Number | 13590 | Universal Land Use | Single Family Residence |
| Property Indicator | Single Family Residence | Sale Date | Apr 12, 2012 |
| Recording Date | Apr 13, 2012 | Absentee Indicator | Owner Occupied |
| Residential Model Indicator | Property is Residential | Sale Amount | $465,000.00 |
| Owner | Mickey G Hudson Eva T Hudson 1010 Clarendon St, Fayetteville, North Carolina, 28305 | Owner Relationship Type | Husband And Wife |
| Seller | Williams Jason A & Jennifer H | | |

**Previous Owner**

## Jason A Williams

Jan 1, 2008 - Dec 31, 2008

### Ownership Details

| | | | |
|---|---|---|---|
| Universal Land Use | Single Family Residence | Property Indicator | Single Family Residence |
| Sale Date | Oct 7, 1992 | Absentee Indicator | Owner Occupied |
| Residential Model Indicator | Property is Residential | Sale Amount | $37,000.00 |
| Owner | Jason A Williams<br>1010 Clarendon St, Fayetteville,<br>North Carolina, 28305 | Owner Relationship Type | Husband And Wife |
| Seller | Harper Edna W & George D | | |

---

**Previous Owner**

## Jason  Williams
## Jennifer H Williams

Mar 21, 2007

### Ownership Details

| | | | |
|---|---|---|---|
| Document Number | 13047 | Universal Land Use | Single Family Residence |
| Property Indicator | Single Family Residence/Town-house | Sale Date | Feb 27, 2007 |
| Recording Date | Mar 21, 2007 | Absentee Indicator | Situs Address Taken From Sales Transaction - Determined Owner Occupied |
| Residential Model Indicator | Based On Zip Code and Value Property is Residential | Deed Securities Category | Residential (Modeled) |
| Title Company | TRANSUNION SETTLEMENT SOLUTION | Owner | Jason  Williams<br>Jennifer H Williams<br>1010 Clarendon St, Fayetteville,<br>North Carolina, 28305 |
| Owner Relationship Type | Husband/Wife | | |

### Mortgage Information

| | | | |
|---|---|---|---|
| Mortgage Date | Feb 27, 2007 | Recording Date | Mar 21, 2007 |
| Mortgage Due Date | Feb 27, 2037 | Document Number | 13047 |
| Mortgage Amount | $150,000.00 | Mortgage Term | 30 Years |
| Mortgage Loan Type | Conventional | Mortgage Deed Type | Deed Of Trust |

---

**Previous Owner**

## Jason A Williams

Feb 28, 2003

### Ownership Details

| | | | |
|---|---|---|---|
| Document Number | 9863 | Universal Land Use | Single Family Residence |
| Property Indicator | Single Family Residence | Sale Date | Feb 25, 2003 |
| Recording Date | Feb 28, 2003 | Absentee Indicator | Owner Occupied |
| Residential Model Indicator | Property is Residential | Sale Amount | $287,500.00 |
| Owner | Jason A Williams<br>1010 Clarendon St, Fayetteville,<br>North Carolina, 28305 | Owner Relationship Type | Husband And Wife |
| Seller | Harper James & Edna W | | |

---

**Previous Owner**

Jason A Williams

Jennifer H Williams

Feb 28, 2003

## Ownership Details

| | | | |
|---|---|---|---|
| Document Number | 9863 | Universal Land Use | Single Family Residence |
| Property Indicator | Single Family Residence | Sale Date | Feb 25, 2003 |
| Resale New Construction | Resale | Recording Date | Feb 28, 2003 |
| Absentee Indicator | Owner Occupied | Residential Model Indicator | Property is Residential |
| Deed Securities Category | Resale, Mortgaged Purchase, Residential (Modeled) | Sale Amount | $287,500.00 |
| Owner | Jason A Williams Jennifer H Williams 1010 Clarendon St, Fayetteville, North Carolina, 28305 | Owner Relationship Type | Husband And Wife |
| Seller | Harper James & Edna W | | |

## Mortgage Information

| | | | |
|---|---|---|---|
| Mortgage Date | Feb 26, 2003 | Recording Date | Feb 28, 2003 |
| Mortgage Due Date | Mar 1, 2033 | Document Number | 9863 |
| Mortgage Amount | $287,500.00 | Mortgage Term | 30 Years |
| Mortgage Loan Type | Conventional | Mortgage Deed Type | Deed Of Trust |

---

### Previously Owned Property #7

H C Blackwell

3622 N Main St
Hope Mills, North Carolina, 28348

5270 sq/ft

| Current Owner |
|---|
| Mill Lake LLC |
| Jan 1, 2014 - Dec 31, 2014 |

| Assessed Value | Mortgage Amount | Sale Amount | Tax Amount |
|---|---|---|---|
| $318,120.00 | Cash Purchase | $302,500.00 | $4,812.19 |
| 2019 | Apr 18, 2005 | Apr 14, 2005 | 2018 |

## Property Details

| Living Sq. Ft | Land Sq. Ft | Year Built | APN# |
|---|---|---|---|
| 5270 | 21780 | 1970 | 0414-55-8003 |
| Type | | | |
| Commercial | | | |

---

## Property Value

| Land Value | Improvement Value | Assessed Value (2019) | Tax Amount (2018) |
|---|---|---|---|
| $86,414.00 | $231,706.00 | $318,120.00 | $4,812.19 |

---

# Ownership History

Current Owner

Lake Llc Mill

Mill Lake LLC

Apr 18, 2005

## Ownership Details

| | | | |
|---|---|---|---|
| Document Number | 17196 | Universal Land Use | Commercial Building |
| Property Indicator | Commercial | Sale Date | Apr 14, 2005 |
| Resale New Construction | Resale | Recording Date | Apr 18, 2005 |
| Absentee Indicator | Owner Occupied | Residential Model Indicator | Based On Zip Code and Value Property is Not Residential |
| Deed Securities Category | Resale, Cash Purchase | Title Company | ATTORNEY ONLY |
| Owner | Lake Llc Mill<br>Mill Lake LLC<br>3622 N Main St, Hope Mills, North Carolina, 28348 | Seller | Jason A Williams |

## Mortgage Information

| | | | |
|---|---|---|---|
| Recording Date | Apr 18, 2005 | Cash Purchase | Yes |
| Document Number | 17196 | | |

---

## Previous Owner

### Robert  Lee

### Frances L Ferguson

Oct 29, 2001

## Ownership Details

| | | | |
|---|---|---|---|
| Document Number | 46144 | Universal Land Use | Commercial Building |
| Property Indicator | Single Family Residence/Town-house | Sale Date | Oct 24, 2001 |
| Recording Date | Oct 29, 2001 | Absentee Indicator | Situs Address Taken From Sales Transaction - Determined Owner Occupied |
| Residential Model Indicator | Based On Zip Code and Value Property is Residential | Deed Securities Category | Residential (Modeled) |
| Owner | Robert  Lee<br>Frances L Ferguson<br>3622 N Main St, Hope Mills, North Carolina, 28348 | Owner Relationship Type | Husband/Wife |

## Mortgage Information

| | | | |
|---|---|---|---|
| Mortgage Date | Oct 24, 2001 | Recording Date | Oct 29, 2001 |
| Mortgage Due Date | Oct 24, 2016 | Document Number | 46144 |
| Mortgage Amount | $415,000.00 | Mortgage Term | 15 Years |
| Mortgage Loan Type | Conventional | Mortgage Deed Type | Deed Of Trust |

---

## Previous Owner

### Jason  Williams

### Robert L Ferguson

Aug 2, 2001

## Ownership Details

| | | | |
|---|---|---|---|
| Document Number | 33119 | Universal Land Use | Commercial Building |
| Property Indicator | Commercial | Sale Date | Jul 25, 2001 |
| Resale New Construction | Resale | Recording Date | Aug 2, 2001 |
| Absentee Indicator | Situs Address Taken From Sales Transaction - Determined Absentee Owner | Residential Model Indicator | Based On Zip Code and Value Property is Not Residential |
| Deed Securities Category | Resale, Cash Purchase | Sale Amount | $302,500.00 |
| Title Company | ATTORNEY ONLY | Owner | |

Jason Williams
Robert L Ferguson
2713 Preston Woods Ln Apt
7, Fayetteville, North Carolina,
28304

| | | | |
|---|---|---|---|
| Seller | Clifton H Brock | | |

**Mortgage Information**

| | | | |
|---|---|---|---|
| Recording Date | Aug 2, 2001 | Cash Purchase | Yes |
| Document Number | 33119 | | |

**Previous Owner**

## Mill Lake LLC

Aug 2, 2001

**Ownership Details**

| | | | |
|---|---|---|---|
| Document Number | 33119 | Universal Land Use | Commercial Building |
| Property Indicator | Commercial | Sale Date | Jul 25, 2001 |
| Recording Date | Aug 2, 2001 | Absentee Indicator | Owner Occupied |
| Residential Model Indicator | Property is Not Residential | Sale Amount | $302,500.00 |
| Title Company | ATTORNEY ONLY | Owner | Mill Lake LLC<br>7483 Rockfish Rd, Fayetteville,<br>North Carolina, 28306 |
| Seller | Clifton H Brock | | |

---

### Previously Owned Property #8

**217 Hay St**
Fayetteville, North Carolina, 28301

8646 sq/ft

**Current Owner**

### Williams & Lorenzo Prop Mgmt L

May 27, 2009

| Assessed Value | Mortgage Amount | Sale Amount | Tax Amount |
|---|---|---|---|
| $792,733.00 | Cash Purchase | $250,000.00 | $11,230.37 |
| 2019 | Dec 12, 2007 | Feb 12, 2009 | 2018 |

**Property Details**

| Living Sq. Ft | Land Sq. Ft | Year Built | APN# |
|---|---|---|---|
| 8646 | 4356 | 1930 | 0437-54-7245 |
| Type | | | |
| Commercial | | | |

**Property Value**

| Land Value | Improvement Value | Assessed Value (2019) | Tax Amount (2018) |
|---|---|---|---|
| $221,138.00 | $571,595.00 | $792,733.00 | $11,230.37 |

---

## Ownership History

**Current Owner**

## Williams & Lorenzo Prop Mgmt L

Dec 12, 2007

## Ownership Details

| | | | |
|---|---|---|---|
| Document Number | 54757 | Universal Land Use | Commercial Building |
| Property Indicator | Commercial | Sale Date | Sep 20, 2007 |
| Resale New Construction | Resale | Recording Date | Dec 12, 2007 |
| Absentee Indicator | Situs Address Taken From Sales Transaction - Determined Absentee Owner | Residential Model Indicator | Based On Zip Code and Value Property is Not Residential |
| Deed Securities Category | Interfamily Transfer, Resale, Cash Purchase | Title Company | CHICAGO TITLE INSURANCE COMPAN |
| Owner | Williams & Lorenzo Prop Mgmt L 217 Hay St, Fayetteville, North Carolina, 28301 | Seller | Jennifer  Williams Jason  Williams |

## Mortgage Information

| | | | |
|---|---|---|---|
| Mortgage Date | Feb 12, 2009 | Recording Date | May 27, 2009 |
| Mortgage Due Date | Feb 12, 2024 | Document Number | 19445 |
| Mortgage Amount | $227,000.00 | Mortgage Term | 15 Years |
| Mortgage Deed Type | Construction Deed Of Trust | | |

## Mortgage Information

| | | | |
|---|---|---|---|
| Mortgage Date | Aug 15, 2008 | Recording Date | Aug 25, 2008 |
| Document Number | 35400 | Mortgage Amount | $176,937.00 |
| Mortgage Loan Type | Conventional | Mortgage Deed Type | Deed Of Trust |

## Mortgage Information

| | | | |
|---|---|---|---|
| Recording Date | Dec 12, 2007 | Cash Purchase | Yes |
| Document Number | 54757 | | |

## Previous Owner

Jason  Williams

Jennie  Williams

Jennifer  Williams

## Ownership Details

| | | | |
|---|---|---|---|
| Document Number | 8220 | Universal Land Use | Commercial Building |
| Property Indicator | Single Family Residence/Townhouse | Sale Date | Feb 13, 2004 |
| Recording Date | Feb 23, 2004 | Residential Model Indicator | Based On Zip Code and Value Property is Residential |
| Deed Securities Category | Residential (Modeled) | Owner | Jason  Williams Jennie  Williams Jennifer  Williams |
| Owner Relationship Type | Husband/Wife | | |

## Mortgage Information

| | | | |
|---|---|---|---|
| Mortgage Date | Feb 13, 2004 | Recording Date | Feb 23, 2004 |
| Mortgage Due Date | Feb 13, 2019 | Document Number | 8220 |
| Mortgage Amount | $137,500.00 | Mortgage Term | 15 Years |
| Mortgage Loan Type | Conventional | Mortgage Deed Type | Deed Of Trust |

## Previous Owner

Williams & Lorenzo Property

Jul 1, 2003

## Ownership Details

| | | | | | |
|---|---|---|---|---|---|
| Document Number | 34662 | Universal Land Use | Commercial Building | | |
| Property Indicator | Commercial | Sale Date | Jun 26, 2003 | | |
| Recording Date | Jul 1, 2003 | Absentee Indicator | Owner Occupied | | |
| Residential Model Indicator | Property is Not Residential | Sale Amount | $250,000.00 | | |
| Title Company | CHICAGO TITLE INSURANCE COMPAN | Owner | Williams & Lorenzo Property 217 Hay St, Fayetteville, North Carolina, 28301 | | |
| Seller | Thompson Mark S & Demetrice M | | | | |

### Previous Owner

## Williams & Lorenzo Property Management LLC

Jul 1, 2003

## Ownership Details

| | | | |
|---|---|---|---|
| Document Number | 34662 | Universal Land Use | Commercial Building |
| Property Indicator | Commercial | Sale Date | Jun 26, 2003 |
| Recording Date | Jul 1, 2003 | Absentee Indicator | Owner Occupied |
| Residential Model Indicator | Property is Not Residential | Sale Amount | $250,000.00 |
| Title Company | CHICAGO TITLE INSURANCE COMPAN | Owner | Williams & Lorenzo Property Management LLC 217 Hay St, Fayetteville, North Carolina, 28301 |
| Seller | Thompson Mark S & Demetrice M | | |

### Previous Owner

## Williams & Lorenzo Prop Mgmt L

Jul 1, 2003

## Ownership Details

| | | | |
|---|---|---|---|
| Document Number | 34662 | Universal Land Use | Commercial Building |
| Property Indicator | Commercial | Sale Date | Jun 26, 2003 |
| Recording Date | Jul 1, 2003 | Absentee Indicator | Situs From Sale (Occupied) |
| Residential Model Indicator | Property is Not Residential | Sale Amount | $250,000.00 |
| Title Company | CHICAGO TITLE INSURANCE COMPAN | Owner | Williams & Lorenzo Prop Mgmt L 217 Hay St, Fayetteville, North Carolina, 28301 |
| Seller | Thompson Mark S & Demetrice M | | |

### Previous Owner

## Jason  Williams
## Jennifer  Williams

Jul 1, 2003

## Ownership Details

| | | | |
|---|---|---|---|
| Document Number | 34662 | Universal Land Use | Commercial Building |
| Property Indicator | Commercial | Sale Date | Jun 26, 2003 |
| Resale New Construction | Resale | Recording Date | Jul 1, 2003 |
| Absentee Indicator | Situs Address Taken From Sales Transaction - Determined Absentee Owner | Residential Model Indicator | Based On Zip Code and Value Property is Not Residential |
| Deed Securities Category | Resale, Mortgaged Purchase | Sale Amount | $250,000.00 |
| Title Company | CHICAGO TITLE INSURANCE COMPAN | Owner | Jason  Williams Jennifer  Williams |

| | | | |
|---|---|---|---|
| | | | 1010 Clarendon St, Fayetteville, North Carolina, 28305 |
| Owner Relationship Type | Husband/Wife | Seller | Thompson Mark S & Demetrice M |

**Mortgage Information**

| | | | |
|---|---|---|---|
| Mortgage Date | Jun 30, 2003 | Recording Date | Jul 1, 2003 |
| Document Number | 34662 | Mortgage Amount | $245,000.00 |
| Mortgage Loan Type | Conventional | Mortgage Deed Type | Deed Of Trust |

Previous Owner

## Williams & Lorenzo Property Management LLC

Jul 1, 2003

**Ownership Details**

| | | | |
|---|---|---|---|
| Document Number | 34662 | Universal Land Use | Commercial (Nec) |
| Property Indicator | Commercial | Sale Date | Jun 26, 2003 |
| Recording Date | Jul 1, 2003 | Absentee Indicator | Absentee(Mail And Situs Not =) |
| Residential Model Indicator | Property is Not Residential | Sale Amount | $250,000.00 |
| Title Company | CHICAGO TITLE INSURANCE COMPAN | Owner | Williams & Lorenzo Property Management LLC 5016 Wynneford Way, Raleigh, North Carolina, 27614 |
| Seller | Thompson Mark S & Demetrice M | | |

## Previously Owned Property #9

**Village Stuart Condo**

3212 Se Aster Ln Apt Q212
Stuart, Florida, 34994

Current Owner
## Paula  Buncy
Jul 31, 2007

2 beds | 1200 sq/ft

| Assessed Value | Mortgage Amount | Sale Amount | Tax Amount |
|---|---|---|---|
| $59,207.00 | $72,000.00 | $80,000.00 | $669.51 |
| 2020 | Dec 27, 2002 | Jul 13, 2007 | 2020 |

**Property Details**

| | | | |
|---|---|---|---|
| Bedrooms | Living Sq. Ft | Year Built | APN# |
| 2 | 1200 | 1983 | 38-38-41-011-016-0201.0-1-0000 |
| Type | | | |
| Condominium (Residential) | | | |

**Property Value**

| | | |
|---|---|---|
| Improvement Value | Assessed Value (2020) | Tax Amount (2020) |
| $99,000.00 | $59,207.00 | $669.51 |

## Ownership History

Current Owner
## Paula Marie Buncy

## Ownership Details

| | | | |
|---|---|---|---|
| Document Number | 1623750 | Universal Land Use | Condominium |
| Property Indicator | Condominium (Residential) | Sale Date | Dec 20, 2002 |
| Resale New Construction | Resale | Recording Date | Dec 27, 2002 |
| Absentee Indicator | Situs Address Taken From Sales Transaction - Determined Owner Occupied | Residential Model Indicator | Based On Zip Code and Value Property is Residential |
| Deed Securities Category | Residential (Modeled) | Sale Amount | $80,000.00 |
| Title Company | ATTORNEY ONLY | Owner | Paula Marie Buncy 3212 Se Aster Ln Apt Q212, Stuart, Florida, 34994 |
| Owner Relationship Type | Single Woman | Seller | Vicki Oberle |

### Mortgage Information

| | | | |
|---|---|---|---|
| Mortgage Date | Jul 13, 2007 | Recording Date | Jul 31, 2007 |
| Mortgage Due Date | Jul 12, 2017 | Document Number | 2029628 |
| Mortgage Amount | $25,500.00 | Mortgage Term | 10 Years |
| Mortgage Loan Type | Conventional | Mortgage Deed Type | Mortgage |

### Mortgage Information

| | | | |
|---|---|---|---|
| Mortgage Date | Apr 7, 2005 | Recording Date | Apr 15, 2005 |
| Mortgage Due Date | May 1, 2035 | Document Number | 1830709 |
| Mortgage Amount | $95,200.00 | Mortgage Term | 30 Years |
| Mortgage Loan Type | Conventional | Mortgage Deed Type | Mortgage |

### Mortgage Information

| | | | |
|---|---|---|---|
| Mortgage Date | Dec 20, 2002 | Recording Date | Dec 27, 2002 |
| Mortgage Due Date | Jan 1, 2033 | Document Number | 1623750 |
| Mortgage Amount | $72,000.00 | Mortgage Term | 30 Years |
| Mortgage Loan Type | Conventional | Mortgage Deed Type | Mortgage |

Previous Owner

# Jason Williams

Jan 29, 2002

## Ownership Details

| | | | |
|---|---|---|---|
| Document Number | 1549106 | Universal Land Use | Condominium |
| Property Indicator | Condominium (Residential) | Sale Date | Jan 7, 2002 |
| Recording Date | Jan 29, 2002 | Absentee Indicator | Situs Address Taken From Sales Transaction - Determined Owner Occupied |
| Residential Model Indicator | Based On Zip Code and Value Property is Residential | Deed Securities Category | Residential (Modeled) |
| Owner | Jason Williams 3212 Se Aster Ln # 000203, Stuart, Florida, 34994 | Owner Relationship Type | Married |

### Mortgage Information

| | | | |
|---|---|---|---|
| Mortgage Date | Jan 7, 2002 | Recording Date | Jan 29, 2002 |
| Mortgage Due Date | Jan 7, 2017 | Document Number | 1549106 |
| Mortgage Amount | $47,369.00 | Mortgage Term | 15 Years |
| Mortgage Loan Type | Conventional | Mortgage Deed Type | Mortgage |

**Previous Owner**

## Vicki Tuccillo

Apr 25, 2001

### Ownership Details

| | | | |
|---|---|---|---|
| Universal Land Use | Condominium | Property Indicator | Condominium (Residential) |
| Sale Date | Apr 12, 2001 | Resale New Construction | Resale |
| Recording Date | Apr 25, 2001 | Absentee Indicator | Situs Address Taken From Sales Transaction - Determined Owner Occupied |
| Residential Model Indicator | Based On Zip Code and Value Property is Residential | Deed Securities Category | Residential (Modeled) |
| Sale Amount | $30,900.00 | Title Company | SOUTH FLORIDA TITLE SVCS INC |
| Owner | Vicki Tuccillo 3212 Se Aster Ln Apt Q212, Stuart, Florida, 34994 | Owner Relationship Type | Single |
| Seller | Harrb B Wellman | | |

### Mortgage Information

| | | | |
|---|---|---|---|
| Mortgage Date | May 10, 2001 | Recording Date | May 16, 2001 |
| Mortgage Due Date | Jun 1, 2016 | Mortgage Amount | $32,000.00 |
| Mortgage Term | 15 Years | Mortgage Loan Type | Conventional |
| Mortgage Deed Type | Mortgage | | |

### Mortgage Information

| | | | |
|---|---|---|---|
| Recording Date | Apr 25, 2001 | Cash Purchase | Yes |

---

**Previous Owner**

## Harry Wellman

Jan 24, 2001

### Ownership Details

| | | | |
|---|---|---|---|
| Universal Land Use | Condominium | Property Indicator | Condominium (Residential) |
| Sale Date | Jan 10, 2001 | Resale New Construction | Resale |
| Recording Date | Jan 24, 2001 | Absentee Indicator | Situs Address Taken From Sales Transaction - Determined Absentee Owner |
| Residential Model Indicator | Based On Zip Code and Value Property is Residential | Deed Securities Category | Resale, Mortgaged Purchase, Residential (Modeled) |
| Sale Amount | $56,000.00 | Title Company | STEWART TITLE/MARTIN COUNTY |
| Owner | Harry Wellman 3922 Se Fairway W, Stuart, Florida, 34997 | Owner Relationship Type | Unmarried Man |
| Seller | Linda J Eastman | | |

### Mortgage Information

| | | | |
|---|---|---|---|
| Mortgage Date | Jan 22, 2001 | Recording Date | Jan 24, 2001 |
| Mortgage Due Date | Jan 31, 2016 | Mortgage Amount | $31,712.00 |
| Mortgage Term | 15 Years | Mortgage Loan Type | Conventional |
| Mortgage Deed Type | Mortgage | | |

---

**Previous Owner**

## Linda Eastman

Apr 2, 1998

## Ownership Details

| | | | |
|---|---|---|---|
| Universal Land Use | Condominium | Property Indicator | Condominium (Residential) |
| Sale Date | Mar 31, 1998 | Resale New Construction | Resale |
| Recording Date | Apr 2, 1998 | Absentee Indicator | Situs Address Taken From Sales Transaction - Determined Absentee Owner |
| Residential Model Indicator | Based On Zip Code and Value Property is Residential | Deed Securities Category | Resale, Mortgaged Purchase, Residential (Modeled) |
| Sale Amount | $50,000.00 | Owner | Linda  Eastman 3213 Se Aster Ln, Stuart, Florida, 34994 |
| Owner Relationship Type | Single | Seller | Virgilio F Faticianti |

## Mortgage Information

| | | | |
|---|---|---|---|
| Mortgage Date | Mar 31, 1998 | Recording Date | Apr 2, 1998 |
| Mortgage Due Date | Apr 1, 2028 | Mortgage Amount | $45,000.00 |
| Mortgage Term | 30 Years | Mortgage Loan Type | Conventional |
| Mortgage Deed Type | Mortgage | | |

## Previously Owned Property #10

### Village Stuart Condo

3212 Se Aster Ln Apt Q210
Stuart, Florida, 34994

**Current Owner**
**April  Newswander**
Oct 1, 2015

2 beds | 1200 sq/ft

| Assessed Value | Mortgage Amount | Sale Amount | Tax Amount |
|---|---|---|---|
| $50,097.00 | $72,000.00 | $100,000.00 | $610.78 |
| 2020 | Oct 27, 2003 | Sep 16, 2015 | 2020 |

### Property Details

| Bedrooms | Living Sq. Ft | Year Built | APN# |
|---|---|---|---|
| 2 | 1200 | 1983 | 38-38-41-011-016-0203.0-7-0000 |
| Type | | | |
| Condominium (Residential) | | | |

### Property Value

| Improvement Value | Assessed Value (2020) | Tax Amount (2020) |
|---|---|---|
| $99,000.00 | $50,097.00 | $610.78 |

## Ownership History

**Current Owner**
**April  Newswander**
Oct 27, 2003

### Ownership Details

| | | | |
|---|---|---|---|
| Document Number | 1703529 | Universal Land Use | Condominium |
| Property Indicator | Condominium (Residential) | Sale Date | Oct 16, 2003 |

| | | | |
|---|---|---|---|
| Resale New Construction | Resale | Recording Date | Oct 27, 2003 |
| Absentee Indicator | Situs Address Taken From Sales Transaction - Determined Owner Occupied | Residential Model Indicator | Based On Zip Code and Value Property is Residential |
| Deed Securities Category | Residential (Modeled) | Sale Amount | $100,000.00 |
| Title Company | JUPITER LAND TITLE CO | Owner | April  Newswander 3212 Se Aster Ln Apt Q210, Stuart, Florida, 34994 |
| Owner Relationship Type | Single Woman | Seller | John  Markert Jean  Markert |

## Mortgage Information

| | | | |
|---|---|---|---|
| Mortgage Date | Sep 16, 2015 | Recording Date | Oct 1, 2015 |
| Mortgage Due Date | Oct 16, 2045 | Document Number | 2537680 |
| Mortgage Amount | $45,000.00 | Mortgage Term | 30 Years |
| Mortgage Loan Type | Conventional | Mortgage Deed Type | Equity Or Credit Line |

## Mortgage Information

| | | | |
|---|---|---|---|
| Mortgage Date | Oct 16, 2003 | Recording Date | Oct 27, 2003 |
| Mortgage Due Date | Nov 1, 2033 | Document Number | 1703529 |
| Mortgage Amount | $72,000.00 | Mortgage Term | 30 Years |
| Mortgage Loan Type | Conventional | Mortgage Deed Type | Mortgage |

## Previous Owner

**John  Markert**

**Jean  Markert**

Mar 28, 2003

## Ownership Details

| | | | |
|---|---|---|---|
| Document Number | 1646284 | Universal Land Use | Condominium |
| Property Indicator | Condominium (Residential) | Sale Date | Mar 25, 2003 |
| Resale New Construction | Resale | Recording Date | Mar 28, 2003 |
| Residential Model Indicator | Based On Zip Code and Value Property is Residential | Deed Securities Category | Resale, Cash Purchase, Residential (Modeled) |
| Sale Amount | $57,000.00 | Owner | John  Markert Jean  Markert 4916 Sw Lake Grove Cir, Palm City, Florida, 34990 |
| Owner Relationship Type | Husband/Wife | Seller | Jason A Williams |

## Mortgage Information

| | | | |
|---|---|---|---|
| Recording Date | Mar 28, 2003 | Cash Purchase | Yes |
| Document Number | 1646284 | | |

## Previous Owner

## Ownership Details

| | | | |
|---|---|---|---|
| Universal Land Use | Condominium | Property Indicator | Condominium (Residential) |
| Sale Date | Jan 7, 2002 | Recording Date | Jan 29, 2002 |
| Residential Model Indicator | Based On Zip Code and Value Property is Residential | Deed Securities Category | Residential (Modeled) |

## Mortgage Information

| | | | |
|---|---|---|---|
| Mortgage Date | Jan 7, 2002 | Recording Date | Jan 29, 2002 |
| Mortgage Due Date | Jan 7, 2017 | Mortgage Amount | $47,369.00 |

| | | | |
|---|---|---|---|
| Mortgage Term | 15 Years | Mortgage Loan Type | Conventional |
| Mortgage Deed Type | Mortgage | | |

---

Previous Owner

## Jason Williams

Feb 15, 2000

### Ownership Details

| | | | |
|---|---|---|---|
| Universal Land Use | Condominium | Property Indicator | Condominium (Residential) |
| Sale Date | Feb 10, 2000 | Resale New Construction | Resale |
| Recording Date | Feb 15, 2000 | Absentee Indicator | Situs Address Taken From Sales Transaction - Determined Absentee Owner |
| Residential Model Indicator | Based On Zip Code and Value Property is Residential | Deed Securities Category | Resale, Mortgaged Purchase, Residential (Modeled) |
| Sale Amount | $59,000.00 | Title Company | STEWART TITLE/MARTIN COUNTY |
| Owner | Jason Williams 901 Tallstone Dr, Fayetteville, North Carolina, 28311 | Owner Relationship Type | Single Man |
| Seller | Ted J Leslie | | |

### Mortgage Information

| | | | |
|---|---|---|---|
| Mortgage Date | Feb 8, 2000 | Recording Date | Feb 15, 2000 |
| Mortgage Due Date | Jan 1, 2030 - Dec 31, 2030 | Mortgage Amount | $47,000.00 |
| Mortgage Term | 30 Years | Mortgage Loan Type | Conventional |
| Mortgage Deed Type | Mortgage | | |

---

Previous Owner

## Virginia M Leslie

Dec 10, 1996

## Ted J Leslie

Dec 10, 1996

### Ownership Details

| | | | |
|---|---|---|---|
| Universal Land Use | Condominium | Property Indicator | Condominium (Residential) |
| Sale Date | Nov 25, 1996 | Resale New Construction | Resale |
| Recording Date | Dec 10, 1996 | Residential Model Indicator | Based On Zip Code and Value Property is Residential |
| Deed Securities Category | Interfamily Transfer, Resale, Residential (Modeled) | Owner | Virginia M Leslie 17685 E Kirkwood Dr, Clinton Township, Michigan, 48038Ted J Leslie 17685 E Kirkwood Dr, Clinton Township, Michigan, 48038 |
| Seller | Virginia M Leslie Tedc J Leslie | | |

### Deed Information

| | | | |
|---|---|---|---|
| Document Type | Quit Claim | Registry Entry Date | Dec 10, 1996 |
| Transaction Type | Nominal | Batch ID | 19350102 |
| Batch Sequence | 19045 | | |

### Deed Information

| | | | |
|---|---|---|---|
| Document Type | Quit Claim | Registry Entry Date | Dec 10, 1996 |
| Transaction Type | Nominal | Batch ID | 19350102 |

# Vehicles Owned or Driven

## Toyota Prius

Vehicle Identification Number (VIN)

JTDKB20UX53033613

## Mercedes Benz G Class

Vehicle Identification Number (VIN)

WDCYC3HF1AX183190

## Mercedes-Benz S-Class

Vehicle Identification Number (VIN)

WDDNG7DB6DA499267

## Mercedes-Benz E-Class

Vehicle Identification Number (VIN)

WDBUF56X77B009907

## Mercedes-Benz S-Class

Vehicle Identification Number (VIN)

WDDNG71X89A246085

## Toyota Prius

Vehicle Identification Number (VIN)

JTDKB20UX53033644