# EXHIBIT 12

| | |
|---|---|
| **From:** | Dan Haley |
| **To:** | "HILL, RAY A" |
| **Cc:** | Amy Milberger; Cameron Clark; Alan Fagergren |
| **Subject:** | RE: Cory Pein        - FL Brandon Bloomingdale - |
| **Date:** | Wednesday, September 18, 2019 5:50:17 PM |
| **Attachments:** | Stephen Defiore - Sim card case - FL Brandon Bloomingdale.pdf |

Ray,

Attached is our case summary on Stephen Defiore. Thru video footage and account research, I found that only Stephen Defiore was involved in unauthorized sim card changes. Defiore took full responsibility for all sim card changes that we were made aware of by At&t. When I spoke with Defiore during the investigation, he did state there may have been instances where another employee was logged into Opus while he was making unauthorized sim card changes. He also stated that no other employees were aware of his actions.

It was communicated to us that sales associate Cory Pein and Victoria Maher were named in this investigation by At&t. Pein and Maher were not found to be involved with any unauthorized sim card changes during the investigation. Pein also remained employed during and after this investigation with no periods of a leave of absence or resignation.

For this reason, Pein's AttUID -     , should remain active.

**DAN HALEY**
Senior Loss Prevention Manager | Prime Communications
Phone: (970) 376-7336 | dhaley@primecomms.com



**From:** Dan Haley
**Sent:** Friday, August 30, 2019 4:20 PM
**To:** 'HILL, RAY A' <rh7889@att.com>
**Cc:** Amy Milberger <amilberger@primecomms.com>; Cameron Clark <cclark@primecomms.com>; Alan Fagergren <afagergren@primecomms.com>
**Subject:** RE: Cory Pein        - FL Brandon Bloomingdale -

Ray,

From Wednesday's conversation, Cory Pein did not leave the company at any point since his hire date of 10/2017.

You had mentioned this was related to the sim swap case with Stephen Defiore. The only AttUID that I recall being named during the investigation was Victoria Maher      .

**DAN HALEY**
Senior Loss Prevention Manager | Prime Communications
Phone: (970) 376-7336 | dhaley@primecomms.com



**From:** Dan Haley
**Sent:** Friday, August 23, 2019 10:42 AM

**To:** HILL, RAY A <rh7889@att.com>
**Cc:** Amy Milberger <amilberger@primecomms.com>; Cameron Clark <cclark@primecomms.com>; Alan Fagergren <afagergren@primecomms.com>
**Subject:** RE: Cory Pein          - FL Brandon Bloomingdale -

Morning Ray,

Are you able to get a final answer on this AttUID? Sales leadership is asking for a resolution.

**DAN HALEY**
Senior Loss Prevention Manager | Prime Communications
Phone: (970) 376–7336 | dhaley@primecomms.com



**From:** HILL, RAY A <rh7889@att.com>
**Sent:** Monday, August 12, 2019 2:48 PM
**To:** Dan Haley <dhaley@primecomms.com>
**Cc:** Amy Milberger <amilberger@primecomms.com>; Cameron Clark <cclark@primecomms.com>; Alan Fagergren <afagergren@primecomms.com>
**Subject:** RE: Cory Pein          - FL Brandon Bloomingdale -

[External Email]

I am awaiting 1 more response to rule out any other investigations.
Sorry for the amount of time to confirm.
Semper Fi,
Ray A. Hill
Associate Director – Compliance (Retail)
AT&T Mobility and Entertainment Operations
814-521-0057

**From:** Dan Haley <dhaley@primecomms.com>
**Sent:** Monday, August 12, 2019 12:36 PM
**To:** HILL, RAY A <rh7889@att.com>
**Cc:** Amy Milberger <amilberger@primecomms.com>; Cameron Clark <cclark@primecomms.com>; Alan Fagergren <afagergren@primecomms.com>
**Subject:** RE: Cory Pein          - FL Brandon Bloomingdale -

Ray,

Are we able to reactivate this associate's login? We discussed on Wednesday that this may have been done in error.

**DAN HALEY**
Senior Loss Prevention Manager | Prime Communications
Phone: (970) 376–7336 | dhaley@primecomms.com



**From:** HILL, RAY A <rh7889@att.com>
**Sent:** Thursday, August 1, 2019 2:40 PM
**To:** Dan Haley <dhaley@primecomms.com>
**Cc:** Amy Milberger <amilberger@primecomms.com>; Cameron Clark <cclark@primecomms.com>; Alan Fagergren <afagergren@primecomms.com>
**Subject:** RE: Cory Pein    - FL Brandon Bloomingdale -

[External Email]

Researching and will advise.

**From:** Dan Haley <dhaley@primecomms.com>
**Sent:** Thursday, August 01, 2019 2:28 PM
**To:** HILL, RAY A <rh7889@att.com>
**Cc:** Amy Milberger <amilberger@primecomms.com>; Cameron Clark <cclark@primecomms.com>; Alan Fagergren <afagergren@primecomms.com>
**Subject:** FW: Cory Pein    - FL Brandon Bloomingdale -

Ray,
Are you able to give me any information/investigative findings on the associate below? We are trying to determine why his AttUID is disabled.
Thank you,

**DAN HALEY**
Senior Loss Prevention Manager | Prime Communications
**Phone:** (970) 376–7336 | dhaley@primecomms.com



**From:** Amy Milberger <amilberger@primecomms.com>
**Sent:** Thursday, August 1, 2019 2:20 PM
**To:** Dan Haley <dhaley@primecomms.com>
**Cc:** Cameron Clark <cclark@primecomms.com>; Alan Fagergren <afagergren@primecomms.com>
**Subject:** RE: Cory Pein    - FL Brandon Bloomingdale -

Was not a request from me.

**Amy Milberger**
LP: Investigations Manager - | Prime Communications
Amilberger@primecomms.com
**O:** (281) 276-4677

att_auth_ret_hz_alt_lkp_rgb_pos



Confidentiality Notice: This email and any files transmitted in conjunction therewith are the property of Prime Communications, are confidential, and are intended solely for the individual or entity to which this email is addressed. If you aren't a named recipient(s) or otherwise believe that you have received this message in error, please notify the sender at 281-240-7800 and please delete this message immediately. Any other use, retention, dissemination, printing or copying is strictly prohibited.

**From:** Dan Haley <dhaley@primecomms.com>
**Sent:** Thursday, August 1, 2019 1:18 PM
**To:** Amy Milberger <amilberger@primecomms.com>
**Cc:** Cameron Clark <cclark@primecomms.com>; Alan Fagergren <afagergren@primecomms.com>
**Subject:** Cory Pein             - FL Brandon Bloomingdale -

Amy and Cam,

Do we have anything from At&t AP or Sales Integrity teams on investigating Cory Pein? His AttUID was shut off end of June, and the DM stated that he never received information for the reasoning. According to At&t local leadership in FL, Att denied re-enabling his ID because it was blocked by LP.

**DAN HALEY**
Senior Loss Prevention Manager | Prime Communications
Phone: (970) 376–7336 | dhaley@primecomms.com

