# EXHIBIT 13



Withers Bergman LLP

430 Park Avenue, 10th Floor, New York, New York 10022-3505
t: +1 212 848 9800
f: +1 212 848 9888
www.withersworldwide.com

September 24, 2021

**By Email mbreslin@kilpatricktownsend.com**

Michael Breslin, Esq.
Kilpatrick Townsend & Stockton LLP
Suite 2800
1100 Peachtree Street NE
Atlanta, GA  30309-4528

    **Re:**    **Williams v. AT&T Mobility**
             **Case No. 5:19-cv-475-BO**

Mr. Breslin,

    Pursuant to paragraphs 2.e. and 3 of the Court's September 17, 2021, Order in the above-captioned action (Doc. No. 87), please find the following information for accounts Mr. Williams utilized in connection with his cryptocurrency mining account.

| Website | Account Name | Associated Email | Period of Account |
|---|---|---|---|
| Coinbase | N/A –Login with email address | jasonwilliamseow@gmail.com | 9/21/2018-11/5/2018 |
| Gemini | N/A –Login with email address | jasonwilliamseow@gmail.com  jwilliams@prtitech.com | 5/22/17-present |
| Slush Pool | apolloKidsmining | jwilliams@prtitech.com | 2/09/2019-present |
| Slush Pool | ApolloKidsMining10 | jasonwilliamseow@gmail.com | Approximately 6/2017-2/2019[1] |

Regards,

Christopher N. LaVigne

---

[1] Mr. Williams believes the information in this row is generally correct, but is unable to confirm that because he cannot access this Slush Pool account or his Gmail associated with this account, and has not received any records from Slush Pool that would verify this information.

direct: +1 212 848 9882
fax: +1 212 824 4282
e-mail: christopher.lavigne@withersworldwide.com
admitted in New York
NY28603/0001-US-9916964/1

Withersworldwide
London  Cambridge  Geneva  Milan  Padua
Hong Kong  Singapore  Tokyo  British Virgin Islands
New York  Boston  Greenwich  New Haven  Texas
San Francisco  Los Angeles  Rancho Santa Fe  San Diego