# EXHIBIT 15





**10:55 AM**  51%

PA

Pete >

Geez persistent. Is your daughter safe?

You can also report this to the local PD for their awareness and request a patrol for the next couple days

They are all with me.

I picked up and there was some guy on the phone. Lots of background noise. I just hung up

Ok. Definitely call the locals to report. I could see these guys trying to pull of a "swatting" attack to intimidate you

Ok. I just called the local PD. What is a swatting attack

Text Message

CONFIDENTIAL                GW_0035