# EXHIBIT 16

# Messages

🔍 Search

---

**Anthony, Mark & Darpan**    6:45 PM ›
Which is pretty amazing once you spar...

---

**+1 (408) 389-5162**    6:44 PM ›
Answer the phone or your daughter will
go missing tonight.

---

**+1 (1) (216) 116-11**    6:39 PM ›
14000000000 Error Invalid Number. Pl...

---

**+1 (400) 000-0000**    6:39 PM ›
Sorry, I can't talk right now.

---

**753-5**    6:37 PM ›
AT&T msg: Your validation code is: 77...

---

**+1 (216) 342-9474**    6:35 PM ›
Sorry, I can't talk right now.