# EXHIBIT 17

# Application for Tax Paid Transfer and Registration of Firearm

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

OMB No. 1140-0014 (08/31/2022)

**ATF Control Number:** OMG65910

**SUBMIT in DUPLICATE** — [NFA] Act Division, [Bureau of Alcohol], Tobacco, Firearms and Explosives, P.O. Box 5015, Portland, OR 97208-5015

### 1. Type of Transfer
- [ ] $5
- [x] $200

Submit the appropriate [tax]. The tax may be paid by check or money order. Please complete the application; we will [return approval] of the required [forms] National Firearms Act stamp[s].

### 2a. Transferee's Full Legal Name and Address
JASON ANTHONY WILLIAMS
5016 WYNNEFORD WAY
RALEIGH, NC 27614

- [ ] Corporation
- [ ] Other Legal Entity
- [x] Individual
- [ ] Trust

**2b. County/Parish:** WAKE

### 3a. Transferor's Full Legal Name and Address
CAROLINA GUNRUNNERS LLC
1141 FALLS RIVER AVENUE SUITE 110
RALEIGH, NC 27614

**3b. E-mail address:** HIHIE7@WHERESMYCAN.COM

**3c. Transferor's Telephone:** (919) 803-4605

**3d.** If Applicable: Decedent's Name, Address, and Date of Death

**3e.** Number, Street, City, State and Zip Code of Residence (or Firearms Business Premises) If Different from Item 3a.

### 4. Description of Firearm

| a. Name and Address of Maker Manufacturer and/or Importer of Firearm | b. Type of Firearm | c. Caliber or Gauge | d. Model | e. Barrel Length | f. Overall Length |
|---|---|---|---|---|---|
| SILENCERCO, LLC<br>5511 SOUTH 6055 WEST<br>WEST VALLEY CITY, UT 84118 | SILENCER | .300 | OMEGA | N/A | 7.75 |

**g. Serial Number:** OMG-65910

**h.** Additional Description or Data Appearing on Firearm

### 5. Transferee's Federal Firearms License (if any) or Explosives License or Permit Number
(blank)

### 6. Transferee's Special (Occupational) Tax Status (If any)
a. Employer Identification Number: (blank)
b. Class: (blank)

### 7. Transferor's Federal Firearms License

| First 6 digits | 2 digits | 2 digits | 5 digits |
|---|---|---|---|
| 156183 | 01 | 1A | 06915 |

### 8. Transferor's Special (Occupational) Tax Status
a. Employer Identification Number: 45-3183358
b. Class: 3

### 9. Signature of Transferor
(signed)

### 10. Name and Title of Authorized Official
JAMES MCCOMAS, NFA MANAGER

### 11. Date
5/6/2020

---

By Authority of The Director, This Application Has Been Examined, and the Transfer and Registration of the Firearm Described Herein and the Interstate Movement of that Firearm, When Applicable, to the Transferee are:

- [x] Approved
- [ ] Disapproved

**Stamp Denomination:** (blank)

**Signature of Authorized ATF Official:** Kerri Hinzman

**Date:** OCT 0 8 2020

Previous Editions Are Obsolete
ATF Copy 2 - To Be Returned To Registrant
ATF Form 4 (5320.4) Revised September 2019

Case 5:19-cv-00475-BO  Document 172-17  Filed 11/20/23  Page 2 of 6
CONFIDENTIAL
JW_3294

**Transferee Certification**

12. Law Enforcement Notification *(See instruction 2f)*

The transferee is to provide notification of the proposed acquisition and possession of the firearm described on this Form 4 by providing a copy of the completed form to the chief law enforcement officer in the agency identified below:

NCDOJ, OFFICE OF THE ATTORNEY GENERAL          JOSH STEIN, ATTORNEY GENERAL

Agency or Department Name                                          Name and Title of Official

9001 MAIL SERVICE CENTER
RALEIGH, NC 27699

Address *(Street address or P.O. Box, City, State and Zip Code)* to which sent *(mailed or delivered)*

**Information for the Chief Law Enforcement Officer**

This form provides notification of the transferee's intent to acquire and possess a National Firearms Act (NFA) firearm. No action on your part is required. However, should you have information that may disqualify this person from acquiring or possessing a firearm, please contact the NFA Division at (304) 616-4500 or NFA@atf.gov. A "Yes" answer to items 14.a. through 14.h. or 18.d. or 18.e. could disqualify a person from acquiring or possessing a firearm. Also, ATF will not approve an application if the transfer or possession of the firearm is in violation of State or local law.

13. Transferee Necessity Statement *(See instruction 2e)*

I, **JASON ANTHONY WILLIAMS**, have a reasonable necessity to possess the machinegun, short-barreled rifle,
*(Name and Title of Transferee)*

short-barreled shotgun, or destructive device described on this application for the following reason(s) _____

**INVESTMENT AND ALL OTHER LAWFUL PURPOSES**

and my possession of the device or weapon would be consistent with public safety (18 U.S.C. § 922(b) (4) and 27 CFR § 478.98).

**Transferee Questions** *(Complete Only When Transferee is An Individual)*

14. Answer questions 14.a. through 14.h. Answer questions 16, 17, 18, 19 and 20, if applicable. For any "Yes" answer the transferee shall provide details on a separate sheet. *(See instruction 7b and definitions)*

| | Yes | No |
|---|---|---|
| a. Are you under indictment or information in any court for a felony, or any other crime, for which the judge could imprison you for more than one year? *(See definition 1m)* | | X |
| b. Have you ever been convicted in any court for a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See definition 1m)* | | X |
| c. Are you a fugitive from justice? *(See definition 1s)* | | X |
| d. Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? **Warning: The use or possession of marijuana remains unlawful under Federal law regardless of whether it has been legalized or decriminalized for medicinal or recreational purposes in the state where you reside.** | | X |
| e. Have you ever been adjudicated as a mental defective **OR** have you ever been committed to a mental institution? *(See definitions 1n and 1o)* | | X |
| f. Have you been discharged from the Armed Forces under **dishonorable** conditions? | | X |
| g. Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? *(See definition 1p)* | | X |
| h. Have you ever been convicted in any court of a misdemeanor crime of domestic violence? *(See definition 1q)* | | X |

15. Photograph

Date of Birth: 03/11/1974

17a. Ethnicity: [ ] Hispanic or Latino  [X] Not Hispanic or Latino

17b. Race: [ ] American Indian or Alaska Native  [ ] Asian  [ ] Black or African American  [X] White  [ ] Native Hawaiian or Other Pacific Islander

18a. Country of Citizenship: *(Check/List more than one, if applicable. Nationals of the United States may check U.S.A.) (See definition 1r)*

[X] United States of America   [X] Other Country/Countries *(specify)*: **UNITED KINGDOM**

18b. State of Birth: **NEW YORK**    18c. Country of Birth: **UNITED STATES OF AMERICA**

| | Yes | No |
|---|---|---|
| d. Have you ever renounced your United States citizenship? | | X |
| e. Are you an alien illegally or unlawfully in the United States? | | X |
| f.1. Are you an alien who has been admitted to the United States under a nonimmigrant visa? | | X |
| f.2. If "yes", do you fall within any of the exceptions stated in the instructions? Attach the documentation to the application | [X] N/A | |

19. If you are an alien, record your U.S.-Issued Alien or Admission number (AR#, USCIS#, or 194#): _____

20. Have you been issued a Unique Personal Identification Number *(UPIN)*? *(See instruction 2h)* [ ] Yes [X] No   If yes please list _____

ATF Form 4 (5320.4)
Revised September 2019

ATF Copy 2 - To Be Returned To Registrant

CONFIDENTIAL                                                                                                          JW_3295

CERTIFICATION: Under penalties imposed by 18 U.S.C. § 924 and 26 U.S.C. § 5861, I certify that, upon submission of this form to ATF, a completed copy of this form will be directed to the chief law enforcement officer *(CLEO)* shown in item 12, that the statements, as applicable, contained in this certification, and any attached documents in support thereof, are true and correct to the best of my knowledge and belief. NOTE: See instructions 2.d(2) and 2.d(3) for the items to be completed depending on the type of transferee.

_____  5/6/2020
Signature of Transferee                     Date

21. Number of Responsible Persons *(see definitions)* associated with the transferee trust or legal entity ___0___

22. Provide the full name (printed or typed) below for each Responsible Person associated with the applicant trust or legal entity (if there are more Responsible Persons than can be listed on the form, attach a separate sheet listing the additional Responsible Person(s)). Please note that a completed Form 5320.23, National Firearms Act (NFA) Responsible Person Questionnaire, must be submitted with the Form 4 application for each Responsible Person.

Full Name                                   Full Name



**Important Information for Currently Registered Firearms**

If you are the current registrant of the firearm described on this form, please note the following information.

**Estate Procedures:** For procedures regarding the transfer of firearms in an estate resulting from the death of the registrant identified in item 2a, the executor should contact the NFA Division, Bureau of Alcohol, Tobacco, Firearms and Explosives, 244 Needy Road, Martinsburg, WV 25405.

**Change of Address:** Unless currently licensed under the Gun Control Act, the registrant shall notify the NFA Division, Bureau of Alcohol, Tobacco, Firearms and Explosives, 244 Needy Road, Martinsburg, WV 25405, in writing, of any change to the address in item 2a.

**Change of Description:** The registrant shall notify the NFA Division, Bureau of Alcohol, Tobacco, Firearms and Explosives, 244 Needy Road, Martinsburg, WV 25405, in writing, of any change to the description of the firearm(s) in item 4.

**Interstate Movement:** If the firearm identified in item 4 is a **machinegun, short-barreled rifle, short-barreled shotgun,** or **destructive device,** the registrant may be required by 18 U.S.C. § 922(a)(4) to obtain permission from ATF prior to any transportation in interstate or foreign commerce. ATF Form 5320. 20 can be used to request this permission.

**Restrictions on Possession:** Any restriction *(see approval block on face of form)* on the possession of the firearm identified in item 4 continues with the further transfer of the firearm.

**Persons Prohibited from Possessing Firearms:** If the registrant becomes prohibited from possessing a firearm, please contact the NFA Division for procedures on how to dispose of the firearm.

**Proof of Registration:** A person possessing a firearm registered as required by the NFA shall retain proof of registration which shall be made available to any ATF officer upon request.

**Paperwork Reduction Act Notice**

This form meets the clearance requirements of the Paperwork Reduction Act of 1995. The information you provide is used in applying to transfer serviceable firearms taxpaid. Data is used to identify transferor, transferee, and firearm, and to ensure legality for transfer under Federal, State and local laws. The furnishing of this information is mandatory (26 U.S.C. § 5812).

The estimated average burden associated with this collection of information is 3.78 hours per respondent or recordkeeper, depending on individual circumstances. Comments concerning the accuracy of this burden estimate and suggestion for reducing this burden should be addressed to Reports Management Officer, Information Technology Coordination Staff, Bureau of Alcohol, Tobacco, Firearms and Explosives, Washington, DC 20226.

An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number.

ATF Form 4 (5320.4)
Revised September 2019

ATF Copy 2 - To Be Returned To Registrant

CONFIDENTIAL                                                                 JW_3296

2020290291



# 10/8/2020

Examiner: KHINZMAN

CAROLINA GUNRUNNERS LLC

1141 FALLS RIVER AVENUE SUITE 110

RALEIGH, NC 27614

FORM 4

Trade Name: WILLIAMS

Fiche Number: 20-140-0501

SN: OMG65910

Additional Control # (if available):

## Carolina Gunrunners

1141 Falls River Ave Suite 110  
Raleigh, NC, 27614  
919-803-4605  
info@carolinagunrunners.com, www.carolinagunrunners.com

**RECEIPT NO: 115120**

| | |
|---|---|
| Sale Type | STANDARD |
| Sale Status | COMPLETE |
| Reg | POS-2 |
| Purchase Date | 5/5/2020 2:08:55 PM |
| Clerk ID | 66 |
| Close Date | 5/5/2020 |

### Customer Info: Jason Anthony Williams

Customer No: 11701  Company:  
Address: 5016 Wynneford Way  
Suite/Apt:  
City: Raleigh  State: NC  Zip: 27614  
Home: 919-889-7464  Work: - -  Cell:

### Ship To:

Customer No: 0  Company:  
Address:  
Suite/Apt:  
City:  State:  Zip:  
Home:  Work:  Cell:

### Purchase Summary

| Pl* | Part No | Description | Serial No: | Qty | Unit Price | % Disc. | Disc. | SubTotal | Tax |
|---|---|---|---|---|---|---|---|---|---|
| SN | SU2281 | SILENCERCO OMEGA 300 BLK | OMG-65910 | 1 | $889.99 | 0 | $0.00 | $889.99 | 7.25 |
| SN | PMCX-300B-9B-TAP | SIG SAUER MCX VIRTUS 300BO 9" GRAY | 63F037208 | 1 | $1,979.99 | 0 | $0.00 | $1,979.99 | 7.25 |
| S | SSIG-FBS-R0BT-00 | TROY FLDNG REAR BATTLE SIGHT BLK | | 1 | $109.99 | 0 | $0.00 | $109.99 | 7.25 |
| S | SSIG-FBS-FMBT-00 | TROY FLDNG M4 FRONT BATTLE SIGHT BLK | | 1 | $99.99 | 0 | $0.00 | $99.99 | 7.25 |
| S | E300A2-20 | Sig Sauer 300Blk Subsonic 220gr | | 1 | $24.99 | 0 | $0.00 | $24.99 | 7.25 |
| S | E300A2-20 | Sig Sauer 300Blk Subsonic 220gr | | 1 | $24.99 | 0 | $0.00 | $24.99 | 7.25 |

### Payment Summary

| Tender Type | Pay Date | Amt. Tendered | Amt. Paid | Change | Approval #/Other Info | Tender No. | Exp. Date |
|---|---|---|---|---|---|---|---|
| Credit Card | 5/5/2020 | $3,356.85 | $3,356.85 | $0.00 | Manual | XX0000 | / |

### Receipt Summary

Event Name: JWILLIAMS@PRTITECH.COM

SUBTOTAL (UnTaxed): $0.00  
SUBTOTAL (Taxed): $3,129.94  
Receipt Discount: $0.00  
TAX: $226.91  

**Payment Completely Satisfied. Balance: $ 0.00**  
NICS No: NC223187  NICS Status: PROCEED  
Tracking Number: L53-42, L52-562  

RECEIPT TOTAL: $3,356.85  
TOTAL TENDERED: $3,356.85  
CHANGE DUE: $0.00  
CHANGE TYPE: NONE

### Comments

Fee Comment:  
Void Reason: Customer took Muzzle Brake on 6-20-2020 JBP

### Receipt Disclaimer

All Sales are Final  
Have a Nice Day!

Date/Time Printed: 5/5/2020 2:31:18 PM  ORIGINAL  Page: 1

CONFIDENTIAL                                                          JW_3298