# EXHIBIT 18



CONFIDENTIAL
JW_0037



Yeah. And I was too drunk to think straight. What fucking moron falls for that. Only me

3:02 PM

Lol they didn't get anything from you I hope. Sorry man!

3:05 PM ✓

Was not your fault but I sent them a full btc. I was deer hunting and we were celebrating and I got caught up cuz I thought I was helping you and it was bad but I suppose a lesson my dumbass needs to learn.

3:09 PM

Omg.

Jesus

3:10 PM ✓

GIF  Start a message  ☺