# EXHIBIT 20

| | |
|---|---|
| **From:** | google-legal-support@google.com |
| **Sent:** | Thursday, April 1, 2021 9:35 PM |
| **To:** | Gallo, Joseph; google-legal-support@google.com |
| **Cc:** | LaVigne, Christopher |
| **Subject:** | RE: Inquiry Related to Williams v. AT&T Mobility, LLC (Internal Reference No. 5310698) |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Dear Mr. Gallo,

I'm sorry to hear your client was unable to regain access to their account. Unfortunately, the there are no other avenues in which the user can attempt to regain access.

I understand you may seek information about the user's account through a subpoena. I am happy to discuss that process with you and explain what information Google can provide pursuant to a subpoena. Please let me know if you would like to meet and confer to discuss this matter in more detail.

Regards,
Laura Devine
Google Legal Investigations Support

On Mon, Mar 22, 2021 at 20:54 UTC "Gallo, Joseph" <Joseph.Gallo@https://protect-eu.mimecast.com/s/uNDnCjpPC30qA6SWnRPL?domain=withersworldwide.com> wrote:

> Ms. Devine:
>
> We have not received a response to my previous email. What else can be done for my client to regain access to his Gmail account? As previously mentioned, we would like to work with you to restore our client's access to his account without the need to issue a subpoena, but if that is not possible, please let us know. Thank you.
>
> Regards,
>
> Joe
>
> **Joseph Gallo**
> Senior Associate
> Litigation
> t +1 212 848 9856
> withersworldwide.com | my profile
>
> Secretary: Lana Moon  t +1 212 848 9821
>
> Withers Bergman LLP
> 430 Park Avenue, 10th Floor, New York, New York 10022-3505

**Error! Filename not specified.**

**From:** Gallo, Joseph
**Sent:** Thursday, March 11, 2021 2:29 PM
**To:** 'google-legal-support@google.com' <google-legal-support@google.com>
**Cc:** LaVigne, Christopher <christopher.lavigne@https://protect-eu.mimecast.com/s/uNDnCjpPC30qA6SWnRPL?domain=withersworldwide.com>
**Subject:** RE: Inquiry Related to Williams v. AT&T Mobility, LLC (Internal Reference No. 5310698)

Ms. Devine:

My client attempt to re-access his account, but was not able to do so. He followed the instructions in the link he received from your colleagues, but was unable to proceed past the point where he was asked to have an authentication code emailed to his other email address (jwilliams@prtitech.com). When he asked for the code to be sent to his other email address, he received an error message (see attached error message) and did not receive a code.

What else can be done for my client to regain access? Please let us know, thanks.

Joe

**Joseph Gallo**
Senior Associate
Litigation
t +1 212 848 9856
withersworldwide.com | my profile

Secretary: Lana Moon  t +1 212 848 9821

Withers Bergman LLP
430 Park Avenue, 10th Floor, New York, New York 10022-3505

**Error! Filename not specified.**

**From:** google-legal-support@google.com [mailto:google-legal-support@https://protect-eu.mimecast.com/s/mFIaCxKmt9jABGS0HvlH?domain=google.com]
**Sent:** Monday, March 1, 2021 9:00 PM
**To:** Gallo, Joseph <Joseph.Gallo@https://protect-eu.mimecast.com/s/uNDnCjpPC30qA6SWnRPL?domain=withersworldwide.com>; google-legal-support@google.com
**Cc:** LaVigne, Christopher <Christopher.LaVigne@https://protect-eu.mimecast.com/s/uNDnCjpPC30qA6SWnRPL?domain=withersworldwide.com>
**Subject:** RE: Inquiry Related to Williams v. AT&T Mobility, LLC (Internal Reference No. 5310698)

Dear Mr. Gallo,

Thank you for confirming that your client received the email from our account recovery team. It can be helpful to use a familiar device or location when attempting to login. Additionally, do your best to not skip any security questions and to be as precise as possible when answering them.

Please let me know if your client is able to re-access their account.

Regards,

Laura Devine

On Mon, Mar 01, 2021 at 17:02 UTC "Gallo, Joseph" <Joseph.Gallo@https://protect-https://protect-eu.mimecast.com/s/VtbdCyLnU03MJjtvgwCL?domain=eu.mimecast.comjqOCM36iRoA2QcWvRoh?domain=https://protect-eu.mimecast.com/s/uNDnCjpPC30qA6SWnRPL?domain=withersworldwide.com> wrote:

Ms. Devine:

Further to our communications, I am forwarding the below email that my client received from Google Support on Saturday. Please let us know if there is anything we can do on our end to help restore my client's access to his account, thanks.

From: accounts-support@google.com
Date: February 27, 2021 at 4:06:06 AM EST
To: jwilliams@prtitech.com
Subject: Re: [6-6450000031520] Your Google Support Inquiry

**Google Support**

Hello,

We understand that you can't sign in to jasonwilliamseow@gmail.com. You can file a claim and start the process to get back into your account.

To recover your account:

File a claim with the Google Internal Escalations link. This is a special link, so please do not share it with anyone.

Important: This link creates a claim so the Google Accounts team can investigate, but doesn't guarantee you'll get your account back. However, please make sure we have the relevant information to investigate.

If you have already filed a request, please respond with the case ID/contact email provided while filling the Account Recovery form. If not, please reply on this thread once you have filed a claim.

Need more help? See http://g.co/loginhelp

Regards,

The Google Accounts team

HELP CENTER

© Google Inc. 1600 Amphitheatre Parkway Mountain View, CA 94043

Joseph Gallo
Senior Associate

Litigation
t +1 212 848 9856
withersworldwide.com | my profile

Secretary: Lana Moon  t +1 212 848 9821

Withers Bergman LLP
430 Park Avenue, 10th Floor, New York, New York 10022-3505

---

**From:** Gallo, Joseph
**Sent:** Friday, February 26, 2021 5:36 PM
**To:** 'google-legal-support@google.com' <google-legal-support@google.com>
**Cc:** LaVigne, Christopher <christopher.lavigne@https://protect-eu.mimecast.com/s/_jqOCM36iRoA2QcWvRoh?domain=withersworldwide.com>
**Subject:** RE: Inquiry Related to Williams v. AT&T Mobility, LLC (Internal Reference No. 5310698)

Thank you Ms. Devine.  Per the attachment to our previous email (re-attached hereto for your convenience), my client used the email address jwilliams@prtitech.com in connection with his account recovery request.  We look forward to you and your team's prompt response regarding my client's account.  If you need any more information regarding my client's account, please do not hesitate to contact me.

Regards,

Joe

**Joseph Gallo**
Senior Associate
Litigation
t +1 212 848 9856
withersworldwide.com | my profile

Secretary: Lana Moon  t +1 212 848 9821

Withers Bergman LLP
430 Park Avenue, 10th Floor, New York, New York 10022-3505

---

**From:** google-legal-support@google.com [mailto:google-legal-support@https://protect-eu.mimecast.com/s/NveACW3RiPpW6AFrsC_m?domain=google.com]
**Sent:** Friday, February 26, 2021 5:27 PM
**To:** Gallo, Joseph <Joseph.Gallo@https://protect-eu.mimecast.com/s/_jqOCM36iRoA2QcWvRoh?domain=withersworldwide.com>; google-legal-support@google.com
**Cc:** LaVigne, Christopher <Christopher.LaVigne@https://protect-eu.mimecast.com/s/_jqOCM36iRoA2QcWvRoh?domain=withersworldwide.com>
**Subject:** RE: Inquiry Related to Williams v. AT&T Mobility, LLC (Internal Reference No. 5310698)

5

Dear Joseph Gallo,

Thank you for your email and your patience. I will reach out to our engineering team to see what other avenues can be explored in order to restore the account of your client. I will be in touch with you to relay their response.

So we can best assess this issue, can you please provide me the contact email address your client used when they attempted to recover the account at accounts.google.com/signin/recovery?

Regards,

Laura Devine

On Thu, Feb 18, 2021 at 18:02 UTC "Gallo, Joseph" <Joseph.Gallo@https://protect-eu.mimecast.com/s/_jqOCM36iRoA2QcWvRoh?domain=withersworldwide.com> wrote:

Dear Google Legal Support:

Per your February 12 email, we require additional assistance to recover our client's account. As described in our February 2 letter (re-attached hereto for your convenience), our client has previously requested that Google restore his ability to access his account, but Google refused to restore his access at that time. For additional context regarding that previous request, please see attached for copies of relevant communications between my client and Google regarding my client's account.

In light of our client's previous efforts to recover his account, unfortunately the links you provided in your email will not resolve his inability to access his account or the information within it. Accordingly, please contact me by phone or email (using the information in my signature block below), at your earliest convenience, to discuss this issue. We are hopeful that our client's access to his account can be restored without the need to issue a subpoena, but if that is not possible, we will issue a subpoena seeking information contained in his account.

Regards,

Joe

**Joseph Gallo**
Senior Associate
Litigation

6

Case 5:19-cv-00475-BO    Document 172-20    Filed 11/20/23    Page 7 of 8

t +1 212 848 9856
withersworldwide.com| my profile

Secretary: Lana Moon  t +1 212 848 9821

Withers Bergman LLP
430 Park Avenue, 10th Floor, New York, New York 10022-3505

**Error! Filename not specified.**


**From:** google-legal-support@google.com [mailto:google-legal-support@https://protect-eu.mimecast.com/s/NveACW3RiPpW6AFrsC_m?domain=google.com]
**Sent:** Friday, February 12, 2021 3:23 PM
**To:** Gallo, Joseph <Joseph.Gallo@https://protect-eu.mimecast.com/s/_jqOCM36iRoA2QcWvRoh?domain=withersworldwide.com>
**Subject:** Inquiry Related to Williams v. AT&T Mobility, LLC (Internal Reference No. 5310698)

Dear Mr. Gallo,

Google is in receipt of your letter dated February 2, 2020. We understand your client is attempting to access their gmail account. You mentioned they lost their ability to access the account due to alleged hackers. Google has procedures in place that allow users to report violations of Gmail's Program Policies and/or Terms of Use. We kindly ask that you refer to the links below:

Abusive Gmail Account:
https://support.google.com/mail/contact/abuse/

Account Recovery Process:
https://www.google.com/accounts/recovery/

To the extent you are seeking Google provide the password associated with your client's account, for security reasons, Google does not keep passwords to subscriber accounts in a manner allowing them to be retrieved. Accordingly, we are unable to provide the password to you.

If your client is unable to successfully recover their account, please respond back to this email and we may be able to provide additional assistance.

Warm Regards,

The Google Team


**Withers Bergman LLP** - 430 Park Avenue, 10th Floor, New York, NY 10022-3505 T: +1 212 848 9800 F: +1 212 848 9888

Withersworldwide
New York, Greenwich, New Haven, Los Angeles, Rancho Santa Fe, San Diego, San Francisco, London, Cambridge, Geneva, Milan,

7
Case 5:19-cv-00475-BO    Document 172-20    Filed 11/20/23    Page 8 of 8