# EXHIBIT 24

The Pomp Podcast
Jason Williams, Co-Founder & Partner at Morgan Creek Digital: From a 9 Figure Startup
Exit To Mining Bitcoin With Car Tires
Anthony Pompliano interviews Jason Williams, Co-Founder & Partner at Morgan Creek
Digital, for the 151st episode of Off the Chain.
Transcription of 1:33:50 to 1:43:57
(available at https://podcasts.apple.com/us/podcast/jason-williams-co-founder-partner-at-
morgan-creek-digital/id1434060078?i=1000447994515)

| Comment |
|---|
| Again, my attorney says you never who the target of an FBI investigation is, so, you know, whatever that means. And that made me feel better. (Laughs). But then all hell breaks loose in November. So I can't recall exactly where I was, but I'll tell you retrospectively this was always happening on a Saturday night or a Sunday. My, I think I was in Jamaica maybe, maybe I was, I forget, but I was definitely overseas. It's about 12:00 at night, 12:00am and my SIM card goes off. And I immediately, because I've been reading about this stuff. I'm, I understand enough, I'm like, oh crap I'm being SIM swapped. So the phone goes off. I grab my computer. By the time I get to login they've already changed my passwords and my email. So now they're going through the process of changing my passwords, banking, etc. And unfortunately this goes on for a long time. I've had a lot of money stolen from me. Death threats. Well, so alright, so the first time it happens it is, they essentially get in, they SIM swap you, right. They're able to change passwords and kind of do what I would consider is, everyone's greatest fear, which is they get control. And once they get control, they can do all kinds of crazy stuff. You, being in the position of "I've now lost control of my phone number" right, "and some of my accounts." There's not a lot you can do other than you start calling people and trying to get back control and doing all that stuff. |
| Yeah, but you can't call anyone. See this is the thing, most people carry one cell phone. Now if I take your cell phone out, you lose cell service. You have wifi, so you can still receive texts. But for the most part, you're out. And this is happening Saturday night and Sundays. So the Fraud Prevention Departments of AT&T are closed on Sundays. So the hackers know that if they're going to SIM swap you it's going to be on probably a Sunday. Once that goes down, they can communicate to you by text. And they have mirror image of your phone. So any apps you have, they now know where to go. Coinbase, Gemini, Slush Pool. So they know, oh you're a miner, and they immediately can do things. So I've had to learn super hard lessons, Pomp, in regards to all of these things. Whether it's hot wallets, cold wallets, exchanges, mining, you know. <br><br> For example one of the hard lessons was if you're mining on Slush Pool, you can permanently place an address for your deposits of your Mine and lock it forever. And once you do that, it cannot be changed. I didn't know that. The hackers did. So once they hacked into my Slush Pool account, they were able to change that destination and steal a Mine. And if you're overseas or someplace, I mean you're screwed. |
| Yeah. Well, and to me the part that was crazy was when it happened it was like, whoa we just got a crash course, right? Because it's not just you, it's everyone around you? |

ATT-WIL-02317

| Comment |
| --- |
| Oh yeah, yeah. |
| And I was like, whoa what just happened?  How did that work, right?  And it forced everyone kind of in our circle to really look at security… |
| …the next level. |
| … and all this stuff.  The second incident which was where I think kind of the FBI and more comes in, is, I remember all of a sudden you started frantically texting me saying like they're trying to hack me again. |
| Right, because I could recognize when it was happening I would start getting pinged like my passwords were being changed and I couldn't defend it. So now I have three cell phones and two computers, multiple services that I'm using, and I can defend myself a little bit here.  So I could rapidly change passwords.  I've locked some things down.  I've got dummy apps on my phone to put people off so I may not have a Binance account, but they may think I do, you know.  So they're wasting time going after that.  There's nothing there. |
| Well and so what they did is you'd basically put defense in place.  And then what they started to do was rather than spend the time to hack into all those, just directly threaten you and get you to engage in giving them bitcoin.  Right? |
| Yeah, so they would directly.  You know they would attack everything.  So your drop box accounts.  You know everything.  Your social media accounts.  They would solicit investment deals through my contacts, ask for money.  I think they did that with you as well, right?  Hey, can you send me a few bitcoin.  There were other things that we were really concerned about.  Swat attacks.  So a swat attack is where they'll say, Jason has shot his wife. |
| Here's the address. |
| Yeah, there's an active shooter at his home address.  The Swat Team shows up, imagine in the middle of the night, and then you're responding to that.  So you have this fog of war thing going on.  And people get hurt.  They do that to your work as well.  So imagine at my industrial plant a Swat attack.  So we're worried about that.  They've threatened to kidnap my middle daughter.  And the unfortunate thing about that, when people make threats it's like whatever, but they had specific information.  That was really concerning.  So when I contacted the local police department, they thought I was crazy. |
| They're not prepared to deal with this. |
| Right, they showed up to my house but they wouldn't even come in.  But I said, look, this is what's going on.  Here's the FBI's phone number.  Because the FBI was on this.  They contacted the FBI agents and came in my house.  At that point they were like this, I'm way out classed, this is above my pay grade.  You can hire me and my buddies to help give you some protection.  We'll increase coverage in the area.  Put more patrols here.  Do you have a gun?  Can you protect yourself?  I mean it was literally like I had to turn into some type of person I'm not.  Like, look, you know, I told you I like to eat right and breathe.  But I'm not like the terminator, you know.  So, but that's what they were expecting.  They're like, we're not, the police are not there.  They can't protect you.  But they show up once the bad stuff happens. |

ATT-WIL-02318

| Comment |
|---|
| Either while it's going on or after it's going on. |
| Yeah, and believe me I love the police. Thank you for all you do, but you're not standing next to me when someone tries to abduct my daughter. You know, and that's really what they asked me to do, is like hunker down and… |
| And it's scary. |
| Yeah, it's scary because again, it's like my kid's on that plane. Like what do I do? Do I sit down with the family and say, this is probably not real but someone's trying to kidnap you, Molly. I mean I don't think that you do that, but I don't know what 13 year old. |
| To a 13 year old. |
| Yeah, I mean I don't think you do that but I don't know what to do. You know, I just don't have, as a parent, I don't have the rule book, I don't have the guide for that. So, you know, I did the best I could. It's frightening. I know that they have doxed and stolen all our demographic information. The whole family's. They have all my personal information. So, you know, at this point, my mother's maiden name. You know, all the things that you think are like, like you're going through a process to validate who you are. I just think it's a joke. I mean I literally was supposed to be on like a celebrity level protection inside my phone carrier. And they failed. I mean they failed, it's a bad situation. It's scary how fast someone can steal all of your information from a phone carrier. How easy it is to do. |
| Well, and I think a lot of people at this point, you just have to operate as if you're guaranteed that you're information is out there because if someone's got some money, got access to the dark web, they're likely able to go buy personal information on almost anybody. Right, there's just so many hacks at this point of major internet services or, you know insurance, equities. |
| Equifax, whatever. |
| All those guys. |
| Yeah. |
| That it's just, it's out there. Right? And so it's a really unfortunate scenario. One, thankfully, that there was a little bit more bark and bite when they came to a lot of their threats and things like that. But the reason why I was telling the story… |
| I think they arrested the kid. I got information from the FBI that they made an arrest. They, so, we'll see what comes out of that. But, found the person, a group, but they got one of them so far, so. And the reason why I wanted to tell the story is, which is really interesting, right, hackers. Make note, yeah, they got caught. |
| That they can, exactly. |
| Yeah, I can't wait to meet you. |
| Alright, so I want to go from hackers to Twitter. Jason, I endearingly call the "GIF god" which is GIF for those of you at home who don't know what a GIF is. They are the little animated videos that people post. What's the Twitter strategy? What's going on there? |

ATT-WIL-02319

| Comment |
|---|
| Yeah, you know Pomp is a, he's a great speaker, as Mark is. And they're both great writers. It's, I'm very envious of that. I've worked hard to try to speak clearly in my life and convey messages as clearly as possible. Writing them down is a little more difficult. Twitter makes it really hard, right, to convey a message concisely without losing the essence of what you're trying to say on Twitter. It's an art. It really is. But even better than writing, is a GIF. (Laughs). |
| END OF TRANSCRIPTION |

ATT-WIL-02320