# EXHIBIT 28

# [DOCUMENT FILED UNDER SEAL]