# EXHIBIT 31

Case 5:19-cv-00475-BO     Document 172-31     Filed 11/20/23     Page 1 of 2



100 Pine Street Suite 1250
San Francisco, CA 94111
Phone: 1-888-908-7930

| Account Information |
|---|
| Jason Williams |
| miningisgay@protonmail.com |
| 5016 WYNNEFORD WAY<br>RALEIGH NC, 27614-9810<br>US |

| Account Statement Period | 09/21/2018 - 02/22/2021 |
|---|---|

## Account Summary

| Account Name | Balance on |
|---|---|
| BAT Wallet | 0.0000 BAT |
| BCH Wallet | 0.0000 BCH |
| BSV Wallet | 0.21129322 BSV |
| BTC Wallet | 0.0000 BTC |
| CVC Wallet | 0.0000 CVC |
| Cash (USD) | $0.00 USD |
| DAI Wallet | 0.0000 DAI |
| DNT Wallet | 0.0000 DNT |
| ETC Wallet | 0.0000 ETC |
| ETH Wallet | 0.0000 ETH |
| LTC Wallet | 0.0000 LTC |
| MANA Wallet | 0.0000 MANA |
| MKR Wallet | 0.0000 MKR |
| USDC Wallet | 0.0000 USDC |
| ZEC Wallet | 0.0000 ZEC |
| ZRX Wallet | 0.0000 ZRX |

## Transaction History

| Date | Account | Transaction | Amount | Amount (USD) | Balance |
|---|---|---|---|---|---|
| 06/26/2020 | Cash (USD) | You sent money to Coinbase | -$4,579.00 USD | | $0.00 USD |
| 06/26/2020 | Cash (USD) | You sent money to Coinbase | -$3,020.81 USD | | $4,579.00 USD |
| 06/26/2020 | Cash (USD) | You received money from Coinbase | $7,599.81 USD | | $7,599.81 USD |
| 02/26/2019 | LTC Wallet | You sent Litecoin to Coinbase | -0.76031064 LTC | -$34.21 USD | 0.0000 LTC |
| 02/26/2019 | ETC Wallet | You sent Ethereum Classic to Coinbase | -1.3983823 ETC | -$6.51 USD | 0.0000 ETC |
| 02/26/2019 | ETH Wallet | You sent Ethereum to Coinbase | -0.06686581 ETH | -$9.09 USD | 0.0000 ETH |

Case 5:19-cv-00475-BO     Document 172-31     Filed 11/20/23     Page 2 of 2