# EXHIBIT 4

Case 5:19-cv-00475-BO   Document 143-2   Filed 05/03/22   Page 2 of 164

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JASON WILLIAMS,

    Plaintiff,

vs.    Case No. 5:19-cv-00475-BO

AT&T MOBILITY, LLC,

    Defendant.
_____/

**CERTIFIED COPY**

CONFIDENTIAL
DEPOSITION OF RAY HILL
30(b)(6)

November 17, 2021

Page 1 - 301    9:02 a.m. - 6:48 p.m. EST

REMOTELY REPORTED VIA VIDEO CONFERENCING

REPORTED BY:
Tamara L. Houston
CA CSR No. 7244, RPR, CCRR No. 140
FILE NO. 21-105383

THE SULLIVAN GROUP OF COURT REPORTERS
SULLIVANCOURTREPORTERS.COM
PHONE 855.525.3860 | 323.938.8750

```
                1         Q.    All smartphones on the AT&T network use SIM
                2    cards?
                3         A.    It sounds like that was worded as a
                4    statement.  Were you asking a question?
11:24:23        5         Q.    Yeah.  I'm just trying to -- totally trying
                6    to understand all of this.
                7               Do smartphones -- do all smartphones on
                8    AT&T's network use SIM cards?
                9         A.    When -- when we activate a phone number to
11:24:37       10    a SIM card, the customer can put that into a device,
               11    in this case a smartphone, registered to the network
               12    to be able to be used.
               13               Is that what you're asking?
               14         Q.    Yeah.
11:24:51       15               So are you familiar with the term "SIM
               16    swap"?
               17         A.    Yes.
               18         Q.    And what do you understand that term to
               19    mean?
11:25:05       20         A.    You move the phone number from SIM A to
               21    SIM B.
               22         Q.    And what effect would moving the phone
               23    number from SIM A to SIM B have?
               24               MR. BRESLIN:  Form.  Calls for speculation.
11:25:24       25    And vague.
```

|  |  |  |
|---|---|---|
|  | 1 | THE WITNESS: I -- I didn't hear the first |
|  | 2 | part of the question. |
|  | 3 | BY MR. LAVIGNE: |
|  | 4 | Q. What effect would moving a phone number |
| 11:25:33 | 5 | from SIM A to SIM B have? |
|  | 6 | MR. BRESLIN: Same objection. |
|  | 7 | THE WITNESS: The phone number would |
|  | 8 | transfer from SIM A, making SIM A no longer being |
|  | 9 | usable for your communications. And then your phone |
| 11:25:51 | 10 | number would be on SIM B. So SIM B, if put into a |
|  | 11 | device, would be able to be used for your |
|  | 12 | communication. |
|  | 13 | BY MR. LAVIGNE: |
|  | 14 | Q. So the phone with SIM A in this |
| 11:26:08 | 15 | hypothetical would -- would not be able to make calls |
|  | 16 | or text messages; is that correct? |
|  | 17 | MR. BRESLIN: Hey, Chris, I'm sorry. Your |
|  | 18 | microphone is breaking up a little bit. I don't know |
|  | 19 | if it's -- anything covering it. I didn't hear the |
| 11:26:17 | 20 | question. I'm sorry. |
|  | 21 | MR. LAVIGNE: Sorry. |
|  | 22 | BY MR. LAVIGNE: |
|  | 23 | Q. In this hypothetical, what you just |
|  | 24 | described, if -- if SIM A -- if a phone number is |
| 11:26:25 | 25 | swapped from SIM A to SIM B, SIM A would no longer be |

```
                1   able to make calls and text messages via AT&T's
                2   network; is that correct?
                3        A.   For general calls, yes.  They would still
                4   be able to call 911, still be able to call 611.
11:26:45        5        Q.   Back in --
                6        A.   And then they -- they -- I think, you know,
                7   as far as the device itself, it wouldn't be with the
                8   number.  The device itself, potentially they could do
                9   Wi-Fi calling or whatever.
11:27:03       10        Q.   If -- do you recall when SIM cards were put
               11   into use with smartphones?
               12        A.   We -- we were under the GSM platform which
               13   had SIM cards.  And so probably whenever the
               14   Blackberry -- was probably one of the first
11:27:29       15   smartphones.  Then you had the iPhone.  So GSM I
               16   think launched around 2005, 2006, somewhere around
               17   there.
               18        Q.   Understood.
               19             So from 2005, '06 to 2018, did the nature
11:27:56       20   of the SIM card itself change in any way, to your
               21   understanding?
               22             MR. BRESLIN:  Form.  Vague.
               23             THE WITNESS:  What -- I mean, physically
               24   change?  There were encryption changes, general items
11:28:12       25   like that that are probably more technical than what
```

```
                    1   that it's telling the rep what to do.  And so the --
                    2   the rep is going to be navigating some of that, but
                    3   you're going to have a set of maybe -- maybe word
                    4   choice is "permissions" or "capabilities" based --
13:24:03            5   based on what channel you are in.
                    6       Q.   Okay.  Is "prompts" an accurate way to
                    7   describe it?
                    8            (Court reporter requested clarification.)
                    9            MR. LAVIGNE:  I don't need to ask the
13:24:22           10   question.  It's...
                   11   BY MR. LAVIGNE:
                   12       Q.   So going to the specific entry starting
                   13   on -- referring to the entry that I just highlighted,
                   14   November 5, 2018, at 18:09:12 military time, do you
13:24:43           15   see this entry that I've highlighted under the box
                   16   "User Text"?
                   17       A.   Yes.
                   18       Q.   And you see where it refers to Rep ████?
                   19       A.   Yes.
13:24:56           20       Q.   And below that, it says, "Working User I.D.
                   21   is" -- the same alphanumeric combination -- "██████."
                   22            Do you see that as well?
                   23       A.   Yes.
                   24       Q.   What -- do you know what this refers to?
13:25:15           25       A.   Yes.  The -- it is telling you -- if you
```

```
13:25:34    1   remember, we were talking about individual user I.D.s
            2   earlier.  So this is telling me rep and whatever that
            3   individual user I.D. is, and then it's telling me
            4   what kind of profile do they have at that moment.
            5              So this is █████████████████ so it's
            6   letting me know it's an authorized retail with a
            7   ████████████.  So I know this wasn't a ████
            8   profile.  So you have a ████████████ profile.
            9              They tell me they entered the customer
13:25:49   10   verification screen.  So when you search a -- a
           11   manual search, that you could search for an account
           12   by ████████████ by ████████████, there's
           13   multiple different ways that you can do the search --
           14   when you get to the screen that says, "All right.
13:26:06   15   Here's the name of the person that your -- you need
           16   to confirm the identity of," we call that the
           17   customer verification screen.
           18              So we're -- we're recording an account note
           19   to prove that the rep saw the customer's account name
13:26:20   20   at that point.
           21              The working user I.D. part, that's just
           22   redundancy.  When we were building some of the
           23   account note logic, sometimes that -- that was a
           24   default item that they had at the end.  So it's just
13:26:38   25   redundant.
```

| | |
|---|---|
| | 1    Q.    And so ▆▆▆▆ refers to a retail |
| | 2  manager who apparently was looking up the customer |
| | 3  and entered the customer verification screen on Opus. |
| | 4  Is that -- is that an accurate reflection of this |
| 13:27:04 | 5  account note? |
| | 6    A.    It comes from the vendor space.  In |
| | 7  co-employment, we don't identify if somebody is a |
| | 8  manager of the location or do they have ▆▆▆ |
| | 9  access, ▆▆▆▆▆▆. |
| 13:27:17 | 10        So I -- I always take the interpretation |
| | 11  this is telling me the user I.D.  In this case, this |
| | 12  is the person belonging to the -- the user I.D. |
| | 13  ▆▆▆.  And this tells me what level of access do |
| | 14  they have at that moment. |
| 13:27:35 | 15    Q.    And what level of access did ▆▆▆▆ |
| | 16  have? |
| | 17        MR. BRESLIN:  Form.  Misstates prior |
| | 18  testimony. |
| | 19        (Court reporter requested clarification.) |
| 13:27:52 | 20        MR. LAVIGNE:  I'll redo my question. |
| | 21  BY MR. LAVIGNE: |
| | 22    Q.    So what -- well, actually, I don't have to. |
| | 23        You said you -- you said -- I believe your |
| | 24  answer was ▆▆▆▆▆▆. |
| 13:28:01 | 25    A.    Correct.  ▆▆▆▆▆▆ |

```
                1    Q.    And what --
                2    A.    Profile.
                3    Q.    What account access would a [REDACTED]
                4  [REDACTED] have?
13:28:15        5    A.  [REDACTED]
                6  [REDACTED]
                7  [REDACTED]
                8  [REDACTED]
                9    Q.    And so moving up -- well, hold on.  Just
13:28:35       10  staying on this entry that we've just been talking
               11  about, do you know if [REDACTED] refers to Stephen
               12  Defiore?
               13    A.    Yes, that -- I recall that's his name.  I
               14  don't remember the exact spelling, but I remember
13:28:59       15  that sounded similar to that name.
               16    Q.    Right.  So that -- that alphanumeric code,
               17  that user I.D., you believe and you understand refers
               18  to Stephen Defiore?
               19    A.    Correct.
13:29:10       20    Q.    So moving up, you mentioned [REDACTED] of
               21  access that [REDACTED] Stephen Defiore
               22  would have to a customer account.  Moving to the
               23  entry which were -- [REDACTED]
               24  [REDACTED] is that correct?
13:29:37       25    A.    They would have that capability, correct.
```

134

```
13:46:56    1                          It will show me
            2              Or is it one of the authorized users?
            3
            4              I -- I check -- manually, I check the I.D.
            5   One piece I've failed to communicate is that
            6
            7
            8
            9              That's what that account note is.  That's
13:47:08   10   capturing that customer's consent to be able to
           11   proceed.  That -- that's not proof that it -- that's
           12   what they did.  I don't know if that's what they did
           13   or not based on this account note, but it's telling
           14   me that
13:47:23   15              Could be that the customer ends up having a
           16
           17
           18
           19              So that -- there would normally be another
13:47:35   20   account note saying, "All right.  You gave me
           21   consent, but now let's put in an account note that
           22   says,
           23
           24         Q.   And so is the -- the top entry at 18:11:35,
13:47:52   25                                        this is what you were
```

CONFIDENTIAL TRANSCRIPT

```
13:48:11   1  talking about earlier -- is that indicative of
           2  whether or not ████████████ Stephen Defiore,
           3  ████████████████████████████████████████████
           4  ████████████████████████████████████████████
           5      A.   I -- I don't know based on the account
           6  note. ██████████████████████████████████████
           7  ████████████████████████████████████████████
           8  ████████████████████████████████████████████
           9  ████████████████████████████████████████████
13:48:27  10  ████████████
          11           At this time, we had the ability to do a
          12  ████████████████████████████████████████████
          13  ████████████████████████████████████████████
          14  ████████████████████████████████████████████
13:48:38  15  ████████████████████████████████████████████
          16  ████████████████████████████████████████████
          17  ████████████████████████████████████████████
          18  ████████████████████████████████████████████
          19  ████████████████████████████████████████████
13:48:50  20  ████████████████████████████████████████████
          21  ████████████████████████████████████████████
          22  ████████████████████████████████████████████
          23  ████████████████████████████████████████████
          24  ████████████████████████████████████████████
13:49:03  25  ████████████████████████████████████████████
```

149

13:49:16

1   And then -- and because of -- in a retail
2   environment, what happens is if -- if a customer was



13:49:31

13:49:44

18   Q.   So it sounds like there's -- is it correct

13:50:03

13:50:21

150

13:50:35

    MR. BRESLIN:  Form.  Misstates.

    You can answer, Ray.

    THE WITNESS:  So, one, even if we scan the

13:50:49

13:51:01

13:51:13

    And only in the retail environment, it will

13:51:24

151

13:51:35

BY MR. LAVIGNE:

    Q.    I understand.

    One question -- a couple questions, though.

13:52:01

13:52:19

13:52:36

    Q.    So unpack that a little bit for me. We've just described

13:52:52