# EXHIBIT 28

Unauthorized SIM Swaps

**Issue:**
- SMS being used as a "second step" Authentication for high profile accounts – Social Media Accounts, Crypto Currency, Financial Accounts.
- However, SMS was <u>not</u> designed for "proof of possession." SIM authentication is designed for this and being delivered via ███████████████

**Threat Actor Tactics:**
- Objective is to perform SIM Swap to enable capture of SMS bound for Victim handset.
- Method is to social engineer Authorized Retail Employees by prompting employee to visit a phishing site to harvest their credentials/Secure ID Passcode then gain OPUS access.
- Expected Tactical Migration is towards bribes/extortion and malware.

**Trends:**



**Unauthorized SIM Swaps – decreasing due to mitigations**

**Detection & Mitigation Capabilities:**

**OPUS:**
- ███████████████████████████████████
- ███████████████████████████████████
- ███████████████████████████████████
- ███████████████████████████████████

**CSO:**
- ███████████████████████████████████
- ███████████████████████████████████
- ███████████████████████████████████
- ███████████████████████████████████

Confidential                                                                  ATT-WIL-03915



**Protection Activities Underway:**

**Tactical Recommendations:**

ts)
s.

**Strategic Recommendations:**
- 
- 
- 

Confidential

ATT-WIL-03916

- 

Confidential

ATT-WIL-03917